COPY

FILED

2013 APR 25 PM 12: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

Craig S. Summers (SBN 108,688)
craig.summers@knobbe.com
David G. Jankowski (SBN 205,634)
david.jankowski@knobbe.com
Cheryl T. Burgess (SBN 250,101)
cheryl.burgess@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**AUTOALERT, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOALERT, INC.,<br>Plaintiff,<br>v.<br>DEALERSOCKET, INC.,<br>Defendant. | Case No. SACV13-00657 AG (ANx)<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff AutoAlert, Inc., for its Complaint against Defendant DealerSocket, Inc. alleges as follows:

**JURISDICTION AND VENUE**

1. This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 100, *et seq*.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), (c) and 1400(b).

**PARTIES**

4. Plaintiff AutoAlert, Inc. ("AutoAlert") is a corporation incorporated under the laws of the State of California, and has its principal place of business at 9050 Irvine Center Drive, Irvine, California 92618.

5. Upon information and belief, Defendant DealerSocket, Inc. ("DealerSocket") is a corporation organized and existing under the laws of the State of Delaware, and has its principal place of business at 1000 Calle Amanecer, San Clemente, CA 92673.

6. Upon information and belief, DealerSocket conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

7. Upon information and belief, DealerSocket provides automotive Customer Relationship Management ("CRM") services and dealership training services to over 3,000 auto dealers throughout the United States, Canada and Australia.

8. Upon information and belief, DealerSocket offers numerous product and service enhancements to its core CRM products and services. One such enhancement is a lead generation subscription service commercially marketed nationwide under the name "RevenueRadar."

9. On June 15, 2012, counsel for AutoAlert sent a letter to DealerSocket regarding DealerSocket's RevenueRadar product. The letter discussed AutoAlert's U.S. Patent Nos. 7,827,099, 8,005,752, 8,086,529, and 8,095,461, and the RevenueRadar product, and enclosed copies of the four patents for DealerSocket to review.

10. On March 12, 2013, the date of issuance of U.S. Patent No. 8,396,791, counsel for AutoAlert sent a letter to counsel for DealerSocket providing notice to DealerSocket that the new patent had issued. The letter discussed the new patent and enclosed a copy of the new patent for DealerSocket to review.

**FIRST CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 7,827,099**

11. Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-10 above.

12. On November 2, 2010, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,827,099 ("the '099 patent"), entitled "System And Method For Assessing And Managing Financial Transactions." AutoAlert owns the '099 patent. A true and correct copy of the '099 patent is attached hereto as Exhibit A and is incorporated herein by reference.

13. AutoAlert has marked products and services it has sold with the number of the '099 patent in compliance with 35 U.S.C. § 287(a).

14. Upon information and belief, DealerSocket makes, uses, sells, and/or offers to sell lead generation systems and/or services for the automotive industry, including at least RevenueRadar, that infringe the '099 patent in violation of 35 U.S.C. § 271(a).

15. DealerSocket's infringement of the '099 patent is causing irreparable harm to AutoAlert, for which there is no adequate remedy at law. DealerSocket's

infringement will continue, and will continue to cause irreparable harm to AutoAlert, unless DealerSocket's infringement is enjoined by this Court.

16. Upon information and belief, DealerSocket has derived and received, and will continue to derive and receive (u nless enjoined), gains, profits, and advantages from their infringement in an amount that is presently unknown to AutoAlert.

17. DealerSocket's acts of patent infringement have caused damage to AutoAlert in an amount to be determined at trial.

18. DealerSocket had actual knowledge of the '099 patent prior to the filing of this Complaint, at least as early as June 2012. Upon information and belief, DealerSocket nonetheless continued to make, use, sell, and/or offer to sell the RevenueRadar product, despite an objectively high likelihood that its actions constitute infringement of the '099 patent. Upon information and belief, DealerSocket knows or should know that there is an objectively high likelihood that its actions constitute infringement of the '099 patent. Accordingly, upon information and belief, DealerSocket's infringement of the '099 patent has been and is willful and deliberate.

## SECOND CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 8,005,752

19. Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-10 above.

20. On August 23, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,005,752 ("the '752 patent"), entitled "System And Method For Assessing And Managing Financial Transactions." AutoAlert owns the '752 patent. A true and correct copy of the '752 patent is attached hereto as Exhibit B and is incorporated herein by reference.

21. AutoAlert has marked products and services it has sold with the number of the '752 patent in compliance with 35 U.S.C. § 287(a).

22. Upon information and belief, DealerSocket makes, uses, sells, and/or offers to sell lead generation systems and/or services for the automotive industry, including at least RevenueRadar, that infringe the '752 patent in violation of 35 U.S.C. § 271(a).

23. DealerSocket's infringement of the '752 patent is causing irreparable harm to AutoAlert, for which there is no adequate remedy at law. DealerSocket's infringement will continue, and will continue to cause irreparable harm to AutoAlert, unless DealerSocket's infringement is enjoined by this Court.

24. Upon information and belief, DealerSocket has derived and received, and will continue to derive and receive (unless enjoined), gains, profits, and advantages from their infringement in an amount that is presently unknown to AutoAlert.

25. DealerSocket's acts of patent infringement have caused damage to AutoAlert in an amount to be determined at trial.

26. DealerSocket had actual knowledge of the '752 patent prior to the filing of this Complaint, at least as early as June 2012. Upon information and belief, DealerSocket nonetheless continued to make, use, sell, and/or offer to sell the RevenueRadar product, despite an objectively high likelihood that its actions constitute infringement of the '752 patent. Upon information and belief, DealerSocket knows or should know that there is an objectively high likelihood that its actions constitute infringement of the '752 patent. Accordingly, upon information and belief, DealerSocket's infringement of the '752 patent has been and is willful and deliberate.

## THIRD CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 8,086,529

27. Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-10 above.

///

28. On December 27, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,086,529 ("the '529 patent"), entitled "System And Method For Assessing And Managing Financial Transactions." AutoAlert owns the '529 patent. A true and correct copy of the '529 patent is attached hereto as Exhibit C and is incorporated herein by reference.

29. AutoAlert has marked products and services it has sold with the number of the '529 patent in compliance with 35 U.S.C. § 287(a).

30. Upon information and belief, DealerSocket makes, uses, sells, and/or offers to sell lead generation systems and/or services for the automotive industry, including at least RevenueRadar, that infringe the '529 patent in violation of 35 U.S.C. § 271(a).

31. DealerSocket's infringement of the '529 patent is causing irreparable harm to AutoAlert, for which there is no adequate remedy at law. DealerSocket's infringement will continue, and will continue to cause irreparable harm to AutoAlert, unless DealerSocket's infringement is enjoined by this Court.

32. Upon information and belief, DealerSocket has derived and received, and will continue to derive and receive (unless enjoined), gains, profits, and advantages from their infringement in an amount that is presently unknown to AutoAlert.

33. DealerSocket's acts of patent infringement have caused damage to AutoAlert in an amount to be determined at trial.

34. DealerSocket had actual knowledge of the '529 patent prior to the filing of this Complaint, at least as early as June 2012. Upon information and belief, DealerSocket nonetheless continued to make, use, sell, and/or offer to sell the RevenueRadar product, despite an objectively high likelihood that its actions constitute infringement of the '529 patent. Upon information and belief, DealerSocket knows or should know that there is an objectively high likelihood

that its actions constitute infringement of the '529 patent. Accordingly, upon information and belief, DealerSocket's infringement of the '529 patent has been and is willful and deliberate.

**FOURTH CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 8,095,461**

35. Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-10 above.

36. On January 10, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,095,461 ("the '461 patent"), entitled "System And Method For Assessing And Managing Financial Transactions." AutoAlert owns the '461 patent. A true and correct copy of the '461 patent is attached hereto as Exhibit D and is incorporated herein by reference.

37. AutoAlert has marked products and services it has sold with the number of the '461 patent in compliance with 35 U.S.C. § 287(a).

38. Upon information and belief, DealerSocket makes, uses, sells, and/or offers to sell lead generation systems and/or services for the automotive industry, including at least RevenueRadar, that infringe the '461 patent in violation of 35 U.S.C. § 271(a).

39. DealerSocket's infringement of the '461 patent is causing irreparable harm to AutoAlert, for which there is no adequate remedy at law. DealerSocket's infringement will continue, and will continue to cause irreparable harm to AutoAlert, unless DealerSocket's infringement is enjoined by this Court.

40. Upon information and belief, DealerSocket has derived and received, and will continue to derive and receive (unless enjoined), gains, profits, and advantages from their infringement in an amount that is presently unknown to AutoAlert.

41. DealerSocket's acts of patent infringement have caused damage to AutoAlert in an amount to be determined at trial.

42. DealerSocket had actual knowledge of the '461 patent prior to the filing of this Complaint, at least as early as June 2012. Upon information and belief, DealerSocket nonetheless continued to make, use, sell, and/or offer to sell the RevenueRadar product, despite an objectively high likelihood that its actions constitute infringement of the '461 patent. Upon information and belief, DealerSocket knows or should know that there is an objectively high likelihood that its actions constitute infringement of the '461 patent. Accordingly, upon information and belief, DealerSocket's infringement of the '461 patent has been and is willful and deliberate.

**FIFTH CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 8,396,791**

43. Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-10 above.

44. On March 12, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,396,791 ("the '791 patent"), entitled "System and Method for Assessing and Managing Financial Transactions." AutoAlert owns the '791 patent. A true and correct copy of the '791 patent is attached hereto as Exhibit E and is incorporated herein by reference.

45. Upon information and belief, DealerSocket makes, uses, sells, and/or offers to sell lead generation systems and/or services for the automotive industry, including at least RevenueRadar, that infringe the '791 patent in violation of 35 U.S.C. § 271(a).

46. DealerSocket's infringement of the '791 patent is causing irreparable harm to AutoAlert, for which there is no adequate remedy at law. DealerSocket's infringement will continue, and will continue to cause irreparable harm to AutoAlert, unless DealerSocket's infringement is enjoined by this Court.

47. Upon information and belief, DealerSocket has derived and received, and will continue to derive and receive (unless enjoined), gains, profits, and

advantages from their infringement in an amount that is presently unknown to AutoAlert.

48. DealerSocket's acts of patent infringement have caused damage to AutoAlert in an amount to be determined at trial.

DealerSocket had actual knowledge of the '791 patent prior to the filing of this Complaint, at least as early as March 2013. Upon information and belief, DealerSocket nonetheless continued to make, use, sell, and/or offer to sell the RevenueRadar product, despite an objectively high likelihood that its actions constitute infringement of the '791 patent. Upon information and belief, DealerSocket knows or should know that there is an objectively high likelihood that its actions constitute infringement of the '791 patent. Accordingly, upon information and belief, DealerSocket's infringement of the '791 patent has been and is willful and deliberate.

## PRAYER FOR JUDGMENT AND RELIEF

WHEREFORE, AutoAlert requests judgment and relief in its favor as follows:

A. A judgment that DealerSocket has directly infringed U.S. Patent Nos. 7,827,099, 8,005,752, 8,086,529, 8,095,461, and 8,396,791;

B. Preliminary and permanent injunctions against further infringement of U.S. Patent Nos. 7,827,099, 8,005,752, 8,086,529, 8,095,461, and 8,396,791 by DealerSocket;

C. An award of damages from the infringement by DealerSocket;

D. A declaration that DealerSocket's infringement was and is willful, and that this is an exceptional case under 35 U.S.C. § 285;

E. A trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages that the Court deems appropriate;

F. An award of attorneys' fees and non-taxable costs under 35 U.S.C. § 285 on account of DealerSocket's willful infringement;

G. An award of taxable costs; and

H. Such other relief as this Court may deem just and proper.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 4/25/13 By: Craig Summers

Craig S. Summers
David G. Jankowski
Cheryl T. Burgess

Attorneys for Plaintiff,
AUTOALERT, INC.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all issues raised by the pleadings which are triable by jury.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 4/25/13

By: [signature]
Craig S. Summers
David G. Jankowski
Cheryl T. Burgess

Attorneys for Plaintiff,
AUTOALERT, INC.

15273892

# EXHIBIT A



US007827099B1

(12) **United States Patent**
**Cotton**

(10) **Patent No.: US 7,827,099 B1**
(45) **Date of Patent: Nov. 2, 2010**

(54) **SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS**

(75) Inventor: **Jeffrey S. Cotton**, Laguna Hills, CA (US)

(73) Assignee: **Autoalert, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1005 days.

(21) Appl. No.: **10/996,122**

(22) Filed: **Nov. 23, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/525,233, filed on Nov. 25, 2003.

(51) **Int. Cl.**
***G06Q 40/00*** (2006.01)

(52) **U.S. Cl.** .......................................... **705/38**; 705/35

(58) **Field of Classification Search** .............. 705/35 45
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,736,294 A | 4/1988 | Gill et al. | |
| 5,774,883 A * | 6/1998 | Andersen et al. | 705/38 |
| 6,073,112 A | 6/2000 | Geerlings | |
| 6,502,080 B1 | 12/2002 | Eichorst et al. | |
| 7,249,322 B2 * | 7/2007 | Jones et al. | 715/751 |
| 7,343,406 B1 | 3/2008 | Buonanno | |
| 7,392,221 B2 | 6/2008 | Nabe | |
| 7,546,273 B2 | 6/2009 | Blanchard et al. | |
| 2001/0049653 A1 | 12/2001 | Sheets | |
| 2002/0013711 A1 * | 1/2002 | Ahuja et al. | 705/1 |
| 2004/0039690 A1 * | 2/2004 | Brown et al. | 705/38 |
| 2004/0254819 A1 | 12/2004 | Halim et al. | |
| 2005/0171896 A1 | 8/2005 | Seretti et al. | |
| 2006/0129423 A1 | 6/2006 | Sheinson et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/67210 | 9/2001 |

OTHER PUBLICATIONS

Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System. Catalina Danis et al., Proceedings of the 32nd Hawaii International Conference on System Sciences—1999.*
Screen shots of 1992 Lotus 1-2-3 spreadsheet program in 4 pages.

* cited by examiner

*Primary Examiner*—Hani Kazimi
*Assistant Examiner*—Clifford Madamba
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

A financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify the customer and the favorable financial terms.

**20 Claims, 47 Drawing Sheets**



102

Joe's Dealership, Inc. 06/12/2003 **Alert Sheet**

John Smith **Demo Sales Associate**

**Client Information**

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90003 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7979 |

**Existing Vehicle**

| | |
|---|---|
| **Class Description** | Q-Class |
| **Series Description** | Q155 Wagon 4D |
| **Year** | 2000 |
| **VIN** | ABC345 |

**Deal Recap**

| | |
|---|---|
| **Contract Start Date** | 6/10/2000 |
| **Capitalized Cost** | $53,256 |
| **Residual Amount** | $34,183 |
| **Contract Term** | 39 |
| Base Payment | $656 |
| Total Payment | $722 |
| **Payoff Amount** | $37,138 |
| **Trade-In Amount** | $30,050 |
| Trade Equity | $7,086- |
| **Security Deposit** | $0 |

**New Vehicle**

| | |
|---|---|
| Class Description | Q Class |
| Series Description | Q155 Wagon 4D |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cost | $56,214 |

**Balance To Maturity**

| | |
|---|---|
| Payments Made | 35 |
| Payments Remaining | 4 |
| **Payment History** | 30 : 0, 60 : 0, 90 : 0 |
| **Balance To Maturity** | $4,029- |

**Preferred Equity**

| | |
|---|---|
| **Equity** | $4,029- |

**Dealer Credit**

| | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $27,131 | $20,479 | $19,305 |
| Money Factor | 0.00275 | 0.00275 | 0.00275 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $228 | $219 | $230 |
| Depreciation | $808 | $682 | $616 |
| **Payment** | $1,037 | $901 | $829 |
| **Difference** | [illegible] | [illegible] | [illegible] |

**Big Slack Inc.**

| | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $29,740 | $26,609 | $25,479 |
| Money Factor | 0.002 | 0.002 | 0.002 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $172 | $165 | $163 |
| Depreciation | $735 | $617 | $545 |
| **Payment** | $897 | $783 | $705 |
| **Difference** | [illegible] | [illegible] | $91- |

AutoAlert

FIG. 1A

| Existing Vehicle | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |
| **Deal Recap** | |
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $63,200 |
| Residual Amount | $34,180 |
| Contract Term | 39 |
| Base Payment | [illegible] |
| Total Payment | [illegible] |
| | |
| Payoff Amount | $37,136 |
| Trade-In Amount | $30,050 |
| Trade Equity | $7,086- |
| Security Deposit | $0 |
| **Balance To Maturity** | |
| Payments Made | 35 |
| Payments Remaining | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | $4,039 |
| **Preferred Equity** | |
| Equity | $4,039 |

FIG. 1B

| Client Information | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

| New Vehicle | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cost | **$56,214** |

FIG. 1C

| Dealer Credit | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $27,131 | $23,479 | $19,206 |
| Money Factor | 0.00275 | 0.00275 | 0.00275 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $229 | $219 | $208 |
| Depreciation | $808 | $680 | $615 |
| **Payment** | $1,037 | $904 | $823 |
| **Difference** | $181 | $65 | [illegible] |
| **Big Bank, Inc** | | | |
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $29,740 | $26,609 | $23,479 |
| Money Factor | 0.002 | 0.002 | 0.002 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $172 | $166 | $159 |
| Depreciation | $735 | $617 | $548 |
| **Payment** | $907 | $783 | $706 |
| **Difference** | $51 | $73 | $151 |

*FIG. 1D*

*FIG. 1E*



120
Joe's Dealership, Inc.
124
MARY DOE
122
Client Information
Alert # 180082
Client MARY DOE
Address 1234 MAIN ST
Address 2
City BIG CITY
State CA
Zip 90248
Phone Work (555) 555-9809
Phone Mobile
Phone Home (555) 555-4321
126
New Vehicle
Class Description V-Class
Series Description V123 Coupe 2D
Year 2003
Average Selling Price $28,865
Trade Equity ($4,896)
Subsidy Amount $3,000
Capitalized Cost $30,761
Sales Tax 7.75% $2,384
Amount Financed $33,145

FIG. 1F



**Dealer Credit**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $15,010 | $12,701 | $9,814 |
| Capitalized Cost | $30,761 | $30,761 | $30,761 |
| Money Factor | 0.00254 | 0.00254 | 0.0037 |
| Payment | $554 | $436 | $459 |
| Difference | $27 | ($41) | ($28) |

**Big Bank, Inc.**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $12,412 | $10,580 | $9,237 |
| Capitalized Cost | $30,761 | $30,761 | $30,761 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Payment | $611 | $516 | $453 |
| Difference | $84 | ($12) | ($74) |

FIG. 1G

Lease Payment

CAPITALIZED COST CALCULATION

| | | | |
|---|---|---|---|
| 1 | Agreed upon value of the vehicle | | $ |
| 2 | Sales/Use Tax (if capitalized) | + | $ |
| 3 | Luxury Tax (calculation A) | + | $ |
| 4 | Other (explain) | + | $ |
| 5 | Prior credit or lease balance (negative equity) | + | $ |
| 6 | Subtotal | = | $ |
| 7 | Acquisition fee (if capitalized) | + | $ |
| 8 | Scheduled Maintenance Cost | + | $ |
| 9 | Additional Wear & Usage | + | $ |
| 10 | Other (explain) | + | $ |
| 11 | Gross Capitalized Cost | = | $ |
| 12 | Gross Capitalized Cost Reduction Trade $ Cash $ | − | $ |
| 13 | Adjusted Capitalized Cost | − | $ |
| | | | |

LEASE PAYMENT CALCULATION

| | | |
|---|---|---|
| 14 | Residual Value (calculation C) | $ |
| 15 | Depreciation (lines 13−14) | $ |
| 16 | Money Factor | .0 |
| 17 | Add Lines 13+14 | $ |
| 18 | Rent Charge (lines 16x17) x Term ____ | $ |
| 19 | Total Base Single Payment (lines 15+18) | $ |
| 20 | Base Monthly Payment/Base Single Pymnt (19/# of payments) | $ |
| 21 | Sales/Use Tax ____ % x line 20 | $ |
| 22 | Total Monthly Payment (or total single payment) | $ |

B. Residual Value Calculation

| | | |
|---|---|---|
| TSRP | | ____ |
| Residualized Options | + | ____ |
| Subtotal | = | ____ |
| Gas Guzzler Tax | − | ____ |
| Basis for Residual Value | = | ____ % |
| Residual Value % | X | ____ |
| Residual Value | = | ____ |
| Prepaid Mileage (15¢ per mile) | − | ____ |
| Adjusted Residual Value (line 14) | = | ____ |

*FIG. 1H*

Deferred Payment

$$A=((P*(1+i)^{n} - B)*i)/((1+i)^{n-1})$$

A=Payment
P=Principle
i=Interest rate
B=Differed Amount or Balloon

FIG. 1I

Purchase Payment

A=p+i/n

A=Payment
P=Principle
i=Interest amount
n=number

FIG. 1J



101
File Edit View Favorites Tools Help
Search
Favorites
Media
Address
http://www.autoalert.net/
Links
AutoAlert
Reports
Data Entry

FIG. 1K



File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry
User Name
Password
Login
201
201

FIG. 2



Jeff Cotton ( Sales Associate)
Filter
Sale Type
Category
Stage
Lease
Balloon
Retail
Sale
Alert
Expired Alert
Lease Ending
New
Cell
Appointment
Sold
No Sale
Search
Thursday, October 09, 2003
Today
Not Started
Left Message
Return Call
302
312
304
306
308
310
314
300

FIG. 3



402
Jeff Cotton ( Sales Associate)
Filter
Sale Type
Category
Stage
Lease
Balloon
Retail
Sale
Alert
Expired Alert
Lease Ending
New
Call
Appointment
Sold
No Sale
Search
Thursday, October 09, 2003
New
Today

FIG. 4

FIG. 5
500
501
502
506
510
512
503
504
505
514
507
508
JANE M. CLIENT
Description
Jane M. Client, 1998 V123 Coupe
Owner
Jeff Cotton
Stage
New
Priority
Normal
Status
Call - Follow-up Call
Date & Time
08/06/2003
10:00 AM
Remark
History
10/06/2003 12:30AM house Deal Calculated
09/29/2003 12:30AM house Deal Calculated
09/22/2003 12:30AM house Deal Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated



500
601
JANE M. CLIENT
Description
Owner
Stage
Priority
Status
Date & Time
Remark
History
Demo Sales Associate
Appointment
Normal
Call - Left Message
Call - Left Message on Machine
Call - Left Message with Person
Call - Left Message at Home
Call - Left Message at Work
Call - No Answer
Call - Not Available
Call - Bad Phone #'s
Call - Followup Call
Call - Return Call
Call - Not Interested
Call - Waiting for Specific Car
Call - Waiting for Bank Approval
Call - Credit Declined
Call - Deposit Taken
Call - Already Sold/Placed Deposit
Call - Bought an Extra Car
Call - Out of State
Call - Turn Over
Call - Email Sent
Call - Email Received
Call - Promoted to Appointment
Call - Promoted to Sold
Call - Client Wants to Return Vehicle
Appointment - Waiting for Meeting
Appointment - Kept
Appointment - Missed
Appointment - Rescheduled
Appointment - Bought an Extra Car
Appointment - Promoted to Sold

*FIG. 6*

FIG. 7A
JANE M. CLIENT
702
Description
Owner
Stage
Priority
Status
Date & Time
Remark
History
Demo Sales Associate
Appointment
Normal
Call - Left Message
Save





JANE M. CLIENT
Description
Owner
Stage
Priority
Status
Date & Time
Demo Sales Associate
Appointment
Normal
Call - Left Message
708

FIG. 7B



**U.S. Patent** Nov. 2, 2010 Sheet 17 of 47 US 7,827,099 B1

JANE M. CLIENT
Description
Jane M. Client, 1998 V123 Coupe
Owner
Jeff Cotton
Stage
Priority
Normal
Status
New - Not Started
Date & Time
Remark
History
10/06/2003 12:30AM house
09/29/2003 12:30AM house
09/22/2003 12:30AM house
09/15/2003 12:30AM house
09/10/2003 3:19AM house
09/01/2003 1:00AM house
08/25/2003 1:00AM house
08/18/2003 1:00AM house
08/11/2003 1:00AM house
08/04/2003 1:00AM house
Alert Calculated
Alert Calculated
Alert Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
801
802
803

FIG. 8

**EXHIBIT A**
**-28-**

FIG. 9

902

| Mercedes-Benz Credit | | | |
|---|---|---|---|
| **Contract Term** | 36 | 48 | 60 |
| Residual Amount | $27,131 | $23,479 | $19,305 |
| Money Factor | 0.00275 | 0.00275 | 0.00275 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $229 | $219 | $208 |
| Depreciation | $808 | $682 | $615 |
| **Payment** | **$1,037** | **$901** | **$823** |
| **Difference** | $181 | $45 | $33– |

| Chase | | | |
|---|---|---|---|
| **Contract Term** | 36 | 48 | 60 |
| Residual Amount | $29,740 | $26,609 | $23,479 |
| Money Factor | 0.002 | 0.002 | 0.002 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $172 | $186 | $159 |
| Depreciation | $735 | $617 | $546 |
| **Payment** | **$907** | **$783** | **$705** |
| **Difference** | $51 | $73– | $151– |

AutoAlert

Joe's Dealership, Inc. 05/12/2003 Alert **Associate Sheet**

JOHN CLIENT Jeff Cotton

Alert# 177443

**Client Information**

| | |
|---|---|
| **Client** | JOHN CLIENT |
| **Address** | 1234 55TH ST |
| **Address 2** | |
| **City** | BIG CITY |
| **State** | CA |
| **Zip** | 92882 |
| **PhoneWork** | (555) 555-9087 |
| **PhoneMobile** | |
| **PhoneHome** | (555) 555-4353 |
| **EmailAddress** | |

**Existing Vehicle**

| | |
|---|---|
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |
| **Year** | 2000 |
| **VIN** | JKL999999 |

**Contract Detail**

| | |
|---|---|
| **Contract Term** | 48 |
| **Payments Remaining** | 16 |
| **Payment History** | 30 - 0, 60 - 0, 90 - 0 |
| **Total Payment** | $607 |
| **Balance To Maturity** | ($10,000) |

**New Vehicle**

| | |
|---|---|
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |

**Follow-up Detail**

Assigned to:

| | Yes | No | Comments |
|---|---|---|---|
| **Call:** | | | |
| **Appointment:** | | | |
| **Sold:** | | | |

FIG. 10

JANE M. CLIENT

| | |
|---|---|
| Description | Jane M. Client, 1998 V123 Coupe |
| Owner | Jeff Cotton |
| Stage | |
| Priority | Normal |
| Status | New - Not Started |
| Date & Time | |
| Remark | |
| History | 10/06/2003 12:30AM house Alert Calculated |
| | 09/29/2003 12:30AM house Alert Calculated |
| | 09/22/2003 12:30AM house Alert Calculated |
| | 09/15/2003 12:30AM house Deal Calculated |
| | 09/10/2003 3:19AM house Deal Calculated |
| | 09/01/2003 1:00AM house Deal Calculated |
| | 08/25/2003 1:00AM house Deal Calculated |
| | 08/18/2003 1:00AM house Deal Calculated |
| | 08/11/2003 1:00AM house Deal Calculated |
| | 08/04/2003 1:00AM house Deal Calculated |

FIG. 11

FIG. 12

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/login.asp?UserName=house

Links AutoAlert Reports Data Entry

User Name

Password

Login

FIG. 13

FIG. 14
1400
askSalesAssociate.asp
Data Entry
House (Manager)
Filter
Sale Type
Lease
Balloon
Retail
Category
Sale
Alert
Expired Alert
Lease Ending
Stage
New
Call
Appointment
Sold
No Sale
Sort
Follow-up Date
Prospect
Maturity Date
Series
Sort Order
Ascending
Descending
Active Sales Associates
Jeff Cotton
Jennifer Johnson
John Williams
1401
1402
1403
1404
1405
1406
1407
1408

U.S. Patent Nov. 2, 2010 Sheet 23 of 47 US 7,827,099 B1

House (Manager)
Filter
WARNER
Sale Type
Lease
Balloon
Retail
Category
Sale
Alert
Expired Alert
Lease Ending
Stage
New
Call
Appointment
Sold
No Sale
Sort
Follow-up Date
Prospect
Maturity Date
Series
Sort Order
Ascending
Descending

FIG. 15A

Search Results

FIG. 15B

EXHIBIT A
-34-



http://autoalert/report/entry/ - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Search
Favorites
Media
Address http://autoalert/report/entry/
AutoAlert Report Generator
Available Reports
Average Selling Price by Series
Bank Rate by Series
Contact Mailing List by Sales Associate
Sales Associate
Subsidy by Series
Task Stage By Task Owner
Task Stage By Task Owner Summary
Trade-in History by Model
1602
1604
1606
1608
1610
1612
1616

FIG. 16

FIG. 17
1702
1710
1706
1714
Average Selling Price by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
Series ID
Replacement Series ID
Base Price
Delivery Charge
Sunroof Package
Automatic Transmission
Metallic Paint

FIG. 18

1802

Joe's Dealership, Inc.
AutoAlert
Average Selling Price by Series
Wednesday, July 30, 2003 7:42:54 PM

| Series ID | Series Description | Average Selling Price | Base Price | Delivery Charge | Sunroof Package | Automatic Transmission | Metallic Paint |
|---|---|---|---|---|---|---|---|
| 47 | Q111 Sedan | $28,865 | $24,950 | $720 | $1,215 | $1,325 | $655 |
| 1 | Q111 Coupe | $32,290 | $27,990 | $720 | $1,600 | $1,325 | $655 |
| 26 | Q551 Coupe | $33,700 | $29,400 | $720 | $1,600 | $1,325 | $655 |
| 976 | Q551 Sedan | $35,575 | $31,400 | $720 | $1,475 | $1,325 | $655 |
| 52 | QL459 Sport Sedan | $51,775 | $50,400 | $720 | - | - | $655 |

FIG. 19

1902

1908

http://autoalert/report/entry/BankRateSeries.asp

Bank Rate by Series

Bank

Big Bank, Inc.

Series

Active Series

Q111 Sedan
Q111 Coupe
Q661 Coupe
Q661 Sedan
QL459 Sport Sedan
Q155 Wagon
Y123 Coupe

1912

1916

FIG. 20

2002

Joe's Dealership, Inc.
**AutoAlert**
**Bank Rate by Series**
**Wednesday, July 30, 2003 7:45:13 PM**

**Bank:** Big Bank

| Bank Rate ID | Series ID | Series | Term ID | Term | Money Factor | Residual % | NRM |
|---|---|---|---|---|---|---|---|
| 404 | 47 | Q111 Sedan | 2 | 36 | 0.00240 | 47 | $36,500 |
| 405 | | | 5 | 48 | 0.00240 | 40 | $36,500 |
| 406 | | | 8 | 60 | 0.00240 | 34 | $36,500 |
| 407 | 1 | Q111 Coupe | 2 | 36 | 0.00240 | 56 | $40,600 |
| 408 | | | 5 | 48 | 0.00240 | 47 | $40,600 |
| 409 | | | 8 | 60 | 0.00240 | 40 | $40,800 |
| 410 | 26 | Q551 Coupe | 2 | 36 | 0.00240 | 53 | $42,500 |
| 411 | | | 5 | 49 | 0.00240 | 45 | $42,500 |
| 412 | | | 8 | 60 | 0.00240 | 38 | $42,500 |
| 413 | 976 | Q551 Sedan | 2 | 36 | 0.00240 | 51 | $41,300 |
| 414 | | | 5 | 48 | 0.00240 | 43 | $41,300 |
| 415 | | | 8 | 60 | 0.00240 | 37 | $41,300 |
| 416 | 52 | QL459 Sport Sedan | 2 | 36 | 0.00240 | 59 | $57,900 |
| 417 | | | 5 | 48 | 0.00240 | 50 | $57,900 |
| 418 | | | 8 | 60 | 0.00240 | 44 | $57,900 |



FIG. 21
2102
Contact Mailing List by Sales Associate
Sales Associate
Active Sales Associate
2116

2202

Joe's Dealership, Inc.
AutoAlert
Contact Mailing List by Sales Associate
Wednesday, July 30, 2003 7:50:50 PM

Category: Alert, Lease E
Stage: New, Call, Appointment, Sold, Nc

| First Name | Middle Name | Last Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jeff | | Customer | 1111 22nd ST | | Smallville | CA | 92715 |
| Jennifer | | Brown | 3333 44th ST | | Big City | CA | 92630- |
| John | | Buyer | 2222 11th ST | | Smallville ST | CA | 92630- |
| Joseph | | Sales | 4444 55th AVE | | Big City | CA | 92606- |

Done Local intranet

FIG. 22

2302
Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Show Columns
Associate ID
User Name
Password
Email Address
2316

FIG. 23

FIG. 24

2402

Joe's Dealership, Inc.
AutoAlert
Sales Associate
Wednesday, July 30, 2003 7:52:26 PM

| Associate ID | Sales Associate | User Name | Password | Email Address |
|---|---|---|---|---|
| 926 | Jeff Cotton | jcott | 12345 | |
| 149 | Jennifer Johnson | jjohnson | 54231 | |
| 169 | John Williams | jwill | abcde | |

http://autoalert/report/entry/SubsidyBySeries.asp - Microsoft Internet Explo
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/SubsidyBySeries.asp
Subsidy by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
2502
2508
2516

FIG. 25

2602

http://autoalert/report/SubsidyBySeries.asp - Microsoft Inte

File Edit View Favorites Tools Help

Back Search Favorites Med

Address http://autoalert/report/SubsidyBySeries.asp

**Joe's Dealership, Inc.**
**AutoAlert**
**Subsidy by Series**
**Wednesday, July 30, 2003 7:53:10 PM**

| Subsidy ID | Series ID | Series | Subsidy |
|---|---|---|---|
| 5 | 47 | Q111 Sedan | $3,000 |
| 6 | 1 | Q111 Coupe | $3,000 |
| 7 | 26 | QS51 Coupe | $3,000 |
| 8 | 976 | QS51 Sedan | |
| 9 | 52 | QL459 Sport Sedan | $3,000 |

FIG. 26

2702
Task Stage by Task Owner
Task Owner
Active Task Owner
John Williams
Jennifer Johnson
Start
7/27/2003
Finish
7/30/2003
Categories
Lease
Alert
Expired Alert
Lease Ending
Show Columns
Owner ID
New
Call
Appointment
Sold
No Sale
2716

FIG. 27

| Owner | Date | Total | New | | Call | | Appointment | | Sold | | No Sale | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Qty | % | Qty | % | Qty | % | Qty | % | Qty | % |
| Jeff Cotton | 6/12/2003 | 18 | - | | 18 | | - | | - | | - | |
| | | 18 | 0 | 0.0% | 18 | 100% | 0 | 0% | 0 | 0% | 0 | 0% |
| Jennifer Johnson | 6/12/2003 | 10 | 2 | | 7 | | 1 | | - | | - | |
| | | 10 | 2 | 20.0% | 7 | 70% | 1 | 10% | 0 | 0% | 0 | 0% |
| John Williams | 6/12/2003 | 6 | 6 | | - | | - | | - | | - | |
| | | 6 | 6 | 100.0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |

FIG. 28



FIG. 29
Trade-in History by Model
Trade-in Date
6/27/2003
6/20/2003
6/13/2003
6/6/2003
5/30/2003
5/23/2003
5/16/2003
5/9/2003
5/2/2003
7/4/2003
Active Trade-in Date
7/18/2003
7/11/2003
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL450 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
VIN
Trade-in Amount
Auction Price
Dealer Adjustment
2902
2916
2908
2924

3002

Joe's Dealership, Inc.
AutoAlert
Trade-in History by Model
Wednesday, July 30, 2003 7:55:02 PM

| | | | 7/25/2003 | | | 7/18/2003 | | | 7/11/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIN | Series | Year | Trade-in | Adjust | % | Trade-in | Adjust | % | Trade-in | Adjust | % |
| LMNO654 | Q111 Sedan | 1993 | $4,296 | - | 6.4% | $4,036 | - | 0.0% | $4,038 | - | 100.0% |
| ABCDE987 | Q111 Coupe | 1995 | $10,828 | ($1,000) | -21.7% | $13,825 | ($1,000) | 0.0% | $13,825 | ($1,000) | 100.0% |
| ZYX12345 | Q551 Coupe | 1994 | $11,365 | - | 28.1% | $8,875 | - | 0.0% | $8,875 | - | 100.0% |
| 23FGH34 | Q551 Sedan | 1993 | $7,294 | - | -2.7% | $7,494 | - | 0.0% | $7,494 | - | 100.0% |
| WDBJF20F V | Q111 Sedan | 1997 | $17,330 | - | -1.1% | $17,521 | - | 0.0% | $17,521 | - | 100.0% |
| STR45XYZ | Q111 Coupe | 1993 | $5,447 | - | 9.6% | $4,970 | - | 0.0% | $4,970 | - | 100.0% |
| ZYX12390 | Q551 Coupe | 1995 | $9,902 | - | -2.0% | $10,100 | - | 0.0% | $10,100 | - | 100.0% |
| UKLM987 | Q551 Sedan | 1994 | $8,231 | - | -8.0% | $8,948 | - | 0.0% | $8,948 | - | 100.0% |
| GHIJ897 | QL459 Sport Sedan | 1993 | $6,887 | - | -29.5% | $9,770 | - | 0.0% | $9,770 | - | 100.0% |

FIG. 30

Joe's Dealership, Inc.
AutoAlert
Bank Rate
Monday, November 17, 2003 3:38:33 PM

**Bank:** Big Bank
**Bank Region:** California/Florida
**Sale Type:** Lease
**Model Year:** 2004

| Series ID | Series | Term | Money Factor | Residual % | Effective Date |
|---|---|---|---|---|---|
| 47 | Q111 Sedan | 36 | 0.00235 | 47 | 10/01/2003 |
| | | 48 | 0.00235 | 41 | 10/01/2003 |
| | | 60 | 0.00235 | 35 | 10/01/2003 |
| 1 | Q111 Coupe | 36 | 0.00235 | 59 | 10/01/2003 |
| | | 48 | 0.00235 | 50 | 10/01/2003 |
| | | 60 | 0.00235 | 43 | 10/01/2003 |
| 26 | Q551 Coupe | 36 | 0.00235 | 56 | 10/01/2003 |
| | | 48 | 0.00235 | 48 | 10/01/2003 |
| | | 60 | 0.00235 | 41 | 10/01/2003 |
| 976 | Q551 Sedan | 36 | 0.00235 | 53 | 10/01/2003 |
| | | 48 | 0.00235 | 45 | 10/01/2003 |
| | | 60 | 0.00235 | 39 | 10/01/2003 |

*FIG. 31*



File Edit View Favorites Tools Help
Back
Search
Address http://autoalert/data/SubsidyBySeries.asp
Joe's Dealership, Inc.
AutoAlert
Subsidy
Monday, November 17, 2003 3:48:48 PM
Model Year: 2003
Series
Subsidy
Q111 Sedan
3000
Q111 Coupe
3000
Q551 Coupe
3000
Q551 Sedan
0
QL458 Sport Sedan
3000
Done

FIG. 32

Joe's Dealership, Inc.
AutoAlert
Associate Performance (Stage)
Monday, November 17, 2003 3:55:02 PM

| Associate/Month | New | Call | Apt | Sold | No Sale | Total |
|---|---|---|---|---|---|---|
| Joe's Dealership, Inc. | 4090 | 652 | 257 | 103 | 67 | 5169 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 3699 | 3 | 20 | 10 | 0 | 3732 |
| April | 1 | 1 | 60 | 18 | 0 | 80 |
| May | 197 | 42 | 56 | 30 | 25 | 350 |
| June | 31 | 15 | 33 | 7 | 4 | 90 |
| July | 19 | 56 | 9 | 3 | 8 | 94 |
| August | 15 | 95 | 23 | 6 | 13 | 152 |
| September | 80 | 113 | 17 | 7 | 3 | 220 |
| October | 33 | 242 | 30 | 18 | 13 | 336 |
| November | 15 | 83 | 9 | 4 | 4 | 115 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| House | 2371 | 36 | 86 | 5 | 7 | 2505 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 2107 | 0 | 1 | 1 | 0 | 2109 |
| April | 1 | 0 | 23 | 0 | 0 | 24 |
| May | 136 | 22 | 37 | 3 | 1 | 199 |
| June | 22 | 2 | 22 | 0 | 0 | 46 |
| July | 12 | 0 | 1 | 0 | 1 | 14 |
| August | 12 | 0 | 0 | 0 | 0 | 12 |
| September | 51 | 0 | 0 | 0 | 0 | 51 |
| October | 20 | 12 | 2 | 1 | 5 | 40 |
| November | 10 | 0 | 0 | 0 | 0 | 10 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| Jeff Cotton | 2 | 0 | 0 | 1 | 0 | 3 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 1 | 0 | 0 | 0 | 0 | 1 |
| April | 0 | 0 | 0 | 1 | 0 | 1 |
| May | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 1 | 0 | 0 | 0 | 0 | 1 |
| October | 0 | 0 | 0 | 0 | 0 | 0 |

Done

FIG. 33



Rebates and Adjustments
Trade-in
Average Selling Price
Internal Data
External Data
Payoff
Sales Effort Results Data
Money Factor & Residual
Historical Sales Data
Management Reports
Alerts
Sales Associate Desktop Interface
Alert Lists
Deal Sheets
Sales/Management Desktop Interface

FIG. 34

Joe's Dealership, Inc. 11/03/2003 Manager Lease

JOSEPH JOHNSON Jeff Cotton

**Client Information**

| | |
|---|---|
| Alert # | 161742 |
| Client | JOSEPH JOHNSON |
| Address | 9999 1ST AVE |
| Address 2 | |
| City | BIG CITY |
| State | CA |
| Zip | 99999 |
| Phone Work | (556) 555-0909 |
| Phone Mobile | (555) 556-4321 |
| Phone Home | |

**New Vehicle**

| | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon |
| Year | 2003 |
| Average Selling Price | $49,875 |
| Trade Equity | ($10,224) |
| Subsidy Amount | $2,000 |
| Capitalized Cost | $58,099 |
| Sales Tax 7.75% | $4,503 |
| Amount Financed | $62,802 |

**Balance Vehicle**

| | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q156 Wagon |
| Year | 1998 |
| VIN | 1234QRS1111 |

**Deal Recap**

| | |
|---|---|
| Contract Start | 2/12/2002 |
| Contract End | 2/12/2006 |
| Capitalized Cost | $25,882 |
| Residual Amount | $12,880 |
| Contract Term | 48 |
| Base Payment | $44[illegible] |
| Monthly Payment | $48[illegible] |
| Payoff Amount | $21,501 |
| Payoff Good Through | 11/13/2003 |
| Trade-in Amount | $11,277 |
| Trade Equity | ($10,224) |
| Security Deposit | $0 |

**Balance To Maturity**

| | |
|---|---|
| Payments Made | 22 |
| Payments Remaining | 26 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | ($12,800) |

**DEALERSHIP CREDIT**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $29,925 | $25,935 | $22,444 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.0029 | 0.0029 | 0.0035 |
| Payment | [illegible] | $914 | $884 |
| Difference | $590 | $486 | $438 |
| **Balloon** | | | |
| Deferred Payment | $37,551 | $32,553 | $28,171 |
| Amount Financed | $62,802 | $62,802 | $62,802 |
| Interest Rate | 7.04% | 7.04% | 7.04% |
| Payment | [illegible] | [illegible] | [illegible] |
| Difference | $511 | $428 | $365 |
| **Retail** | | | |
| Amount Financed | $62,802 | $62,802 | $62,802 |
| Interest Rate | 3.05% | 3.05% | 3.05% |
| Payment | [illegible] | [illegible] | [illegible] |
| Difference | $1,339 | $904 | $644 |

**BIG BANK, INC**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $26,933 | $23,441 | $19,850 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Payment | [illegible] | $914 | [illegible] |
| Difference | $618 | $486 | $371 |
| **Balloon** | | | |
| Deferred Payment | $33,809 | $29,423 | $29,423 |
| Amount Financed | $62,802 | $62,802 | $62,802 |
| Interest Rate | 7.24% | 7.24% | 7.24% |
| Payment | [illegible] | [illegible] | [illegible] |
| Difference | $614 | $493 | $356 |
| **Retail** | | | |
| Amount Financed | $62,802 | $62,802 | $62,802 |
| Interest Rate | 4.24% | 4.24% | 4.24% |
| Payment | [illegible] | [illegible] | [illegible] |
| Difference | $1,372 | $938 | $677 |

*FIG. 35*



3600
Retrieve Financing, Customer and Product Information
3610
Compare Current Financiol Terms to Potentiol Terms
3620
Generate Alerts
3630
Tronsmit Alerts
3640

FIG. 36

3700
Receive Modified Financial Variable
3710
Compare Current Financial Terms to Potential Terms
3720
Generate Alerts
3730
Transmit Alerts
3740

FIG. 37



3800
3810
Receive Potential Customer Information
3820
Retrieve Potentiol Customers Financial Information in Real-Time
3830
Compare Current Financial Terms to Potential Terms
3840
Generate Alerts
3850
Transmit Alerts
3860
Present Deal to Customer

FIG. 38



3900
3905
Financial Terms Alert Generation System
Financing Information
3910
Customer Information
3915
Product Information
3920
Data Entry Module
3925
Information Retrieval Module
3930
Financial Terms Comparison Module
3935
Alert and Transmission Module
3940
Network
3945
Financing Information
3950
Customer Information
3955
Product Information
3960
Dealer Terminal
3965

FIG. 39

U.S. Patent Nov. 2, 2010 Sheet 47 of 47 US 7,827,099 B1

New Sale

Vehicle Information

Manufacturer MERCEDES-BENZ

Class E CLASS

C CLASS
CL CLASS
CLK CLASS
G CLASS
M CLASS
S CLASS
SL CLASS
SLK CLASS

Series

Year

Calculated Payment

Average Selling Price

Trade Equity

Subsidy Amount

Capitalized Cost

Sales Tax 8.25

Amount Financed $62,719

*FIG. 40*

EXHIBIT A
-58-

# SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS

## REFERENCE TO RELATED APPLICATION

This application claims priority to U.S. Provisional Patent Application No. 60/525,233, which was filed Nov. 25, 2003 and is entitled "SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS." The foregoing provisional patent application is hereby incorporated by reference in its entirety into this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the system and method described herein relate to alerting dealers when favorable financial terms are available to customers.

2. Description of the Related Art

Rather than paying cash for a product, a person may enter a financial agreement (e.g., a purchase agreement, a lease agreement, deferred or balloon payment agreement, or the like) in which the person makes a series of payments for a specified term. Often, these payments are periodic, such as weekly, monthly, quarterly, yearly, or the like. For example, if a person purchases an automobile, the person may expect to pay a series of substantially similar monthly payments for one or more years.

During the term of the financial agreement (the "current agreement") covering the first product ("the current product"), a person may desire to use a second product (a "replacement product") in lieu of the current product. In such an instance, to obtain the replacement product, a person may be willing to return the current product and enter a second financial agreement (a "replacement agreement") that satisfies the first financial agreement. For example, a person having two years of payments remaining on his automobile lease may be willing to return the automobile to a dealership and enter a new lease for a latest model. The replacement agreement may be any suitable type of financial agreement (e.g., a purchase contract, a lease, deferred payment, or the like), including the same type as the current agreement or a different type. In some instances, a person will agree to enter a replacement agreement if the replacement product and payments are acceptable. For example, a person may find the replacement product and the payments under the terms of the replacement agreement acceptable if they are sufficiently similar to the current product and payments under the current agreement.

If a seller of products, such as an automobile dealership, knows when a customer is able to enter into a new financial arrangement under terms favorable to the customer, the seller can take advantage of this knowledge by offering a deal to the customer that includes the favorable terms. Accordingly, such knowledge, if possessed by the dealer, can drive increased sales. Nevertheless, no system or method has existed for alerting a seller when a customer is able to enter a new financial arrangement under terms favorable to the customer.

## SUMMARY OF THE INVENTION

Embodiments of the system and method described herein systematically generate and send alerts to dealers when customers are able to enter new financial arrangements under terms favorable to the customer. Advantageously, the knowledge that embodiments of the system and method make available to dealers can significantly increase the dealers' sales.

In one embodiment, a financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. Such information can be retrieved, for example, from websites located on the World Wide Web. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. In one embodiment, the financial terms comparison module performed at least one calculation based on the retrieved information in order to make this comparison. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify to the dealer the customer that is able to enter into a new financial arrangement on terms favorable to the customer and identify to the dealer the terms of the new financial arrangement.

Embodiments of the system disclosed herein perform a number of processes for alerting a dealer when a customer can enter into a new financial arrangement with terms favorable to the customer. For example, one such process includes (1) retrieving financing, customer, and product information, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Another process that can be performed by an embodiment of the system includes (1) receiving a modified financial variable, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement, taking into account the modified financial variable, in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Advantageously, by performing the foregoing process, embodiments of the system are able to determine how changed financial variables affect whether customers can enter new financial arrangements with favorable terms. For example, this process can be used to generate alerts when a new financial incentive, such as a manufacturer rebate or a dealership incentive, allows customers to enter new financial arrangements with favorable terms.

Advantageously, embodiments of the system are able to generate alerts related to a particular customer in real-time. This advantageous capability can be used to generate an alert when a customer enters a dealership, such as when a customer has taken his car to a dealership for service. Advantageously, in this embodiment, the alerts are generated in real-time, such that if favorable financial terms are available to the customer, the dealer can attempt to sell a new product to the customer while the customer is still at the dealership. Accordingly, this embodiment can be used to drive increased sales. In accordance with the foregoing embodiment, the system performs a process including (1) receiving an identification of a customer, (2) retrieving, in real-time, financial information regarding a current financial arrangement of the customer identified by the identification, wherein the current financial arrangement relates to a first product currently owned or leased by the identified customer, (3) comparing current financial terms of the current financial arrangement with potential financial terms related to a second product comparable to the first product that would be available to the identified customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the identified customer, (4) generating an alert comprising information identifying terms favorable to the identified customer under the new financial arrangement if the comparing shows that the new financial arrangement has terms favorable to the identified customer, and (5) transmitting the alert in real-time to at least one dealer.

Accordingly, the foregoing embodiments timely alert dealers regarding opportunities to sell new products to customers by identifying circumstances under which a customer can enter a new financial arrangement with terms favorable to the customer. This and other advantages of the foregoing embodiments will be apparent to a skilled artisan in light of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1A-1G** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **1H-1J** illustrate formulae for calculating certain terms of financial arrangements, as used by one embodiment of a financial terms alert generation system.

FIGS. **1K-8** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIGS. **9** and **10** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **11-33** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIG. **34** is a block diagram illustrating how, in one embodiment of a financial alert generation system, internal data, external data, and historical data are used to generate one or more alerts.

FIG. **35** illustrates an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIG. **36** is a flowchart that illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **37** is a flowchart that illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **38** is a flowchart that illustrates process for detecting and presenting a deal to a customer in real-time, as performed by one embodiment of a financial terms alert generation system.

FIG. **39** is a block diagram that illustrates one embodiment of a financial terms alert generation system attached to a computer network.

FIG. **40** is an example screen shot that illustrates a class selection feature of one embodiment of a financial terms alert generation system.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Embodiments of the system described herein may be used to assess the desirability of a new financial arrangement such as a replacement agreement. For example, in response to a customer's inquiry, a salesperson may use certain embodiments of the system to generate a deal sheet to determine whether replacement product and payments are acceptable to the client. In another example, certain embodiments of the system may generate notifications or alerts, which may advantageously indicate a potential replacement agreement satisfies certain parameters that indicate that the potential replacement agreement has terms favorable to the customer. Using these alerts, a person (such as a salesperson) may proactively contact a customer to offer the potential replacement agreement. To help manage client-contact-related tasks, certain embodiments may advantageously include contact management features.

Details regarding several illustrative preferred embodiments for implementing the system and method described herein are described below with reference to the figures. At times, features of certain embodiments are described below in accordance with that which will be understood or appreciated by a person of ordinary skill in the art to which the system and method described herein pertain. For conciseness and readability, such a "person of ordinary skill in the art" is often referred to as a "skilled artisan."

It will be apparent to a skilled artisan, in light of this disclosure, that the system and method described herein can advantageously be implemented using computer software, hardware, firmware, or any combination of software, hardware, and firmware. In one embodiment, the system is implemented as a number of software modules that comprise computer executable code for performing the functions described herein. In one embodiment, the computer-executable code is executed on one or more general purpose computers. However, a skilled artisan will appreciate, in light of this disclosure, that any module that can be implemented using software to be executed on a general purpose computer can also be implemented using a different combination of hardware, software, or firmware. For example, such a module can be implemented completely in hardware using a combination of integrated circuits. Alternatively or additionally, such a module can be implemented completely or partially using specialized computers designed to perform the particular functions described herein rather than by general purpose computers.

It will also be apparent to a skilled artisan, in light of this disclosure, that the modules described herein can be combined or divided. For example, a skilled artisan will appreciate, in light of this disclosure, that any two or more modules can be combined into one module. Thus, referring to FIG. **39**, the information retrieval module **3930** and the financial terms comparison module **3935** can be combined into a single module that performs the functions of both modules. Conversely, any one module can be divided into multiple modules. For

example, the information retrieval module **3930** can be divided into multiple modules such that each individual module performs part of the functions of the information retrieval module **3930** and all of the modules collectively perform all such functions.

Similarly, a number of databases are described herein. A skilled artisan will appreciate, in light of this disclosure, that any two or more databases can be combined into one database and that any one database can be divided into multiple databases.

A skilled artisan will also appreciate, in light of this disclosure, that multiple distributed computing devices can be substituted for any one computing device illustrated herein. In such distributed embodiments, the functions of the one computing device are distributed such that some functions are performed on each of the distributed computing devices.

The foregoing and other variations understood by a skilled artisan can be made to the embodiments described herein without departing from the invention. With the understanding therefore, that the described embodiments are illustrative and that the invention is not limited to the described embodiments, certain embodiments are described below with reference to the drawings.

FIG. **1A** illustrates an embodiment of a deal sheet **102**, which may advantageously include a description of a client's current agreement (FIG. **1B**), the client's contact information and a description of the replacement product (FIG. **1C**), and a comparison between the client's current agreement and one or more replacement agreements (FIG. **1D**). Any suitable number of replacement agreements may be displayed, including but not limited to one, two, three, four, five, six, or more replacement agreements. Any suitable number of lenders for replacement agreements may be displayed, including but not limited to one, two, or more lenders. The replacement agreements may be for any suitable term, including but not limited to 36 months, 48 months, 60 months, or any other period. As illustrated, a replacement agreement's payment is advantageously shown along with the difference between the client's current financial agreement's payment and the replacement agreement's payment. Thus, using the deal sheet, a salesperson may advantageously review a plurality of replacement agreements from a plurality of lenders.

FIGS. **1E**, **1F**, and **1G** illustrate portions of an embodiment of a deal sheet. As illustrated in FIG. **1E**, the text **104** indicates that the deal sheet is associated with an alert. Text **106** advantageously identifies information about the deal sheet. As illustrated, text **106** illustrates that it is a manager-level view of a lease. In one embodiment, varying levels of detail from the detail sheet are shown to different persons accessing the system. Accordingly, the system may be advantageously used to customize varying views for the persons accessing the system to an appropriate level of detail. For example, a salesperson may need less detail than a manager. In one embodiment, the system determines the identity, the employment position, or both to ascertain the level of detail to display to a user of the system. Although a lease is illustrated, the information displayed may be use for other agreements, such as a purchase agreement. Text **108** may indicate that the alert is associated with a particular person (e.g., a salesperson) or a group of persons (e.g., a "house account" for some or all salespersons).

As illustrated in FIG. **1E**, section **110** of the deal sheet includes information about the current product. The information about the current product may include any suitable information, including but not limited to a product identifier that preferably uniquely identifies the product (e.g., a vehicle identification number or VIN or the like), a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, or the like. The information about the current product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current product in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current agreement in a website from which the information may be obtained.

As illustrated in FIG. **1E**, section **112** includes information about the current agreement, which may include any suitable information, including but not limited to the date the agreement started, the date the agreement ends, the original capitalized cost (or amount financed), the end of term residual (or deferred) payment, the term of the agreement, a base periodic payment (which may be pre tax in certain states), an actual periodic payment (which may be post-tax in certain states), the payoff amount (e.g., the amount owed to the lender to satisfy the agreement), a date until which the lender will accept the payoff amount in satisfaction of the agreement (e.g., a date representing the end of a ten-day period or other suitable period), a trade-in value associated with the product under the agreement, a trade equity (e.g., the trade-in value less the payoff amount), and a security deposit (if any) held by the lender. In one embodiment, the trade-in value is an average of trade-in values over a suitable period, which values may be obtained from one or more suitable sources. In one embodiment, values over a ten-year period are obtained from an online auction website and grouped by a suitable geographic region. In one embodiment, the trade-in value is manually adjustable. Trade-in values may be selected from any suitable location, including but not limited to one or more car dealerships. In one embodiment, trade-in values may have associated assumptions (e.g., mileage, condition, or the like). Of course, any suitable method for calculating a trade-in value may be used. The term "trade-in value" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. As illustrated in FIG. **1E**, section **114** includes additional information concerning the current agreement, including the number of payments the client has made under the agreement, the number of payments remaining under the agreement, the number of times (if any) the client has made late payments (including payments 30 days late, 60 days late, 90 days late, or the like), and the total of remaining payments and any additional fees to conclude the agreement as scheduled under the agreement.

The information about the current agreement (e.g., FIG. **1E**) may be obtained from any suitable resource, including but not limited to the lender that financed the current agreement, a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current agreement may be added to the system in any suitable manner

(e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current agreement in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current product in a website from which the information may be obtained.

As illustrated in FIG. 1F, the text **120** indicates that the deal sheet is provided by a particular car dealership. Text **122** indicates the client for whom the deal sheet was created. Section **124** includes information contact information for the client, such as the client's name, address, and telephone numbers. The information about the client may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the client may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the client in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the client in a website from which the information may be obtained.

As illustrated in FIG. 1F, section **126** may include any suitable information about the replacement product, including but not limited to a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, a selling price associated with the product (e.g., an average selling price), the trade equity value illustrated in section **112** (FIG. 1E), a subsidy amount (if any) the seller of the replacement product would be willing to accept below the selling price associated with the product, the total selling price (or capitalized cost) on the replacement product including any equity and including sales tax (if any), sales tax (if any), and the total amount financed including trade equity and sales tax. The information about the replacement product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), to the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement product in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement product in a website from which the information may be obtained.

As illustrated in FIG. 1G, the section headings **130** indicate the names of the lenders associated with the replacement agreements shown under the section headings **130**. Any suitable information about the replacement agreements may be displayed, including but not limited to a contract term (e.g., 36 months, 48 months, 60 months, or the like), the type of agreement (e.g., lease, purchase, deferred payment), a residual or deferred payment amount, a capitalized cost or amount financed, a money factor or interest rate charged on the replacement agreement, a periodic payment associated with the replacement agreement, and difference (e.g., text **134**) between the client's periodic payment under the current agreement (e.g., text **116** in FIG. 1E) and the payment under the replacement agreement (e.g., text **132**). For one of the illustrated replacements agreements, text **134** indicates that the replacement agreement's payment is twelve dollars less than the current agreement's payment. In one embodiment, the actual replacement agreement that the client enters may differ from those displayed in the FIG. 1G; for example, upon review of the current product, particular values (e.g., a trade-in value or selling price) may be adjusted higher or lower for any suitable reason. Accordingly, a deal sheet may advantageously display an indication that the values on the deal sheet are estimates.

The information about the replacement agreements (FIG. 1G) may be obtained from any suitable resource, including but not limited to the lenders offering financing for the replacement agreement, the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement agreement in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement agreement in a website from which the information may be obtained.

In the example illustrated in FIG. 1G, the replacement agreements are leases; however, replacement agreements may be any suitable type of agreement, including but not limited to a lease agreement, a deferred or balloon agreement, a purchase agreement, or the like. The term "agreement" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1H illustrates one embodiment of a lease payment formula; however, any suitable lease payment formula may be used. The term "lease" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1I illustrates one embodiment of a deferred or balloon payment formula; however, any suitable deferred or balloon payment formula may be used. The term "deferred" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. The term "balloon" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1J illustrates one embodiment of a purchase payment formula; however, any suitable purchase payment formula may be used. The term "purchase" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein.

A general architecture that implements the various features of embodiments of the invention will now be described with reference to drawings. The drawings and the associated

descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention.

Certain figures illustrate various views of a system, which may be displayed to a user of the system and which the user may access, review, use, or any suitable combination thereof. Some or all of these views may be used with any other suitable views. In one embodiment, the system uses a hypertext interface, such as HTML, MICROSOFT™ Active Server Pages, or the like. In one embodiment, the system is accessed via a secure system, such as a local area network or the like. For example, the system may be hosted using an in-house server with one or more local computers. However, any network may be used, including wide area networks, the Internet, or the like. Further, the system may be implemented using one or more computers.

As described with respect to some embodiments herein, persons employed at an automobile dealership use the system; however, other suitable uses are contemplated outside of the automobile context. Further, although in some embodiments particular features are described with reference to a salesperson and a management person, any persons may use some or all aspects of the embodiments of the system.

FIG. **1K** illustrates an internet browser that has buttons **101** advantageously used to access functions of various embodiments.

FIG. **2** illustrates an initial log in screen in which a user enters a username and password into fields **201** to gain authorized access to the system.

When the user accesses the system, an initial view screen is advantageously displayed as illustrated in FIG. **3**. The screen advantageously displays the name **302** of the person associated with the username and password. In the instance illustrated in FIG. **3**, the person is a salesperson. The system may advantageously associate the salesperson with clients. Any suitable association with clients may be used. For example, the clients may include but are not limited to persons to whom the salesperson may have sold an automobile, persons to whom the salesperson has been assigned by a supervisor, other persons, or any suitable combination thereof. Thus, by managing the salesperson-client associations, the system may advantageously be used to limit the client data that a salesperson may view to the associated clients.

FIG. **3** illustrates contact management entries **300**, which advantageously may include client information, transaction information, or any other suitable information associated with clients. A client may have an entry associated with the client's current automobile transaction, as illustrated by hyperlinks **304** that display the client name and one or more associated automobile identifiers (e.g., make, model, year, or the like). In response to selecting one of the hyperlinks **304**, a contact management view associated with the client is displayed, as described below. In one embodiment, contact management entries may advantageously be associated with a particular date. Contract management entries may advantageously be displayed and grouped according to one or more dates. In another embodiment, new contact management entries are displayed. The displayed entries may display any suitable parameter in the system, including but not limited to a stage in the contact management process, items associated with a particular date, tasks associated with a particular date, actions taken during the contact management process, or the like. In one embodiment, the contact management entries may be used to schedule and track tasks associated with contact management. The user may advantageously scroll down through this area and view tasks that have scheduled for future follow up. In one embodiment, a contact management entry is associated with a deal sheet. In one embodiment, when a new deal sheet is generated, an associated contact management entry is also created. The system may generate deal sheets or contact management entries at any suitable time. In one embodiment, the system generates a deal sheet and an associated contact management entry when the system receives an update of information used to calculate replacement agreements that are advantageously displayed in deal sheets. In one embodiment, deal sheets are generated periodically (e.g., weekly). In one embodiment, deal sheets are generated dynamically. In one embodiment, deal sheets are generated substantially continuously. In one embodiment, when a new deal sheet is calculated, the prior deal sheet is retained and accessible through the client's history accessible through a contact management entry or the like. In one embodiment, deal sheets are generated in response to a user request. In an embodiment wherein one or more deal sheet parameters are customizable (e.g., a rebate amount or the like), a person may alter the one or more parameters and review the number and types of deal sheets generated (e.g., how many alerts). Categories of deal sheets include, but are not limited to, an "alert," a "sale," an "expired alert," and a "lease ending."

As illustrated in FIG. **3**, a user may choose to customize the display of the contact management entries by filtering entries, sorting entries, ordering entries, ranking entries, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **3**, any suitable parameter in the system may be used as a reference for customization. Selecting one or more of checkboxes **306** may be used to limit the displayed contact management entries to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. For example, a client may have an existing lease of an automobile or may have purchased an automobile and is currently making payments. Selecting one or more of checkboxes **308** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. In one embodiment, an alert comprises a deal sheet that fits into one or more parameters. For example, in one embodiment, an alert comprises a deal sheet in which a replacement agreement for an associated replacement product has an associated payment within 10% of a payment associated with the client's current agreement. Any suitable range may be used. For example, the range could be set from at any value from 1% to 200% or more than 200%. In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose current agreement is a lease and that lease will end within a specified time (e.g., near the end of the lease). In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose lease will end in 6 months, 180 days, or the like. Any suitable time prior to the end of the client's lease may be used to identify a lease ending deal sheet. Accordingly, the contact management entries may be queried for leases ending within a specific period. In one embodiment, the display of entries may be ordered to view contact management entries associated with lease ending deal sheets beginning with those furthest from maturity or beginning with the leases which will end soonest. In one embodiment, an "expired alert" deal sheet comprises a deal sheet that was previously within one or more parameters associated with an alert, but no longer is because one or more parameter values changed. The expired alert deal sheet advantageously provides a reference point as sales associates continue to communicate with their clients. In one embodiment, a "sale" deal sheet comprises a deal sheet that is a default category that is not an alert, a lease ending, or an expired alert. Selecting one or more of checkboxes **310** may be used to limit the displayed contact management entries to

those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. Entering one or more words into field **312** may be used to limit the displayed contact management entries to those including those words. For example, if the user wanted to see only entries associated with a particular model of car, the user could enter the particular model of car into field **312**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **312**. In one embodiment, to view the customized display of contact management entries, button **314** is selected. In one embodiment, radio buttons or other suitable graphical user interface elements (not shown) associated with data fields in the system may be used to sort the contact management entries.

FIG. **4** illustrates an embodiment of the display shown in FIG. **3** in which the hyperlink **402** is selected. In response to the selection of hyperlink **402**, a contact management view **500** is displayed as illustrated in FIG. **5**. Text **501** identifies the name of client associated with hyperlink **402**. The client name and vehicle descriptor is also shown in text **502**. Listbox **503** displays the owner of the entry (e.g., a salesperson assigned to the client). Listbox **504** indicates the current stage in the contact management process. In one embodiment, a user may select a stage and save the newly selected stage in the system. Listbox **505** indicates a priority associated with the contact management process. In one embodiment, a user may select a priority and save the newly selected priority in the system. Priorities may advantageously indicate whether specific contact must take place, should take place, or is not needed. In one embodiment, an icon, text, or the like (not shown) is advantageously displayed adjacent entries **304** (FIG. **3**) to indicate an associated priority. Any suitable icon, color, or text may be used to indicate different priorities. In one embodiment, a different colored icon is associated with each priority. Listbox **506** indicates a status associated with the contact management process. For example, the user may record contact management-related actions taken for the client by selecting a particular status from the list box **506**, which displays a list of selectable statuses **601** (FIG. **6**). In one embodiment, a user may select a status and save the newly selected status in the system. A status may indicate, for example, that the salesperson called the client and left a message, called the client and set an appointment, or the like. Field **507** allows text to be entered and subsequently stored for display in history list **508**. Selection of listbox **510** allows a user to select a time from list **702** (FIG. 7A). Selection button **512** allows a user to select a date displayed in a calendar view **708** (FIG. 7B), where selection of a date from the calendar view **708** causes the date to appear in field **514**. The user may also enter a date directly into field **514**. The dates and times may be advantageously used to schedule future activities such as a future call, or an appointment set. The history log may advantageously record a user's use of the contact management screen, list what deal sheet calculations and generations the system has performed, and show any saved remarks. In one embodiment, newly generated contact management entries are associated with a "new" stage indication. A salesperson may advantageously use view **500** to track contact with the client through various contact stages, to document appointments made, and schedule future contacts. In one embodiment, a status change will advantageously be recorded in history section **508**. In one embodiment, when the save button is selected, the information from view **500** is logged into the history section as a separate line showing the date the entries were made along with the information entered.

FIG. **8** illustrates an embodiment of the contact management view from FIG. **5** in which remarks are entered the field **507** and then stored in the history view. When a view button **802** is selected, a deal sheet view **902** (FIG. **9**) is displayed. When a print button **803** is selected, a deal sheet formatted for printing is displayed.

FIG. **9** illustrates the deal sheet **902**. A deal sheet may include some or all of the data displayed in deal sheet or any other suitable data. Thus, a deal sheet showing a different set of data is shown in FIG. **9**. For example, FIG. **10** illustrates a view of a deal sheet highlighting the client's current transaction. Although a particular presentation is illustrated in FIG. **9**, a deal sheet may use any suitable presentation and, thus, may be configured to show the data in a variety of ways, whether similar to or not similar to that shown in FIG. **9**. A user may browse from a displayed deal sheet to the contact management, view (FIG. **11**). For example, after calling a client and discussing the displayed deal sheet, a salesperson may wish to access the contract management view to update the current status of the contact management process.

FIG. **12** illustrates an internet browser that has buttons **1201** advantageously used to access functions in various embodiments. FIG. **13** illustrates an initial log in screen in which a user enters a username and password into fields **1201** to gain authorized access to the system. When the user accesses the system, an initial view **1400** is advantageously displayed as illustrated in FIG. **14**. The view **1400** advantageously displays the name of the person associated with the username and password. In the instance illustrated in FIG. **14**, the person is a manager.

Using the view **1400**, the manager may customize the data displayed in view by filtering data, sorting data, ordering data, ranking data, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **14**, any suitable parameter in the system may be used as a reference for customization. Entering one or more words into field **1401** may be used to limit the displayed data to those including those words. For example, if the user wanted to see only entries associated with a particular car name, model, make, or year, the user could enter some or all of those into field **1401**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **1401**. Selecting one or more of checkboxes **1402** may be used to limit the displayed data to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. Selecting one or more of checkboxes **1403** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more of checkboxes **1404** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. For example, the user can see all of the new deal sheets calculated, those that are scheduled to receive a call, appointments set, and so on. Selecting the sort radio buttons **1405** may be used to sort the data in a variety of ways such as follow up date, by prospect or client; by maturity date as in when the term of the purchase or lease will expire, and by series of vehicle. Selecting radio buttons **1406** may be used to view the data in ascending or descending order. After configuring the filtering,

sorting, and ordering functions, the search button **1407** may be selected to see data associated with the selected the parameters. For example, FIG. **15A** illustrates an example of search criteria, including a particular client name, and FIG. **15B** illustrates the results of that search. In one embodiment, to view data associated with a particular salesperson, a hyperlink (e.g., hyperlink **1408**) is selected. The hyperlink may advantageously display the name of the salesperson.

Any screens suitable for performing administrative functions may be used in connection with the system. These screens may be used to maintain and manage information used to perform the calculations within the system. For example, FIG. **16** illustrates a reports generator screen. Selecting hyperlink **1602** opens an average selling price screen **1701**.

Using screen **1702**, the user may view a display of costs associated with some or all of a set of car models. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1706**). The "active series" designation indicates the series which may be displayed in the display of costs. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. Checkboxes **1710** may be used to select the data to be displayed, including but not limited to a series or model identifier, a replacement series identifier, a base price, a delivery charge, a sunroof package, automatic transmission, metallic paint, other costs associated with the financing or price of automotive-related features, or any other suitable costs. A submit button **1714** is selected to display the data in a report **1802** (FIG. **18**), which may advantageously be used to evaluate the average selling price information the system uses to calculate the deal sheets. In one embodiment, the average selling price information the system uses to calculate the deal sheets may be edited or entered manually. Accordingly, the report **1802** advantageously allows a person to review the average selling price information used by the system determine whether to edit that information.

Referring to FIG. **16**, selecting hyperlink **1604** opens a bank rate screen **1902** (FIG. **19**). Using screen **1902**, the user may view a display of financing rates associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1908**). In one embodiment, the user may limit the financing rates displayed to those rates offered by one or more financial institutions. For example, listbox **1912** may be used to select a financial institution. In response to selecting button **1916** A submit button **1912** is selected to display the data in a report **2002** (FIG. **20**), which may advantageously evaluate the financing rates used in the system. The report **2002** advantageously may include financing rate information, including a model identifier, the duration of the term, a money factor, a residual percentage, and MRM. A model identifier may be advantageously used to associate a rate residual with a particular model because rates and residuals may vary by model. The duration of the term is the length of the agreement. The money factor comprises a leasing interest rate or APR of the lease. The residual percentage comprises the portion of the original selling price that the financing company expects the product to be worth at the end of the lease or purchase. MRM is a maximum residual amount used that may be used for calculating payoffs.

Referring to FIG. **16**, selecting hyperlink **1606** opens a mailing list screen **2102** (FIG. **21**). Using screen **2102**, the user may view a display of client-related, contact information associated with some or all of a set of clients. In an embodiment where sets of clients are associated with one or more salespersons, the display of the client-related, contact information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the column-displayed, client-related, contact information to particular parameters, including but not limited to names, organization name, addresses, city, state, zip, home telephone, work telephone, mobile telephone, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. A submit button **2116** is selected to display the data in a report **2202** (FIG. **22**), which may advantageously to view list of the client-related, contact information.

Referring to FIG. **16**, selecting hyperlink **1608** opens a salesperson screen **2302** (FIG. **23**). Using screen **2302**, the user may view a display of information associated with some or all of a set of salespersons. Selecting one or more checkboxes may limit the column-displayed salesperson information, which may include but is not limited to a salesperson identifier, a username, a password, an email address, or the like. A submit button **2316** is selected to display the data in a report **2402** (FIG. **24**), which may advantageously to review a display of the salesperson information.

Referring to FIG. **16**, selecting hyperlink **1610** opens a subsidy screen **2502** (FIG. **25**). Using screen **2502**, the user may view a display of information associated with subsidies (e.g., rebates, discounts, promotions, or the like) associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **2508**). A submit button **2516** is selected to display the data in a report **2602** (FIG. **26**), which may advantageously to assess one or more models and any associated subsidies. In one embodiment, the system uses the subsidies to create deal sheets.

Referring to FIG. **16**, selecting hyperlink **1612** opens a task stage by task owner screen **2702** (FIG. **27**). Using screen **2702**, the user may view a display of contact management task information associated with some or all of a set of task owners (e.g., a salesperson). In an embodiment where set

tasks are associated with one or more salespersons, the display of the task information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the task information to a category of deal sheets, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the task information columns displayed to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. In an embodiment where the task information is associated with a particular date, a range of one or more dates may be entered into one or more of the start field and finish field using any suitable method, including but not limited to manual entry or using calendar buttons in a manner substantially similar to that described above with respect to calendar view **708** (FIG. 7B) and field **514** (FIG. **5**). A submit button **2716** is selected to display the task information in a report **2802** (FIG. **28**). As illustrated in FIG. **28**, report **2802** advantageously displays each selected salesperson with a total number of tasks for the sales person, a subtotal of tasks at each particular stage for the sales person, and an associated percentage relative to the total number of tasks for the particular stage and sales person. In one embodiment, report **2802** may include totals by any suitable group, including by division, type of sales, organization, or the like.

Referring to FIG. **16**, selecting hyperlink **1616** opens a trade-in history screen **2902** (FIG. **29**). Using screen **2902**, the user may view a history of trade-in values associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set of car models comprises a set of car models accepted as a trade-in by a particular car dealership (e.g., list **2908**). The user may view a history of trade-in values associated with some or all of a set of dates. The "active trade-in date" designation indicate the trade-in dates which may be displayed in the display of financing rates. To move one or more trade-in dates from one trade-in dates box to the other, the trade-in dates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one trade-in dates box to the other. In one embodiment, the set of dates comprises a set of dates on which a particular car dealership accepted particular models accepted as a trade-in (e.g., list **2916**). Selecting one or more checkboxes may limit the column-displayed trade-in information, which may include but is not limited to a vehicle identification number, the trade-in amount, an auction price, and a dealer adjustment. The dealer adjustments are those figures where the dealer can actually make changes to the average trade in value. These values are subsequently put into and become part of the calculations. A submit button **2924** is selected to display the task information in a report **3002** (FIG. **30**), which may be used to evaluate the trade-in values used by the system. In one embodiment, a trade-in value, adjustment, or other parameter value associated with a particular current product may be manually altered (e.g., receive user input) to customize that parameter value. In one embodiment, any parameter value associated with a particular replacement product may be manually altered (e.g., receive user input) to customize that parameter value.

FIG. **31** illustrates an embodiment wherein money factor, residual percentage, or both may be altered for one or more replacement products and for one or more suitable replacement agreement terms (e.g., 36 months, 48 months, 60 months, or the like). Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2002** (FIG. **20**).

FIG. **32** illustrates an embodiment wherein money factor, residual percentage, both may be altered for one or more replacement products. Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2602** (FIG. **26**).

FIG. **33** illustrates a display of contact management related activities for one or more accounts (e.g., a house account, a salesperson account, or the like), a group of one or more accounts, or both.

FIG. **34** illustrates one embodiment in which internal data, external data, and historical data are used to generate one or more alerts. The external data comprises trade-in data, payoff amount data, money factor data, and residual data. The internal data comprises rebates and adjustments, average selling price data, and sales effort results data. Management reports, alert lists, and deal sheets are advantageously provided. Further, a sales associate may access the system via a sales associate interface and a manager may access the system from an interface.

FIG. **35** illustrates an embodiment of a deal sheet. As illustrated in FIG. **35**, deal sheet may have one, two, three, or more types of agreements (e.g., lease, balloon, retail purchase, or the like). Further, different types of agreements may have the same or different sets of parameters displayed in the deal sheet.

In one embodiment, a server computer collects information advantageously used to assess the potential replacement agreement, including but not limited to automobile trade-in values. The server computer may reside in any suitable location, including but not limited to a location remote from a dealership.

In one embodiment, when a client with a current agreement visits a dealership, information sufficient to identify the client is provided to the system. For example, in one embodiment, the current product's vehicle identification number is entered into the system. In response, a deal sheet or an alert sheet associated with the client's current agreement may advantageously be created. In one embodiment, a notification is automatically sent to one or more persons at the dealership. Thus, persons at a dealership may proactively offer the client with potential replacement agreements. For example, in one embodiment; when a client visits a dealership for car maintenance, a car maintenance system may automatically communicate with the system to generate a notification to a salesperson.

In some embodiments, a replacement product may comprise one or more automobiles among the dealership's new or pre owned inventory, a new car offered by a manufacturer, or an automobile from any other suitable provider.

In some instances, the lease or contract-ending customers may advantageously be directed to a contract-ending specialist who can adjust the parameters on the remaining months left.

In one embodiment, a manager or sales representative may advantageously adjust the rebates and finance parameters to change when a deal sheet is considered an alert. Thus, a person may try various scenarios and view the results. For example, if an automobile dealership is considering a $1,000 rebate for a certain model of automobile, a manager could enter the $1,000 rebate into the system and then evaluate the number of new alerts generated by this rebate. Similarly, the manager could view the results from altering the interest rate, money factor, or any other suitable parameter associated with an alert.

In one embodiment, the alerts will be integrated into an enterprise software system that tracks client-customer contact, facilitates outreach, facilitates follow through, or the like. For example, in one embodiment, the alerts are integrated into a Customer Relationship Manager system that will function with one or more aspects of the daily working of an automotive dealership to include sales representatives, business development centers, call centers, lease termination departments, managers, finance departments and service departments. Thus, interaction with various aspects of these systems may advantageously trigger a notification of a potential replacement contract. For example, when a call center receives a call from the client, the call center's system would preferably access the alert aspects of the system and, if an alert was associated with the client, the call center's system would be automatically notified. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a pop-up screen, an email, or the like. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a wireless transmitter (e.g., PDA, cellular phone), a wired transmission (e.g., telephone), or any suitable method. Any suitable person may receive such notifications.

In some embodiments, the system uses internal data, external data, or both. In one embodiment, the internal data comprises rebates, adjustments, average selling prices, historical sales data. In one embodiment, the external data comprises trade-in values, payoff values, money factors, and residual. In one embodiment, alerts are provided to any suitable person, including but not limited to outbound marketers (e.g., telephone or the like), salespersons, managers, or the like.

In some embodiments, additional fees (e.g., license fee, bank acquisition fee, or the like) may be required in addition to the replacement product payments. In some embodiments, the payments calculated for a replacement product includes fees (e.g., delivery charge, fuel-economy tax) related to the replacement agreement. The replacement product may have any suitable combination of features financed in its payment. In one embodiment, the replacement product includes a set of predetermined features. In one embodiment, a set of predetermined features includes automatic transmission, sunroof package, and metallic paint.

In one embodiment, a current product is associated in the system with one or more replacement products. Accordingly, when the system executes a process to generate a deal sheet, the system determines the one or more replacement products associated with the current product and displays a deal sheet for those one or more replacement products. Associations may be made in any suitable manner, including but not limited to a database, a data file, or the like. In one embodiment, a particular make, model, and year of an automobile may be associated with one or more other combinations of make, model, and year. In this embodiment, when the system executes a process to generate a deal sheet, the system identifies the make, model, and year of the current product and display a deal sheet with associated combinations of make, model, and year. In one embodiment, these associations are entered manually into the system for general use (e.g., a manager determines that customers generally would accept particular types of replacement products for certain types of current products). Any suitable way of determining what replacement products to display may be used. For example, where a client requests a particular make, model, and year, the system may advantageously receive that particular make, model, and year and display a corresponding deal sheet. Although automobiles may be categorized using make, model, series, class, year, or the like, any suitable category, classification, or grouping of automobile may be used to create associations for a client's current automobile and a replacement automobile. Further, for current products or replacement products, any category, classification, or grouping may be used to association current products with replacement products.

In one embodiment, when the system executes a process to generate a deal sheet (e.g., for an alert), the system identifies one or more replacement products associated with the current product and determines whether a payment associated with the replacement agreements is less than or equal to a certain threshold percentage value relative to a payment associated with the current agreement. For example, in one embodiment where the threshold percentage value is 10 percent, if a client leases a first automobile at $500 a month and a second associated automobile is available for lease at $550 a month, the system would generate an alert because the second automobile's payment is within 10%. Any suitable threshold percentage value may be used. In one embodiment, the threshold value is 5%. The threshold percentage value may be between and including 3% and 10%. Of course, the threshold percentage value may be at or about any suitable value. Further, this comparison of payments may be used to generate an alert alone, in combination with associations among products within the system, or in combination with any other suitable parameters. Further, alerts may be generated without reference to a comparison of payments.

In one embodiment, a local distributor tracks the identity of a person that sold the client the current product, and the system uses that information to route one or more alerts related to that client's current product to the person. In one embodiment, any suitable person may receive an alert.

As will be apparent to a skilled artisan in light of the foregoing disclosure, the system disclosed herein perform a number of useful processes for alerting a dealership when a customer can be offered a new and advantageous lease or other financial arrangement. Advantageously, providing such information to a dealership in a timely fashion can drive a significant number of sales and leasing arrangements for a dealership. Accordingly, embodiments as described herein allow for the automated performance of a number of processes that can significantly increase dealership profits. Embodiments of such processes are described below with regard to FIGS. **36** through **38**.

FIG. **36** illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. Such a process **3600** commences with a block **3610**. In the block **3610**, the process **3600** retrieves customer information, financing information, and product information. Preferably, such customer information and financing information includes information about any leases or other financial arrangements that each customer is already involved in, along with information about financial arrangements cur-

rently available from financial institutions. Accordingly, such information provides a basis for allowing the process **3600** to compare current financial arrangements with potential financial arrangements to determine whether a customer can switch to an advantageous financial arrangement. In one embodiment, an automated information retrieval module, such as the information retrieval module **3930** of FIG. **39**, automatically retrieves the customer and financial information from various electronic sources, such as, for example, public and private web pages, databases maintained by a dealership, external databases, and the like. A number of techniques for automatically retrieving such information are known to skilled artisans and can be employed to implement the information retrieval module **3930**.

In a block **3620**, the process **3600** compares each customer's current financial terms with potential financial terms being offered by financial institutions. Preferably, the comparison block **3620** takes into account all available financial variables that affect whether a customer can advantageously switch financial arrangements, including, for example, interest rates, payoff periods, amount due on the current financial arrangement, any dealer or manufacturer incentives currently available, and the like. The foregoing list of financial variables is exemplary and non-exhaustive; a skilled artisan will appreciate, in light of this disclosure, other financial variables that are relevant, under some circumstances, for determining whether a customer can advantageously switch financial arrangements. In one embodiment, a financial terms comparison module, such as the financial terms comparison module **3935** of FIG. **39**, performs the processing of the block **3620**.

In a block **3630**, the process **3600** generates, based on the comparison of the block **3620**, a number of alerts to inform a dealership that a customer can advantageously switch financial arrangements. In one embodiment, the process **3600** generates an alert whenever the difference between the amount that a customer will pay for a new but comparable financial arrangement as compared to the customer's current financial arrangement is below a threshold value. For example, in one embodiment, the process **3600** generates an alert whenever the difference in payment amount is less 10%, such that, for example, an alert is generated when a new payment amount would be $540 and a current payment amount is $500. Alternatively, the process **3600** can be configured to generate an alert only when the difference between a new payment amount and a current payment amount is negative: that is, when the new payment amount is less than the current payment amount. A skilled artisan will appreciate, in light of this disclosure, that a wide variety of thresholds can be set depending on the particular types of sales opportunities that a dealer wants to know about. In one embodiment, the processing of the block **3630** is performed by the financial terms comparison module **3935**. Alternatively, as will be apparent to a skilled artisan, the processing of the block **3630** can be performed by a separate module, such as, for example, an alert generation module.

In a block **3640**, the process **3600** transmits the generated alerts to a dealership. Advantageously, the transmission of alerts informs the dealership of sales opportunities that may provide to the dealership a significant opportunity to boost profits. As will be apparent from the description of the system provided above, the alerts can be transmitted by email, pager, web page, database record, fax, or any other known method of transmitting electronic data. In one embodiment, the processing of the block **3640** is performed by an alert transmission module, such as, for example, the alert transmission module **3940** of FIG. **39**.

Though additional blocks are not illustrated by FIG. **36**, it will be apparent to a skilled artisan in light of this disclosure that the dealer can invoke additional processing of the alerts once the dealer has received the alerts. For example, the dealer can invoke the contact management and task management functions as have been described herein. Accordingly, in addition to alerting the dealer, embodiments of the system can perform a number of processes for managing alerts. Advantageously, such alert management provides dealers an effective way to follow up with each alert in a way that maximized the dealer's chances to convert an alert of a potential sale into an actual sale.

FIG. **37** illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. In this embodiment, in a block **3710**, the process **3700** receives at least one modified financial variable. For example, in one embodiment, the process **3700** may receive a financial variable that indicates that a dealer rebate has increased from $500 to $1,000.

Based on the new information, the process **3700** executes much of the same processing that was explained with regard to FIG. **36** in order to generate alerts that take into account the newly entered information. Advantageously, therefore, the process **3700** can be used by a dealer to answer questions such as "How many customers could be switched to a new financial arrangement if we increase the dealer incentive to $1,000?" In one embodiment, the modified financial variables received in the block **3710** are received by an automated process such as the information retrieval module **3930**. In another embodiment, the modified variables are entered manually using a data entry module, such as, for example, the data entry module **3925** of FIG. **39**. Advantageously, allowing for manual entry allows for great flexibility in allowing a dealership to change variables over which the dealership has control in order to determine whether new sales opportunities can be generated.

As indicated, the process **3700** performs much of the same processing that is performed by the process **3600**. In a block **3720**, the process **3700** compares current financial terms to potential financial terms, substantially as explained with respect to the block **3620**. In a block **3730**, the process **3700** generates alerts, substantially as explained with respect to the block **3630**. In a block **3740**, the process **3700** transmits the alerts, substantially as explained with respect to the block **3640**.

Advantageously, one embodiment of the system can be used to determine, in real time, whether a deal can be presented to a customer, while the customer is, for example, in a dealership showroom. FIG. **38** illustrates such a process for detecting and presenting a deal to a customer in real-time. The process **3800** commences, in a block **3810**, to receive a potential customer identification. In one embodiment, a potential customer identification, such as, for example, a customer number, can be entered manually into the system using the data entry module **3925**. In a block **3820**, the process **3800** retrieves the potential customer's financial information in real-time. In a block **3830**, the process **3800** compares the current financial terms of the financial arrangements associated with the identified potential customer with potential financial terms for comparable financial arrangements, substantially as explained with regard to the block **3620**. In a block **3840**, the process **3800** generates alerts, substantially as explained with regard to the block **3630**. In a block **3850**, the process **3800** transmits the alerts, substantially as explained with regard to the block **3640**. In a block **3860**, the dealership uses the transmitted alert to present a deal to the potential customer. Advantageously, the entire process **3800** occurs

while the potential customer is still in the presence of the dealer, giving the dealer a higher probability to derive increased sales based on the alerts.

FIG. 39 illustrates a financial terms alert generation system attached to a computer network, according to one embodiment of the system described herein. A financial terms alert generation system **3905** comprises financing information **3910**, customer information **3915**, product information **3920**, a data entry module **3925**, an information retrieval module **3930**, a financial terms comparison module **3935**, and an alert transmission module **3940**. The financial terms alert generation system **3905** is preferably connected, via a computer network **3945**, to external financing information **3950**, external customer information **3955**, external product information **3960**, and at least one dealer terminal **3965**. In some embodiments, the financing information **3910**, customer information **3915**, and product information **3920** does not exist permanently within the financial terms alert generation system, but is retrieved from external sources **3950**, **3955**, and **3960**, as needed. In other embodiments, at least portions of the financing information **3910**, the customer information **3915**, and product information **3920** is stored permanently within the financial terms alert generation system **3905** to provide local storage and caching of data. A skilled artisan will appreciate, in light of this disclosure, that the illustrated storage and modules can be distributed across multiple network hosts rather than being centralized in one location.

In one embodiment, the data entry module **3925** is configured to receive input from a user to enter or modify data stored in the financing information **3910**, the customer information **3915**, the product information **3920**, the external financing information **3950**, the external customer information **3955**, or the external product information **3960**. In general, the data entry module **3925** is not used for a large percentage of data entry, because the information retrieval module **3930** generally automatically retrieves information from sources available on the network **3945**. However, advantageously the data entry module **3925** provides a manual tool for entering data for cases in which a user desires to fine tune the information stored in the databases. For example, in certain cases, a dealership may have special incentive programs that are not captured in sources available on the network **3945**, and a dealer may want to manually enter data that takes such special incentive programs into account.

In one embodiment, the information retrieval module **3930** is configured to automatically retrieve information about products, customers, and financing from sources available on the network **3945**, such as, for example, from the external financing information **3950**, the external customer information **3955**, and the external product information **3960**. Upon retrieving such information from sources available on the network **3945**, the information retrieval module **3930** makes the information available to the financial terms alert generation system **3905**, such that the system **3905** can use the information in order to perform the calculations necessary to determine whether a customer can advantageously enter a new lease or purchase transaction. For example, in one embodiment, the information retrieval module **3930** stores the retrieved information in local storage accessible to the financial terms alert generation system **3905**, such as by storing the information in the financing information **3910**, the customer information **3915**, and the product information **3920**. Alternatively or additionally, the information retrieval module **3930** can store the information in memory rather than in local storage. A skilled artisan will appreciate, in light of this disclosure, a variety of techniques for retrieving information from sources available on the network **3945**, including, for example, by scraping public websites. In light of these known techniques, a skilled artisan will readily understand, in light of this disclosure, how to implement the information retrieval module **3930**.

As previously described, embodiments of the system and method described herein determine when a customer is able to enter into a new financial arrangement under financial terms that are favorable to the customer. In many cases, financial terms that are favorable to a customer are those in which the customer will pay less under a new arrangement than under an old arrangement. However, in certain cases, a customer may find terms favorable to the customer even when the customer will pay more under the new arrangement. For example, in certain cases, a customer may want to "buy up," or purchase a product with a higher level of quality of luxury. Accordingly, embodiments of the system and method described herein allow a dealer to determine financial arrangements that are available to a customer in such a "buy up" situation. In certain embodiments, for example, a dealer selects, using, for example, a pull-down menu, a class of products that a customer potentially desires to buy. For example, with respect to cars, a dealer may select a model of car, such as a Mercedes-Benz C class, or a Mercedes-Benz E class. FIG. **40** illustrates an example screen shot in which a dealer may make such a selection. Upon receiving such a selection, embodiments of the system determine new financial arrangements that are available to the customer for that class of product. Advantageously, the dealer can use such information to present the customer with an offer to "buy up" to a higher quality product.

Similarly, embodiments of the system and method allow a dealer to select a lower class of product to find out about opportunities for the customer to "buy down," or purchase a lower class product in order to save money. In certain embodiments, such "buy up" or "buy down" inquiries are limited to products from the same manufacturer as a product that the customer currently owns or is leasing. In other embodiments, such "buy up" or "buy down" inquiries can include manufacturers that are different from the manufacturer of a product that the customer currently owns or is leasing.

Advantageously, by automatically retrieving a large amount of information relating to products, customers, and financing, the information retrieval module **3930** contributes to the ability of the financial terms alert generation system **3905** to generate a large amount of alerts regarding financing opportunities in a timely fashion such that dealers can be informed of such opportunities in time to convert many such opportunities into sales. Advantageously, the automation provided by the information retrieval module **3930** also allows for periodic alert generation based on up-to-date information. Accordingly, the financial terms alert generation system **3905** can generate alerts whenever new information is retrieved by the information retrieval module **3930** that affects whether customers are able to advantageously enter a new lease or purchase transaction.

In one embodiment, the financial terms comparison module **3935** performs comparisons and calculations necessary to determine whether a customer is able to advantageously enter a new lease or purchase transaction. In one mode of operation, the financial terms comparison module **3935** performs batch comparisons periodically. In another mode of operation, the financial terms comparison module **3935** performs batch comparisons whenever new information is added to any one or more of the financing information **3910**, the customer information **3915**, or the product information **3920**. In another mode of operation, the financial terms comparison module **3935** performs a comparison for a particular identi-

fied customer and returns results of such a comparison in real time. When operating in this mode, the financial terms comparison module **3935** can advantageously lead to the generation of an alert in real time while, for example, a customer is in a dealership showroom. Advantageously, the financial terms comparison module **3935**, in one embodiment, is configured to be able to perform comparisons and calculations in any one or more of the above-described modes of operation, such that the most advantageous mode of operation under the circumstances can be chosen.

Preferably, the financial terms comparison module **3935** compares each customer's current financial arrangements with potential financial arrangements for similar products in order to determine whether a replacement arrangement can be entered into on more favorable or almost as favorable terms. To perform such calculations and comparisons, the financial terms comparison module **3935** employs the comparison method steps and calculation formulas as are described herein above. Upon performing the calculations and comparisons, the financial terms comparison module **3935** generates information for an alert to a customer whenever a favorable replacement financial arrangement can be had.

In one embodiment, the alert transmission module **3940** receives alert information generated by the financial terms comparison module **3935** and transmits the alerts to a dealer. In one embodiment, the alert transmission module **3940** transmits the alerts to a dealer terminal **3965** via email. Alternatively or additionally, the alert transmission module **3940** can be configured to transmit alerts via pager, telephone, fax transmission, a webpage accessible to the dealer terminal **3965**, or any other known mechanism for communicating information using electronic devices. In one embodiment, the alert transmission module **3965** is configured to transmit an alert to the dealer terminal **3965** in real time, such that the dealer receives the alert, for example, while a customer is still in a dealership showroom. Such real time alert generation and transmission can be advantageously employed to generate an alert for each customer that comes into a dealership's service department. That is, whenever, the customer brings a product to be serviced, the dealership can quickly run a comparison and generate any alerts, as applicable, to determine whether the customer can advantageously enter into a new lease or purchase transaction. If the customer can enter into such a transaction under favorable terms, the dealer can use the information from the alert to make an offer to the customer while the customer is in the service department. Advantageously, this usage of the financial terms alert generation system **3905** can lead to a substantial increase in sales, as it has been found that at any given time, approximately eight percent of customers can enter new loans or leases on favorable terms. Advantageously, the financial terms alert generation system **3905** identifies a large percentage of those customers that can enter new loans or leases on favorable terms.

Although the system is disclosed with reference to preferred embodiments, the invention is not limited to the preferred embodiments only. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the system. Unless indicated otherwise, it may be assumed that the process steps described herein are implemented within one or more modules, including logic embodied in hardware or firmware, or a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example C++. A software module may be compiled and linked into an executable program, installed in a dynamic link library, or may be written in an interpretive language such as BASIC. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, such as an EPROM or EEPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software modules, but may be represented in hardware or firmware. The software modules may be executed by one or more general purpose computers. The software modules may be stored on or within any suitable computer-readable medium. The data described herein may be stored in one or more suitable mediums, including but not limited to a computer-readable medium. The data described herein may be stored in one or more suitable formats, including but not limited to a data file, a database, an expert system, or the like.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, although described in the context of automobiles, any good or service associated with a series of one or more payments may be used with embodiments of the invention. Thus, any good or service, whether related to automobiles or unrelated to automobiles, is contemplated. Accordingly, the concepts represented herein may apply to any consumer or commercial good that is financed or leased over time, such as aircraft, heavy equipment, high tech equipment, or the like. Further, although particular make, models, and other automobile-specific information is described, any make, model, or other information may be used. Also, any use related to vehicles or unrelated to vehicles may be used. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not limited to the preferred embodiments. Rather, the claims that follow define the invention.

What is claimed is:

**1**. A financial terms alert generation system comprising:

at least one computer-readable medium storing a plurality of software modules, wherein each of the software modules comprises computer-executable instructions; and

computer hardware comprising at least one computer processor in communication with the computer-readable medium and configured to execute the software modules to generate and transmit an alert to a vehicle dealer to indicate that the vehicle dealer can replace a first vehicle of a customer with a second vehicle, wherein the software modules comprise:

a vehicle comparison module configured to access at least one data repository that stores associations between comparable vehicles and to determine, based on one or more of the associations, a vehicle that is comparable to another vehicle;

an information retrieval module configured to retrieve, from at least one data repository accessible via a computer network, customer information, first financial terms that the customer has for a first vehicle, first vehicle information, second vehicle information for a second vehicle that the vehicle comparison module determines is comparable to the first vehicle, and second financial terms available to the customer for the second vehicle, wherein the first financial terms and the second financial terms collectively comprise at least an amount due on the first vehicle, an existing periodic payment for the first vehicle, interest rates, payoff periods, and any dealer or manufacture incentives that are available,

wherein the information retrieval module is configured to determine when retrieved information has changed since a previous retrieval of information:

a value estimation module configured to estimate at least an equity value of the first vehicle from at least a portion of the customer information. the first financial terms, and the first vehicle information. the estimated equity value of the first vehicle based on a comparison between (1) a payoff amount associated with the first vehicle adjusted by a trade-in value associated with the first vehicle, and (2) the amount due on the first vehicle;

a second vehicle cost calculation module configured to calculate a cost of the second vehicle by adjusting an average selling price associated with the second vehicle by the estimated equity value of the first vehicle and any of the dealer or manufacture incentives that are available;

a financial terms generation module configured to generate adjusted second financial terms by analyzing the calculated cost of the second vehicle;

a financial terms comparison module configured to automatically cause the computer hardware to periodically monitor the adjusted second financial if it is determined in real-time that the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms, wherein the determination comprises calculating, based at least upon the estimated value of the first vehicle and the adjusted second financial terms. an available periodic payment for the second vehicle, calculating the difference between the available periodic payment for the second vehicle and the existing periodic payment for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

an alert generation and transmission module configured, when it is determined that it is favorable to the customer to replace the first vehicle and the first financial terms with the second vehicle and the adjusted second financial terms. to generate for the dealer an alert comprising information identifying the customer. the customer's contact information, the first vehicle, the second vehicle, and the adjusted second financial terms and to transmit at least a notification of the alert to the dealer, wherein the alert comprises a deal sheet adapted to facilitate a replacement transaction in which the customer replaces the first vehicle with the second vehicle; and

an alert management module configured to provide the dealer access to a plurality of alerts generated for the dealer and to allow the dealer to perform a plurality of management operations on the alerts. wherein the management operations are adapted to facilitate the dealer's closing of a replacement transaction with a customer and comprise sorting the alerts, searching for and viewing a portion of the alerts. and assigning a status to an alert.

**2**. The system of claim **1**. wherein the financial terms comparison module is further configured to perform multiple calculations based on the retrieved information regarding multiple customers in order to determine which of the customers for which it is favorable to replace a first vehicle and first financial terms with a second vehicle and second financial terms. and wherein the alert generation and transmission module is configured to generate an alert and transmit a notification of an alert to a dealer for each customer for which it is favorable to replace a first vehicle and first financial terms with a second vehicle and second financial terms.

**3**. The system of claim **2**, wherein the financial terms comparison module is configured to perform the multiple calculations regarding multiple customers periodically and wherein the alert generation and transmission module is configured to generate an alert and transmit a notification of an alert for each customer that has been newly identified by the financial terms comparison module as a customer for which it is favorable to replace a first vehicle and first financial terms with a second vehicle and second financial terms.

**4**. The system of claim **1**, wherein the financial terms comparison module is configured to perform a calculation for an identified customer in real time such that, in the event that the financial terms comparison module determines that it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms. the alert generation and transmission module can generate the alert and transmit the notification of alert in real time.

**5**. The system of claim **4**, wherein the financial terms comparison module is configured to perform the calculation for an identified customer when the identified customer enters a dealership, such that if it is favorable for the identified customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms, the notification of alert can be transmitted to the dealer in real time while the customer is still in the dealership.

**6**. The system of claim **1**, wherein the preset acceptable threshold value used by the vehicle comparison module is zero. such that it is deemed favorable to a customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms if the customer would pay no more per periodic payment under the second financial terms than under the first financial terms.

**7**. The system of claim **1**, wherein the preset acceptable threshold value used by the vehicle comparison module is ten percent of the existing periodic payment, such that it is deemed favorable to a customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms if the customer. under the second financial terms, would pay no more than ten percent per periodic payment over what the customer pays under the first financial terms.

**8**. A method of providing an alert regarding a customer that has first financial terms for a first vehicle and that is able to enter into second financial terms for a second vehicle and that are favorable to the customer, the method comprising:

accessing a plurality of computer-readable instructions; and

executing the instructions on a computer system comprising computer hardware including at least one computer processor, wherein execution of the instructions by the computer processor causes the computer system to perform a plurality of operations comprising:

retrieving from computer storage accessible via a computer network customer information, first financial terms that the customer has for a first vehicle. and first vehicle information;

determining a second vehicle that is comparable to the first vehicle;

retrieving from computer storage accessible via a computer network second vehicle information for the second vehicle and second financial terms available to the customer for the second vehicle;

determining in real-time changes in retrieved information since a previous retrieval of information;

determining in real-time whether the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial

terms with a second vehicle and second financial terms, wherein the determining comprises:

estimating at least an equity value of the first vehicle from at least a portion of the customer information, the first financial terms, and the first vehicle information, the estimated equity value of the first vehicle based on a comparison between a payoff amount associated with the first vehicle adjusted by a trade-in value associated with the first vehicle and an amount due on the first vehicle;

calculating a cost of the second vehicle by adjusting an average selling price associated with the second vehicle with the estimated equity value of the first vehicle;

generating adjusted second financial terms by analyzing the calculated cost of the second vehicle;

determining a first alert parameter based at least in part on the first financial terms and the adjusted second financial terms;

generating the alert; and

transmitting the alert to the dealer.

**9**. The method of claim **8**, wherein the alert is transmitted by email.

**10**. The method of claim **8**, wherein the alert is configured to be read by a dealer terminal configured for managing the alert, wherein managing the alert includes at least one of assigning the alert to a user for handling, associating a task with the alert, and assigning a status to the alert.

**11**. The method of claim **8**, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than the customer pays under the first financial terms.

**12**. The method of claim **8**, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than a threshold value over what the customer pays under the first financial terms.

**13**. A method of providing an alert regarding a customer that has first financial terms for a first vehicle and that is able to enter into second financial terms for a second vehicle and that are favorable to the customer, the method comprising:

accessing a plurality of computer-readable instructions; and

executing the instructions on a computer system comprising computer hardware including at least one computer processor, wherein execution of the instructions by the computer processor causes the computer system to perform a plurality of operations comprising:

retrieving from computer storage accessible customer information, first financial terms that the customer has for a first vehicle, and first vehicle information;

determining a second vehicle that is comparable to the first vehicle;

retrieving from computer storage second vehicle information for the second vehicle and second financial terms available to the customer for the second vehicle;

retrieving in real-time changed information associated with the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle, or the second financial terms available to the customer for the second vehicle;

if it is determined in real-time that the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms:

calculating a new payment based on the first financial terms and the second financial terms;

determining if the new payment satisfies at least a first alert parameter based at least in part on the first financial terms and the second financial terms;

generating the alert if it is determined that the new payment satisfies the alert parameter; and

transmitting the alert to the dealer.

**14**. The method of claim **13**, wherein the alert is transmitted by email.

**15**. The method of claim **13**, wherein the alert is configured to be read by a dealer terminal configured for managing the alert, wherein managing the alert includes at least one of assigning the alert to a user for handling, associating a task with the alert, and assigning a status to the alert.

**16**. The method of claim **13**, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than the customer pays under the first financial terms.

**17**. The method of claim **13**, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than a threshold value over what the customer pays under the first financial terms.

**18**. The method of claim **13**, wherein the retrieving in real time of changed information is performed with respect to a single specific customer.

**19**. The method of claim **13**, wherein the retrieving in real time of changed information is performed with respect to a plurality of customers.

**20**. The method of claim **13**, wherein the retrieving in real time of changed information is performed as a batch process.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,827,099 B1
APPLICATION NO. : 10/996122
DATED : November 2, 2010
INVENTOR(S) : Jeffrey S. Cotton

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At Sheet 7 of 47 (Box. 20) (FIG. 1H), Line 1, Change "Pymnt" to --Payment--.

At Column 7, Line 45, After "including" delete "sales tax (if any),".

At Column 12, Line 20, Change "management," to --management--.

At Column 16, Line 60, Change "embodiment" to --embodiment,--.

At Column 16, Line 66, Change "inventory." To --inventory,--.

Signed and Sealed this
Twenty-fourth Day of May, 2011

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT B



(12) **United States Patent**
**Cotton**

(10) **Patent No.: US 8,005,752 B1**
(45) **Date of Patent: *Aug. 23, 2011**

(54) **SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS**

(75) Inventor: **Jeffrey S. Cotton**, Laguna Hills, CA (US)

(73) Assignee: **Autoalert, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/911,552**

(22) Filed: **Oct. 25, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 10/996,122, filed on Nov. 23, 2004, now Pat. No. 7,827,099.

(60) Provisional application No. 60/525,233, filed on Nov. 25, 2003.

(51) **Int. Cl.**
***G06Q 40/00*** (2006.01)

(52) **U.S. Cl.** .......................................... **705/38**; 705/35

(58) **Field of Classification Search** .................... 705/35
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,736,294 A 4/1988 Gill et al.
5,774,883 A * 6/1998 Andersen et al. .............. 705/38
6,073,112 A 6/2000 Geerlings
6,502,080 B1 12/2002 Eichorst et al.
7,249,322 B2 * 7/2007 Jones et al. .................. 715/751
7,343,406 B1 3/2008 Buonanno
7,392,221 B2 6/2008 Nabe
7,546,273 B2 6/2009 Blanchard et al.
7,571,128 B1 8/2009 Brown
7,827,099 B1 11/2010 Cotton
2001/0049653 A1 12/2001 Sheets
2002/0013711 A1 * 1/2002 Ahuja et al. ...................... 705/1
2004/0039690 A1 * 2/2004 Brown et al. .................. 705/38

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO 01/67210 9/2001

(Continued)

OTHER PUBLICATIONS

Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System, Catalina Danis et al., Proceedings of the 32nd Hawaii International Conference on System Sciences-1999.*

(Continued)

*Primary Examiner* — Harish T Dass
*Assistant Examiner* — Clifford Madamba
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

A financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify the customer and the favorable financial terms.

**24 Claims, 47 Drawing Sheets**

Existing Vehicle
Class Description C-Class
Series Description C155 Wagon 4D
Year 2000
VIN ABC345
Deal Recap
Contract Start Date 6/10/2000
Capitalized Cost $53,258
Residual Amount $34,160
Contract Term 39
Base Payment $656
Total Payment $722
Payoff Amount $37,136
Trade-in Amount $30,050
Trade Equity $7,086–
Security Deposit $0
Balance To Maturity
Payments Made 35
Payments Remaining 4
Payment History 30 - 0, 60 - 0, 90 - 0
Balance To Maturity $4,039–
Preferred Equity
Equity $4,039–



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0254819 | A1 | 12/2004 | Halim et al. |
| 2005/0171896 | A1 | 8/2005 | Seretti et al. |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. |
| 2006/0129423 | A1 | 6/2006 | Sheinson et al. |
| 2006/0143112 | A1 | 6/2006 | Donarski et al. |
| 2007/0136163 | A1 | 6/2007 | Bell |
| 2007/0179798 | A1 | 8/2007 | Inbarajan |
| 2008/0201163 | A1 | 8/2008 | Barker et al. |
| 2010/0217616 | A1 | 8/2010 | Colson et al. |
| 2010/0274571 | A1 | 10/2010 | McFall et al. |
| 2010/0274631 | A1 | 10/2010 | McFall et al. |

FOREIGN PATENT DOCUMENTS

WO WO 2008/110939 A2 9/2008

OTHER PUBLICATIONS

Screen shots of 1992 Lotus 1-2-3 spreadsheet program in 4 pages.

Catalina Danis et al., Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System., Proceedings of the 32nd Hawaii International Conference on System Sciences, 1999.

* cited by examiner

U.S. Patent Aug. 23, 2011 Sheet 1 of 47 US 8,005,752 B1

102

Joe's Dealership, Inc. 05/12/2003 **Alert Sheet**

John Smith Demo Sales Associate

**Client Information**

| | |
|---|---|
| Alert # | 177037 |
| Client | John Smith |
| Address | 1111 First Street |
| Address 2 | |
| City | Big City |
| State | CA |
| Zip | 90803 |
| Phone Work | (555) 555-5959 |
| Phone Mobile | |
| Phone Home | (555) 555-7878 |

**Existing Vehicle**

| | |
|---|---|
| Class Description | C-Class |
| Series Description | C155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |

**Deal Recap**

| | |
|---|---|
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $53,258 |
| Residual Amount | $34,160 |
| Contract Term | 39 |
| Payoff Amount | $37,136 |
| Trade-in Amount | $30,050 |
| | $7,086– |
| Security Deposit | $0 |

**New Vehicle**

| | |
|---|---|
| Average Selling Price | $52,175 |
| Subsidy Amount | $0 |
| | $56,214 |

**Balance To Maturity**

| | |
|---|---|
| | 35 |
| | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | $4,039– |

**Preferred Equity**

| | |
|---|---|
| Equity | $4,039– |

**Dealer Credit**

Payment

Difference

**Big Bank, Inc.**

Payment

Difference

AutoAlert

FIG. 1A

EXHIBIT B
-76-

| Existing Vehicle | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |
| **Deal Recap** | |
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $53,258 |
| Residual Amount | $34,160 |
| Contract Term | 39 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| Payoff Amount | $37,136 |
| Trade-in Amount | $30,050 |
| Trade Equity | $7,086– |
| Security Deposit | $0 |
| **Balance To Maturity** | |
| Payments Made | 35 |
| Payments Remaining | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | $4,039– |
| **Preferred Equity** | |
| Equity | $4,039– |

*FIG. 1B*

**Client Information**

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

**New Vehicle**

| | |
|---|---|
| Class Description | G-Class |
| Series Description | G155 Wagon 4D |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cost | **$56,214** |

*FIG. 1C*



Dealer Credit
Payment
Difference
Big Bank, Inc.
Payment
Difference

FIG. 1D

104
106
11/17/2003
Manager Lease
Jeff Cotton
108
Existing Vehicle
110
Class Description V-Class
Series Description V123 Coupe 2D
Year 2002
VIN WDBRN12345J02A
112
Deal Recap
Contract Start 8/18/2001
Contract End 8/18/2004
Capitalized Cost $33,133
Residual Amount $20,303
Contract Term 36
116
Payoff Amount $23,565
Payoff Good Through 11/27/2003
Trade-in Amount $16,580
Trade Equity ($6,985)
Security Deposit $6,000
Balance To Maturity
114
28
8
Payment History 30 - 0, 60 - 0, 90 - 0
Balance To Maturity ($4,896)

FIG. 1E



120
Joe's Dealership, Inc.
124
MARY DOE
122
Client Information
Alert # 180082
Client MARY DOE
Address 1234 MAIN ST
Address 2
City BIG CITY
State CA
Zip 90248
Phone Work (555) 555-9809
Phone Mobile
Phone Home (555) 555-4321
126
New Vehicle
Average Selling Price $28,865
Trade Equity ($4,896)
Subsidy Amount $3,000
Sales Tax 7.75% $2,384

FIG. 1F



Dealer Credit
Contract Term 36 48 60
Lease
Residual Amount $15,010 $12,701 $9,814
Capitalized Cost $30,761 $30,761 $30,761
Money Factor 0.00254 0.00254 0.0037
Difference $27 ($41) ($28)
Big Bank, Inc
Contract Term 36 48 60
Lease
Residual Amount $12,412 $10,680 $9,237
Capitalized Cost $30,761 $30,761 $30,761
Money Factor 0.00235 0.00235 0.00235
Difference $84 ($12) ($74)
130
132
134
AutoAlert

FIG. 1G

Lease Payment

CAPITALIZED COST CALCULATION

| | | |
|---|---|---|
| 1 | Agreed upon value of the vehicle | $ |
| 2 | Sales/Use Tax (if capitalized) | + $ |
| 3 | Luxury Tax (calculation A) | + $ |
| 4 | Other (explain) | + $ |
| 5 | Prior credit or lease balance (negative equity) | + $ |
| 6 | Subtotal | = $ |
| 7 | Acquisition fee (if capitalized) | + $ |
| 8 | Scheduled Maintenance Cost | + $ |
| 9 | Additional Wear & Usage | + $ |
| 10 | Other (explain) | + $ |
| 11 | Gross Capitalized Cost | = $ |
| 12 | Gross Capitalized Cost Reduction Trade $ Cash $ | – $ |
| 13 | Adjusted Capitalized Cost | – $ |
| | | |

LEASE PAYMENT CALCULATION

| | | |
|---|---|---|
| 14 | Residual Value (calculation C) | $ |
| 15 | Depreciation (lines 13–14) | $ |
| 16 | Money Factor | .0 |
| 17 | Add Lines 13+14 | $ |
| 18 | Rent Charge (lines 16x17) x Term | $ |
| 19 | Total Base Single Payment (lines 15+18) | $ |
| 20 | Base Monthly Payment/Base Single Pymnt (19/# of payments) | $ |
| 21 | Sales/Use Tax _____ % x line 20 | $ |
| 22 | Total Monthly Payment (or total single payment) | $ |

*FIG. 1H*

B. Residual Value Calculation

| | | |
|---|---|---|
| TSRP | | ______ |
| Residualized Options | + | ______ |
| Subtotal | = | ______ |
| Gas Guzzler Tax | – | ______ |
| Basis for Residual Value | = | ______ % |
| Residual Value % | X | ______ |
| Residual Value | = | ______ |
| Prepaid Mileage (15¢ per mile) | – | ______ |
| Adjusted Residual Value (line 14) | = | ______ |

Deferred Payment

$$A=((P*(1+i)^{n} - B)*i)/((1+i)^{n-1})$$

A=Payment
P=Principle
i=Interest rate
B=Differed Amount or Balloon

FIG. 1I

Purchase Payment

A=p+i/n

A=Payment
P=Principle
i=Interest amount
n=number

FIG. 1J

FIG. 1K

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/login.asp?UserName=house

Links AutoAlert Reports Data Entry

User Name

Password

Login

201

201

FIG. 2



FIG. 3
File Edit View Favorites Tools Help Send
Address http://hyacinth/TaskActive.asp?Filter=
Jeff Cotton ( Sales Associate)
Filter
Sale Type Lease Balloon Retail
Category Sale Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Search
Thursday, October 09, 2003
New
Alert New Not Started Nathan Client, 2000 Q111 Sedan
Alert New Not Started Mary Johnson, 2002 Q155 Wagon
Alert New Not Started John Smith, 1999 Q551 Sedan
Alert New Not Started John E. Apple, 2000 V123 Coupe
Today
06/24/2003 10:30AM Alert Call Left Message Fred N. Barney, 2001 Q111 Coupe
08/26/2003 4:00PM Alert Call Left Message with Person Joe Customer, 2000 Q155 Wagon
09/22/2003 12:00PM Alert Call Return Call Ben N. Jerry, 1999 QL459 Sport Sedan
300
302
304
306
308
310
312
314

File Edit View Favorites Tools Help Send

Back Search Favorites Media

Address http://hyacinth/TaskActive.asp?Filter=

Jeff Cotton ( Sales Associate )

Filter

Sale Type ☑ Lease ☑ Balloon ☑ Retail

Category ☐ Sale ☑ Alert ☐ Expired Alert ☐ Lease Ending

Stage ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Search

Thursday, October 09, 2003

402

New

| | | | | | |
|---|---|---|---|---|---|
| | | Alert | New | Not Started | Nathan Client, 2000 Q111 Sedan |
| | | Alert | New | Not Started | Mary Johnson, 2002 Q155 Wagon |
| | | Alert | New | Not Started | John Smith, 1999 Q551 Sedan |
| | | Alert | New | Not Started | John E. Apple, 2000 V123 Coupe |

Today

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2003 | 10:30AM | Alert | Call | Left Message | Fred N. Berney, 2001 Q111 Coupe |
| 08/26/2003 | 4:00PM | Alert | Call | Left Message with Person | Joe Customer, 2000 Q155 Wagon |
| 09/22/2003 | 12:00PM | Alert | Call | Return Call | Ben N. Jerry, 1999 QL459 Sport Sedan |

FIG. 4

FIG. 5
500
501
502
503
504
505
506
507
508
510
512
514
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/TaskAction.asp?TaskID=5073
Links AutoAlert Reports Data Entry
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Jeff Cotton
Stage New
Priority Normal
Status Call - Follow-up Call
Date & Time 03/06/2003 10:00 AM
Remark
History
10/06/2003 12:30AM house Deal Calculated
09/29/2003 12:30AM house Deal Calculated
09/22/2003 12:30AM house Deal Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated

500
601
JANE M. CLIENT
Description
Jane M. Client, 1998 Y123 Coupe
Owner
Demo Sales Associate
Stage
Appointment
Priority
Normal
Status
Call - Left Message
Date & Time
Remark
History
Call - Left Message on Machine
Call - Left Message with Person
Call - Left Message at Home
Call - Left Message at Work
Call - No Answer
Call - Not Available
Call - Bad Phone #'s
Call - Followup Call
Call - Return Call
Call - Not Interested
Call - Waiting for Specific Car
Call - Waiting for Bank Approval
Call - Credit Declined
Call - Deposit Taken
Call - Already Sold/Placed Deposit
Call - Bought an Extra Car
Call - Out of State
Call - Turn Over
Call - Email Sent
Call - Email Received
Call - Promoted to Appointment
Call - Promoted to Sold
Call - Client Wants to Return Vehicle
Appointment - Waiting for Meeting
Appointment - Kept
Appointment - Missed
Appointment - Rescheduled
Appointment - Bought an Extra Car
Appointment - Promoted to Sold
changed to ""
ning to an end may wait for new model Wagon
Progress" changed to "Left Message"
Date "03/20/2003" changed to "03/19/2003"
t Started" changed to "In Progress"

FIG. 6



FIG. 7A

http://autoalert/TaskAction.asp?TaskID=12240

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time
Remark
Save

9:15 AM
9:30 AM
9:45 AM
10:00 AM
10:15 AM
10:30 AM
10:45 AM
11:00 AM
11:15 AM
11:30 AM
11:45 AM
12:00 PM
12:15 PM
12:30 PM
12:45 PM
1:00 PM
1:15 PM
1:30 PM
1:45 PM
2:00 PM

702

History
05/12/2003 1:13AM mana ulated
05/13/2003 9:38AM demo "03/19/2003" changed to ""
04/28/2003 2:11AM mana ulated
04/26/2003 10:56AM demo hing to an end may wait for new model Wagon
04/26/2003 10:56AM demo Progress' changed to "Left Message"
04/21/2003 1:33AM mana ulated
04/17/2003 11:33PM mana ulated
04/14/2003 12:17AM mana ulated
04/08/2003 5:25AM mana ulated
03/24/2003 6:22PM mana ulated
03/19/2003 9:39AM demo to call
03/19/2003 9:39AM demo Date "03/20/2003" changed to '03/19/2003"
03/19/2003 9:39AM demo ot Started" changed to "In Progress"
03/19/2003 4:31AM mana ulated
03/17/2003 2:43PM mana ulated
03/09/2003 7:02PM mana ulated

*FIG. 7B*



*FIG. 8*





FIG. 9

Joe's Dealership, Inc. 05/12/2003 **Associate Sheet**

JOHN CLIENT Jeff Cotton

| | |
|---|---|
| **Alert #** | 177443 |
| **Client Information** | |
| **Client** | JOHN CLIENT |
| **Address** | 1234 55TH ST |
| **Address 2** | |
| **City** | BIG CITY |
| **State** | CA |
| **Zip** | 92682 |
| **PhoneWork** | (555) 555-9087 |
| **PhoneMobile** | |
| **PhoneHome** | (555) 555-4353 |
| **EmailAddress** | |
| **Existing Vehicle** | |
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |
| **Year** | 2000 |
| **VIN** | JKL999999 |
| **Contract Detail** | |
| **Contract Term** | 48 |
| **Payments Remaining** | 16 |
| **Payment Hstory** | 30 - 0, 60 - 0, 90 - 0 |
| **Total Payment** | $607 |
| **Balance To Maturity** | ($10,060) |
| **New Vehicle** | |
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |
| **Follow-up Detail** | |

Assigned to:

| | Yes | No | Comments |
|---|---|---|---|
| **Call:** | | | |
| **Appointment:** | | | |
| **Sold:** | | | |

FIG. 10

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe

Owner Jeff Cotton

Stage

Priority Normal

Status New - Not Started

Date & Time

Remark

| History | | | |
|---|---|---|---|
| 10/06/2003 | 12:30AM | house | Alert Calculated |
| 09/29/2003 | 12:30AM | house | Alert Calculated |
| 09/22/2003 | 12:30AM | house | Alert Calculated |
| 09/15/2003 | 12:30AM | house | Deal Calculated |
| 09/10/2003 | 3:19AM | house | Deal Calculated |
| 09/01/2003 | 1:00AM | house | Deal Calculated |
| 08/25/2003 | 1:00AM | house | Deal Calculated |
| 08/18/2003 | 1:00AM | house | Deal Calculated |
| 08/11/2003 | 1:00AM | house | Deal Calculated |
| 08/04/2003 | 1:00AM | house | Deal Calculated |

FIG. 11

1201

File Edit View Favorites Tools Help

Search Favorites Media

Address http://www.autoalert.net/

Links AutoAlert Reports Data Entry

FIG. 12

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/login.asp?UserName=house

Links AutoAlert Reports Data Entry

User Name

Password

Login

FIG. 13



FIG. 14
askSalesAssociate.asp
orts Data Entry
1400
House (Manager)
1401
Filter
1402
Sale Type Lease Balloon Retail
1403
Category Sale Alert Expired Alert Lease Ending
1404
Stage New Call Appointment Sold No Sale
1405
Sort Follow-up Date Prospect Maturity Date Series
1406
Sort Order Ascending Descending
1407
Active Sales Associates
Jeff Cotton
Jennifer Johnson
John Williams
1408

**House (Manager)**

Filter: WARNER

Sale Type: ☑ Lease ☑ Balloon ☑ Retail

Category: ☐ Sale ☑ Alert ☐ Expired Alert ☑ Lease Ending

Stage: ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Sort: ◉ Follow-up Date ○ Prospect ○ Maturity Date ○ Series

Sort Order: ◉ Ascending ○ Descending

FIG. 15A

FIG. 15B



File Edit View Favorites Tools Help
Search
Favorites
Media
Address http://autoalert/report/entry/
AutoAlert Report Generator
Available Reports
Average Selling Price by Series
Bank Rate by Series
Contact Mailing List by Sales Associate
Sales Associate
Subsidy by Series
Task Stage By Task Owner
Task Stage By Task Owner Summary
Trade-in History by Model
1602
1604
1606
1608
1610
1612
1616

FIG. 16

FIG. 17
1702
1710
1706
1714
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/SeriesAverageSellingPrice.asp
Average Selling Price by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q661 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
Series ID
Replacement Series ID
Base Price
Delivery Charge
Sunroof Package
Automatic Transmission
Metalic Paint

FIG. 18

1802

Joe's Dealership, Inc.
AutoAlert
Average Selling Price by Series
Wednesday, July 30, 2003 7:42:54 PM

| Series ID | Series Description | Average Selling Price | Base Price | Delivery Charge | Sunroof Package | Automatic Transmission | Metallic Paint |
|---|---|---|---|---|---|---|---|
| 47 | Q111 Sedan | $28,865 | $24,950 | $720 | $1,215 | $1,325 | $655 |
| 1 | Q111 Coupe | $32,290 | $27,990 | $720 | $1,600 | $1,325 | $655 |
| 26 | Q551 Coupe | $33,700 | $29,400 | $720 | $1,600 | $1,325 | $655 |
| 976 | Q551 Sedan | $35,575 | $31,400 | $720 | $1,475 | $1,325 | $655 |
| 52 | QL459 Sport Sedan | $51,775 | $50,400 | $720 | - | - | $655 |

FIG. 19

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/report/entry/BankRateSeries.asp

Bank Rate by Series

Bank

Big Bank, Inc.

Series

Active Series

Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe

1902

1908

1912

1916

FIG. 20

2002

Joe's Dealership, Inc.
AutoAlert
Bank Rate by Series
Wednesday, July 30, 2003 7:45:13 PM

**Bank:** Big Bank

| Bank Rate ID | Series ID | Series | Term ID | Term | Money Factor | Residual % | MRM |
|---|---|---|---|---|---|---|---|
| 404 | 47 | Q111 Sedan | 2 | 36 | 0.00240 | 47 | $36,500 |
| 405 | | | 5 | 48 | 0.00240 | 40 | $36,500 |
| 406 | | | 8 | 60 | 0.00240 | 34 | $36,500 |
| 407 | 1 | Q111 Coupe | 2 | 36 | 0.00240 | 56 | $40,800 |
| 408 | | | 5 | 48 | 0.00240 | 47 | $40,800 |
| 409 | | | 8 | 60 | 0.00240 | 40 | $40,800 |
| 410 | 26 | Q551 Coupe | 2 | 36 | 0.00240 | 53 | $42,500 |
| 411 | | | 5 | 48 | 0.00240 | 45 | $42,500 |
| 412 | | | 8 | 60 | 0.00240 | 38 | $42,500 |
| 413 | 976 | Q551 Sedan | 2 | 36 | 0.00240 | 51 | $41,300 |
| 414 | | | 5 | 48 | 0.00240 | 43 | $41,300 |
| 415 | | | 8 | 60 | 0.00240 | 37 | $41,300 |
| 416 | 52 | QL459 Sport Sedan | 2 | 36 | 0.00240 | 59 | $57,900 |
| 417 | | | 5 | 48 | 0.00240 | 50 | $57,900 |
| 418 | | | 8 | 60 | 0.00240 | 44 | $57,900 |

2102
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://.../report/entry/ContactListbySalesAssociate.asp
Contact Mailing List by Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Filter
Category Lease Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Show Columns First Name Middle Name Last Name Organization Address Address 2 City State Zip Work Phone Home Phone
2116

FIG. 21





Joe's Dealership, Inc.
AutoAlert
Contact Mailing List by Sales Associate
Wednesday, July 30, 2003 7:50:50 PM

Category: Alert, Lease E
Stage: New, Call, Appointment, Sold, Nc

| First Name | Middle Name | Last Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jeff | | Customer | 1111 22nd ST | | Smallville | CA | 92715 |
| Jennifer | | Brown | 3333 44th ST | | Big City | CA | 92630- |
| John | | Buyer | 2222 11th ST | | Smallville ST | CA | 92630- |
| Joseph | | Sales | 4444 55th AVE | | Big City | CA | 92606- |

FIG. 22

FIG. 23
2302
2316
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/SalesAssociateActive.asp
Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Show Columns
Associate ID
User Name
Password
Email Address



FIG. 24

2402

Joe's Dealership, Inc.
AutoAlert
Sales Associate
Wednesday, July 30, 2003 7:52:26 PM

| Associate ID | Sales Associate | User Name | Password | Email Address |
|---|---|---|---|---|
| 926 | Jeff Cotton | jcott | 12345 | |
| 149 | Jennifer Johnson | jjohnson | 54231 | |
| 169 | John Williams | jwill | abcde | |



File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/SubsidyBySeries.asp
Subsidy by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
2502
2508
2516

FIG. 25

http://autoalert/report/SubsidyBySeries.asp - Microsoft Inte
File Edit View Favorites Tools Help
Back Search Favorites Med
Address http://autoalert/report/SubsidyBySeries.asp
2602

Joe's Dealership, Inc.
AutoAlert
Subsidy by Series
Wednesday, July 30, 2003 7:53:10 PM

| Subsidy ID | Series ID | Series | Subsidy |
|---|---|---|---|
| 5 | 47 | Q111 Sedan | $3,000 |
| 6 | 1 | Q111 Coupe | $3,000 |
| 7 | 26 | Q551 Coupe | $3,000 |
| 8 | 976 | Q551 Sedan | |
| 9 | 52 | QL458 Sport Sedan | $3,000 |

FIG. 26

FIG. 27
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/TaskStageByTaskOwner.asp
Task Stage by Task Owner
Task Owner
Active Task Owner
Jeff Cotton
John Williams
Jennifer Johnson
2702
Start
7/27/2003
Finish
7/30/2003
Categories
Lease
Alert
Expired Alert
Lease Ending
Show Columns
Owner ID
New
Call
Appointment
Sold
No Sale
2716

2802

http://autoalert/report/TaskStageByTaskOwner.asp

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/report/TaskStageByTaskOwner.asp

Joe's Dealership, Inc.
AutoAlert
Task Stage by Task Owner
Wednesday, July 30, 2003 7:54:30 PM

**Period:** 7/27/2003 to 7/30/2003
**Category:** Alert, Lease Ending

| | | | New | | Call | | Appointment | | Sold | | No Sale | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Owner** | **Date** | **Total** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** |
| Jeff Cotton | 6/12/2003 | 18 | - | | 18 | | - | | - | | - | |
| | | **18** | 0 | 0.0% | 18 | 100% | 0 | 0% | 0 | 0% | 0 | 0% |
| Jennifer Johnson | 6/12/2003 | 10 | 2 | | 7 | | 1 | | - | | - | |
| | | **10** | 2 | 20.0% | 7 | 70% | 1 | 10% | 0 | 0% | 0 | 0% |
| John Williams | 6/12/2003 | 6 | 6 | | - | | - | | - | | - | |
| | | **6** | 6 | 100.0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |

FIG. 28



FIG. 29
Trade-in History by Model
Trade-in Date
6/27/2003
6/20/2003
6/13/2003
6/6/2003
5/30/2003
5/23/2003
5/16/2003
5/9/2003
5/2/2003
7/4/2003
Active Trade-in Date
7/25/2003
7/18/2003
7/11/2003
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
VIN
Trade-in Amount
Auction Price
Dealer Adjustment
2902
2916
2908
2924

3002

Joe's Dealership, Inc.
AutoAlert
Trade-in History by Model
Wednesday, July 30, 2003 7:55:02 PM

| | | | 7/25/2003 | | | 7/18/2003 | | | 7/11/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIN | Series | Year | Trade-in | Adjust | % | Trade-in | Adjust | % | Trade-in | Adjust | % |
| LMNO654 | Q111 Sedan | 1993 | $4,296 | - | 6.4% | $4,038 | - | 0.0% | $4,038 | - | 100.0% |
| ABCDE987 | Q111 Coupe | 1995 | $10,828 | ($1,000) | -21.7% | $13,825 | ($1,000) | 0.0% | $13,825 | ($1,000) | 100.0% |
| ZYX12345 | Q551 Coupe | 1994 | $11,365 | - | 28.1% | $8,875 | - | 0.0% | $8,875 | - | 100.0% |
| 23FGHI34 | Q551 Sedan | 1993 | $7,294 | - | -2.7% | $7,494 | - | 0.0% | $7,494 | - | 100.0% |
| WDBJF20F V | Q111 Sedan | 1997 | $17,330 | - | -1.1% | $17,521 | - | 0.0% | $17,521 | - | 100.0% |
| STR45XYZ | Q111 Coupe | 1993 | $5,447 | - | 9.6% | $4,970 | - | 0.0% | $4,970 | - | 100.0% |
| ZYX12390 | Q551 Coupe | 1995 | $9,902 | - | -2.0% | $10,100 | - | 0.0% | $10,100 | - | 100.0% |
| IJKLM987 | Q551 Sedan | 1994 | $8,231 | - | -8.0% | $8,948 | - | 0.0% | $8,948 | - | 100.0% |
| GHIJ897 | QL459 Sport Sedan | 1993 | $6,887 | - | -29.5% | $9,770 | - | 0.0% | $9,770 | - | 100.0% |

FIG. 30

Joe's Dealership, Inc.
AutoAlert
Bank Rate
Monday, November 17, 2003 3:38:33 PM

**Bank:** Big Bank
**Bank Region:** California/Florida
**Sale Type:** Lease
**Model Year:** 2004

| Series ID | Series | Term | Money Factor | Residual % | Effective Date |
|---|---|---|---|---|---|
| 47 | Q111 Sedan | 36 | 0.00235 | 47 | 10/01/2003 |
| | | 48 | 0.00235 | 41 | 10/01/2003 |
| | | 60 | 0.00235 | 35 | 10/01/2003 |
| 1 | Q111 Coupe | 36 | 0.00235 | 59 | 10/01/2003 |
| | | 48 | 0.00235 | 50 | 10/01/2003 |
| | | 60 | 0.00235 | 43 | 10/01/2003 |
| 26 | Q551 Coupe | 36 | 0.00235 | 56 | 10/01/2003 |
| | | 48 | 0.00235 | 48 | 10/01/2003 |
| | | 60 | 0.00235 | 41 | 10/01/2003 |
| 976 | Q551 Sedan | 36 | 0.00235 | 53 | 10/01/2003 |
| | | 48 | 0.00235 | 45 | 10/01/2003 |
| | | 60 | 0.00235 | 39 | 10/01/2003 |

FIG. 31



File Edit View Favorites Tools Help
Back
Search
Address http://autoalert/data/SubsidyBySeries.asp
Joe's Dealership, Inc.
AutoAlert
Subsidy
Monday, November 17, 2003 3:48:48 PM
Model Year: 2003
Series
Subsidy
Q111 Sedan
3000
Q111 Coupe
3000
Q551 Coupe
3000
Q551 Sedan
0
QL459 Sport Sedan
3000
Done

FIG. 32

Joe's Dealership, Inc.
**AutoAlert**
**Associate Performance (Stage)**
**Monday, November 17, 2003 3:55:02 PM**

| Associate/Month | New | Call | Apt | Sold | No Sale | Total |
|---|---|---|---|---|---|---|
| Joe's Dealership, Inc. | 4090 | 652 | 257 | 103 | 67 | 5169 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 3699 | 3 | 20 | 10 | 0 | 3732 |
| April | 1 | 1 | 60 | 18 | 0 | 80 |
| May | 197 | 42 | 56 | 30 | 25 | 350 |
| June | 31 | 15 | 33 | 7 | 4 | 90 |
| July | 19 | 58 | 9 | 3 | 5 | 94 |
| August | 15 | 95 | 23 | 6 | 13 | 152 |
| September | 80 | 113 | 17 | 7 | 3 | 220 |
| October | 33 | 242 | 30 | 18 | 13 | 336 |
| November | 15 | 83 | 9 | 4 | 4 | 115 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| House | 2371 | 36 | 86 | 5 | 7 | 2505 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 2107 | 0 | 1 | 1 | 0 | 2109 |
| April | 1 | 0 | 23 | 0 | 0 | 24 |
| May | 136 | 22 | 37 | 3 | 1 | 199 |
| June | 22 | 2 | 22 | 0 | 0 | 46 |
| July | 12 | 0 | 1 | 0 | 1 | 14 |
| August | 12 | 0 | 0 | 0 | 0 | 12 |
| September | 51 | 0 | 0 | 0 | 0 | 51 |
| October | 20 | 12 | 2 | 1 | 5 | 40 |
| November | 10 | 0 | 0 | 0 | 0 | 10 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| Jeff Cotton | 2 | 0 | 0 | 1 | 0 | 3 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 1 | 0 | 0 | 0 | 0 | 1 |
| April | 0 | 0 | 0 | 1 | 0 | 1 |
| May | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 1 | 0 | 0 | 0 | 0 | 1 |
| October | 0 | 0 | 0 | 0 | 0 | 0 |

Done

*FIG. 33*



Rebates and Adjustments
Trade-in
Average Selling Price
Internal Data
External Data
Payoff
Sales Effort Results Data
Money Factor & Residual
Historical Sales Data
Management Reports
Alerts
Sales Associate Desktop Interface
Alert Lists
Deal Sheets
Sales/Management Desktop Interface

FIG. 34

Joe's Dealership, Inc. 11/03/2003 **Manager Lease**

JOSEPH JOHNSON Jeff Cotton

**Client Information**

| | |
|---|---|
| Alert # | 181742 |
| Client | JOSEPH JOHNSON |
| Address | 9999 1ST AVE |
| Address 2 | |
| City | BIG CITY |
| State | CA |
| Zip | 99999 |
| Phone Work | (555) 555-0909 |
| Phone Mobile | (555) 555-4321 |
| Phone Home | |

**Existing Vehicle**

| | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q156 Wagon |
| Year | 1996 |
| VIN | 1234QRS1111 |

| | |
|---|---|
| Contract Start | 2/12/2002 |
| Contract End | 2/12/2006 |
| Capitalized Cost | $25 862 |
| Residual Amount | $12 690 |
| Contract Term | 48 |
| Payoff Amount | $21 501 |
| Payoff Good Through | 11/13/2003 |
| Trade-in Amount | $11 277 |
| Trade Equity | ($10,224) |
| Security Deposit | $0 |

**New Vehicle**

| | |
|---|---|
| Average Selling Price | $49,675 |
| Trade Equity | ($10,224) |
| Subsidy Amount | $7,000 |
| Sales Tax 7.75% | $4 503 |

| | |
|---|---|
| | 22 |
| | 26 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | ($12,900) |

**DEALERSHIP CREDIT**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $29,925 | $25,935 | $22 444 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.0029 | 0.0029 | 0.0036 |
| Difference | $590 | $466 | $436 |
| **Balloon** | | | |
| Deferred Payment | $37,561 | $32,553 | $28,171 |
| Amount Financed | $62,602 | $62,652 | $62,602 |
| Interest Rate | 7.04% | 7.04% | 7.04% |
| Difference | $511 | $428 | $365 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 3.05% | 3.05% | 3.05% |
| Difference | $1,339 | $904 | $644 |

**BIG BANK INC**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $26,933 | $23,441 | $19,950 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Difference | $618 | $466 | $371 |
| **Balloon** | | | |
| Deferred Payment | $33,805 | $29,423 | $29,423 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.24% | 7.24% | 7.24% |
| Difference | $614 | $493 | $366 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 4.24% | 4.24% | 4.24% |
| Difference | $1,372 | $938 | $677 |

*FIG. 35*

3600
3610
Retrieve Financing, Customer and Product Information
3620
Compare Current Financial Terms to Potential Terms
3630
Generate Alerts
3640
Transmit Alerts

FIG. 36

3700
3710
Receive Modified Financial Variable
3720
Compare Current Financial Terms to Potential Terms
3730
Generate Alerts
3740
Transmit Alerts

FIG. 37



3800
3810
Receive Potential Customer Information
3820
Retrieve Potential Customers Financial Information in Real-Time
3830
Compare Current Financial Terms to Potential Terms
3840
Generate Alerts
3850
Transmit Alerts
3860
Present Deal to Customer

FIG. 38



3900
3905
Financial Terms Alert Generation System
Financing Information
3910
Customer Information
3915
Product Information
3920
Data Entry Module
3925
Information Retrieval Module
3930
Financial Terms Comparison Module
3935
Alert and Transmission Module
3940
Network
3945
Financing Information
3950
Customer Information
3955
Product Information
3960
Dealer Terminal
3965

FIG. 39

New Sale

Vehicle Information

| Manufacturer | MERCEDES-BENZ |
| --- | --- |
| Class | E CLASS |
| Series | |
| Year | |

C CLASS
CL CLASS
CLK CLASS
E CLASS
G CLASS
M CLASS
S CLASS
SL CLASS
SLK CLASS

Calculated Payment

| Average Selling Price | |
| --- | --- |
| Trade Equity | |
| Subsidy Amount | |
| Capitalized Cost | |
| Sales Tax | 8.25 |
| Amount Financed | $62,719 |

*FIG. 40*

# SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS

## REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 10/996,122, filed Nov. 23, 2004 now U.S. Pat. No. 7,827,099 which claims priority to U.S. Provisional Patent Application No. 60/525,233, which was filed Nov. 25, 2003 and is entitled "SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS." The foregoing applications are hereby incorporated by reference in their entirety into this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the system and method described herein relate to alerting dealers when favorable financial terms are available to customers.

2. Description of the Related Art

Rather than paying cash for a product, a person may enter a financial agreement (e.g., a purchase agreement, a lease agreement, deferred or balloon payment agreement, or the like) in which the person makes a series of payments for a specified term. Often, these payments are periodic, such as weekly, monthly, quarterly, yearly, or the like. For example, if a person purchases an automobile, the person may expect to pay a series of substantially similar monthly payments for one or more years.

During the term of the financial agreement (the "current agreement") covering the first product ("the current product"), a person may desire to use a second product (a "replacement product") in lieu of the current product. In such an instance, to obtain the replacement product, a person may be willing to return the current product and enter a second financial agreement (a "replacement agreement") that satisfies the first financial agreement. For example, a person having two years of payments remaining on his automobile lease may be willing to return the automobile to a dealership and enter a new lease for a latest model. The replacement agreement may be any suitable type of financial agreement (e.g., a purchase contract, a lease, deferred payment, or the like), including the same type as the current agreement or a different type. In some instances, a person will agree to enter a replacement agreement if the replacement product and payments are acceptable. For example, a person may find the replacement product and the payments under the terms of the replacement agreement acceptable if they are sufficiently similar to the current product and payments under the current agreement.

If a seller of products, such as an automobile dealership, knows when a customer is able to enter into a new financial arrangement under terms favorable to the customer, the seller can take advantage of this knowledge by offering a deal to the customer that includes the favorable terms. Accordingly, such knowledge, if possessed by the dealer, can drive increased sales. Nevertheless, no system or method has existed for alerting a seller when a customer is able to enter a new financial arrangement under terms favorable to the customer.

## SUMMARY OF THE INVENTION

Embodiments of the system and method described herein systematically generate and send alerts to dealers when customers are able to enter new financial arrangements under terms favorable to the customer. Advantageously, the knowledge that embodiments of the system and method make available to dealers can significantly increase the dealers' sales.

In one embodiment, a financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. Such information can be retrieved, for example, from websites located on the World Wide Web. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. In one embodiment, the financial terms comparison module performed at least one calculation based on the retrieved information in order to make this comparison. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify to the dealer the customer that is able to enter into a new financial arrangement on terms favorable to the customer and identify to the dealer the terms of the new financial arrangement.

Embodiments of the system disclosed herein perform a number of processes for alerting a dealer when a customer can enter into a new financial arrangement with terms favorable to the customer. For example, one such process includes (1) retrieving financing, customer, and product information, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Another process that can be performed by an embodiment of the system includes (1) receiving a modified financial variable, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement, taking into account the modified financial variable, in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Advantageously, by performing the foregoing process, embodiments of the system are able to determine how changed financial variables affect whether customers can enter new financial arrangements with favorable terms. For example, this process can be used to generate alerts when a new financial incentive, such as a manufacturer rebate or a

dealership incentive, allows customers to enter new financial arrangements with favorable terms.

Advantageously, embodiments of the system are able to generate alerts related to a particular customer in real-time. This advantageous capability can be used to generate an alert when a customer enters a dealership, such as when a customer has taken his car to a dealership for service. Advantageously, in this embodiment, the alerts are generated in real-time, such that if favorable financial terms are available to the customer, the dealer can attempt to sell a new product to the customer while the customer is still at the dealership. Accordingly, this embodiment can be used to drive increased sales. In accordance with the foregoing embodiment, the system performs a process including (1) receiving an identification of a customer, (2) retrieving, in real-time, financial information regarding a current financial arrangement of the customer identified by the identification, wherein the current financial arrangement relates to a first product currently owned or leased by the identified customer, (3) comparing current financial terms of the current financial arrangement with potential financial terms related to a second product comparable to the first product that would be available to the identified customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the identified customer, (4) generating an alert comprising information identifying terms favorable to the identified customer under the new financial arrangement if the comparing shows that the new financial arrangement has terms favorable to the identified customer, and (5) transmitting the alert in real-time to at least one dealer.

Accordingly, the foregoing embodiments timely alert dealers regarding opportunities to sell new products to customers by identifying circumstances under which a customer can enter a new financial arrangement with terms favorable to the customer. This and other advantages of the foregoing embodiments will be apparent to a skilled artisan in light of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1A-1G** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **1H-1J** illustrate formulae for calculating certain terms of financial arrangements, as used by one embodiment of a financial terms alert generation system.

FIGS. **1K-8** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIGS. **9** and **10** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **11-33** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIG. **34** is a block diagram illustrating how, in one embodiment of a financial alert generation system, internal data, external data, and historical data are used to generate one or more alerts.

FIG. **35** illustrates an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIG. **36** is a flowchart that illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **37** is a flowchart that illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **38** is a flowchart that illustrates process for detecting and presenting a deal to a customer in real-time, as performed by one embodiment of a financial terms alert generation system.

FIG. **39** is a block diagram that illustrates one embodiment of a financial terms alert generation system attached to a computer network.

FIG. **40** is an example screen shot that illustrates a class selection feature of one embodiment of a financial terms alert generation system.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Embodiments of the system described herein may be used to assess the desirability of a new financial arrangement such as a replacement agreement. For example, in response to a customer's inquiry, a salesperson may use certain embodiments of the system to generate a deal sheet to determine whether replacement product and payments are acceptable to the client. In another example, certain embodiments of the system may generate notifications or alerts, which may advantageously indicate a potential replacement agreement satisfies certain parameters that indicate that the potential replacement agreement has terms favorable to the customer. Using these alerts, a person (such as a salesperson) may proactively contact a customer to offer the potential replacement agreement. To help manage client-contact-related tasks, certain embodiments may advantageously include contact management features.

Details regarding several illustrative preferred embodiments for implementing the system and method described herein are described below with reference to the figures. At times, features of certain embodiments are described below in accordance with that which will be understood or appreciated by a person of ordinary skill in the art to which the system and method described herein pertain. For conciseness and readability, such a "person of ordinary skill in the art" is often referred to as a "skilled artisan."

It will be apparent to a skilled artisan, in light of this disclosure, that the system and method described herein can advantageously be implemented using computer software, hardware, firmware, or any combination of software, hardware, and firmware. In one embodiment, the system is implemented as a number of software modules that comprise computer executable code for performing the functions described herein. In one embodiment, the computer-executable code is executed on one or more general purpose computers. However, a skilled artisan will appreciate, in light of this disclosure, that any module that can be implemented using software to be executed on a general purpose computer can also be implemented using a different combination of hardware, software, or firmware. For example, such a module can be implemented completely in hardware using a combination of integrated circuits. Alternatively or additionally, such a module can be implemented completely or partially using specialized computers designed to perform the particular functions described herein rather than by general purpose computers.

It will also be apparent to a skilled artisan, in light of this disclosure, that the modules described herein can be combined or divided. For example, a skilled artisan will appreciate, in light of this disclosure, that any two or more modules can be combined into one module. Thus, referring to FIG. **39**, the information retrieval module **3930** and the financial terms

comparison module **3935** can be combined into a single module that performs the functions of both modules. Conversely, any one module can be divided into multiple modules. For example, the information retrieval module **3930** can be divided into multiple modules such that each individual module performs part of the functions of the information retrieval module **3930** and all of the modules collectively perform all such functions.

Similarly, a number of databases are described herein. A skilled artisan will appreciate, in light of this disclosure, that any two or more databases can be combined into one database and that any one database can be divided into multiple databases.

A skilled artisan will also appreciate, in light of this disclosure, that multiple distributed computing devices can be substituted for any one computing device illustrated herein. In such distributed embodiments, the functions of the one computing device are distributed such that some functions are performed on each of the distributed computing devices.

The foregoing and other variations understood by a skilled artisan can be made to the embodiments described herein without departing from the invention. With the understanding therefore, that the described embodiments are illustrative and that the invention is not limited to the described embodiments, certain embodiments are described below with reference to the drawings.

FIG. **1A** illustrates an embodiment of a deal sheet **102**, which may advantageously include a description of a client's current agreement (FIG. **1B**), the client's contact information and a description of the replacement product (FIG. **1C**), and a comparison between the client's current agreement and one or more replacement agreements (FIG. **1D**). Any suitable number of replacement agreements may be displayed, including but not limited to one, two, three, four, five, six, or more replacement agreements. Any suitable number of lenders for replacement agreements may be displayed, including but not limited to one, two, or more lenders. The replacement agreements may be for any suitable term, including but not limited to 36 months, 48 months, 60 months, or any other period. As illustrated, a replacement agreement's payment is advantageously shown along with the difference between the client's current financial agreement's payment and the replacement agreement's payment. Thus, using the deal sheet, a salesperson may advantageously review a plurality of replacement agreements from a plurality of lenders.

FIGS. **1E**, **1F**, and **1G** illustrate portions of an embodiment of a deal sheet. As illustrated in FIG. **1E**, the text **104** indicates that the deal sheet is associated with an alert. Text **106** advantageously identifies information about the deal sheet. As illustrated, text **106** illustrates that it is a manager-level view of a lease. In one embodiment, varying levels of detail from the detail sheet are shown to different persons accessing the system. Accordingly, the system may be advantageously used to customize varying views for the persons accessing the system to an appropriate level of detail. For example, a salesperson may need less detail than a manager. In one embodiment, the system determines the identity, the employment position, or both to ascertain the level of detail to display to a user of the system. Although a lease is illustrated, the information displayed may be use for other agreements, such as a purchase agreement. Text **108** may indicate that the alert is associated with a particular person (e.g., a salesperson) or a group of persons (e.g., a "house account" for some or all salespersons).

As illustrated in FIG. **1E**, section **110** of the deal sheet includes information about the current product. The information about the current product may include any suitable information, including but not limited to a product identifier that preferably uniquely identifies the product (e.g., a vehicle identification number or VIN or the like), a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, or the like. The information about the current product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current product in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current agreement in a website from which the information may be obtained.

As illustrated in FIG. **1E**, section **112** includes information about the current agreement, which may include any suitable information, including but not limited to the date the agreement started, the date the agreement ends, the original capitalized cost (or amount financed), the end of term residual (or deferred) payment, the term of the agreement, a base periodic payment (which may be pre tax in certain states), an actual periodic payment (which may be post-tax in certain states), the payoff amount (e.g., the amount owed to the lender to satisfy the agreement), a date until which the lender will accept the payoff amount in satisfaction of the agreement (e.g., a date representing the end of a ten-day period or other suitable period), a trade-in value associated with the product under the agreement, a trade equity (e.g., the trade-in value less the payoff amount), and a security deposit (if any) held by the lender. In one embodiment, the trade-in value is an average of trade-in values over a suitable period, which values may be obtained from one or more suitable sources. In one embodiment, values over a ten-year period are obtained from an online auction website and grouped by a suitable geographic region. In one embodiment, the trade-in value is manually adjustable. Trade-in values may be selected from any suitable location, including but not limited to one or more car dealerships. In one embodiment, trade-in values may have associated assumptions (e.g., mileage, condition, or the like). Of course, any suitable method for calculating a trade-in value may be used. The term "trade-in value" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. As illustrated in FIG. **1E**, section **114** includes additional information concerning the current agreement, including the number of payments the client has made under the agreement, the number of payments remaining under the agreement, the number of times (if any) the client has made late payments (including payments 30 days late, 60 days late, 90 days late, or the like), and the total of remaining payments and any additional fees to conclude the agreement as scheduled under the agreement.

The information about the current agreement (e.g., FIG. **1E**) may be obtained from any suitable resource, including but not limited to the lender that financed the current agreement, a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership

that sold the current product or the like), an online database of transactions, or the like. The information about the current agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current agreement in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current product in a website from which the information may be obtained.

As illustrated in FIG. 1F, the text **120** indicates that the deal sheet is provided by a particular car dealership. Text **122** indicates the client for whom the deal sheet was created. Section **124** includes information contact information for the client, such as the client's name, address, and telephone numbers. The information about the client may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the client may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the client in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the client in a website from which the information may be obtained.

As illustrated in FIG. 1F, section **126** may include any suitable information about the replacement product, including but not limited to a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, a selling price associated with the product (e.g., an average selling price), the trade equity value illustrated in section **112** (FIG. 1E), a subsidy amount (if any) the seller of the replacement product would be willing to accept below the selling price associated with the product, the total selling price (or capitalized cost) on the replacement product including any equity and including sales tax (if any), sales tax (if any), and the total amount financed including trade equity and sales tax. The information about the replacement product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), to the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement product in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement product in a website from which the information may be obtained.

As illustrated in FIG. 1G, the section headings **130** indicate the names of the lenders associated with the replacement agreements shown under the section headings **130**. Any suitable information about the replacement agreements may be displayed, including but not limited to a contract term (e.g., 36 months, 48 months, 60 months, or the like), the type of agreement (e.g., lease, purchase, deferred payment), a residual or deferred payment amount, a capitalized cost or amount financed, a money factor or interest rate charged on the replacement agreement, a periodic payment associated with the replacement agreement, and difference (e.g., text **134**) between the client's periodic payment under the current agreement (e.g., text **116** in FIG. 1E) and the payment under the replacement agreement (e.g., text **132**). For one of the illustrated replacements agreements, text **134** indicates that the replacement agreement's payment is twelve dollars less than the current agreement's payment. In one embodiment, the actual replacement agreement that the client enters may differ from those displayed in the FIG. 1G; for example, upon review of the current product, particular values (e.g., a trade-in value or selling price) may be adjusted higher or lower for any suitable reason. Accordingly, a deal sheet may advantageously display an indication that the values on the deal sheet are estimates.

The information about the replacement agreements (FIG. 1G) may be obtained from any suitable resource, including but not limited to the lenders offering financing for the replacement agreement, the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement agreement in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement agreement in a website from which the information may be obtained.

In the example illustrated in FIG. 1G, the replacement agreements are leases; however, replacement agreements may be any suitable type of agreement, including but not limited to a lease agreement, a deferred or balloon agreement, a purchase agreement, or the like. The term "agreement" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1H illustrates one embodiment of a lease payment formula; however, any suitable lease payment formula may be used. The term "lease" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1I illustrates one embodiment of a deferred or balloon payment formula; however, any suitable deferred or balloon payment formula may be used. The term "deferred" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. The term "balloon" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1J illustrates one embodiment of a purchase payment formula; however, any suitable purchase payment formula may be used. The term "purchase" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein.

A general architecture that implements the various features of embodiments of the invention will now be described with reference to drawings. The drawings and the associated descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention.

Certain figures illustrate various views of a system, which may be displayed to a user of the system and which the user may access, review, use, or any suitable combination thereof. Some or all of these views may be used with any other suitable views. In one embodiment, the system uses a hypertext interface, such as HTML, MICROSOFT™ Active Server Pages, or the like. In one embodiment, the system is accessed via a secure system, such as a local area network or the like. For example, the system may be hosted using an in-house server with one or more local computers. However, any network may be used, including wide area networks, the Internet, or the like. Further, the system may be implemented using one or more computers.

As described with respect to some embodiments herein, persons employed at an automobile dealership use the system; however, other suitable uses are contemplated outside of the automobile context. Further, although in some embodiments particular features are described with reference to a salesperson and a management person, any persons may use some or all aspects of the embodiments of the system.

FIG. **1K** illustrates an internet browser that has buttons **101** advantageously used to access functions of various embodiments.

FIG. **2** illustrates an initial log in screen in which a user enters a username and password into fields **201** to gain authorized access to the system.

When the user accesses the system, an initial view screen is advantageously displayed as illustrated in FIG. **3**. The screen advantageously displays the name **302** of the person associated with the username and password. In the instance illustrated in FIG. **3**, the person is a salesperson. The system may advantageously associate the salesperson with clients. Any suitable association with clients may be used. For example, the clients may include but are not limited to persons to whom the salesperson may have sold an automobile, persons to whom the salesperson has been assigned by a supervisor, other persons, or any suitable combination thereof. Thus, by managing the salesperson-client associations, the system may advantageously be used to limit the client data that a salesperson may view to the associated clients.

FIG. **3** illustrates contact management entries **300**, which advantageously may include client information, transaction information, or any other suitable information associated with clients. A client may have an entry associated with the client's current automobile transaction, as illustrated by hyperlinks **304** that display the client name and one or more associated automobile identifiers (e.g., make, model, year, or the like). In response to selecting one of the hyperlinks **304**, a contact management view associated with the client is displayed, as described below. In one embodiment, contact management entries may advantageously be associated with a particular date. Contract management entries may advantageously be displayed and grouped according to one or more dates. In another embodiment, new contact management entries are displayed. The displayed entries may display any suitable parameter in the system, including but not limited to a stage in the contact management process, items associated with a particular date, tasks associated with a particular date, actions taken during the contact management process, or the like. In one embodiment, the contact management entries may be used to schedule and track tasks associated with contact management. The user may advantageously scroll down through this area and view tasks that have scheduled for future follow up. In one embodiment, a contact management entry is associated with a deal sheet. In one embodiment, when a new deal sheet is generated, an associated contact management entry is also created. The system may generate deal sheets or contact management entries at any suitable time. In one embodiment, the system generates a deal sheet and an associated contact management entry when the system receives an update of information used to calculate replacement agreements that are advantageously displayed in deal sheets. In one embodiment, deal sheets are generated periodically (e.g., weekly). In one embodiment, deal sheets are generated dynamically. In one embodiment, deal sheets are generated substantially continuously. In one embodiment, when a new deal sheet is calculated, the prior deal sheet is retained and accessible through the client's history accessible through a contact management entry or the like. In one embodiment, deal sheets are generated in response to a user request. In an embodiment wherein one or more deal sheet parameters are customizable (e.g., a rebate amount or the like), a person may alter the one or more parameters and review the number and types of deal sheets generated (e.g., how many alerts). Categories of deal sheets include, but are not limited to, an "alert," a "sale," an "expired alert," and a "lease ending."

As illustrated in FIG. **3**, a user may choose to customize the display of the contact management entries by filtering entries, sorting entries, ordering entries, ranking entries, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **3**, any suitable parameter in the system may be used as a reference for customization. Selecting one or more of checkboxes **306** may be used to limit the displayed contact management entries to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. For example, a client may have an existing lease of an automobile or may have purchased an automobile and is currently making payments. Selecting one or more of checkboxes **308** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. In one embodiment, an alert comprises a deal sheet that fits into one or more parameters. For example, in one embodiment, an alert comprises a deal sheet in which a replacement agreement for an associated replacement product has an associated payment within 10% of a payment associated with the client's current agreement. Any suitable range may be used. For example, the range could be set from at any value from 1% to 200% or more than 200%. In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose current agreement is a lease and that lease will end within a specified time (e.g., near the end of the lease). In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose lease will end in 6 months, 180 days, or the like. Any suitable time prior to the end of the client's lease may be used to identify a lease ending deal sheet. Accordingly, the contact management entries may be queried for leases ending within a specific period. In one embodiment, the display of entries may be ordered to view contact management entries associated with lease ending deal sheets beginning with those furthest from maturity or beginning with the leases which will end soonest. In one embodiment, an "expired alert" deal sheet comprises a deal sheet that was previously within one or more parameters associated with an alert, but no longer is because one or more parameter values changed. The expired alert deal sheet advantageously provides a reference point as sales associates continue to communicate with their clients. In one embodiment, a "sale" deal sheet comprises a deal sheet that is a

default category that is not an alert, a lease ending, or an expired alert. Selecting one or more of checkboxes **310** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. Entering one or more words into field **312** may be used to limit the displayed contact management entries to those including those words. For example, if the user wanted to see only entries associated with a particular model of car, the user could enter the particular model of car into field **312**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **312**. In one embodiment, to view the customized display of contact management entries, button **314** is selected. In one embodiment, radio buttons or other suitable graphical user interface elements (not shown) associated with data fields in the system may be used to sort the contact management entries.

FIG. **4** illustrates an embodiment of the display shown in FIG. **3** in which the hyperlink **402** is selected. In response to the selection of hyperlink **402**, a contact management view **500** is displayed as illustrated in FIG. **5**. Text **501** identifies the name of client associated with hyperlink **402**. The client name and vehicle descriptor is also shown in text **502**. Listbox **503** displays the owner of the entry (e.g., a salesperson assigned to the client). Listbox **504** indicates the current stage in the contact management process. In one embodiment, a user may select a stage and save the newly selected stage in the system. Listbox **505** indicates a priority associated with the contact management process. In one embodiment, a user may select a priority and save the newly selected priority in the system. Priorities may advantageously indicate whether specific contact must take place, should take place, or is not needed. In one embodiment, an icon, text, or the like (not shown) is advantageously displayed adjacent entries **304** (FIG. **3**) to indicate an associated priority. Any suitable icon, color, or text may be used to indicate different priorities. In one embodiment, a different colored icon is associated with each priority. Listbox **506** indicates a status associated with the contact management process. For example, the user may record contact management-related actions taken for the client by selecting a particular status from the list box **506**, which displays a list of selectable statuses **601** (FIG. **6**). In one embodiment, a user may select a status and save the newly selected status in the system. A status may indicate, for example, that the salesperson called the client and left a message, called the client and set an appointment, or the like. Field **507** allows text to be entered and subsequently stored for display in history list **508**. Selection of listbox **510** allows a user to select a time from list **702** (FIG. **7**A). Selection button **512** allows a user to select a date displayed in a calendar view **708** (FIG. **7**B), where selection of a date from the calendar view **708** causes the date to appear in field **514**. The user may also enter a date directly into field **514**. The dates and times may be advantageously used to schedule future activities such as a future call, or an appointment set. The history log may advantageously record a user's use of the contact management screen, list what deal sheet calculations and generations the system has performed, and show any saved remarks. In one embodiment, newly generated contact management entries are associated with a "new" stage indication. A salesperson may advantageously use view **500** to track contact with the client through various contact stages, to document appointments made, and schedule future contacts. In one embodiment, a status change will advantageously be recorded in history section **508**. In one embodiment, when the save button is selected, the information from view **500** is logged into the history section as a separate line showing the date the entries were made along with the information entered.

FIG. **8** illustrates an embodiment of the contact management view from FIG. **5** in which remarks are entered the field **507** and then stored in the history view. When a view button **802** is selected, a deal sheet view **902** (FIG. **9**) is displayed. When a print button **803** is selected, a deal sheet formatted for printing is displayed.

FIG. **9** illustrates the deal sheet **902**. A deal sheet may include some or all of the data displayed in deal sheet or any other suitable data. Thus, a deal sheet showing a different set of data is shown in FIG. **9**. For example, FIG. **10** illustrates a view of a deal sheet highlighting the client's current transaction. Although a particular presentation is illustrated in FIG. **9**, a deal sheet may use any suitable presentation and, thus, may be configured to show the data in a variety of ways, whether similar to or not similar to that shown in FIG. **9**. A user may browse from a displayed deal sheet to the contact management view (FIG. **11**). For example, after calling a client and discussing the displayed deal sheet, a salesperson may wish to access the contract management view to update the current status of the contact management process.

FIG. **12** illustrates an internet browser that has buttons **1201** advantageously used to access functions in various embodiments. FIG. **13** illustrates an initial log in screen in which a user enters a username and password into fields **1201** to gain authorized access to the system. When the user accesses the system, an initial view **1400** is advantageously displayed as illustrated in FIG. **14**. The view **1400** advantageously displays the name of the person associated with the username and password. In the instance illustrated in FIG. **14**, the person is a manager.

Using the view **1400**, the manager may customize the data displayed in view by filtering data, sorting data, ordering data, ranking data, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **14**, any suitable parameter in the system may be used as a reference for customization. Entering one or more words into field **1401** may be used to limit the displayed data to those including those words. For example, if the user wanted to see only entries associated with a particular car name, model, make, or year, the user could enter some or all of those into field **1401**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **1401**. Selecting one or more of checkboxes **1402** may be used to limit the displayed data to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. Selecting one or more of checkboxes **1403** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more of checkboxes **1404** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. For example, the user can see all of the new deal sheets calculated, those that are scheduled to receive a call, appointments set, and so on. Selecting the sort radio buttons **1405** may be used to sort the data in a variety of ways such as follow up date, by prospect or client, by maturity date as in when the term of the purchase or lease will expire, and by series of vehicle. Select-

ing radio buttons **1406** may be used to view the data in ascending or descending order. After configuring the filtering, sorting, and ordering functions, the search button **1407** may be selected to see data associated with the selected the parameters. For example, FIG. **15**A illustrates an example of search criteria, including a particular client name, and FIG. **15**B illustrates the results of that search. In one embodiment, to view data associated with a particular salesperson, a hyperlink (e.g., hyperlink **1408**) is selected. The hyperlink may advantageously display the name of the salesperson.

Any screens suitable for performing administrative functions may be used in connection with the system. These screens may be used to maintain and manage information used to perform the calculations within the system. For example, FIG. **16** illustrates a reports generator screen. Selecting hyperlink **1602** opens an average selling price screen **1701**.

Using screen **1702**, the user may view a display of costs associated with some or all of a set of car models. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1706**). The "active series" designation indicates the series which may be displayed in the display of costs. To move one or more series from one series box to the other: the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. Checkboxes **1710** may be used to select the data to be displayed, including but not limited to a series or model identifier, a replacement series identifier, a base price, a delivery charge, a sunroof package, automatic transmission, metallic paint, other costs associated with the financing or price of automotive-related features, or any other suitable costs. A submit button **1714** is selected to display the data in a report **1802** (FIG. **18**), which may advantageously be used to evaluate the average selling price information the system uses to calculate the deal sheets. In one embodiment, the average selling price information the system uses to calculate the deal sheets may be edited or entered manually. Accordingly, the report **1802** advantageously allows a person to review the average selling price information used by the system determine whether to edit that information.

Referring to FIG. **16**, selecting hyperlink **1604** opens a bank rate screen **1902** (FIG. **19**). Using screen **1902**, the user may view a display of financing rates associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1908**). In one embodiment, the user may limit the financing rates displayed to those rates offered by one or more financial institutions. For example, listbox **1912** may be used to select a financial institution. In response to selecting button **1916** A submit button **1912** is selected to display the data in a report **2002** (FIG. **20**), which may advantageously evaluate the financing rates used in the system. The report **2002** advantageously may include financing rate information, including a model identifier, the duration of the term, a money factor, a residual percentage, and MRM. A model identifier may be advantageously used to associate a rate residual with a particular model because rates and residuals may vary by model. The duration of the term is the length of the agreement. The money factor comprises a leasing interest rate or APR of the lease. The residual percentage comprises the portion of the original selling price that the financing company expects the product to be worth at the end of the lease or purchase. MRM is a maximum residual amount used that may be used for calculating payoffs.

Referring to FIG. **16**, selecting hyperlink **1606** opens a mailing list screen **2102** (FIG. **21**). Using screen **2102**, the user may view a display of client-related, contact information associated with some or all of a set of clients. In an embodiment where sets of clients are associated with one or more salespersons, the display of the client-related, contact information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the column-displayed, client-related, contact information to particular parameters, including but not limited to names, organization name, addresses, city, state, zip, home telephone, work telephone, mobile telephone, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. A submit button **2116** is selected to display the data in a report **2202** (FIG. **22**), which may advantageously to view list of the client-related, contact information.

Referring to FIG. **16**, selecting hyperlink **1608** opens a salesperson screen **2302** (FIG. **23**). Using screen **2302**, the user may view a display of information associated with some or all of a set of salespersons. Selecting one or more checkboxes may limit the column-displayed salesperson information, which may include but is not limited to a salesperson identifier, a username, a password, an email address, or the like. A submit button **2316** is selected to display the data in a report **2402** (FIG. **24**), which may advantageously to review a display of the salesperson information.

Referring to FIG. **16**, selecting hyperlink **1610** opens a subsidy screen **2502** (FIG. **25**). Using screen **2502**, the user may view a display of information associated with subsidies (e.g., rebates, discounts, promotions, or the like) associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **2508**). A submit button **2516** is selected to display the data in a report **2602** (FIG. **26**), which may advantageously to assess one or more models and any associated subsidies. In one embodiment, the system uses the subsidies to create deal sheets.

Referring to FIG. **16**, selecting hyperlink **1612** opens a task stage by task owner screen **2702** (FIG. **27**). Using screen **2702**, the user may view a display of contact management task information associated with some or all of a set of task

owners (e.g., a salesperson). In an embodiment where set tasks are associated with one or more salespersons, the display of the task information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the task information to a category of deal sheets, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the task information columns displayed to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. In an embodiment where the task information is associated with a particular date, a range of one or more dates may be entered into one or more of the start field and finish field using any suitable method, including but not limited to manual entry or using calendar buttons in a manner substantially similar to that described above with respect to calendar view **708** (FIG. 7B) and field **514** (FIG. **5**). A submit button **2716** is selected to display the task information in a report **2802** (FIG. **28**). As illustrated in FIG. **28**, report **2802** advantageously displays each selected salesperson with a total number of tasks for the sales person, a subtotal of tasks at each particular stage for the sales person, and an associated percentage relative to the total number of tasks for the particular stage and sales person. In one embodiment, report **2802** may include totals by any suitable group, including by division, type of sales, organization, or the like.

Referring to FIG. **16**, selecting hyperlink **1616** opens a trade-in history screen **2902** (FIG. **29**). Using screen **2902**, the user may view a history of trade-in values associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set of car models comprises a set of car models accepted as a trade-in by a particular car dealership (e.g., list **2908**). The user may view a history of trade-in values associated with some or all of a set of dates. The "active trade-in date" designation indicate the trade-in dates which may be displayed in the display of financing rates. To move one or more trade-in dates from one trade-in dates box to the other, the trade-in dates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one trade-in dates box to the other. In one embodiment, the set of dates comprises a set of dates on which a particular car dealership accepted particular models accepted as a trade-in (e.g., list **2916**). Selecting one or more checkboxes may limit the column-displayed trade-in information, which may include but is not limited to a vehicle identification number, the trade-in amount, an auction price, and a dealer adjustment. The dealer adjustments are those figures where the dealer can actually make changes to the average trade in value. These values are subsequently put into and become part of the calculations. A submit button **2924** is selected to display the + information in a report **3002** (FIG. **30**), which may be used to evaluate the trade-in values used by the system. In one embodiment, a trade-in value, adjustment, or other parameter value associated with a particular current product may be manually altered (e.g., receive user input) to customize that parameter value. In one embodiment, any parameter value associated with a particular replacement product may be manually altered (e.g., receive user input) to customize that parameter value.

FIG. **31** illustrates an embodiment wherein money factor, residual percentage, or both may be altered for one or more replacement products and for one or more suitable replacement agreement terms (e.g., 36 months, 48 months, 60 months, or the like). Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2002** (FIG. **20**).

FIG. **32** illustrates an embodiment wherein money factor, residual percentage, both may be altered for one or more replacement products. Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2602** (FIG. **26**).

FIG. **33** illustrates a display of contact management related activities for one or more accounts (e.g., a house account, a salesperson account, or the like), a group of one or more accounts, or both.

FIG. **34** illustrates one embodiment in which internal data, external data, and historical data are used to generate one or more alerts. The external data comprises trade-in data, payoff amount data, money factor data, and residual data. The internal data comprises rebates and adjustments, average selling price data, and sales effort results data. Management reports, alert lists, and deal sheets are advantageously provided. Further, a sales associate may access the system via a sales associate interface and a manager may access the system from an interface.

FIG. **35** illustrates an embodiment of a deal sheet. As illustrated in FIG. **35**, deal sheet may have one, two, three, or more types of agreements (e.g., lease, balloon, retail purchase, or the like). Further, different types of agreements may have the same or different sets of parameters displayed in the deal sheet.

In one embodiment, a server computer collects information advantageously used to assess the potential replacement agreement, including but not limited to automobile trade-in values. The server computer may reside in any suitable location, including but not limited to a location remote from a dealership.

In one embodiment, when a client with a current agreement visits a dealership, information sufficient to identify the client is provided to the system. For example, in one embodiment, the current product's vehicle identification number is entered into the system. In response, a deal sheet or an alert sheet associated with the client's current agreement may advantageously be created. In one embodiment, a notification is automatically sent to one or more persons at the dealership. Thus, persons at a dealership may proactively offer the client with potential replacement agreements. For example, in one embodiment, when a client visits a dealership for car maintenance, a car maintenance system may automatically communicate with the system to generate a notification to a salesperson.

In some embodiments, a replacement product may comprise one or more automobiles among the dealership's new or pre owned inventory, a new car offered by a manufacturer, or an automobile from any other suitable provider.

In some instances, the lease or contract-ending customers may advantageously be directed to a contract-ending specialist who can adjust the parameters on the remaining months left.

In one embodiment, a manager or sales representative may advantageously adjust the rebates and finance parameters to change when a deal sheet is considered an alert. Thus, a person may try various scenarios and view the results. For example, if an automobile dealership is considering a $1,000 rebate for a certain model of automobile, a manager could enter the $1,000 rebate into the system and then evaluate the number of new alerts generated by this rebate. Similarly, the manager could view the results from altering the interest rate, money factor, or any other suitable parameter associated with an alert.

In one embodiment, the alerts will be integrated into an enterprise software system that tracks client-customer contact, facilitates outreach, facilitates follow through, or the like. For example, in one embodiment, the alerts are integrated into a Customer Relationship Manager system that will function with one or more aspects of the daily working of an automotive dealership to include sales representatives, business development centers, call centers, lease termination departments, managers, finance departments and service departments. Thus, interaction with various aspects of these systems may advantageously trigger a notification of a potential replacement contract. For example, when a call center receives a call from the client, the call center's system would preferably access the alert aspects of the system and, if an alert was associated with the client, the call center's system would be automatically notified. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a pop-up screen, an email, or the like. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a wireless transmitter (e.g., PDA, cellular phone), a wired transmission (e.g., telephone), or any suitable method. Any suitable person may receive such notifications.

In some embodiments, the system uses internal data, external data, or both. In one embodiment, the internal data comprises rebates, adjustments, average selling prices, historical sales data. In one embodiment, the external data comprises trade-in values, payoff values, money factors, and residual. In one embodiment, alerts are provided to any suitable person, including but not limited to outbound marketers (e.g., telephone or the like), salespersons, managers, or the like.

In some embodiments, additional fees (e.g., license fee, bank acquisition fee, or the like) may be required in addition to the replacement product payments. In some embodiments, the payments calculated for a replacement product includes fees (e.g., delivery charge, fuel-economy tax) related to the replacement agreement. The replacement product may have any suitable combination of features financed in its payment. In one embodiment, the replacement product includes a set of predetermined features. In one embodiment, a set of predetermined features includes automatic transmission, sunroof package, and metallic paint.

In one embodiment, a current product is associated in the system with one or more replacement products. Accordingly, when the system executes a process to generate a deal sheet, the system determines the one or more replacement products associated with the current product and displays a deal sheet for those one or more replacement products. Associations may be made in any suitable manner, including but not limited to a database, a data file, or the like. In one embodiment, a particular make, model, and year of an automobile may be associated with one or more other combinations of make, model, and year. In this embodiment, when the system executes a process to generate a deal sheet, the system identifies the make, model, and year of the current product and display a deal sheet with associated combinations of make, model, and year. In one embodiment, these associations are entered manually into the system for general use (e.g., a manager determines that customers generally would accept particular types of replacement products for certain types of current products). Any suitable way of determining what replacement products to display may be used. For example, where a client requests a particular make, model, and year, the system may advantageously receive that particular make, model, and year and display a corresponding deal sheet. Although automobiles may be categorized using make, model, series, class, year, or the like, any suitable category, classification, or grouping of automobile may be used to create associations for a client's current automobile and a replacement automobile. Further, for current products or replacement products, any category, classification, or grouping may be used to association current products with replacement products.

In one embodiment, when the system executes a process to generate a deal sheet (e.g., for an alert), the system identifies one or more replacement products associated with the current product and determines whether a payment associated with the replacement agreements is less than or equal to a certain threshold percentage value relative to a payment associated with the current agreement. For example, in one embodiment where the threshold percentage value is 10 percent, if a client leases a first automobile at $500 a month and a second associated automobile is available for lease at $550 a month, the system would generate an alert because the second automobile's payment is within 10%. Any suitable threshold percentage value may be used. In one embodiment, the threshold value is 5%. The threshold percentage value may be between and including 3% and 10%. Of course, the threshold percentage value may be at or about any suitable value. Further, this comparison of payments may be used to generate an alert alone, in combination with associations among products within the system, or in combination with any other suitable parameters. Further, alerts may be generated without reference to a comparison of payments.

In one embodiment, a local distributor tracks the identity of a person that sold the client the current product, and the system uses that information to route one or more alerts related to that client's current product to the person. In one embodiment, any suitable person may receive an alert.

As will be apparent to a skilled artisan in light of the foregoing disclosure, the system disclosed herein perform a number of useful processes for alerting a dealership when a customer can be offered a new and advantageous lease or other financial arrangement. Advantageously, providing such information to a dealership in a timely fashion can drive a significant number of sales and leasing arrangements for a dealership. Accordingly, embodiments as described herein allow for the automated performance of a number of processes that can significantly increase dealership profits. Embodiments of such processes are described below with regard to FIGS. **36** through **38**.

FIG. **36** illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. Such a process **3600** commences with a block **3610**. In the block **3610**, the process **3600** retrieves customer information, financing information, and product information. Preferably, such customer information and financing information includes information about any leases or other financial arrangements that each customer is already involved in, along with information about financial arrangements cur-

rently available from financial institutions. Accordingly, such information provides a basis for allowing the process **3600** to compare current financial arrangements with potential financial arrangements to determine whether a customer can switch to an advantageous financial arrangement. In one embodiment, an automated information retrieval module, such as the information retrieval module **3930** of FIG. **39**, automatically retrieves the customer and financial information from various electronic sources, such as, for example, public and private web pages, databases maintained by a dealership, external databases, and the like. A number of techniques for automatically retrieving such information are known to skilled artisans and can be employed to implement the information retrieval module **3930**.

In a block **3620**, the process **3600** compares each customer's current financial terms with potential financial terms being offered by financial institutions. Preferably, the comparison block **3620** takes into account all available financial variables that affect whether a customer can advantageously switch financial arrangements, including, for example, interest rates, payoff periods, amount due on the current financial arrangement, any dealer or manufacturer incentives currently available, and the like. The foregoing list of financial variables is exemplary and non-exhaustive; a skilled artisan will appreciate, in light of this disclosure, other financial variables that are relevant, under some circumstances, for determining whether a customer can advantageously switch financial arrangements. In one embodiment, a financial terms comparison module, such as the financial terms comparison module **3935** of FIG. **39**, performs the processing of the block **3620**.

In a block **3630**, the process **3600** generates, based on the comparison of the block **3620**, a number of alerts to inform a dealership that a customer can advantageously switch financial arrangements. In one embodiment, the process **3600** generates an alert whenever the difference between the amount that a customer will pay for a new but comparable financial arrangement as compared to the customer's current financial arrangement is below a threshold value. For example, in one embodiment, the process **3600** generates an alert whenever the difference in payment amount is less 10%, such that, for example, an alert is generated when a new payment amount would be $540 and a current payment amount is $500. Alternatively, the process **3600** can be configured to generate an alert only when the difference between a new payment amount and a current payment amount is negative: that is, when the new payment amount is less than the current payment amount. A skilled artisan will appreciate, in light of this disclosure, that a wide variety of thresholds can be set depending on the particular types of sales opportunities that a dealer wants to know about. In one embodiment, the processing of the block **3630** is performed by the financial terms comparison module **3935**. Alternatively, as will be apparent to a skilled artisan, the processing of the block **3630** can be performed by a separate module, such as, for example, an alert generation module.

In a block **3640**, the process **3600** transmits the generated alerts to a dealership. Advantageously, the transmission of alerts informs the dealership of sales opportunities that may provide to the dealership a significant opportunity to boost profits. As will be apparent from the description of the system provided above, the alerts can be transmitted by email, pager, web page, database record, fax, or any other known method of transmitting electronic data. In one embodiment, the processing of the block **3640** is performed by an alert transmission module, such as, for example, the alert transmission module **3940** of FIG. **39**.

Though additional blocks are not illustrated by FIG. **36**, it will be apparent to a skilled artisan in light of this disclosure that the dealer can invoke additional processing of the alerts once the dealer has received the alerts. For example, the dealer can invoke the contact management and task management functions as have been described herein. Accordingly, in addition to alerting the dealer, embodiments of the system can perform a number of processes for managing alerts. Advantageously, such alert management provides dealers an effective way to follow up with each alert in a way that maximized the dealer's chances to convert an alert of a potential sale into an actual sale.

FIG. **37** illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. In this embodiment, in a block **3710**, the process **3700** receives at least one modified financial variable. For example, in one embodiment, the process **3700** may receive a financial variable that indicates that a dealer rebate has increased from $500 to $1,000.

Based on the new information, the process **3700** executes much of the same processing that was explained with regard to FIG. **36** in order to generate alerts that take into account the newly entered information. Advantageously, therefore, the process **3700** can be used by a dealer to answer questions such as "How many customers could be switched to a new financial arrangement if we increase the dealer incentive to $1,000?" In one embodiment, the modified financial variables received in the block **3710** are received by an automated process such as the information retrieval module **3930**. In another embodiment, the modified variables are entered manually using a data entry module, such as, for example, the data entry module **3925** of FIG. **39**. Advantageously, allowing for manual entry allows for great flexibility in allowing a dealership to change variables over which the dealership has control in order to determine whether new sales opportunities can be generated.

As indicated, the process **3700** performs much of the same processing that is performed by the process **3600**. In a block **3720**, the process **3700** compares current financial terms to potential financial terms, substantially as explained with respect to the block **3620**. In a block **3730**, the process **3700** generates alerts, substantially as explained with respect to the block **3630**. In a block **3740**, the process **3700** transmits the alerts, substantially as explained with respect to the block **3640**.

Advantageously, one embodiment of the system can be used to determine, in real time, whether a deal can be presented to a customer, while the customer is, for example, in a dealership showroom. FIG. **38** illustrates such a process for detecting and presenting a deal to a customer in real-time. The process **3800** commences, in a block **3810**, to receive a potential customer identification. In one embodiment, a potential customer identification, such as, for example, a customer number, can be entered manually into the system using the data entry module **3925**. In a block **3820**, the process **3800** retrieves the potential customer's financial information in real-time. In a block **3830**, the process **3800** compares the current financial terms of the financial arrangements associated with the identified potential customer with potential financial terms for comparable financial arrangements, substantially as explained with regard to the block **3620**. In a block **3840**, the process **3800** generates alerts, substantially as explained with regard to the block **3630**. In a block **3850**, the process **3800** transmits the alerts, substantially as explained with regard to the block **3640**. In a block **3860**, the dealership uses the transmitted alert to present a deal to the potential customer. Advantageously, the entire process **3800** occurs

while the potential customer is still in the presence of the dealer, giving the dealer a higher probability to derive increased sales based on the alerts.

FIG. 39 illustrates a financial terms alert generation system attached to a computer network, according to one embodiment of the system described herein. A financial terms alert generation system **3905** comprises financing information **3910**, customer information **3915**, product information **3920**, a data entry module **3925**, an information retrieval module **3930**, a financial terms comparison module **3935**, and an alert transmission module **3940**. The financial terms alert generation system **3905** is preferably connected, via a computer network **3945**, to external financing information **3950**, external customer information **3955**, external product information **3960**, and at least one dealer terminal **3965**. In some embodiments, the financing information **3910**, customer information **3915**, and product information **3920** does not exist permanently within the financial terms alert generation system, but is retrieved from external sources **3950**, **3955**, and **3960**, as needed. In other embodiments, at least portions of the financing information **3910**, the customer information **3915**, and product information **3920** is stored permanently within the financial terms alert generation system **3905** to provide local storage and caching of data. A skilled artisan will appreciate, in light of this disclosure, that the illustrated storage and modules can be distributed across multiple network hosts rather than being centralized in one location.

In one embodiment, the data entry module **3925** is configured to receive input from a user to enter or modify data stored in the financing information **3910**, the customer information **3915**, the product information **3920**, the external financing information **3950**, the external customer information **3955**, or the external product information **3960**. In general, the data entry module **3925** is not used for a large percentage of data entry, because the information retrieval module **3930** generally automatically retrieves information from sources available on the network **3945**. However, advantageously the data entry module **3925** provides a manual tool for entering data for cases in which a user desires to fine tune the information stored in the databases. For example, in certain cases, a dealership may have special incentive programs that are not captured in sources available on the network **3945**, and a dealer may want to manually enter data that takes such special incentive programs into account.

In one embodiment, the information retrieval module **3930** is configured to automatically retrieve information about products, customers, and financing from sources available on the network **3945**, such as, for example, from the external financing information **3950**, the external customer information **3955**, and the external product information **3960**. Upon retrieving such information from sources available on the network **3945**, the information retrieval module **3930** makes the information available to the financial terms alert generation system **3905**, such that the system **3905** can use the information in order to perform the calculations necessary to determine whether a customer can advantageously enter a new lease or purchase transaction. For example, in one embodiment, the information retrieval module **3930** stores the retrieved information in local storage accessible to the financial terms alert generation system **3905**, such as by storing the information in the financing information **3910**, the customer information **3915**, and the product information **3920**. Alternatively or additionally, the information retrieval module **3930** can store the information in memory rather than in local storage. A skilled artisan will appreciate, in light of this disclosure, a variety of techniques for retrieving information from sources available on the network **3945**, including, for example, by scraping public websites. In light of these known techniques, a skilled artisan will readily understand, in light of this disclosure, how to implement the information retrieval module **3930**.

As previously described, embodiments of the system and method described herein determine when a customer is able to enter into a new financial arrangement under financial terms that are favorable to the customer. In many cases, financial terms that are favorable to a customer are those in which the customer will pay less under a new arrangement than under an old arrangement. However, in certain cases, a customer may find terms favorable to the customer even when the customer will pay more under the new arrangement. For example, in certain cases, a customer may want to "buy up," or purchase a product with a higher level of quality of luxury. Accordingly, embodiments of the system and method described herein allow a dealer to determine financial arrangements that are available to a customer in such a "buy up" situation. In certain embodiments, for example, a dealer selects, using, for example, a pull-down menu, a class of products that a customer potentially desires to buy. For example, with respect to cars, a dealer may select a model of car, such as a Mercedes-Benz C class, or a Mercedes-Benz. E class. FIG. **40** illustrates an example screen shot in which a dealer may make such a selection. Upon receiving such a selection, embodiments of the system determine new financial arrangements that are available to the customer for that class of product. Advantageously, the dealer can use such information to present the customer with an offer to "buy up" to a higher quality product.

Similarly, embodiments of the system and method allow a dealer to select a lower class of product to find out about opportunities for the customer to "buy down," or purchase a lower class product in order to save money. In certain embodiments, such "buy up" or "buy down" inquiries are limited to products from the same manufacturer as a product that the customer currently owns or is leasing. In other embodiments, such "buy up" or "buy down" inquiries can include manufacturers that are different from the manufacturer of a product that the customer currently owns or is leasing.

Advantageously, by automatically retrieving a large amount of information relating to products, customers, and financing, the information retrieval module **3930** contributes to the ability of the financial terms alert generation system **3905** to generate a large amount of alerts regarding financing opportunities in a timely fashion such that dealers can be informed of such opportunities in time to convert many such opportunities into sales. Advantageously, the automation provided by the information retrieval module **3930** also allows for periodic alert generation based on up-to-date information. Accordingly, the financial terms alert generation system **3905** can generate alerts whenever new information is retrieved by the information retrieval module **3930** that affects whether customers are able to advantageously enter a new lease or purchase transaction.

In one embodiment, the financial terms comparison module **3935** performs comparisons and calculations necessary to determine whether a customer is able to advantageously enter a new lease or purchase transaction. In one mode of operation, the financial terms comparison module **3935** performs batch comparisons periodically. In another mode of operation, the financial terms comparison module **3935** performs batch comparisons whenever new information is added to any one or more of the financing information **3910**, the customer information **3915**, or the product information **3920**. In another mode of operation, the financial terms comparison module **3935** performs a comparison for a particular identi-

fied customer and returns results of such a comparison in real time. When operating in this mode, the financial terms comparison module **3935** can advantageously lead to the generation of an alert in real time while, for example, a customer is in a dealership showroom. Advantageously, the financial terms comparison module **3935**, in one embodiment, is configured to be able to perform comparisons and calculations in any one or more of the above-described modes of operation, such that the most advantageous mode of operation under the circumstances can be chosen.

Preferably, the financial terms comparison module **3935** compares each customer's current financial arrangements with potential financial arrangements for similar products in order to determine whether a replacement arrangement can be entered into on more favorable or almost as favorable terms. To perform such calculations and comparisons, the financial terms comparison module **3935** employs the comparison method steps and calculation formulas as are described herein above. Upon performing the calculations and comparisons, the financial terms comparison module **3935** generates information for an alert to a customer whenever a favorable replacement financial arrangement can be had.

In one embodiment, the alert transmission module **3940** receives alert information generated by the financial terms comparison module **3935** and transmits the alerts to a dealer. In one embodiment, the alert transmission module **3940** transmits the alerts to a dealer terminal **3965** via email. Alternatively or additionally, the alert transmission module **3940** can be configured to transmit alerts via pager, telephone, fax transmission, a webpage accessible to the dealer terminal **3965**, or any other known mechanism for communicating information using electronic devices. In one embodiment, the alert transmission module **3965** is configured to transmit an alert to the dealer terminal **3965** in real time, such that the dealer receives the alert, for example, while a customer is still in a dealership showroom. Such real time alert generation and transmission can be advantageously employed to generate an alert for each customer that comes into a dealership's service department. That is, whenever, the customer brings a product to be serviced, the dealership can quickly run a comparison and generate any alerts, as applicable, to determine whether the customer can advantageously enter into a new lease or purchase transaction. If the customer can enter into such a transaction under favorable terms, the dealer can use the information from the alert to make an offer to the customer while the customer is in the service department. Advantageously, this usage of the financial terms alert generation system **3905** can lead to a substantial increase in sales, as it has been found that at any given time, approximately eight percent of customers can enter new loans or leases on favorable terms. Advantageously, the financial terms alert generation system **3905** identifies a large percentage of those customers that can enter new loans or leases on favorable terms.

Although the system is disclosed with reference to preferred embodiments, the invention is not limited to the preferred embodiments only. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the system. Unless indicated otherwise, it may be assumed that the process steps described herein are implemented within one or more modules, including logic embodied in hardware or firmware, or a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example C++. A software module may be compiled and linked into an executable program, installed in a dynamic link library, or may be written in an interpretive language such as BASIC. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, such as an EPROM or EEPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software modules, but may be represented in hardware or firmware. The software modules may be executed by one or more general purpose computers. The software modules may be stored on or within any suitable computer-readable medium. The data described herein may be stored in one or more suitable mediums, including but not limited to a computer-readable medium. The data described herein may be stored in one or more suitable formats, including but not limited to a data file, a database, an expert system, or the like.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, although described in the context of automobiles, any good or service associated with a series of one or more payments may be used with embodiments of the invention. Thus, any good or service, whether related to automobiles or unrelated to automobiles, is contemplated. Accordingly, the concepts represented herein may apply to any consumer or commercial good that is financed or leased over time, such as aircraft, heavy equipment, high tech equipment, or the like. Further, although particular make, models, and other automobile-specific information is described, any make, model, or other information may be used. Also, any use related to vehicles or unrelated to vehicles may be used. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not limited to the preferred embodiments. Rather, the claims that follow define the invention.

What is claimed is:

1. A computing system comprising:

a processor; and

a computer readable medium storing machine-executable instructions including one or more modules configured for execution by the processor in order to cause the computing system to:

automatically retrieve, from computer storage, customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

determine a second vehicle that is comparable to the first vehicle;

automatically retrieve, from computer storage, second vehicle information for the second vehicle and second financial terms available to the customer for the second vehicle;

periodically automatically retrieve changed information that comprises at least one of changed retrieved information associated with the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle, or the second financial terms available to the customer for the second vehicle;

if it is determined that the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms:

automatically calculate a new payment based on the first financial terms and the second financial terms;

automatically determine if the new payment satisfies at least a first alert parameter based at least in part on the first financial terms and the second financial terms;

automatically generate an alert if it is determined that the new payment satisfies the alert parameter; and

transmit the alert to a dealer.

**2**. The system of claim **1**,

wherein the system is configured to transmit the alert by email.

**3**. The system of claim **1**,

wherein the alert is configured to be read by a dealer terminal configured for managing the alert, wherein managing the alert includes at least one of assigning the alert to a user for handling, associating a task with the alert, and assigning a status to the alert.

**4**. The system of claim **1**,

wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than the customer pays under the first financial terms.

**5**. The system of claim **1**,

wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than a threshold value over what the customer pays under the first financial terms.

**6**. The system of claim **1**,

wherein the system is configured retrieve the changed information with respect to a single specific customer.

**7**. The system of claim **1**,

wherein the system is configured retrieve the changed information with respect to a plurality of customers.

**8**. The system of claim **1**,

wherein the system is configured to retrieve the changed information as a batch process.

**9**. A method comprising:

by a computer system comprising computer hardware:

automatically retrieving customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

determining a second vehicle that is comparable to the first vehicle;

automatically retrieving second vehicle information for the second vehicle and second financial terms available to the customer for the second vehicle;

periodically automatically retrieving changed information that comprises at least one of changed retrieved information associated with the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle, or the second financial terms available to the customer for the second vehicle;

if it is determined that the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms:

automatically calculating a new payment based on the first financial terms and the second financial terms;

automatically determining if the new payment satisfies at least an alert parameter based at least in part on the first financial terms and the second financial terms;

automatically generating an alert if it is determined that the new payment satisfies the alert parameter; and

transmitting the alert to a user.

**10**. The method of claim **9**,

wherein the alert is transmitted by email.

**11**. The method of claim **9**,

wherein the alert is configured to be read by a dealer terminal configured for managing the alert, wherein managing the alert includes at least one of assigning the alert to a user for handling, associating a task with the alert, and assigning a status to the alert.

**12**. The method of claim **9**,

wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than the customer pays under the first financial terms.

**13**. The method of claim **9**,

wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than a threshold value over what the customer pays under the first financial terms.

**14**. The method of claim **9**,

wherein retrieving the changed information comprises retrieving the changed information with respect to a single specific customer.

**15**. The method of claim **9**,

wherein retrieving the changed information comprises retrieving the changed information with respect to a plurality of customers.

**16**. The method of claim **9**,

wherein retrieving the changed information comprises retrieving the changed information as a batch process.

**17**. A computer-readable medium encoded with instructions thereon,

wherein the instructions are readable by a computing device in order to cause the computing device to perform operations comprising:

automatically retrieving customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

determining a second vehicle;

automatically retrieving, from computer storage, second vehicle information for the second vehicle and second financial terms available to the customer for the second vehicle;

periodically automatically retrieving changed information that comprises at least one of changed retrieved information associated with the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle, or the second financial terms available to the customer for the second vehicle;

if it is determined that the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms:

automatically calculating a new payment based on the first financial terms and the second financial terms;

automatically determining if the new payment satisfies at least an alert parameter based at least in part on the first financial terms and the second financial terms;

automatically generating an alert if it is determined that the new payment satisfies the alert parameter; and

transmitting the alert to a user.

**18**. The computer-readable medium of claim **17**,

wherein the alert is transmitted by email.

**19**. The computer-readable medium of claim **17**,

wherein the alert is configured to be read by a dealer terminal configured for managing the alert, wherein managing the alert includes at least one of assigning the alert

to a user for handling, associating a task with the alert, and assigning a status to the alert.

20. The computer-readable medium of claim 17, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than the customer pays under the first financial terms.

21. The computer-readable medium of claim 17, wherein the second financial terms are deemed to have terms favorable to the customer if, under the second financial terms the customer would pay no more than a threshold value over what the customer pays under the first financial terms.

22. The computer-readable medium of claim 17, wherein retrieving the changed information comprises retrieving the changed information with respect to a single specific customer.

23. The computer-readable medium of claim 17, wherein retrieving the changed information comprises retrieving the changed information with respect to a plurality of customers.

24. The computer-readable medium of claim 17, wherein retrieving the changed information comprises retrieving the changed information as a batch process.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 8,005,752 B1
APPLICATION NO. : 12/911552
DATED : August 23, 2011
INVENTOR(S) : Jeffrey S. Cotton

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Sheet 7 of 47 (Box. 20), (Fig. 1H), Line 1, change "Pymnt" to --Payment--.

In Column 7, Line 49, before "and" delete "sales tax (if any),".

In Column 13, Line 24, change "other;" to --other,--.

In Column 16, Line 66, change "inventory." to --inventory,--.

In Column 22, Line 23, change "Benz.E" to --Benz E--.

Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT C



US008086529B2

(12) **United States Patent**
**Cotton**

(10) **Patent No.: US 8,086,529 B2**
(45) **Date of Patent: *Dec. 27, 2011**

(54) **SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS**

(75) Inventor: **Jeffrey S. Cotton**, Laguna Hills, CA (US)

(73) Assignee: **Autoalert, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/076,208**

(22) Filed: **Mar. 30, 2011**

(65) **Prior Publication Data**

US 2011/0173112 A1 Jul. 14, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/911,552, filed on Oct. 25, 2010, now Pat. No. 8,005,752, which is a continuation of application No. 10/996,122, filed on Nov. 23, 2004, now Pat. No. 7,827,099.

(60) Provisional application No. 60/525,233, filed on Nov. 25, 2003.

(51) **Int. Cl.**
***G06Q 40/00*** (2006.01)

(52) **U.S. Cl.** .......................................................... **705/38**

(58) **Field of Classification Search** ..................... 705/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,554,418 A 11/1985 Toy
4,736,294 A 4/1988 Gill et al.
4,774,664 A 9/1988 Campbell et al.
5,774,883 A * 6/1998 Andersen et al. .............. 705/38
5,940,812 A 8/1999 Tengel et al.
5,987,434 A 11/1999 Libman et al.
6,073,112 A 6/2000 Geerlings

(Continued)

FOREIGN PATENT DOCUMENTS

EP 1 146 459 A1 10/2001

(Continued)

OTHER PUBLICATIONS

Catalina Danis et al., Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System., Proceedings of the 32nd Hawaii International Conference on System Sciences, 1999.

(Continued)

*Primary Examiner* — Charles Kyle
*Assistant Examiner* — Clifford Madamba
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

A financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify the customer and the favorable financial terms.

**20 Claims, 47 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,502,080 | B1 | 12/2002 | Eichorst et al. | |
| 6,658,390 | B1 | 12/2003 | Walker | |
| 6,950,807 | B2 | 9/2005 | Brock | |
| 7,249,322 | B2 | 7/2007 | Jones et al. | |
| 7,305,364 | B2 | 12/2007 | Nabe et al. | |
| 7,343,406 | B1 | 3/2008 | Buonanno | |
| 7,392,221 | B2 | 6/2008 | Nabe | |
| 7,444,304 | B2 | 10/2008 | Mellinger et al. | |
| 7,546,273 | B2 | 6/2009 | Blanchard et al. | |
| 7,571,128 | B1 | 8/2009 | Brown | |
| 7,827,099 | B1 | 11/2010 | Cotton | |
| 2001/0049653 | A1 | 12/2001 | Sheets | |
| 2002/0013711 | A1 * | 1/2002 | Ahuja et al. | 705/1 |
| 2002/0023051 | A1 | 2/2002 | Kunzle et al. | |
| 2002/0082860 | A1 | 6/2002 | Johnson | |
| 2003/0212628 | A1 | 11/2003 | Kuttan et al. | |
| 2003/0216995 | A1 | 11/2003 | DePauw | |
| 2004/0039690 | A1 * | 2/2004 | Brown et al. | 705/38 |
| 2004/0181480 | A1 | 9/2004 | Greenberg et al. | |
| 2004/0254819 | A1 | 12/2004 | Halim et al. | |
| 2005/0171896 | A1 | 8/2005 | Seretti et al. | |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. | |
| 2006/0129423 | A1 | 6/2006 | Sheinson et al. | |
| 2006/0143112 | A1 | 6/2006 | Donarski et al. | |
| 2007/0136163 | A1 | 6/2007 | Bell | |
| 2007/0179798 | A1 | 8/2007 | Inbarajan | |
| 2008/0201163 | A1 | 8/2008 | Barker et al. | |
| 2010/0217616 | A1 | 8/2010 | Colson et al. | |
| 2010/0274571 | A1 | 10/2010 | McFall et al. | |
| 2010/0274631 | A1 | 10/2010 | McFall et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1220131 | | 7/2002 |
| EP | 1 278 140 | A1 | 1/2003 |
| EP | 1288822 | A1 | 3/2003 |
| EP | 1 298 561 | A1 | 4/2003 |
| JP | 10143564 | | 5/1998 |
| JP | 2002041876 | | 2/2002 |
| JP | 2003242338 | | 8/2003 |
| JP | 2004094702 | | 3/2004 |
| WO | WO 92/12488 | | 7/1992 |
| WO | WO 97/15023 | | 4/1997 |
| WO | WO 01/18704 | A2 | 3/2001 |
| WO | WO 01/18728 | A2 | 3/2001 |
| WO | WO 01/17458 | | 9/2001 |
| WO | WO 01/67210 | | 9/2001 |
| WO | WO 02/057967 | | 7/2002 |
| WO | WO 03/083603 | A2 | 10/2003 |
| WO | WO 2004/008367 | A1 | 1/2004 |
| WO | WO 2008/110939 | A2 | 9/2008 |

OTHER PUBLICATIONS

Screen shots of 1992 Lotus 1-2-3 spreadsheet program in 4 pages.

"Replace Vehicle on Existing Policy." Web page printout from https://www.weimerover.com/auto-replace-vehicle.php, printed on Sep. 1, 2011.

"Leasing versus Buying That New Car."Web page printout from http://www.infoplease.com/ipa/A0193143.html, printed on Sep. 1, 2011.

Vehicle purchases, leasing, and replacement demand: evidence from the Federal Reserve's Survey of Consumer Finances; Apr. 1, 2004.

* cited by examiner

102

Joe's Dealership, Inc. 05/12/2003 **Alert Sheet**

John Smith Demo Sales Associate

**Client Information**

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

**Existing Vehicle**

| | |
|---|---|
| **Class Description** | Q-Class |
| **Series Description** | 9155 Wagon 4D |
| **Year** | 2000 |
| **VIN** | ABC345 |

**Deal Recap**

| | |
|---|---|
| **Contract Start Date** | 6/10/2000 |
| **Capitalized Cost** | $53,258 |
| **Residual Amount** | $34,160 |
| **Contract Term** | 39 |
| **Payoff Amount** | $37,136 |
| **Trade-in Amount** | $30,050 |
| | **$7,086–** |
| **Security Deposit** | $0 |

**New Vehicle**

| | |
|---|---|
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| | **$56,214** |

**Balance To Maturity**

| | |
|---|---|
| | 35 |
| | 4 |
| **Payment History** | 30 - 0, 60 - 0, 90 - 0 |
| **Balance To Maturity** | **$4,039–** |

**Preferred Equity**

| | |
|---|---|
| **Equity** | **$4,039–** |

**Dealer Credit**

**Payment Difference**

**Big Bank, Inc.**

**Payment Difference**

AutoAlert

FIG. 1A

| Existing Vehicle | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |
| **Deal Recap** | |
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $53,258 |
| Residual Amount | $34,160 |
| Contract Term | 39 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| Payoff Amount | $37,136 |
| Trade-in Amount | $30,050 |
| Trade Equity | **$7,086–** |
| Security Deposit | $0 |
| **Balance To Maturity** | |
| Payments Made | 35 |
| Payments Remaining | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | **$4,039–** |
| **Preferred Equity** | |
| Equity | **$4,039–** |

*FIG. 1B*

## Client Information

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

## New Vehicle

| | |
|---|---|
| Class Description | [illegible] |
| Series Description | [illegible] |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cost | **$56,214** |

FIG. 1C



U.S. Patent Dec. 27, 2011 Sheet 4 of 47 US 8,086,529 B2

Dealer Credit
Payment
Difference
Big Bank, Inc
Payment
Difference

FIG. 1D

104
106
11/17/2003
Manager Lease
Jeff Cotton
108
Existing Vehicle
110
Class Description V-Class
Series Description V123 Coupe 2D
Year 2002
VIN WDBRN12345J02A
Deal Recap
112
Contract Start 8/18/2001
Contract End 8/18/2004
Capitalized Cost $33,133
Residual Amount $20,303
Contract Term 36
116
Payoff Amount $23,565
Payoff Good Through 11/27/2003
Trade-in Amount $16,580
Trade Equity ($6,985)
Security Deposit $6,000
Balance To Maturity
114
28
8
Payment History 30 - 0, 60 - 0, 90 - 0
Balance To Maturity ($4,896)

FIG. 1E

EXHIBIT C
-143-



120
Joe's Dealership, Inc.
124
MARY DOE
122
Client Information
Alert # 180082
Client MARY DOE
Address 1234 MAIN ST
Address 2
City BIG CITY
State CA
Zip 90248
Phone Work (555) 555-9809
Phone Mobile
Phone Home (555) 555-4321
New Vehicle
126
Average Selling Price $28,865
Trade Equity ($4,896)
Subsidy Amount $3,000
Sales Tax 7.75% $2,384

FIG. 1F

| Dealer Credit | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $15,010 | $12,701 | $9,814 |
| Capitalized Cost | $30,761 | $30,761 | $30,761 |
| Money Factor | 0.00254 | 0.00254 | 0.0037 |
| Difference | $27 | ($41) | ($28) |

| Big Bank, Inc | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $12,412 | $10,680 | $9,237 |
| Capitalized Cost | $30,761 | $30,761 | $30,761 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Difference | $84 | ($12) | ($74) |

FIG. 1G

Lease Payment

CAPITALIZED COST CALCULATION

| | | |
|---|---|---|
| 1 | Agreed upon value of the vehicle | $ |
| 2 | Sales/Use ¯ax (ʼf capitalized) | + $ |
| 3 | Luxury Tax (calculation A) | + $ |
| 4 | Other (explain) | + $ |
| 5 | Prior credit or lease balance (negative equity) | + $ |
| 6 | Subtotal | = $ |
| 7 | Acquisition fee (if capitalized) | + $ |
| 8 | Scheduled Maintenance Cost | + $ |
| 9 | Additional Wear & Usage | + $ |
| 10 | Other (explain) | + $ |
| 11 | Gross Capitalizec Cost | = $ |
| 12 | Gross Capitalizec Cost Reduction Trade $ Cash $ | − $ |
| 13 | Adjusted Capitalized Cost | − $ |
| | | |

LEASE PAYMENT CALCULATION

| | | |
|---|---|---|
| 14 | Residual Value (calculation C) | $ |
| 15 | Depreciation (lines 13−14) | $ |
| 16 | Money Factor | .0 |
| 17 | Add Lines ʼ3+14 | $ |
| 18 | Rent Charge (lines 16x17) x Term ____ | $ |
| 19 | Total Base Single Payment (lines 15+18) | $ |
| 20 | Base Monthly Payment/Base Single Pymnt (19/# of payments) | $ |
| 21 | Sales/Use ¯ax ____ % x line 20 | $ |
| 22 | Total Monthly Payment (or total single payment) | $ |

*FIG. 1H*

B. Residual Value Calculation

| | | |
|---|---|---|
| TSRP | | ____ |
| Residualized Options | + | ____ |
| Subtotal | = | ____ |
| Gas Guzzler Tax | − | ____ |
| Basis for Residual Value | = | ____ % |
| Residual Value % | X | ____ |
| Residual Value | = | ____ |
| Prepaid Mileage (15¢ per mile) | − | ____ |
| Adjusted Residual Value (line 14) | = | ____ |

Deferred Payment

$$A=((P*(1+i)^{n} - B)*i)/((1+i)^{n-1})$$

A=Payment
P=Principle
i=Interest rate
B=Differed Amount or Balloon

FIG. 1I

Purchase Payment

$$A=p+i/n$$

A=Payment
P=Principle
i=Interest amount
n=number

FIG. 1J

101
File Edit View Favorites Tools Help
Search
Favorites
Media
Address
http://www.autoalert.net/
Links
AutoAlert
Reports
Data Entry

FIG. 1K

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry
User Name
Password
Login
201
201

FIG. 2



U.S. Patent Dec. 27, 2011 Sheet 11 of 47 US 8,086,529 B2

FIG. 3
Jeff Cotton ( Sales Associate)
Filter
Sale Type
Lease
Balloon
Retail
Category
Sale
Alert
Expired Alert
Lease Ending
Stage
New
Call
Appointment
Sold
No Sale
Search
Thursday, October 09, 2003
New
Today
306
302
312
308
310
314
300
304

EXHIBIT C
-150-

U.S. Patent Dec. 27, 2011 Sheet 12 of 47 US 8,086,529 B2

File Edit View Favorites Tools Help Send

Back Search Favorites Media

Address http://hyacinth/TaskActive.asp?Filter=

Jeff Cotton ( Sales Associate)

Filter

Sale Type ☑ Lease ☑ Balloon ☑ Retail

Category ☐ Sale ☑ Alert ☐ Expired Alert ☐ Lease Ending

Stage ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Search

Thursday, October 09, 2003

402

New

| | | | | |
|---|---|---|---|---|
| | Alert | New | Not Started | Nathan Client, 2000 Q111 Sedan |
| | Alert | New | Not Started | Mary Johnson, 2002 Q155 Wagon |
| | Alert | New | Not Started | John Smith, 1999 Q551 Sedan |
| | Alert | New | Not Started | John E. Apple, 2000 V123 Coupe |

Today

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2003 | 10:30AM | Alert | Call | Left Message | Fred N. Barney, 2001 Q111 Coupe |
| 08/26/2003 | 4:00PM | Alert | Call | Left Message with Person | Joe Customer, 2000 Q155 Wagon |
| 09/22/2003 | 12:00PM | Alert | Call | Return Call | Ben N. Jerry, 1999 QL459 Sport Sedan |

FIG. 4

EXHIBIT C
-151-

FIG. 5
500
501
502
503
504
505
506
507
508
510
512
514
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/TaskAction.asp?TaskID=5073
Links
AutoAlert
Reports
Data Entry
JANE M. CLIENT
Description
Jane M. Client, 1998 V123 Coupe
Owner
Jeff Cotton
Stage
New
Priority
Normal
Status
Call - Follow-up Call
Date & Time
08/06/2003
10:00 AM
Remark
History
10/06/2003 12:30AM house Deal Calculated
09/29/2003 12:30AM house Deal Calculated
09/22/2003 12:30AM house Deal Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated

U.S. Patent Dec. 27, 2011 Sheet 14 of 47 US 8,086,529 B2

500
601
JANE M. CLIENT
Description Jane M. Client, 1968 Y123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time
Remark
History
Call - Left Message on Machine
Call - Left Message with Person
Call - Left Message at Home
Call - Left Message at Work
Call - No Answer
Call - Not Available
Call - Bad Phone #'s
Call - Follow-up Call
Call - Return Call
Call - Not Interested
Call - Waiting for Specific Car
Call - Waiting for Bank Approval
Call - Credit Declined
Call - Deposit Taken
Call - Already Sold/Placed Deposit
Call - Bought an Extra Car
Call - Out of State
Call - Turn Over
Call - Email Sent
Call - Email Received
Call - Promoted to Appointment
Call - Promoted to Sold
Call - Client Wants to Return Vehicle
Appointment - Waiting for Meeting
Appointment - Kept
Appointment - Missed
Appointment - Rescheduled
Appointment - Bought an Extra Car
Appointment - Promoted to Sold
"03/19/2003" changed to ""
may wait for new model Wagon
Progress" changed to "Left Message"
Date "03/20/2003" changed to "03/19/2003"
Started" changed to "In Progress"

FIG. 6

EXHIBIT C
-153-

U.S. Patent Dec. 27, 2011 Sheet 15 of 47 US 8,086,529 B2

FIG. 7A

JANE M. CLIENT
Description
Owner
Stage
Priority
Status
Date & Time
Remark
History
Save
702

EXHIBIT C
-154-

FIG. 7B

http://autoalert/TaskAction.asp?TaskID=12240

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe

Owner Demo Sales Associate

Stage Appointment

Priority Normal

Status Call - Left Message

708 — Date & Time

Calendar Microsoft Int

9:15 AM
9:30 AM
9:45 AM
10:00 AM
10:15 AM
10:30 AM
10:45 AM
11:00 AM
11:15 AM
11:30 AM
11:45 AM
12:00 PM
12:15 PM
12:30 PM
12:45 PM
1:00 PM
1:15 PM
1:30 PM
1:45 PM
2:00 PM

1:13AM man ulated
9:38AM dem "03/19/2003" changed to ""
2:11AM man ulated
0:56AM dem ning to an end may wait for new model Wagon
0:56AM dem Progress" changed to "Left Message"
1:33AM man ulated
1:33PM man ulated
2:17AM man ulated
5:25AM man ulated
03/24/2003 6:22PM man ulated
03/19/2003 9:39AM dem to call
03/19/2003 9:39AM dem Date "03/20/2003" changed to "03/19/2003"
03/19/2003 9:39AM dem ot Started" changed to "In Progress"
03/19/2003 4:01AM man ulated
03/17/2003 2:43PM man ulated
03/09/2003 7:02PM man ulated



**U.S. Patent** Dec. 27, 2011 Sheet 17 of 47 US 8,086,529 B2

JANE M. CLIENT
Description
Jane M. Client, 1998 V123 Coupe
Owner
Jeff Cotton
Stage
Priority
Normal
Status
New - Not Started
Date & Time
Remark
History
10/06/2003 12:30AM house
09/29/2003 12:30AM house
09/22/2003 12:30AM house
09/15/2003 12:30AM house
09/10/2003 3:19AM house
09/01/2003 1:00AM house
08/25/2003 1:00AM house
08/18/2003 1:00AM house
08/11/2003 1:00AM house
08/04/2003 1:00AM house
Alert Calculated
Alert Calculated
Alert Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
Deal Calculated
801
802
803

*FIG. 8*

EXHIBIT C
-156-



U.S. Patent Dec. 27, 2011 Sheet 18 of 47 US 8,086,529 B2

902
Mercedes-Benz Credit
Payment
Difference
Chase
Payment
Difference
AutoAlert

FIG. 9

EXHIBIT C
-157-

Joe's Dealership, Inc. 05/12/2003 Associate Sheet

JOHN CLIENT Jeff Cotton

| | |
|---|---|
| Alert # | 17443 |
| **Client Information** | |
| Client | JOHN CLIENT |
| Address | 1234 55TH ST |
| Address 2 | |
| City | BIG CITY |
| State | CA |
| Zip | 92002 |
| PhoneWork | (555) 555-9087 |
| PhoneMobile | |
| PhoneHome | (555) 555-4353 |
| EmailAddress | |
| **Existing Vehicle** | |
| Class | Q-Class |
| Series | QL459 Sport Sedan |
| Year | 2000 |
| VIN | JKL999999 |
| **Contract Detail** | |
| Contract Term | 48 |
| Payments Remaining | 16 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Total Payment | $607 |
| Balance To Maturity | ($10,060) |
| **New Vehicle** | |
| Class | Q-Class |
| Series | QL459 Sport Sedan |
| **Follow-up Detail** | |

Assigned to:

| | Yes | No | Comments |
|---|---|---|---|
| Call: | | | |
| Appointment: | | | |
| Sold: | | | |

FIG. 10

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe

Owner Jeff Cotton

Stage

Priority Normal

Status New - Not Started

Date & Time

Remark

History

| | | |
|---|---|---|
| 10/06/2003 12:30AM | house | Alert Calculated |
| 09/29/2003 12:30AM | house | Alert Calculated |
| 09/22/2003 12:30AM | house | Alert Calculated |
| 09/15/2003 12:30AM | house | Deal Calculated |
| 09/10/2003 3:19AM | house | Deal Calculated |
| 09/01/2003 1:00AM | house | Deal Calculated |
| 08/25/2003 1:00AM | house | Deal Calculated |
| 08/18/2003 1:00AM | house | Deal Calculated |
| 08/11/2003 1:00AM | house | Deal Calculated |
| 08/04/2003 1:00AM | house | Deal Calculated |

FIG. 11



FIG. 12

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry

User Name
Password
Login

FIG. 13



U.S. Patent Dec. 27, 2011 Sheet 22 of 47 US 8,086,529 B2

FIG. 14
1400
askSalesAssociate.asp
orts Data Entry
House (Manager)
Filter
Sale Type Lease Balloon Retail
Category Sale Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Sort Follow-up Date Prospect Maturity Date Series
Sort Order Ascending Descending
Active Sales Associates
Jeff Cotton
Jennifer Johnson
John Williams
1401
1402
1403
1404
1405
1406
1407
1408

EXHIBIT C
-161-

**House (Manager)**

Filter: WARNER

Sale Type: ☑ Lease ☑ Balloon ☑ Retail

Category: ☐ Sale ☑ Alert ☐ Expired Alert ☑ Lease Ending

Stage: ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Sort: ◉ Follow-up Date ○ Prospect ○ Maturity Date ○ Series

Sort Order: ◉ Ascending ○ Descending

FIG. 15A

FIG. 15B

File Edit View Favorites Tools Help

Search Favorites Media

Address http://autoalert/report/entry/

AutoAlert Report Generator

Available Reports

Average Selling Price by Series 1602

Bank Rate by Series 1604

Contact Mailing List by Sales Associate 1606

Sales Associate 1608

Subsidy by Series 1610

Task Stage By Task Owner 1612

Task Stage By Task Owner Summary

Trade-in History by Model 1616

FIG. 16

U.S. Patent Dec. 27, 2011 Sheet 25 of 47 US 8,086,529 B2

FIG. 17

http://autoalert/report/entry/SeriesAverage...

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/report/entry/SeriesAverageSellingPrice.asp

Average Selling Price by Series

Series

Active Series

Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe

Show Columns ☑ Series ID ☐ Replacement Series ID ☑ Base Price ☑ Delivery Charge ☑ Sunroof Package ☑ Automatic Transmission ☑ Metalic Paint

1702

1706

1710

1714

EXHIBIT C
-164-

FIG. 18

1802

Joe's Dealership, Inc.
AutoAlert
Average Selling Price by Series
Wednesday, July 30, 2003 7:42:54 PM

| Series ID | Series Description | Average Selling Price | Base Price | Delivery Charge | Sunroof Package | Automatic Transmission | Metallic Paint |
|---|---|---|---|---|---|---|---|
| 47 | Q111 Sedan | $23,865 | $24,950 | $720 | $1,215 | $1,325 | $655 |
| 1 | Q111 Coupe | $32,290 | $27,990 | $720 | $1,600 | $1,325 | $655 |
| 26 | Q551 Coupe | $33,700 | $29,400 | $720 | $1,600 | $1,325 | $655 |
| 976 | Q551 Sedan | $35,575 | $31,400 | $720 | $1,475 | $1,325 | $655 |
| 52 | QL459 Sport Sedan | $51,775 | $50,400 | $720 | - | - | $655 |

U.S. Patent Dec. 27, 2011 Sheet 27 of 47 US 8,086,529 B2

FIG. 19
1902
1908
1912
1916
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/BankRateSeries.asp
Bank Rate by Series
Bank
Big Bank, Inc.
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Spot Sedan
Q155 Wagon
V123 Coupe

EXHIBIT C
-166-

FIG. 20

2002

Joe's Dealership, Inc.
AutoAlert
Bank Rate by Series
Wednesday, July 30, 2003 7:45:13 PM

**Bank:** Big Bank

| Bank Rate ID | Series ID | Series | Term ID | Term | Money Factor | Residual % | MRM |
|---|---|---|---|---|---|---|---|
| 404 | 47 | Q111 Sedan | 2 | 36 | 0.00240 | 47 | $36,500 |
| 405 | | | 5 | 48 | 0.00240 | 40 | $36,500 |
| 406 | | | 8 | 60 | 0.00240 | 34 | $36,500 |
| 407 | 1 | Q111 Coupe | 2 | 36 | 0.00240 | 56 | $40,800 |
| 408 | | | 5 | 48 | 0.00240 | 47 | $40,800 |
| 409 | | | 8 | 60 | 0.00240 | 40 | $40,800 |
| 410 | 26 | Q551 Coupe | 2 | 36 | 0.00240 | 53 | $42,500 |
| 411 | | | 5 | 48 | 0.00240 | 45 | $42,500 |
| 412 | | | 8 | 60 | 0.00240 | 38 | $42,500 |
| 413 | 976 | Q551 Sedan | 2 | 36 | 0.00240 | 51 | $41,300 |
| 414 | | | 5 | 48 | 0.00240 | 43 | $41,300 |
| 415 | | | 8 | 60 | 0.00240 | 37 | $41,300 |
| 416 | 52 | QL459 Sport Sedan | 2 | 36 | 0.00240 | 59 | $57,900 |
| 417 | | | 5 | 48 | 0.00240 | 50 | $57,900 |
| 418 | | | 8 | 60 | 0.00240 | 44 | $57,900 |

U.S. Patent Dec. 27, 2011 Sheet 29 of 47 US 8,086,529 B2

Contact Mailing List by Sales Associate
Sales Associate
Active Sales Associate
John Williams
Filter
Category
Stage
Show Columns
2102
2116

FIG. 21

EXHIBIT C
-168-

2202

Joe's Dealership, Inc.
AutoAlert
Contact Mailing List by Sales Associate
Wednesday, July 30, 2003 7:50:50 PM

**Category:** Alert, Lease E
**Stage:** New, Call, Appointment, Sold, Nc

| First Name | Middle Name | Last Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jeff | | Customer | 1111 22nd ST | | Smallville | CA | 92715 |
| Jennifer | | Brown | 3333 44th ST | | Big City | CA | 92630- |
| John | | Buyer | 2222 11th ST | | Smallville ST | CA | 92630- |
| Joseph | | Sales | 4444 55th AVE | | Big City | CA | 92606- |

Done
Local intranet

FIG. 22

U.S. Patent Dec. 27, 2011 Sheet 31 of 47 US 8,086,529 B2

FIG. 23
2302
2316
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/SalesAssociateActive.asp
Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Show Columns
Associate ID
User Name
Password
Email Address

EXHIBIT C
-170-

FIG. 24

2402

Joe's Dealership, Inc.
AutoAlert
**Sales Associate**
**Wednesday, July 30, 2003 7:52:26 PM**

| Associate ID | Sales Associate | User Name | Password | Email Address |
|---|---|---|---|---|
| 926 | Jeff Cotton | jcott | 12345 | |
| 149 | Jennifer Johnson | jjohnson | 54231 | |
| 169 | John Williams | jwill | abcde | |



U.S. Patent Dec. 27, 2011 Sheet 33 of 47 US 8,086,529 B2

File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/SubsidyBySeries.asp
Subsidy by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
2502
2508
2516

FIG. 25

EXHIBIT C
-172-

FIG. 26

2602

http://autoalert/report/SubsidyBySeries.asp

File Edit View Favorites Tools Help

Back Search Favorites Med

Address http://autoalert/report/SubsidyBySeries.asp

Joe's Dealership, Inc.
AutoAlert
Subsidy by Series
Wednesday, July 30, 2003 7:53:10 PM

| Subsidy ID | Series ID | Series | Subsidy |
|---|---|---|---|
| 5 | 47 | Q111 Sedan | $3,000 |
| 6 | 1 | Q111 Coupe | $3,000 |
| 7 | 26 | Q551 Coupe | $3,000 |
| 8 | 976 | Q551 Sedan | |
| 9 | 52 | QL459 Sport Sedan | $3,000 |

U.S. Patent Dec. 27, 2011 Sheet 35 of 47 US 8,086,529 B2

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/TaskStageByTaskOwner.asp
Task Stage by Task Owner
Task Owner
Active Task Owner
Jeff Cotton
John Williams
Jennifer Johnson
Start 7/27/2003
Finish 7/30/2003
Categories Lease Alert Expired Alert Lease Ending
Show Columns Owner ID New Call Appointment Sold No Sale
2702
2716

FIG. 27

EXHIBIT C
-174-

U.S. Patent Dec. 27, 2011 Sheet 36 of 47 US 8,086,529 B2

2802

http://autoalert/report/TaskStageByTaskOwner.asp

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/report/TaskStageByTaskOwner.asp

Joe's Dealership, Inc.
AutoAlert
Task Stage by Task Owner
Wednesday, July 30, 2003 7:54:30 PM

**Period:** 7/27/2003 to 7/30/2003
**Category:** Alert, Lease Ending

| | | | New | | Call | | Appointment | | Sold | | No Sale | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Owner | Date | Total | Qty | % | Qty | % | Qty | % | Qty | % | Qty | % |
| Jeff Cotlon | 6/12/2003 | 18 | - | | 18 | | - | | - | | - | |
| | | **18** | 0 | 0.0% | 18 | 100% | 0 | 0% | 0 | 0% | 0 | 0% |
| Jennifer Johnson | 6/12/2003 | 10 | 2 | | 7 | | 1 | | - | | - | |
| | | **10** | 2 | 20.0% | 7 | 70% | 1 | 10% | 0 | 0% | 0 | 0% |
| John Williams | 6/12/2003 | 6 | 6 | | - | | - | | - | | - | |
| | | **6** | 6 | 100.0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |

FIG. 28

EXHIBIT C
-175-



U.S. Patent Dec. 27, 2011 Sheet 37 of 47 US 8,086,529 B2

FIG. 29
Trade-in History by Model
Trade-in Date
6/27/2003
6/20/2003
6/13/2003
6/6/2003
5/30/2003
5/23/2003
5/16/2003
5/9/2003
5/2/2003
7/4/2003
Active Trade-in Date
7/25/2003
7/18/2003
7/11/2003
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
VIN
Trade-in Amount
Auction Price
Dealer Adjustment
2902
2916
2908
2924

EXHIBIT C
-176-

3002

Joe's Dealership, Inc.
AutoAlert
Trade-in History by Model
Wednesday, July 30, 2003 7:55:02 PM

| | | | 7/25/2003 | | | 7/18/2003 | | | 7/11/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIN | Series | Year | Trade-in | Adjust | % | Trade-in | Adjust | % | Trade-in | Adjust | % |
| LMNO654 | Q111 Sedan | 1993 | $4,296 | - | 6.4% | $4,038 | - | 0.0% | $4,038 | - | 100.0% |
| ABCDE987 | Q111 Coupe | 1995 | $10,828 | ($1,000) | -21.7% | $13,825 | ($1,000) | 0.0% | $13,825 | ($1,000) | 100.0% |
| ZYX12345 | Q551 Coupe | 1994 | $11,365 | - | 28.1% | $8,875 | - | 0.0% | $8,875 | - | 100.0% |
| 23FGHI34 | Q551 Sedan | 1993 | $7,294 | - | -2.7% | $7,494 | - | 0.0% | $7,494 | - | 100.0% |
| WDBJFZOF V | Q111 Sedan | 1997 | $17,330 | - | -1.1% | $17,521 | - | 0.0% | $17,521 | - | 100.0% |
| STR45XYZ | Q111 Coupe | 1993 | $5,447 | - | 9.6% | $4,970 | - | 0.0% | $4,970 | - | 100.0% |
| ZYX12390 | Q551 Coupe | 1995 | $9,902 | - | -2.0% | $10,100 | - | 0.0% | $10,100 | - | 100.0% |
| IJKLM987 | Q551 Sedan | 1994 | $8,231 | - | -8.0% | $8,948 | - | 0.0% | $8,948 | - | 100.0% |
| GHIJ897 | QL459 Sport Sedan | 1993 | $6,887 | - | -29.5% | $9,770 | - | 0.0% | $9,770 | - | 100.0% |

*FIG. 30*

Joe's Dealership, Inc.
AutoAlert
Bank Rate
Monday, November 17, 2003 3:38:33 PM

**Bank:** Big Bank
**Bank Region:** California/Florida
**Sale Type:** Lease
**Model Year:** 2004

| Series ID | Series | Term | Money Factor | Residual % | Effective Date |
|---|---|---|---|---|---|
| 47 | Q111 Sedan | 36 | 0.00235 | 47 | 10/01/2003 |
| | | 48 | 0.00235 | 41 | 10/01/2003 |
| | | 60 | 0.00235 | 35 | 10/01/2003 |
| 1 | Q111 Coupe | 36 | 0.00235 | 59 | 10/01/2003 |
| | | 48 | 0.00235 | 50 | 10/01/2003 |
| | | 60 | 0.00235 | 43 | 10/01/2003 |
| 26 | Q551 Coupe | 36 | 0.00235 | 56 | 10/01/2003 |
| | | 48 | 0.00235 | 48 | 10/01/2003 |
| | | 60 | 0.00235 | 41 | 10/01/2003 |
| 976 | Q551 Sedan | 36 | 0.00235 | 53 | 10/01/2003 |
| | | 48 | 0.00235 | 45 | 10/01/2003 |
| | | 60 | 0.00235 | 39 | 10/01/2003 |

FIG. 31



U.S. Patent Dec. 27, 2011 Sheet 40 of 47 US 8,086,529 B2

File Edit View Favorites Tools Help
Back
Search
Address http://autoalert/data/SubsidyBySeries.asp
Joe's Dealership, Inc.
AutoAlert
Subsidy
Monday, November 17, 2003 3:48:48 PM
Model Year: 2003
Series
Subsidy
Q111 Sedan
3000
Q111 Coupe
3000
Q551 Coupe
3000
Q551 Sedan
0
QL459 Sport Sedan
3000
Done

FIG. 32

EXHIBIT C
-179-

Joe's Dealership, Inc.
AutoAlert
Associate Performance (Stage)
Monday, November 17, 2003 3:55:02 PM

| Associate/Month | New | Call | Apt | Sold | No Sale | Total |
|---|---|---|---|---|---|---|
| Joe's Dealership, Inc. | 4090 | 652 | 257 | 103 | 67 | 5169 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 3699 | 3 | 20 | 10 | 0 | 3732 |
| April | 1 | 1 | 60 | 18 | 0 | 80 |
| May | 197 | 42 | 56 | 30 | 25 | 350 |
| June | 31 | 15 | 33 | 7 | 4 | 90 |
| July | 19 | 58 | 9 | 3 | 5 | 94 |
| August | 15 | 95 | 23 | 6 | 13 | 152 |
| September | 80 | 113 | 17 | 7 | 3 | 220 |
| October | 33 | 242 | 30 | 18 | 13 | 336 |
| November | 15 | 83 | 9 | 4 | 4 | 115 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| House | 2371 | 36 | 86 | 5 | 7 | 2505 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 2107 | 0 | 1 | 1 | 0 | 2109 |
| April | 1 | 0 | 23 | 0 | 0 | 24 |
| May | 136 | 22 | 37 | 3 | 1 | 199 |
| June | 22 | 2 | 22 | 0 | 0 | 46 |
| July | 12 | 0 | 1 | 0 | 1 | 14 |
| August | 12 | 0 | 0 | 0 | 0 | 12 |
| September | 51 | 0 | 0 | 0 | 0 | 51 |
| October | 20 | 12 | 2 | 1 | 5 | 40 |
| November | 10 | 0 | 0 | 0 | 0 | 10 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| Jeff Cotton | 2 | 0 | 0 | 1 | 0 | 3 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 1 | 0 | 0 | 0 | 0 | 1 |
| April | 0 | 0 | 0 | 1 | 0 | 1 |
| May | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 1 | 0 | 0 | 0 | 0 | 1 |
| October | 0 | 0 | 0 | 0 | 0 | 0 |

Done

FIG. 33



U.S. Patent Dec. 27, 2011 Sheet 42 of 47 US 8,086,529 B2

Rebates and Adjustments
Trade-in
Average Selling Price
Internal Data
External Data
Payoff
Sales Effort Results Data
Money Factor & Residual
Historical Sales Data
Management Reports
Alerts
Sales Associate Desktop Interface
Alert Lists
Deal Sheets
Sales/Management Desktop Interface

FIG. 34

EXHIBIT C
-181-

| Joe's Dealership, Inc. | | 11/03/2003 | Manager Lease |
|---|---|---|---|
| JOSEPH JOHNSON | | | Jeff Cotton |

| Client Information | | Existing Vehicle | |
|---|---|---|---|
| Alert # | 181742 | Class Description | Q-Class |
| Client | JOSEPH JOHNSON | Series Description | Q156 Wagon |
| Address | 9999 1ST AVE | Year | 1996 |
| Address 2 | | VIN | 1234QRS1111 |
| City | BIG CITY | **Deal Recap** | |
| State | CA | Contract Start | 2/12/2002 |
| Zip | 99999 | Contract End | 2/12/2006 |
| Phone Work | (555) 555-0909 | Capitalized Cost | $25 862 |
| Phone Mobile | (555) 555-4321 | Residual Amount | $12 590 |
| Phone Home | | Contract Term | 48 |
| **New Vehicle** | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] |
| [illegible] | | Payoff Amount | $21,501 |
| [illegible] | | Payoff Good Through | 11/13/2003 |
| | | Trade-in Amount | $11,277 |
| Average Selling Price | $49,875 | Trade Equity | ($10,224) |
| Trade Equity | ($10,224) | Security Deposit | $0 |
| Subsidy Amount | $7,000 | **Balance To Maturity** | |
| [illegible] | [illegible] | [illegible] | 22 |
| Sales Tax 7.75% | $4,503 | [illegible] | 26 |
| [illegible] | [illegible] | Payment History | 30 - 0, 60 - 0, 90 - 0 |
| | | Balance To Maturity | ($12,900) |

| DEALERSHIP CREDIT | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| **Lease** | | | |
| Residual Amount | $29,925 | $26,935 | $22,444 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.0029 | 0.0029 | 0.0030 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $590 | $466 | $436 |
| **Balloon** | | | |
| Deferred Payment | $37,561 | $32,553 | $28,171 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.04% | 7.04% | 7.04% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $511 | $428 | $365 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 3.05% | 3.05% | 3.05% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $1,330 | $904 | $644 |

| BIG BANK INC | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| **Lease** | | | |
| Residual Amount | $26,933 | $23,441 | $19,950 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $618 | $466 | $371 |
| **Balloon** | | | |
| Deferred Payment | $33,805 | $29,423 | $29,423 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.24% | 7.24% | 7.24% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $614 | $493 | $356 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 4.24% | 4.24% | 4.24% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $1,372 | $938 | $677 |

*FIG. 35*

3600
3610
Retrieve Financing, Customer and Product Information
3620
Compare Current Financial Terms to Potential Terms
3630
Generate Alerts
3640
Transmit Alerts

FIG. 36

3700
3710
Receive Modified Financial Variable
3720
Compare Current Financial Terms to Potential Terms
3730
Generate Alerts
3740
Transmit Alerts

FIG. 37



3800
3810
Receive Potential Customer Information
3820
Retrieve Potential Customers Financial Information in Real-Time
3830
Compare Current Financial Terms to Potential Terms
3840
Generate Alerts
3850
Transmit Alerts
3860
Present Deal to Customer

FIG. 38



U.S. Patent Dec. 27, 2011 Sheet 46 of 47 US 8,086,529 B2

3900
3905
Financial Terms Alert Generation System
Data Entry Module
3925
Information Retrieval Module
3930
Financial Terms Comparison Module
3935
Alert and Transmission Module
3940
Financing Information
3910
Customer Information
3915
Product Information
3920
Network
3945
Financing Information
3950
Customer Information
3955
Product Information
3960
Dealer Terminal
3965

FIG. 39

EXHIBIT C
-185-

New Sale
Vehicle Information
Manufacturer
MERCEDES-BENZ
Class
E CLASS
Series
Year
C CLASS
CL CLASS
CLK CLASS
G CLASS
M CLASS
S CLASS
SL CLASS
SLK CLASS
Calculated Payment
Average Selling Price
Trade Equity
Subsidy Amount
Capitalized Cost
Sales Tax
8.25
Amount Financed
$62,719

FIG. 40

# SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS

## REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 12/911,552 filed Oct. 25, 2010, which is continuation of U.S. patent application Ser. No. 10/996,122, filed Nov. 23, 2004, which claims priority to U.S. Provisional Patent Application No. 60/525,233, which was filed Nov. 25, 2003 and is entitled "SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS." The foregoing applications are hereby incorporated by reference in their entirety into this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the system and method described herein relate to alerting dealers when favorable financial terms are available to customers.

2. Description of the Related Art

Rather than paying cash for a product, a person may enter a financial agreement (e.g., a purchase agreement, a lease agreement, deferred or balloon payment agreement, or the like) in which the person makes a series of payments for a specified term. Often, these payments are periodic, such as weekly, monthly, quarterly, yearly, or the like. For example, if a person purchases an automobile, the person may expect to pay a series of substantially similar monthly payments for one or more years.

During the term of the financial agreement (the "current agreement") covering the first product ("the current product"), a person may desire to use a second product (a "replacement product") in lieu of the current product. In such an instance, to obtain the replacement product, a person may be willing to return the current product and enter a second financial agreement (a "replacement agreement") that satisfies the first financial agreement. For example, a person having two years of payments remaining on his automobile lease may be willing to return the automobile to a dealership and enter a new lease for a latest model. The replacement agreement may be any suitable type of financial agreement (e.g., a purchase contract, a lease, deferred payment, or the like), including the same type as the current agreement or a different type. In some instances, a person will agree to enter a replacement agreement if the replacement product and payments are acceptable. For example, a person may find the replacement product and the payments under the terms of the replacement agreement acceptable if they are sufficiently similar to the current product and payments under the current agreement.

If a seller of products, such as an automobile dealership, knows when a customer is able to enter into a new financial arrangement under terms favorable to the customer, the seller can take advantage of this knowledge by offering a deal to the customer that includes the favorable terms. Accordingly, such knowledge, if possessed by the dealer, can drive increased sales. Nevertheless, no system or method has existed for alerting a seller when a customer is able to enter a new financial arrangement under terms favorable to the customer.

## SUMMARY OF THE INVENTION

Embodiments of the system and method described herein systematically generate and send alerts to dealers when customers are able to enter new financial arrangements under

terms favorable to the customer. Advantageously, the knowledge that embodiments of the system and method make available to dealers can significantly increase the dealers' sales.

In one embodiment, a financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. Such information can be retrieved, for example, from websites located on the World Wide Web. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. In one embodiment, the financial terms comparison module performed at least one calculation based on the retrieved information in order to make this comparison. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify to the dealer the customer that is able to enter into a new financial arrangement on terms favorable to the customer and identify to the dealer the terms of the new financial arrangement.

Embodiments of the system disclosed herein perform a number of processes for alerting a dealer when a customer can enter into a new financial arrangement with terms favorable to the customer. For example, one such process includes (1) retrieving financing, customer, and product information, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Another process that can be performed by an embodiment of the system includes (1) receiving a modified financial variable, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement, taking into account the modified financial variable, in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Advantageously, by performing the foregoing process, embodiments of the system are able to determine how changed financial variables affect whether customers can enter new financial arrangements with favorable terms. For example, this process can be used to generate alerts when a new financial incentive, such as a manufacturer rebate or a

dealership incentive, allows customers to enter new financial arrangements with favorable terms.

Advantageously, embodiments of the system are able to generate alerts related to a particular customer in real-time. This advantageous capability can be used to generate an alert when a customer enters a dealership, such as when a customer has taken his car to a dealership for service. Advantageously, in this embodiment, the alerts are generated in real-time, such that if favorable financial terms are available to the customer, the dealer can attempt to sell a new product to the customer while the customer is still at the dealership. Accordingly, this embodiment can be used to drive increased sales. In accordance with the foregoing embodiment, the system performs a process including (1) receiving an identification of a customer, (2) retrieving, in real-time, financial information regarding a current financial arrangement of the customer identified by the identification, wherein the current financial arrangement relates to a first product currently owned or leased by the identified customer, (3) comparing current financial terms of the current financial arrangement with potential financial terms related to a second product comparable to the first product that would be available to the identified customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the identified customer, (4) generating an alert comprising information identifying terms favorable to the identified customer under the new financial arrangement if the comparing shows that the new financial arrangement has terms favorable to the identified customer, and (5) transmitting the alert in real-time to at least one dealer.

Accordingly, the foregoing embodiments timely alert dealers regarding opportunities to sell new products to customers by identifying circumstances under which a customer can enter a new financial arrangement with terms favorable to the customer. This and other advantages of the foregoing embodiments will be apparent to a skilled artisan in light of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1A-1G** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **1H-1J** illustrate formulae for calculating certain terms of financial arrangements, as used by one embodiment of a financial terms alert generation system.

FIGS. **1K-8** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIGS. **9** and **10** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **11-33** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIG. **34** is a block diagram illustrating how, in one embodiment of a financial alert generation system, internal data, external data, and historical data are used to generate one or more alerts.

FIG. **35** illustrates an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIG. **36** is a flowchart that illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **37** is a flowchart that illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **38** is a flowchart that illustrates process for detecting and presenting a deal to a customer in real-time, as performed by one embodiment of a financial terms alert generation system.

FIG. **39** is a block diagram that illustrates one embodiment of a financial terms alert generation system attached to a computer network.

FIG. **40** is an example screen shot that illustrates a class selection feature of one embodiment of a financial terms alert generation system.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Embodiments of the system described herein may be used to assess the desirability of a new financial arrangement such as a replacement agreement. For example, in response to a customer's inquiry, a salesperson may use certain embodiments of the system to generate a deal sheet to determine whether replacement product and payments are acceptable to the client. In another example, certain embodiments of the system may generate notifications or alerts, which may advantageously indicate a potential replacement agreement satisfies certain parameters that indicate that the potential replacement agreement has terms favorable to the customer. Using these alerts, a person (such as a salesperson) may proactively contact a customer to offer the potential replacement agreement. To help manage client-contact-related tasks, certain embodiments may advantageously include contact management features.

Details regarding several illustrative preferred embodiments for implementing the system and method described herein are described below with reference to the figures. At times, features of certain embodiments are described below in accordance with that which will be understood or appreciated by a person of ordinary skill in the art to which the system and method described herein pertain. For conciseness and readability, such a "person of ordinary skill in the art" is often referred to as a "skilled artisan."

It will be apparent to a skilled artisan, in light of this disclosure, that the system and method described herein can advantageously be implemented using computer software, hardware, firmware, or any combination of software, hardware, and firmware. In one embodiment, the system is implemented as a number of software modules that comprise computer executable code for performing the functions described herein. In one embodiment, the computer-executable code is executed on one or more general purpose computers. However, a skilled artisan will appreciate, in light of this disclosure, that any module that can be implemented using software to be executed on a general purpose computer can also be implemented using a different combination of hardware, software, or firmware. For example, such a module can be implemented completely in hardware using a combination of integrated circuits. Alternatively or additionally, such a module can be implemented completely or partially using specialized computers designed to perform the particular functions described herein rather than by general purpose computers.

It will also be apparent to a skilled artisan, in light of this disclosure, that the modules described herein can be combined or divided. For example, a skilled artisan will appreciate, in light of this disclosure, that any two or more modules can be combined into one module. Thus, referring to FIG. **39**, the information retrieval module **3930** and the financial terms

comparison module **3935** can be combined into a single module that performs the functions of both modules. Conversely, any one module can be divided into multiple modules. For example, the information retrieval module **3930** can be divided into multiple modules such that each individual module performs part of the functions of the information retrieval module **3930** and all of the modules collectively perform all such functions.

Similarly, a number of databases are described herein. A skilled artisan will appreciate, in light of this disclosure, that any two or more databases can be combined into one database and that any one database can be divided into multiple databases.

A skilled artisan will also appreciate, in light of this disclosure, that multiple distributed computing devices can be substituted for any one computing device illustrated herein. In such distributed embodiments, the functions of the one computing device are distributed such that some functions are performed on each of the distributed computing devices.

The foregoing and other variations understood by a skilled artisan can be made to the embodiments described herein without departing from the invention. With the understanding therefore, that the described embodiments are illustrative and that the invention is not limited to the described embodiments, certain embodiments are described below with reference to the drawings.

FIG. **1A** illustrates an embodiment of a deal sheet **102**, which may advantageously include a description of a client's current agreement (FIG. **1B**), the client's contact information and a description of the replacement product (FIG. **1C**), and a comparison between the client's current agreement and one or more replacement agreements (FIG. **1D**). Any suitable number of replacement agreements may be displayed, including but not limited to one, two, three, four, five, six, or more replacement agreements. Any suitable number of lenders for replacement agreements may be displayed, including but not limited to one, two, or more lenders. The replacement agreements may be for any suitable term, including but not limited to 36 months, 48 months, 60 months, or any other period. As illustrated, a replacement agreement's payment is advantageously shown along with the difference between the client's current financial agreement's payment and the replacement agreement's payment. Thus, using the deal sheet, a salesperson may advantageously review a plurality of replacement agreements from a plurality of lenders.

FIGS. **1E**, **1F**, and **1G** illustrate portions of an embodiment of a deal sheet. As illustrated in FIG. **1E**, the text **104** indicates that the deal sheet is associated with an alert. Text **106** advantageously identifies information about the deal sheet. As illustrated, text **106** illustrates that it is a manager-level view of a lease. In one embodiment, varying levels of detail from the detail sheet are shown to different persons accessing the system. Accordingly, the system may be advantageously used to customize varying views for the persons accessing the system to an appropriate level of detail. For example, a salesperson may need less detail than a manager. In one embodiment, the system determines the identity, the employment position, or both to ascertain the level of detail to display to a user of the system. Although a lease is illustrated, the information displayed may be use for other agreements, such as a purchase agreement. Text **108** may indicate that the alert is associated with a particular person (e.g., a salesperson) or a group of persons (e.g., a "house account" for some or all salespersons).

As illustrated in FIG. **1E**, section **110** of the deal sheet includes information about the current product. The information about the current product may include any suitable information, including but not limited to a product identifier that preferably uniquely identifies the product (e.g., a vehicle identification number or VIN or the like), a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, or the like. The information about the current product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current product in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current agreement in a website from which the information may be obtained.

As illustrated in FIG. **1E**, section **112** includes information about the current agreement, which may include any suitable information, including but not limited to the date the agreement started, the date the agreement ends, the original capitalized cost (or amount financed), the end of term residual (or deferred) payment, the term of the agreement, a base periodic payment (which may be pre tax in certain states), an actual periodic payment (which may be post-tax in certain states), the payoff amount (e.g., the amount owed to the lender to satisfy the agreement), a date until which the lender will accept the payoff amount in satisfaction of the agreement (e.g., a date representing the end of a ten-day period or other suitable period), a trade-in value associated with the product under the agreement, a trade equity (e.g., the trade-in value less the payoff amount), and a security deposit (if any) held by the lender. In one embodiment, the trade-in value is an average of trade-in values over a suitable period, which values may be obtained from one or more suitable sources. In one embodiment, values over a ten-year period are obtained from an online auction website and grouped by a suitable geographic region. In one embodiment, the trade-in value is manually adjustable. Trade-in values may be selected from any suitable location, including but not limited to one or more car dealerships. In one embodiment, trade-in values may have associated assumptions (e.g., mileage, condition, or the like). Of course, any suitable method for calculating a trade-in value may be used. The term "trade-in value" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. As illustrated in FIG. **1E**, section **114** includes additional information concerning the current agreement, including the number of payments the client has made under the agreement, the number of payments remaining under the agreement, the number of times (if any) the client has made late payments (including payments 30 days late, 60 days late, 90 days late, or the like), and the total of remaining payments and any additional fees to conclude the agreement as scheduled under the agreement.

The information about the current agreement (e.g., FIG. **1E**) may be obtained from any suitable resource, including but not limited to the lender that financed the current agreement, a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership

that sold the current product or the like), an online database of transactions, or the like. The information about the current agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current agreement in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current product in a website from which the information may be obtained.

As illustrated in FIG. 1F, the text **120** indicates that the deal sheet is provided by a particular car dealership. Text **122** indicates the client for whom the deal sheet was created. Section **124** includes information contact information for the client, such as the client's name, address, and telephone numbers. The information about the client may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the client may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the client in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the client in a website from which the information may be obtained.

As illustrated in FIG. 1F, section **126** may include any suitable information about the replacement product, including but not limited to a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, a selling price associated with the product (e.g., an average selling price), the trade equity value illustrated in section **112** (FIG. 1E), a subsidy amount (if any) the seller of the replacement product would be willing to accept below the selling price associated with the product, the total selling price (or capitalized cost) on the replacement product including any equity and including sales tax (if any), sales tax (if any), and the total amount financed including trade equity and sales tax. The information about the replacement product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), to the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement product in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement product in a website from which the information may be obtained.

As illustrated in FIG. 1G, the section headings **130** indicate the names of the lenders associated with the replacement agreements shown under the section headings **130**. Any suitable information about the replacement agreements may be displayed, including but not limited to a contract term (e.g., 36 months, 48 months, 60 months, or the like), the type of agreement (e.g., lease, purchase, deferred payment), a residual or deferred payment amount, a capitalized cost or amount financed, a money factor or interest rate charged on the replacement agreement, a periodic payment associated with the replacement agreement, and difference (e.g., text **134**) between the client's periodic payment under the current agreement (e.g., text **116** in FIG. 1E) and the payment under the replacement agreement (e.g., text **132**). For one of the illustrated replacements agreements, text **134** indicates that the replacement agreement's payment is twelve dollars less than the current agreement's payment. In one embodiment, the actual replacement agreement that the client enters may differ from those displayed in the FIG. 1G; for example, upon review of the current product, particular values (e.g., a trade-in value or selling price) may be adjusted higher or lower for any suitable reason. Accordingly, a deal sheet may advantageously display an indication that the values on the deal sheet are estimates.

The information about the replacement agreements (FIG. 1G) may be obtained from any suitable resource, including but not limited to the lenders offering financing for the replacement agreement, the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement agreement in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement agreement in a website from which the information may be obtained.

In the example illustrated in FIG. 1G, the replacement agreements are leases; however, replacement agreements may be any suitable type of agreement, including but not limited to a lease agreement, a deferred or balloon agreement, a purchase agreement, or the like. The term "agreement" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1H illustrates one embodiment of a lease payment formula; however, any suitable lease payment formula may be used. The term "lease" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1I illustrates one embodiment of a deferred or balloon payment formula; however, any suitable deferred or balloon payment formula may be used. The term "deferred" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. The term "balloon" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1J illustrates one embodiment of a purchase payment formula; however, any suitable purchase payment formula may be used. The term "purchase" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein.

A general architecture that implements the various features of embodiments of the invention will now be described with reference to drawings. The drawings and the associated descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention.

Certain figures illustrate various views of a system, which may be displayed to a user of the system and which the user may access, review, use, or any suitable combination thereof. Some or all of these views may be used with any other suitable views. In one embodiment, the system uses a hypertext interface, such as HTML, MICROSOFT™ Active Server Pages, or the like. In one embodiment, the system is accessed via a secure system, such as a local area network or the like. For example, the system may be hosted using an in-house server with one or more local computers. However, any network may be used, including wide area networks, the Internet, or the like. Further, the system may be implemented using one or more computers.

As described with respect to some embodiments herein, persons employed at an automobile dealership use the system; however, other suitable uses are contemplated outside of the automobile context. Further, although in some embodiments particular features are described with reference to a salesperson and a management person, any persons may use some or all aspects of the embodiments of the system.

FIG. **1K** illustrates an internet browser that has buttons **101** advantageously used to access functions of various embodiments.

FIG. **2** illustrates an initial log in screen in which a user enters a username and password into fields **201** to gain authorized access to the system.

When the user accesses the system, an initial view screen is advantageously displayed as illustrated in FIG. **3**. The screen advantageously displays the name **302** of the person associated with the username and password. In the instance illustrated in FIG. **3**, the person is a salesperson. The system may advantageously associate the salesperson with clients. Any suitable association with clients may be used. For example, the clients may include but are not limited to persons to whom the salesperson may have sold an automobile, persons to whom the salesperson has been assigned by a supervisor, other persons, or any suitable combination thereof. Thus, by managing the salesperson-client associations, the system may advantageously be used to limit the client data that a salesperson may view to the associated clients.

FIG. **3** illustrates contact management entries **300**, which advantageously may include client information, transaction information, or any other suitable information associated with clients. A client may have an entry associated with the client's current automobile transaction, as illustrated by hyperlinks **304** that display the client name and one or more associated automobile identifiers (e.g., make, model, year, or the like). In response to selecting one of the hyperlinks **304**, a contact management view associated with the client is displayed, as described below. In one embodiment, contact management entries may advantageously be associated with a particular date. Contract management entries may advantageously be displayed and grouped according to one or more dates. In another embodiment, new contact management entries are displayed. The displayed entries may display any suitable parameter in the system, including but not limited to a stage in the contact management process, items associated with a particular date, tasks associated with a particular date, actions taken during the contact management process, or the like. In one embodiment, the contact management entries may be used to schedule and track tasks associated with contact management. The user may advantageously scroll down through this area and view tasks that have scheduled for future follow up. In one embodiment, a contact management entry is associated with a deal sheet. In one embodiment, when a new deal sheet is generated, an associated contact management entry is also created. The system may generate deal sheets or contact management entries at any suitable time. In one embodiment, the system generates a deal sheet and an associated contact management entry when the system receives an update of information used to calculate replacement agreements that are advantageously displayed in deal sheets. In one embodiment, deal sheets are generated periodically (e.g., weekly). In one embodiment, deal sheets are generated dynamically. In one embodiment, deal sheets are generated substantially continuously. In one embodiment, when a new deal sheet is calculated, the prior deal sheet is retained and accessible through the client's history accessible through a contact management entry or the like. In one embodiment, deal sheets are generated in response to a user request. In an embodiment wherein one or more deal sheet parameters are customizable (e.g., a rebate amount or the like), a person may alter the one or more parameters and review the number and types of deal sheets generated (e.g., how many alerts). Categories of deal sheets include, but are not limited to, an "alert," a "sale," an "expired alert," and a "lease ending."

As illustrated in FIG. **3**, a user may choose to customize the display of the contact management entries by filtering entries, sorting entries, ordering entries, ranking entries, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **3**, any suitable parameter in the system may be used as a reference for customization. Selecting one or more of checkboxes **306** may be used to limit the displayed contact management entries to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. For example, a client may have an existing lease of an automobile or may have purchased an automobile and is currently making payments. Selecting one or more of checkboxes **308** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. In one embodiment, an alert comprises a deal sheet that fits into one or more parameters. For example, in one embodiment, an alert comprises a deal sheet in which a replacement agreement for an associated replacement product has an associated payment within 10% of a payment associated with the client's current agreement. Any suitable range may be used. For example, the range could be set from at any value from 1% to 200% or more than 200%. In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose current agreement is a lease and that lease will end within a specified time (e.g., near the end of the lease). In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose lease will end in 6 months, 180 days, or the like. Any suitable time prior to the end of the client's lease may be used to identify a lease ending deal sheet. Accordingly, the contact management entries may be queried for leases ending within a specific period. In one embodiment, the display of entries may be ordered to view contact management entries associated with lease ending deal sheets beginning with those furthest from maturity or beginning with the leases which will end soonest. In one embodiment, an "expired alert" deal sheet comprises a deal sheet that was previously within one or more parameters associated with an alert, but no longer is because one or more parameter values changed. The expired alert deal sheet advantageously provides a reference point as sales associates continue to communicate with their clients. In one embodiment, a "sale" deal sheet comprises a deal sheet that is a

default category that is not an alert, a lease ending, or an expired alert. Selecting one or more of checkboxes **310** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. Entering one or more words into field **312** may be used to limit the displayed contact management entries to those including those words. For example, if the user wanted to see only entries associated with a particular model of car, the user could enter the particular model of car into field **312**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **312**. In one embodiment, to view the customized display of contact management entries, button **314** is selected. In one embodiment, radio buttons or other suitable graphical user interface elements (not shown) associated with data fields in the system may be used to sort the contact management entries.

FIG. **4** illustrates an embodiment of the display shown in FIG. **3** in which the hyperlink **402** is selected. In response to the selection of hyperlink **402**, a contact management view **500** is displayed as illustrated in FIG. **5**. Text **501** identifies the name of client associated with hyperlink **402**. The client name and vehicle descriptor is also shown in text **502**. Listbox **503** displays the owner of the entry (e.g., a salesperson assigned to the client). Listbox **504** indicates the current stage in the contact management process. In one embodiment, a user may select a stage and save the newly selected stage in the system. Listbox **505** indicates a priority associated with the contact management process. In one embodiment, a user may select a priority and save the newly selected priority in the system. Priorities may advantageously indicate whether specific contact must take place, should take place, or is not needed. In one embodiment, an icon, text, or the like (not shown) is advantageously displayed adjacent entries **304** (FIG. **3**) to indicate an associated priority. Any suitable icon, color, or text may be used to indicate different priorities. In one embodiment, a different colored icon is associated with each priority. Listbox **506** indicates a status associated with the contact management process. For example, the user may record contact management-related actions taken for the client by selecting a particular status from the list box **506**, which displays a list of selectable statuses **601** (FIG. **6**). In one embodiment, a user may select a status and save the newly selected status in the system. A status may indicate, for example, that the salesperson called the client and left a message, called the client and set an appointment, or the like. Field **507** allows text to be entered and subsequently stored for display in history list **508**. Selection of listbox **510** allows a user to select a time from list **702** (FIG. **7**A). Selection button **512** allows a user to select a date displayed in a calendar view **708** (FIG. **7**B), where selection of a date from the calendar view **708** causes the date to appear in field **514**. The user may also enter a date directly into field **514**. The dates and times may be advantageously used to schedule future activities such as a future call, or an appointment set. The history log may advantageously record a user's use of the contact management screen, list what deal sheet calculations and generations the system has performed, and show any saved remarks. In one embodiment, newly generated contact management entries are associated with a "new" stage indication. A salesperson may advantageously use view **500** to track contact with the client through various contact stages, to document appointments made, and schedule future contacts. In one embodiment, a status change will advantageously be recorded in history section **508**. In one embodiment, when the save button is selected, the information from view **500** is logged into the history section as a separate line showing the date the entries were made along with the information entered.

FIG. **8** illustrates an embodiment of the contact management view from FIG. **5** in which remarks are entered the field **507** and then stored in the history view. When a view button **802** is selected, a deal sheet view **902** (FIG. **9**) is displayed. When a print button **803** is selected, a deal sheet formatted for printing is displayed.

FIG. **9** illustrates the deal sheet **902**. A deal sheet may include some or all of the data displayed in deal sheet or any other suitable data. Thus, a deal sheet showing a different set of data is shown in FIG. **9**. For example, FIG. **10** illustrates a view of a deal sheet highlighting the client's current transaction. Although a particular presentation is illustrated in FIG. **9**, a deal sheet may use any suitable presentation and, thus, may be configured to show the data in a variety of ways, whether similar to or not similar to that shown in FIG. **9**. A user may browse from a displayed deal sheet to the contact management view (FIG. **11**). For example, after calling a client and discussing the displayed deal sheet, a salesperson may wish to access the contract management view to update the current status of the contact management process.

FIG. **12** illustrates an internet browser that has buttons **1201** advantageously used to access functions in various embodiments. FIG. **13** illustrates an initial log in screen in which a user enters a username and password into fields **1201** to gain authorized access to the system. When the user accesses the system, an initial view **1400** is advantageously displayed as illustrated in FIG. **14**. The view **1400** advantageously displays the name of the person associated with the username and password. In the instance illustrated in FIG. **14**, the person is a manager.

Using the view **1400**, the manager may customize the data displayed in view by filtering data, sorting data, ordering data, ranking data, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **14**, any suitable parameter in the system may be used as a reference for customization. Entering one or more words into field **1401** may be used to limit the displayed data to those including those words. For example, if the user wanted to see only entries associated with a particular car name, model, make, or year, the user could enter some or all of those into field **1401**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **1401**. Selecting one or more of checkboxes **1402** may be used to limit the displayed data to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. Selecting one or more of checkboxes **1403** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more of checkboxes **1404** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. For example, the user can see all of the new deal sheets calculated, those that are scheduled to receive a call, appointments set, and so on. Selecting the sort radio buttons **1405** may be used to sort the data in a variety of ways such as follow up date, by prospect or client, by maturity date as in when the term of the purchase or lease will expire, and by series of vehicle. Select-

ing radio buttons **1406** may be used to view the data in ascending or descending order. After configuring the filtering, sorting, and ordering functions, the search button **1407** may be selected to see data associated with the selected the parameters. For example, FIG. **15A** illustrates an example of search criteria, including a particular client name, and FIG. **15B** illustrates the results of that search. In one embodiment, to view data associated with a particular salesperson, a hyperlink (e.g., hyperlink **1408**) is selected. The hyperlink may advantageously display the name of the salesperson.

Any screens suitable for performing administrative functions may be used in connection with the system. These screens may be used to maintain and manage information used to perform the calculations within the system. For example, FIG. **16** illustrates a reports generator screen. Selecting hyperlink **1602** opens an average selling price screen **1701**.

Using screen **1702**, the user may view a display of costs associated with some or all of a set of car models. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1706**). The "active series" designation indicates the series which may be displayed in the display of costs. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. Checkboxes **1710** may be used to select the data to be displayed, including but not limited to a series or model identifier, a replacement series identifier, a base price, a delivery charge, a sunroof package, automatic transmission, metallic paint, other costs associated with the financing or price of automotive-related features, or any other suitable costs. A submit button **1714** is selected to display the data in a report **1802** (FIG. **18**), which may advantageously be used to evaluate the average selling price information the system uses to calculate the deal sheets. In one embodiment, the average selling price information the system uses to calculate the deal sheets may be edited or entered manually. Accordingly, the report **1802** advantageously allows a person to review the average selling price information used by the system determine whether to edit that information.

Referring to FIG. **16**, selecting hyperlink **1604** opens a bank rate screen **1902** (FIG. **19**). Using screen **1902**, the user may view a display of financing rates associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1908**). In one embodiment, the user may limit the financing rates displayed to those rates offered by one or more financial institutions. For example, listbox **1912** may be used to select a financial institution. In response to selecting button **1916** A submit button **1912** is selected to display the data in a report **2002** (FIG. **20**), which may advantageously evaluate the financing rates used in the system. The report **2002** advantageously may include financing rate information, including a model identifier, the duration of the term, a money factor, a residual percentage, and MRM. A model identifier may be advantageously used to associate a rate residual with a particular model because rates and residuals may vary by model. The duration of the term is the length of the agreement. The money factor comprises a leasing interest rate or APR of the lease. The residual percentage comprises the portion of the original selling price that the financing company expects the product to be worth at the end of the lease or purchase. MRM is a maximum residual amount used that may be used for calculating payoffs.

Referring to FIG. **16**, selecting hyperlink **1606** opens a mailing list screen **2102** (FIG. **21**). Using screen **2102**, the user may view a display of client-related, contact information associated with some or all of a set of clients. In an embodiment where sets of clients are associated with one or more salespersons, the display of the client-related, contact information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the column-displayed, client-related, contact information to particular parameters, including but not limited to names, organization name, addresses, city, state, zip, home telephone, work telephone, mobile telephone, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. A submit button **2116** is selected to display the data in a report **2202** (FIG. **22**), which may advantageously to view list of the client-related, contact information.

Referring to FIG. **16**, selecting hyperlink **1608** opens a salesperson screen **2302** (FIG. **23**). Using screen **2302**, the user may view a display of information associated with some or all of a set of salespersons. Selecting one or more checkboxes may limit the column-displayed salesperson information, which may include but is not limited to a salesperson identifier, a username, a password, an email address, or the like. A submit button **2316** is selected to display the data in a report **2402** (FIG. **24**), which may advantageously to review a display of the salesperson information.

Referring to FIG. **16**, selecting hyperlink **1610** opens a subsidy screen **2502** (FIG. **25**). Using screen **2502**, the user may view a display of information associated with subsidies (e.g., rebates, discounts, promotions, or the like) associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **2508**). A submit button **2516** is selected to display the data in a report **2602** (FIG. **26**), which may advantageously to assess one or more models and any associated subsidies. In one embodiment, the system uses the subsidies to create deal sheets.

Referring to FIG. **16**, selecting hyperlink **1612** opens a task stage by task owner screen **2702** (FIG. **27**). Using screen **2702**, the user may view a display of contact management task information associated with some or all of a set of task

owners (e.g., a salesperson). In an embodiment where set tasks are associated with one or more salespersons, the display of the task information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the task information to a category of deal sheets, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the task information columns displayed to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. In an embodiment where the task information is associated with a particular date, a range of one or more dates may be entered into one or more of the start field and finish field using any suitable method, including but not limited to manual entry or using calendar buttons in a manner substantially similar to that described above with respect to calendar view **708** (FIG. 7B) and field **514** (FIG. **5**). A submit button **2716** is selected to display the task information in a report **2802** (FIG. **28**). As illustrated in FIG. **28**, report **2802** advantageously displays each selected salesperson with a total number of tasks for the sales person, a subtotal of tasks at each particular stage for the sales person, and an associated percentage relative to the total number of tasks for the particular stage and sales person. In one embodiment, report **2802** may include totals by any suitable group, including by division, type of sales, organization, or the like.

Referring to FIG. **16**, selecting hyperlink **1616** opens a trade-in history screen **2902** (FIG. **29**). Using screen **2902**, the user may view a history of trade-in values associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set of car models comprises a set of car models accepted as a trade-in by a particular car dealership (e.g., list **2908**). The user may view a history of trade-in values associated with some or all of a set of dates. The "active trade-in date" designation indicate the trade-in dates which may be displayed in the display of financing rates. To move one or more trade-in dates from one trade-in dates box to the other, the trade-in dates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one trade-in dates box to the other. In one embodiment, the set of dates comprises a set of dates on which a particular car dealership accepted particular models accepted as a trade-in (e.g., list **2916**). Selecting one or more checkboxes may limit the column-displayed trade-in information, which may include but is not limited to a vehicle identification number, the trade-in amount, an auction price, and a dealer adjustment. The dealer adjustments are those figures where the dealer can actually make changes to the average trade in value. These values are subsequently put into and become part of the calculations. A submit button **2924** is selected to display the +information in a report **3002** (FIG. **30**), which may be used to evaluate the trade-in values used by the system. In one embodiment, a trade-in value, adjustment, or other parameter value associated with a particular current product may be manually altered (e.g., receive user input) to customize that parameter value. In one embodiment, any parameter value associated with a particular replacement product may be manually altered (e.g., receive user input) to customize that parameter value.

FIG. **31** illustrates an embodiment wherein money factor, residual percentage, or both may be altered for one or more replacement products and for one or more suitable replacement agreement terms (e.g., 36 months, 48 months, 60 months, or the like). Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2002** (FIG. **20**).

FIG. **32** illustrates an embodiment wherein money factor, residual percentage, both may be altered for one or more replacement products. Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2602** (FIG. **26**).

FIG. **33** illustrates a display of contact management related activities for one or more accounts (e.g., a house account, a salesperson account, or the like), a group of one or more accounts, or both.

FIG. **34** illustrates one embodiment in which internal data, external data, and historical data are used to generate one or more alerts. The external data comprises trade-in data, payoff amount data, money factor data, and residual data. The internal data comprises rebates and adjustments, average selling price data, and sales effort results data. Management reports, alert lists, and deal sheets are advantageously provided. Further, a sales associate may access the system via a sales associate interface and a manager may access the system from an interface.

FIG. **35** illustrates an embodiment of a deal sheet. As illustrated in FIG. **35**, deal sheet may have one, two, three, or more types of agreements (e.g., lease, balloon, retail purchase, or the like). Further, different types of agreements may have the same or different sets of parameters displayed in the deal sheet.

In one embodiment, a server computer collects information advantageously used to assess the potential replacement agreement, including but not limited to automobile trade-in values. The server computer may reside in any suitable location, including but not limited to a location remote from a dealership.

In one embodiment, when a client with a current agreement visits a dealership, information sufficient to identify the client is provided to the system. For example, in one embodiment, the current product's vehicle identification number is entered into the system. In response, a deal sheet or an alert sheet associated with the client's current agreement may advantageously be created. In one embodiment, a notification is automatically sent to one or more persons at the dealership. Thus, persons at a dealership may proactively offer the client with potential replacement agreements. For example, in one embodiment, when a client visits a dealership for car maintenance, a car maintenance system may automatically communicate with the system to generate a notification to a salesperson.

In some embodiments, a replacement product may comprise one or more automobiles among the dealership's new or pre owned inventory a new car offered by a manufacturer, or an automobile from any other suitable provider.

In some instances, the lease or contract-ending customers may advantageously be directed to a contract-ending specialist who can adjust the parameters on the remaining months left.

In one embodiment, a manager or sales representative may advantageously adjust the rebates and finance parameters to change when a deal sheet is considered an alert. Thus, a person may try various scenarios and view the results. For example, if an automobile dealership is considering a $1,000 rebate for a certain model of automobile, a manager could enter the $1,000 rebate into the system and then evaluate the number of new alerts generated by this rebate. Similarly, the manager could view the results from altering the interest rate, money factor, or any other suitable parameter associated with an alert.

In one embodiment, the alerts will be integrated into an enterprise software system that tracks client-customer contact, facilitates outreach, facilitates follow through, or the like. For example, in one embodiment, the alerts are integrated into a Customer Relationship Manager system that will function with one or more aspects of the daily working of an automotive dealership to include sales representatives, business development centers, call centers, lease termination departments, managers, finance departments and service departments. Thus, interaction with various aspects of these systems may advantageously trigger a notification of a potential replacement contract. For example, when a call center receives a call from the client, the call center's system would preferably access the alert aspects of the system and, if an alert was associated with the client, the call center's system would be automatically notified. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a pop-up screen, an email, or the like. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a wireless transmitter (e.g., PDA, cellular phone), a wired transmission (e.g., telephone), or any suitable method. Any suitable person may receive such notifications.

In some embodiments, the system uses internal data, external data, or both. In one embodiment, the internal data comprises rebates, adjustments, average selling prices, historical sales data. In one embodiment, the external data comprises trade-in values, payoff values, money factors, and residual. In one embodiment, alerts are provided to any suitable person, including but not limited to outbound marketers (e.g., telephone or the like), salespersons, managers, or the like.

In some embodiments, additional fees (e.g., license fee, bank acquisition fee, or the like) may be required in addition to the replacement product payments. In some embodiments, the payments calculated for a replacement product includes fees (e.g., delivery charge, fuel-economy tax) related to the replacement agreement. The replacement product may have any suitable combination of features financed in its payment. In one embodiment, the replacement product includes a set of predetermined features. In one embodiment, a set of predetermined features includes automatic transmission, sunroof package, and metallic paint.

In one embodiment, a current product is associated in the system with one or more replacement products. Accordingly, when the system executes a process to generate a deal sheet, the system determines the one or more replacement products associated with the current product and displays a deal sheet for those one or more replacement products. Associations may be made in any suitable manner, including but not limited to a database, a data file, or the like. In one embodiment, a particular make, model, and year of an automobile may be associated with one or more other combinations of make, model, and year. In this embodiment, when the system executes a process to generate a deal sheet, the system identifies the make, model, and year of the current product and display a deal sheet with associated combinations of make, model, and year. In one embodiment, these associations are entered manually into the system for general use (e.g., a manager determines that customers generally would accept particular types of replacement products for certain types of current products). Any suitable way of determining what replacement products to display may be used. For example, where a client requests a particular make, model, and year, the system may advantageously receive that particular make, model, and year and display a corresponding deal sheet. Although automobiles may be categorized using make, model, series, class, year, or the like, any suitable category, classification, or grouping of automobile may be used to create associations for a client's current automobile and a replacement automobile. Further, for current products or replacement products, any category, classification, or grouping may be used to association current products with replacement products.

In one embodiment, when the system executes a process to generate a deal sheet (e.g., for an alert), the system identifies one or more replacement products associated with the current product and determines whether a payment associated with the replacement agreements is less than or equal to a certain threshold percentage value relative to a payment associated with the current agreement. For example, in one embodiment where the threshold percentage value is 10 percent, if a client leases a first automobile at $500 a month and a second associated automobile is available for lease at $550 a month, the system would generate an alert because the second automobile's payment is within 10%. Any suitable threshold percentage value may be used. In one embodiment, the threshold value is 5%. The threshold percentage value may be between and including 3% and 10%. Of course, the threshold percentage value may be at or about any suitable value. Further, this comparison of payments may be used to generate an alert alone, in combination with associations among products within the system, or in combination with any other suitable parameters. Further, alerts may be generated without reference to a comparison of payments.

In one embodiment, a local distributor tracks the identity of a person that sold the client the current product, and the system uses that information to route one or more alerts related to that client's current product to the person. In one embodiment, any suitable person may receive an alert.

As will be apparent to a skilled artisan in light of the foregoing disclosure, the system disclosed herein perform a number of useful processes for alerting a dealership when a customer can be offered a new and advantageous lease or other financial arrangement. Advantageously, providing such information to a dealership in a timely fashion can drive a significant number of sales and leasing arrangements for a dealership. Accordingly, embodiments as described herein allow for the automated performance of a number of processes that can significantly increase dealership profits. Embodiments of such processes are described below with regard to FIGS. **36** through **38**.

FIG. **36** illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. Such a process **3600** commences with a block **3610**. In the block **3610**, the process **3600** retrieves customer information, financing information, and product information. Preferably, such customer information and financing information includes information about any leases or other financial arrangements that each customer is already involved in, along with information about financial arrangements cur-

rently available from financial institutions. Accordingly, such information provides a basis for allowing the process **3600** to compare current financial arrangements with potential financial arrangements to determine whether a customer can switch to an advantageous financial arrangement. In one embodiment, an automated information retrieval module, such as the information retrieval module **3930** of FIG. **39**, automatically retrieves the customer and financial information from various electronic sources, such as, for example, public and private web pages, databases maintained by a dealership, external databases, and the like. A number of techniques for automatically retrieving such information are known to skilled artisans and can be employed to implement the information retrieval module **3930**.

In a block **3620**, the process **3600** compares each customer's current financial terms with potential financial terms being offered by financial institutions. Preferably, the comparison block **3620** takes into account all available financial variables that affect whether a customer can advantageously switch financial arrangements, including, for example, interest rates, payoff periods, amount due on the current financial arrangement, any dealer or manufacturer incentives currently available, and the like. The foregoing list of financial variables is exemplary and non-exhaustive; a skilled artisan will appreciate, in light of this disclosure, other financial variables that are relevant, under some circumstances, for determining whether a customer can advantageously switch financial arrangements. In one embodiment, a financial terms comparison module, such as the financial terms comparison module **3935** of FIG. **39**, performs the processing of the block **3620**.

In a block **3630**, the process **3600** generates, based on the comparison of the block **3620**, a number of alerts to inform a dealership that a customer can advantageously switch financial arrangements. In one embodiment, the process **3600** generates an alert whenever the difference between the amount that a customer will pay for a new but comparable financial arrangement as compared to the customer's current financial arrangement is below a threshold value. For example, in one embodiment, the process **3600** generates an alert whenever the difference in payment amount is less 10%, such that, for example, an alert is generated when a new payment amount would be $540 and a current payment amount is $500. Alternatively, the process **3600** can be configured to generate an alert only when the difference between a new payment amount and a current payment amount is negative: that is, when the new payment amount is less than the current payment amount. A skilled artisan will appreciate, in light of this disclosure, that a wide variety of thresholds can be set depending on the particular types of sales opportunities that a dealer wants to know about. In one embodiment, the processing of the block **3630** is performed by the financial terms comparison module **3935**. Alternatively, as will be apparent to a skilled artisan, the processing of the block **3630** can be performed by a separate module, such as, for example, an alert generation module.

In a block **3640**, the process **3600** transmits the generated alerts to a dealership. Advantageously, the transmission of alerts informs the dealership of sales opportunities that may provide to the dealership a significant opportunity to boost profits. As will be apparent from the description of the system provided above, the alerts can be transmitted by email, pager, web page, database record, fax, or any other known method of transmitting electronic data. In one embodiment, the processing of the block **3640** is performed by an alert transmission module, such as, for example, the alert transmission module **3940** of FIG. **39**.

Though additional blocks are not illustrated by FIG. **36**, it will be apparent to a skilled artisan in light of this disclosure that the dealer can invoke additional processing of the alerts once the dealer has received the alerts. For example, the dealer can invoke the contact management and task management functions as have been described herein. Accordingly, in addition to alerting the dealer, embodiments of the system can perform a number of processes for managing alerts. Advantageously, such alert management provides dealers an effective way to follow up with each alert in a way that maximized the dealer's chances to convert an alert of a potential sale into an actual sale.

FIG. **37** illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. In this embodiment, in a block **3710**, the process **3700** receives at least one modified financial variable. For example, in one embodiment, the process **3700** may receive a financial variable that indicates that a dealer rebate has increased from $500 to $1,000.

Based on the new information, the process **3700** executes much of the same processing that was explained with regard to FIG. **36** in order to generate alerts that take into account the newly entered information. Advantageously, therefore, the process **3700** can be used by a dealer to answer questions such as "How many customers could be switched to a new financial arrangement if we increase the dealer incentive to $1,000?" In one embodiment, the modified financial variables received in the block **3710** are received by an automated process such as the information retrieval module **3930**. In another embodiment, the modified variables are entered manually using a data entry module, such as, for example, the data entry module **3925** of FIG. **39**. Advantageously, allowing for manual entry allows for great flexibility in allowing a dealership to change variables over which the dealership has control in order to determine whether new sales opportunities can be generated.

As indicated, the process **3700** performs much of the same processing that is performed by the process **3600**. In a block **3720**, the process **3700** compares current financial terms to potential financial terms, substantially as explained with respect to the block **3620**. In a block **3730**, the process **3700** generates alerts, substantially as explained with respect to the block **3630**. In a block **3740**, the process **3700** transmits the alerts, substantially as explained with respect to the block **3640**.

Advantageously, one embodiment of the system can be used to determine, in real time, whether a deal can be presented to a customer, while the customer is, for example, in a dealership showroom. FIG. **38** illustrates such a process for detecting and presenting a deal to a customer in real-time. The process **3800** commences, in a block **3810**, to receive a potential customer identification. In one embodiment, a potential customer identification, such as, for example, a customer number, can be entered manually into the system using the data entry module **3925**. In a block **3820**, the process **3800** retrieves the potential customer's financial information in real-time. In a block **3830**, the process **3800** compares the current financial terms of the financial arrangements associated with the identified potential customer with potential financial terms for comparable financial arrangements, substantially as explained with regard to the block **3620**. In a block **3840**, the process **3800** generates alerts, substantially as explained with regard to the block **3630**. In a block **3850**, the process **3800** transmits the alerts, substantially as explained with regard to the block **3640**. In a block **3860**, the dealership uses the transmitted alert to present a deal to the potential customer. Advantageously, the entire process **3800** occurs

while the potential customer is still in the presence of the dealer, giving the dealer a higher probability to derive increased sales based on the alerts.

FIG. **39** illustrates a financial terms alert generation system attached to a computer network, according to one embodiment of the system described herein. A financial terms alert generation system **3905** comprises financing information **3910**, customer information **3915**, product information **3920**, a data entry module **3925**, an information retrieval module **3930**, a financial terms comparison module **3935**, and an alert transmission module **3940**. The financial terms alert generation system **3905** is preferably connected, via a computer network **3945**, to external financing information **3950**, external customer information **3955**, external product information **3960**, and at least one dealer terminal **3965**. In some embodiments, the financing information **3910**, customer information **3915**, and product information **3920** does not exist permanently within the financial terms alert generation system, but is retrieved from external sources **3950**, **3955**, and **3960**, as needed. In other embodiments, at least portions of the financing information **3910**, the customer information **3915**, and product information **3920** is stored permanently within the financial terms alert generation system **3905** to provide local storage and caching of data. A skilled artisan will appreciate, in light of this disclosure, that the illustrated storage and modules can be distributed across multiple network hosts rather than being centralized in one location.

In one embodiment, the data entry module **3925** is configured to receive input from a user to enter or modify data stored in the financing information **3910**, the customer information **3915**, the product information **3920**, the external financing information **3950**, the external customer information **3955**, or the external product information **3960**. In general, the data entry module **3925** is not used for a large percentage of data entry, because the information retrieval module **3930** generally automatically retrieves information from sources available on the network **3945**. However, advantageously the data entry module **3925** provides a manual tool for entering data for cases in which a user desires to fine tune the information stored in the databases. For example, in certain cases, a dealership may have special incentive programs that are not captured in sources available on the network **3945**, and a dealer may want to manually enter data that takes such special incentive programs into account.

In one embodiment, the information retrieval module **3930** is configured to automatically retrieve information about products, customers, and financing from sources available on the network **3945**, such as, for example, from the external financing information **3950**, the external customer information **3955**, and the external product information **3960**. Upon retrieving such information from sources available on the network **3945**, the information retrieval module **3930** makes the information available to the financial terms alert generation system **3905**, such that the system **3905** can use the information in order to perform the calculations necessary to determine whether a customer can advantageously enter a new lease or purchase transaction. For example, in one embodiment, the information retrieval module **3930** stores the retrieved information in local storage accessible to the financial terms alert generation system **3905**, such as by storing the information in the financing information **3910**, the customer information **3915**, and the product information **3920**. Alternatively or additionally, the information retrieval module **3930** can store the information in memory rather than in local storage. A skilled artisan will appreciate, in light of this disclosure, a variety of techniques for retrieving information from sources available on the network **3945**, including, for example, by scraping public websites. In light of these known techniques, a skilled artisan will readily understand, in light of this disclosure, how to implement the information retrieval module **3930**.

As previously described, embodiments of the system and method described herein determine when a customer is able to enter into a new financial arrangement under financial terms that are favorable to the customer. In many cases, financial terms that are favorable to a customer are those in which the customer will pay less under a new arrangement than under an old arrangement. However, in certain cases, a customer may find terms favorable to the customer even when the customer will pay more under the new arrangement. For example, in certain cases, a customer may want to "buy up," or purchase a product with a higher level of quality of luxury. Accordingly, embodiments of the system and method described herein allow a dealer to determine financial arrangements that are available to a customer in such a "buy up" situation. In certain embodiments, for example, a dealer selects, using, for example, a pull-down menu, a class of products that a customer potentially desires to buy. For example, with respect to cars, a dealer may select a model of car, such as a Mercedes-Benz C class, or a Mercedes-Benz E class. FIG. **40** illustrates an example screen shot in which a dealer may make such a selection. Upon receiving such a selection, embodiments of the system determine new financial arrangements that are available to the customer for that class of product. Advantageously, the dealer can use such information to present the customer with an offer to "buy up" to a higher quality product.

Similarly, embodiments of the system and method allow a dealer to select a lower class of product to find out about opportunities for the customer to "buy down," or purchase a lower class product in order to save money. In certain embodiments, such "buy up" or "buy down" inquiries are limited to products from the same manufacturer as a product that the customer currently owns or is leasing. In other embodiments, such "buy up" or "buy down" inquiries can include manufacturers that are different from the manufacturer of a product that the customer currently owns or is leasing.

Advantageously, by automatically retrieving a large amount of information relating to products, customers, and financing, the information retrieval module **3930** contributes to the ability of the financial terms alert generation system **3905** to generate a large amount of alerts regarding financing opportunities in a timely fashion such that dealers can be informed of such opportunities in time to convert many such opportunities into sales. Advantageously, the automation provided by the information retrieval module **3930** also allows for periodic alert generation based on up-to-date information. Accordingly, the financial terms alert generation system **3905** can generate alerts whenever new information is retrieved by the information retrieval module **3930** that affects whether customers are able to advantageously enter a new lease or purchase transaction.

In one embodiment, the financial terms comparison module **3935** performs comparisons and calculations necessary to determine whether a customer is able to advantageously enter a new lease or purchase transaction. In one mode of operation, the financial terms comparison module **3935** performs batch comparisons periodically. In another mode of operation, the financial terms comparison module **3935** performs batch comparisons whenever new information is added to any one or more of the financing information **3910**, the customer information **3915**, or the product information **3920**. In another mode of operation, the financial terms comparison module **3935** performs a comparison for a particular identi-

fied customer and returns results of such a comparison in real time. When operating in this mode, the financial terms comparison module **3935** can advantageously lead to the generation of an alert in real time while, for example, a customer is in a dealership showroom. Advantageously, the financial terms comparison module **3935**, in one embodiment, is configured to be able to perform comparisons and calculations in any one or more of the above-described modes of operation, such that the most advantageous mode of operation under the circumstances can be chosen.

Preferably, the financial terms comparison module **3935** compares each customer's current financial arrangements with potential financial arrangements for similar products in order to determine whether a replacement arrangement can be entered into on more favorable or almost as favorable terms. To perform such calculations and comparisons, the financial terms comparison module **3935** employs the comparison method steps and calculation formulas as are described herein above. Upon performing the calculations and comparisons, the financial terms comparison module **3935** generates information for an alert to a customer whenever a favorable replacement financial arrangement can be had.

In one embodiment, the alert transmission module **3940** receives alert information generated by the financial terms comparison module **3935** and transmits the alerts to a dealer. In one embodiment, the alert transmission module **3940** transmits the alerts to a dealer terminal **3965** via email. Alternatively or additionally, the alert transmission module **3940** can be configured to transmit alerts via pager, telephone, fax transmission, a webpage accessible to the dealer terminal **3965**, or any other known mechanism for communicating information using electronic devices. In one embodiment, the alert transmission module **3965** is configured to transmit an alert to the dealer terminal **3965** in real time, such that the dealer receives the alert, for example, while a customer is still in a dealership showroom. Such real time alert generation and transmission can be advantageously employed to generate an alert for each customer that comes into a dealership's service department. That is, whenever, the customer brings a product to be serviced, the dealership can quickly run a comparison and generate any alerts, as applicable, to determine whether the customer can advantageously enter into a new lease or purchase transaction. If the customer can enter into such a transaction under favorable terms, the dealer can use the information from the alert to make an offer to the customer while the customer is in the service department. Advantageously, this usage of the financial terms alert generation system **3905** can lead to a substantial increase in sales, as it has been found that at any given time, approximately eight percent of customers can enter new loans or leases on favorable terms. Advantageously, the financial terms alert generation system **3905** identifies a large percentage of those customers that can enter new loans or leases on favorable terms.

Although the system is disclosed with reference to preferred embodiments, the invention is not limited to the preferred embodiments only. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the system. Unless indicated otherwise, it may be assumed that the process steps described herein are implemented within one or more modules, including logic embodied in hardware or firmware, or a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example C++. A software module may be compiled and linked into an executable program, installed in a dynamic link library, or may be written in an interpretive language such as BASIC. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, such as an EPROM or EEPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software modules, but may be represented in hardware or firmware. The software modules may be executed by one or more general purpose computers. The software modules may be stored on or within any suitable computer-readable medium. The data described herein may be stored in one or more suitable mediums, including but not limited to a computer-readable medium. The data described herein may be stored in one or more suitable formats, including but not limited to a data file, a database, an expert system, or the like.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, although described in the context of automobiles, any good or service associated with a series of one or more payments may be used with embodiments of the invention. Thus, any good or service, whether related to automobiles or unrelated to automobiles, is contemplated. Accordingly, the concepts represented herein may apply to any consumer or commercial good that is financed or leased over time, such as aircraft, heavy equipment, high tech equipment, or the like. Further, although particular make, models, and other automobile-specific information is described, any make, model, or other information may be used. Also, any use related to vehicles or unrelated to vehicles may be used. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not limited to the preferred embodiments. Rather, the claims that follow define the invention.

What is claimed is:

**1**. A method comprising:

automatically accessing, by a computer system comprising computer hardware, at least a portion of first financial terms that a customer has for a first vehicle and first vehicle information;

automatically accessing, by the computer system, at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;

in response to a request, automatically accessing in real-time, by the computer system, information that has changed since past changed information that comprises at least one of changed accessed information associated with the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;

determining, by the computer system, whether the changed information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least:

automatically identifying one or more comparison criteria based on an estimated equity value for the first vehicle derived from the first financial terms, and derived from the second financial terms; and

automatically determining if the one or more comparison criteria satisfy at least a condition based at least in part on the first financial terms and the second financial

terms, wherein the determination comprises calculating a difference between the one or more comparison criteria and an existing comparison criterion for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

automatically generating a message if it is determined that the changed information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms, and not generating the message if it is determined that the changed information may not affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

automatically transmitting the message to a user.

**2**. The method of claim **1**, wherein the condition comprises determining if the customer, under the second financial terms, would pay no more than ten percent per periodic payment over what the customer pays under the first financial terms.

**3**. The method of claim **1**, wherein the condition comprises determining if the customer would pay no more per periodic payment under the second financial terms than under the first financial terms.

**4**. The method of claim **1**, wherein the message is configured to be read by a terminal configured for managing the message, wherein managing the message includes at least one of assigning the message for handling, associating a task with the message, and assigning a status to the message.

**5**. The method of claim **1**, wherein the one or more comparison criteria comprise payments for different respective time periods.

**6**. The method of claim **1**, wherein the second vehicle is comparable in value to the first vehicle.

**7**. The method of claim **6**, wherein the computer system determines the second vehicle.

**8**. The method of claim **1**, wherein each step of the method is performed by the computer system.

**9**. The method of claim **1**, wherein elements or functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved.

**10**. A computing system comprising:

a processor; and

a computer readable medium storing machine-executable instructions including one or more modules configured for execution by the processor in order to cause the computing system to:

electronically access at least a portion of customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

electronically access at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;

in response to a request, electronically access in real-time information that has changed that comprises at least one of changed accessed information associated with the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;

determine whether the changed information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least causing the computing system to:

identify one or more comparison criteria based on an estimated equity value for the first vehicle derived from the first financial terms, and derived from the second financial terms; and

determine if the one or more comparison criteria satisfy a condition based at least in part on the first financial terms and the second financial terms, wherein the determination comprises calculating a difference between the one or more comparison criteria and an existing comparison criterion for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

generate a message if it is determined that the changed information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms, and not generating the message if it is determined that the changed information may not affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

transmit the message to a user.

**11**. The computing system of claim **10**, wherein the computing system is configured to access the changed information with respect to a single specific customer.

**12**. The computing system of claim **10**, wherein the computing system is configured to access the changed information with respect to a plurality of customers.

**13**. The computing system of claim **10**, wherein the computing system is configured to access the changed information as a batch process.

**14**. The computing system of claim **10**, wherein the user is a dealer.

**15**. The computing system of claim **10**, wherein the request is received from a requesting user.

**16**. The computing system of claim **10**, wherein the one or more comparison criteria comprise one or more payments.

**17**. The computing system of claim **10**, wherein the request is received in response to a customer inquiry.

**18**. The computing system of claim **10**, wherein the message is a report.

**19**. The computing system of claim **10**, wherein the message is an alert.

**20**. The computing system of claim **10**, wherein elements or functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved.

* * * * *

# EXHIBIT D



US008095461B2

(12) **United States Patent**
**Cotton**

(10) **Patent No.:** **US 8,095,461 B2**
(45) **Date of Patent:** ***Jan. 10, 2012**

(54) **SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS**

(75) Inventor: **Jeffrey S. Cotton**, Laguna Hills, CA (US)

(73) Assignee: **Autoalert, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/076,203**

(22) Filed: **Mar. 30, 2011**

(65) **Prior Publication Data**

US 2011/0173111 A1 Jul. 14, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/911,552, filed on Oct. 25, 2010, now Pat. No. 8,005,752, which is a continuation of application No. 10/996,122, filed on Nov. 23, 2004, now Pat. No. 7,827,099.

(60) Provisional application No. 60/525,233, filed on Nov. 25, 2003.

(51) **Int. Cl.**
***G06Q 40/00*** (2006.01)

(52) **U.S. Cl.** .......................................................... **705/38**

(58) **Field of Classification Search** .................... 705/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,554,418 A 11/1985 Toy
4,736,294 A 4/1988 Gill et al.
4,774,664 A 9/1988 Campbell et al.
5,774,883 A 6/1998 Andersen et al.
5,940,812 A 8/1999 Tengel et al.
5,987,434 A 11/1999 Libman et al.
6,073,112 A 6/2000 Geerlings
(Continued)

FOREIGN PATENT DOCUMENTS

EP 1 146 459 A1 10/2001
(Continued)

OTHER PUBLICATIONS

Catalina Danis et al., Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System., Proceedings of the 32nd Hawaii International Conference on System Science, 1999.

(Continued)

*Primary Examiner* — Charles Kyle
*Assistant Examiner* — Clifford Madamba
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57) **ABSTRACT**

A financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify the customer and the favorable financial terms.

**20 Claims, 47 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,502,080 B1 | 12/2002 | Eichorst et al. | |
| 6,658,390 B1 | 12/2003 | Walker | |
| 6,950,807 B2 | 9/2005 | Brock | |
| 7,249,322 B2 | 7/2007 | Jones et al. | |
| 7,305,364 B2 | 12/2007 | Nabe et al. | |
| 7,343,406 B1 | 3/2008 | Buonanno | |
| 7,392,221 B2 | 6/2008 | Nabe | |
| 7,444,304 B2 | 10/2008 | Mellinger et al. | |
| 7,546,273 B2 | 6/2009 | Blanchard et al. | |
| 7,571,128 B1 | 8/2009 | Brown | |
| 7,827,099 B1 | 11/2010 | Cotton | |
| 2001/0049653 A1 | 12/2001 | Sheets | |
| 2002/0013711 A1 * | 1/2002 | Ahuja et al. | 705/1 |
| 2002/0023051 A1 | 2/2002 | Kunzle et al. | |
| 2002/0082860 A1 | 6/2002 | Johnson | |
| 2003/0212628 A1 | 11/2003 | Kuttan et al. | |
| 2003/0216995 A1 | 11/2003 | DePauw | |
| 2004/0039690 A1 * | 2/2004 | Brown et al. | 705/38 |
| 2004/0181480 A1 | 9/2004 | Greenberg et al. | |
| 2004/0254819 A1 | 12/2004 | Halim et al. | |
| 2005/0171896 A1 | 8/2005 | Seretti et al. | |
| 2006/0020477 A1 | 1/2006 | Retzbach et al. | |
| 2006/0129423 A1 | 6/2006 | Sheinson et al. | |
| 2006/0143112 A1 | 6/2006 | Donarski et al. | |
| 2007/0136163 A1 | 6/2007 | Bell | |
| 2007/0179798 A1 | 8/2007 | Inbarajan | |
| 2008/0201163 A1 | 8/2008 | Barker et al. | |
| 2010/0217616 A1 | 8/2010 | Colson et al. | |
| 2010/0274571 A1 | 10/2010 | McFall et al. | |
| 2010/0274631 A1 | 10/2010 | McFall et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1220131 | 7/2002 |
| EP | 1 278 140 A1 | 1/2003 |
| EP | 1288822 A1 | 3/2003 |
| EP | 1 298 561 A1 | 4/2003 |
| JP | 10143564 | 5/1998 |
| JP | 2002041876 | 2/2002 |
| JP | 2003242338 | 8/2003 |
| JP | 2004094702 | 3/2004 |
| WO | WO 92/12488 | 7/1992 |
| WO | WO 97/15023 | 4/1997 |
| WO | WO 01/18704 A2 | 3/2001 |
| WO | WO 01/18728 A2 | 3/2001 |
| WO | WO 01/17458 | 9/2001 |
| WO | WO 01/67210 | 9/2001 |
| WO | WO 02/057967 | 7/2002 |
| WO | WO 03/083603 A2 | 10/2003 |
| WO | WO 2004/008367 A1 | 1/2004 |
| WO | WO 2008/110939 A2 | 9/2008 |

OTHER PUBLICATIONS

Screen shots of 1992 Lotus 1-2-3 spreadsheet program in 4 pages.
"Replace Vehicle on Existing Policy." Web page printout from https://www.weimerover.com/autoreplace-vehicle.php. printed on Sep. 1, 2011.
"Leasing versus Buying That New Car, "Web page printout from http://www.infoplease.com/ipa/A0193143.html. printed on Sep. 1, 2011.
Vehicle purchases. leasing. and replacement demand: evidence from the Federal Reserve's Survey of Consumer Finances; Apr. 1, 2004.

* cited by examiner

102

Joe's Dealership, Inc. 05/12/2003 **Alert Sheet**

John Smith — Demo Sales Associate

**Client Information**

| | |
|---|---|
| Alert # | 177037 |
| Client | John Smith |
| Address | 1111 First Street |
| Address 2 | |
| City | Big City |
| State | CA |
| Zip | 90803 |
| Phone Work | (555) 555 5959 |
| Phone Mobile | |
| Phone Home | (555) 555-7878 |

**Existing Vehicle**

| | |
|---|---|
| Class Description | G-Class |
| Series Description | G155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |

**Deal Recap**

| | |
|---|---|
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $53,258 |
| Residual Amount | $34,160 |
| Contract Term | 39 |
| Payoff Amount | $37,136 |
| Trade-in Amount | $30,050 |
| | $7,086 – |
| Security Deposit | $0 |

**New Vehicle**

| | |
|---|---|
| Average Selling Price | $52,175 |
| Subsidy Amount | $0 |
| | $56,214 |

**Balance To Maturity**

| | |
|---|---|
| | 35 |
| | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | $4,039 |

**Preferred Equity**

| | |
|---|---|
| Equity | $4,039 – |

**Dealer Credit**

Payment
Difference

**Big Bank, Inc.**

Payment
Difference

AutoAlert

FIG. 1A

| Existing Vehicle | |
|---|---|
| **Class Description** | Q-Class |
| **Series Description** | Q155 Wagon 4D |
| **Year** | 2000 |
| **VIN** | ABC345 |
| **Deal Recap** | |
| **Contract Start Date** | 6/10/2000 |
| **Capitalized Cost** | $53,258 |
| **Residual Amount** | $34,160 |
| **Contract Term** | 39 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| **Payoff Amount** | $37,136 |
| **Trade-in Amount** | $30,050 |
| Trade Equity | **$7,086–** |
| **Security Deposit** | $0 |
| **Balance To Maturity** | |
| Payments Made | 35 |
| Payments Remaining | 4 |
| **Payment History** | 30 - 0, 60 - 0, 90 - 0 |
| **Balance To Maturity** | **$4,039–** |
| **Preferred Equity** | |
| **Equity** | **$4,039–** |

*FIG. 1B*

U.S. Patent Jan. 10, 2012 Sheet 3 of 47 US 8,095,461 B2

## Client Information

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

## New Vehicle

| | |
|---|---|
| Class Description | [illegible] |
| Series Description | [illegible] |
| | |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| | |
| New Cap Cost | **$56,214** |

*FIG. 1C*

EXHIBIT D
-204-



Dealer Credit
Payment
Difference
Big Bank, Inc.
Payment
Difference

FIG. 1D

104
106
11/17/2003
Manager Lease
Jeff Cotton
108
Existing Vehicle
110
Class Description V-Class
Series Description V123 Coupe 2D
Year 2002
VIN WDBRN12345J02A
Deal Recap
112
Contract Start 8/18/2001
Contract End 8/18/2004
Capitalized Cost $33,133
Residual Amount $20,303
Contract Term 36
116
Payoff Amount $23,565
Payoff Good Through 11/27/2003
Trade-in Amount $16,580
Trade Equity ($6,985)
Security Deposit $6,000
Balance To Maturity
114
28
8
Payment History 30 - 0, 60 - 0, 90 - 0
Balance To Maturity ($4,896)

FIG. 1E



120
Joe's Dealership, Inc.
124
MARY DOE
122
Client Information
Alert # 180082
Client MARY DOE
Address 1234 MAIN ST
Address 2
City BIG CITY
State CA
Zip 90248
Phone Work (555) 555-9809
Phone Mobile
Phone Home (555) 555-4321
New Vehicle
126
Average Selling Price $28,865
Trade Equity ($4,896)
Subsidy Amount $3,000
Sales Tax 7.75% $2,384

FIG. 1F



| Dealer Credit | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $15,010 | $12,70 | $9,814 |
| Capitalized Cost | $30,761 | $30,75 | $30,761 |
| Money Factor | 0.00254 | 0.00254 | 0.0037 |
| Difference | $27 | ($41) | ($28) |

| Big Bank Inc | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $12,412 | $10,630 | $9,237 |
| Capitalized Cost | $30,761 | $30,75 | $30,761 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Difference | $84 | ($12) | ($74) |

FIG. 1G

Lease Payment

CAPITALIZED COST CALCULATION

| | | |
|---|---|---|
| 1 | Agreed upon value of the vehicle | $ |
| 2 | Sales/Use Tax (if capitalized) | + $ |
| 3 | Luxury Tax (calculation A) | + $ |
| 4 | Other (explain) | + $ |
| 5 | Prior credit or lease balance (negative equity) | + $ |
| 6 | Subtotal | = $ |
| 7 | Acquisition fee (if capitalized) | + $ |
| 8 | Scheduled Maintenance Cost | + $ |
| 9 | Additional Wear & Usage | + $ |
| 10 | Other (explain) | + $ |
| 11 | Gross Capitalizec Cost | = $ |
| 12 | Gross Capitalizec Cost Reduction Trade $ Cash $ | − $ |
| 13 | Adjusted Capitalized Cost | − $ |
| | | |

LEASE PAYMENT CALCULATION

| | | |
|---|---|---|
| 14 | Residual Value (calculation C) | $ |
| 15 | Depreciation (lines 13−14) | $ |
| 16 | Money Factor | .0 |
| 17 | Add Lines 13+14 | $ |
| 18 | Rent Charge (lines 16x17) x Term ____ | $ |
| 19 | Total Base Single Pcyment (lines 15+18) | $ |
| 20 | Base Monthly Payment/Base Single Pymnt (19/# of payments) | $ |
| 21 | Sales/Use Tax ____ % x line 20 | $ |
| 22 | Total Monthly Payment (or total single payment) | $ |

FIG. 1H

B. Residual Value Calculation

| | | |
|---|---|---|
| TSRP | | ____ |
| Residualized Options | + | ____ |
| Subtotal | = | ____ |
| Gas Guzzler Tax | − | ____ |
| Basis for Residual Value | = | ____ % |
| Residual Value % | X | ____ |
| Residual Value | = | ____ |
| Prepaid Mileage (15¢ per mile) | − | ____ |
| Adjusted Residual Value (line 14) | = | ____ |

Deferred Payment

$$A=((P*(1+i)^{n} - B)*i)/((1+i)^{n-1})$$

A=Payment
P=Principle
i=Interest rate
B=Differed Amount or Balloon

FIG. 1I

Purchase Payment

$$A=p+i/n$$

A=Payment
P=Principle
i=Interest amount
n=number

FIG. 1J

U.S. Patent Jan. 10, 2012 Sheet 9 of 47 US 8,095,461 B2

File Edit View Favorites Tools Help

Search Favorites Media

Address http://www.autoalert.net/

Links AutoAlert Reports Data Entry

101

FIG. 1K

EXHIBIT D
-210-



File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry
User Name
Password
Login
201
201

FIG. 2



FIG. 3
File Edit View Favorites Tools Help
Send
Address
Jeff Cotton ( Sales Associate )
Filter
Sale Type
Lease
Balloon
Retail
Category
Sale
Alert
Expired Alert
Lease Ending
Stage
New
Call
Appointment
Sold
No Sale
Search
New
Alert New Not Started Nathan Client, 2000 Q111 Sedan
Alert New Not Started Mary Johnson, 2002 Q155 Wagon
Alert New Not Started John Smith, 1999 Q551 Sedan
Alert New Not Started John E. Apple, 2000 V123 Coupe
Today
06/24/2003 10:30AM Alert Call Left Message
08/26/2003 4:00PM Alert Call Left Message with Person
09/22/2003 12:00PM Alert Call Return Call
Fred N. Barney, 2001 Q111 Coupe
Joe Customer, 2000 Q155 Wagon
Ben N. Jerry, 1999 QL459 Sport Sedan
300
302
304
306
308
310
312
314



File Edit View Favorites Tools Help Send
Back Search Favorites Media
Address http://hyacinth/TaskActive.asp?Filter=
Jeff Cotton ( Sales Associate )
Filter
Sale Type Lease Balloon Retail
Category Sale Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Search
Thursday, October 09, 2003
402
New
Alert New Not Started Nathan Client, 2000 Q111 Sedan
Alert New Not Started Mary Johnson, 2002 Q155 Wagon
Alert New Not Started John Smith, 1999 Q551 Sedan
Alert New Not Started John E. Apple, 2000 V123 Coupe
Today
06/24/2003 10:30AM Alert Call Left Message Fred N. Barney, 2001 Q111 Coupe
08/26/2003 4:00PM Alert Call Left Message with Person Joe Customer, 2000 Q155 Wagon
09/22/2003 12:00PM Alert Call Return Call Ben N. Jerry, 1999 QL459 Sport Sedan

FIG. 4

FIG. 5
500
501
502
506
510
512
503
504
505
514
507
508
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/TaskAction.asp?TaskID=5073
Links AutoAlert Reports Data Entry
JANE M. CLIENT
Description Jane M Client, 1998 V123 Coupe
Owner Jeff Cotton
Stage New
Priority Normal
Status Call - Follow-up Call
Date & Time 03/06/2003 10:00 AM
Remark
History
10/06/2003 12:30AM house Deal Calculated
09/29/2003 12:30AM house Deal Calculated
09/22/2003 12:30AM house Deal Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated



500
601
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time
Remark
History
Call - Left Message on Machine
Call - Left Message with Person
Call - Left Message at Home
Call - Left Message at Work
Call - No Answer
Call - Not Available
Call - Bad Phone #'s
Call - Follow-up Call
Call - Return Call
Call - Not Interested
Call - Waiting for Specific Car
Call - Waiting for Bank Approval
Call - Credit Declined
Call - Deposit Token
Call - Already Sold/Placed Deposit
Call - Bought an Extra Car
Call - Out of State
Call - Turn Over
Call - Email Sent
Call - Email Received
Call - Promoted to Appointment
Call - Promoted to Sold
Call - Client Wants to Return Vehicle
Appointment - Waiting for Meeting
Appointment - Kept
Appointment - Missed
Appointment - Rescheduled
Appointment - Bought an Extra Car
Appointment - Promoted to Sold
"03/19/2003" changed to ""
ulated
ning to an end may wait for new model Wagon
Progress" changed to "Left Message"
ulated
ulated
ulated
ulated
ulated
o call
Date "03/20/2003" changed to "03/19/2003"
t Started" changed to "In Progress"
ulated
ulated
ulated
erated

*FIG. 6*



FIG. 7A



JANE M. CLIENT
Description
Owner
Stage
Priority
Status
Date & Time
708

FIG. 7B



U.S. Patent Jan. 10, 2012 Sheet 17 of 47 US 8,095,461 B2

801
802
803
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Jeff Cotton
Stage
Priority Normal
Status New - Not Started
Date & Time
Remark
History 10/06/2003 12:30AM house Alert Calculated
05/29/2003 12:30AM house Alert Calculated
05/22/2003 12:30AM house Alert Calculated
05/15/2003 12:30AM house Deal Calculated
05/10/2003 3:19AM house Deal Calculated
05/01/2003 1:00AM house Deal Calculated
06/25/2003 1:00AM house Deal Calculated
06/18/2003 1:00AM house Deal Calculated
06/11/2003 1:00AM house Deal Calculated
06/04/2003 1:00AM house Deal Calculated

FIG. 8

EXHIBIT D
-218-



902
Mercedes-Benz Credit
Payment
Difference
Chase
Payment
Difference
AutoAlert

FIG. 9

Joe's Dealership, Inc. 05/12/2003 **Associate Sheet**

JOHN CLIENT **Jeff Cotton**

| | |
|---|---|
| **Alert #** | 177443 |
| **Client Information** | |
| **Client** | JOHN CLIENT |
| **Address** | 1234 55TH ST |
| **Address 2** | |
| **City** | BIG CITY |
| **State** | CA |
| **Zip** | 92882 |
| **PhoneWork** | (555) 555-0087 |
| **PhoneMobile** | |
| **PhoneHome** | (555) 555-4353 |
| **EmailAddress** | |
| **Existing Vehicle** | |
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |
| **Year** | 2000 |
| **VIN** | JKL999999 |
| **Contract Detail** | |
| **Contract Term** | 48 |
| **Payments Remaining** | 16 |
| **Payment History** | 30 - 0, 60 - 0, 90 - 0 |
| **Total Payment** | $607 |
| **Balance To Maturity** | ($10,060) |
| **New Vehicle** | |
| **Class** | Q-Class |
| **Series** | QL459 Sport Sedan |
| **Follow-Up Detail** | |

Assigned to:

| | Yes | No | Comments |
|---|---|---|---|
| **Call:** | | | |
| **Appointment:** | | | |
| **Sold:** | | | |

*FIG. 10*

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe

Owner Jeff Cotton

Stage

Priority Normal

Status New - Not Started

Date & Time

Remark

History

| | | | |
|---|---|---|---|
| 10/06/2003 | 12:30AM | house | Alert Calculated |
| 09/29/2003 | 12:30AM | house | Alert Calculated |
| 09/22/2003 | 12:30AM | house | Alert Calculated |
| 09/15/2003 | 12:30AM | house | Deal Calculated |
| 09/10/2003 | 3:19AM | house | Deal Calculated |
| 09/01/2003 | 1:00AM | house | Deal Calculated |
| 08/25/2003 | 1:00AM | house | Deal Calculated |
| 08/18/2003 | 1:00AM | house | Deal Calculated |
| 08/11/2003 | 1:00AM | house | Deal Calculated |
| 08/04/2003 | 1:00AM | house | Deal Calculated |

FIG. 11

1201
File Edit View Favorites Tools Help
Search Favorites Media
Address http://www.autoalert.net/
Links AutoAlert Reports Data Entry

FIG. 12

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry
User Name
Password
Login

FIG. 13



FIG. 14
1400
askSalesAssociate.asp
orts Data Entry
House (Manager)
1401
1402
Filter
Sale Type
Lease
Balloon
Retail
1403
Category
Sale
Alert
Expired Alert
Lease Ending
1404
Stage
New
Call
Appointment
Sold
No Sale
Sort
Follow-up Date
Prospect
Maturity Date
Series
Sort Order
Ascending
Descending
1405
1406
1407
Active Sales Associates
Jeff Cotton
Jennifer Johnson
John Williams
1408

**House (Manager)**

Filter: WARNER

Sale Type: ☑ Lease ☑ Balloon ☑ Retail

Category: ☐ Sale ☑ Alert ☐ Expired Alert ☑ Lease Ending

Stage: ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Sort: ◉ Follow-up Date ○ Prospect ○ Maturity Date ○ Series

Sort Order: ◉ Ascending ○ Descending

FIG. 15A

FIG. 15B



File Edit View Favorites Tools Help
Search
Favorites
Media
Address http://autoalert/report/entry/
AutoAlert Report Generator
Available Reports
Average Selling Price by Series
Bank Rate by Series
Contact Mailing List by Sales Associate
Sales Associate
Subsidy by Series
Task Stage By Task Owner
Task Stage By Task Owner Summary
Trade-in History by Model
1602
1604
1606
1608
1610
1612
1616

FIG. 16



FIG. 17

File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/SeriesAverageSellingPrice.asp
Average Selling Price by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
Series ID
Replacement Series ID
Base Price
Delivery Charge
Sunroof Package
Automatic Transmission
Metallic Paint
1702
1706
1710
1714

FIG. 18

1802

Joe's Dealership, Inc.
AutoAlert
Average Selling Price by Series
Wednesday, July 30, 2003 7:42:54 PM

| Series ID | Series Description | Average Selling Price | Base Price | Delivery Charge | Sunroof Package | Automatic Transmission | Metallic Paint |
|---|---|---|---|---|---|---|---|
| 47 | Q111 Sedan | $28,865 | $24,950 | $720 | $1,215 | $1,325 | $655 |
| 1 | Q111 Coupe | $32,290 | $27,990 | $720 | $1,600 | $1,325 | $655 |
| 26 | Q551 Coupe | $33,700 | $29,400 | $720 | $1,600 | $1,325 | $655 |
| 976 | Q551 Sedan | $35,575 | $31,400 | $720 | $1,475 | $1,325 | $655 |
| 52 | QL459 Sport Sedan | $51,775 | $50,400 | $720 | - | - | $655 |

U.S. Patent Jan. 10, 2012 Sheet 27 of 47 US 8,095,461 B2

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/BankRateSeries.asp
Bank Rate by Series
Bank
Big Bank, Inc.
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
1902
1908
1912
1916

FIG. 19

EXHIBIT D
-228-

FIG. 20

2002

Joe's Dealership, Inc.
AutoAlert
Bank Rate by Series
Wednesday, July 30, 2003 7:45:13 PM

**Bank:** Big Bank

| Bank Rate ID | Series ID | Series | Term ID | Term | Money Factor | Residual % | MRM |
|---|---|---|---|---|---|---|---|
| 404 | 47 | Q111 Sedan | 2 | 36 | 0.00240 | 47 | $36,500 |
| 405 | | | 5 | 48 | 0.00240 | 40 | $36,500 |
| 406 | | | 8 | 60 | 0.00240 | 34 | $36,500 |
| 407 | 1 | Q111 Coupe | 2 | 36 | 0.00240 | 56 | $40,800 |
| 408 | | | 5 | 48 | 0.00240 | 47 | $40,800 |
| 409 | | | 8 | 60 | 0.00240 | 40 | $40,800 |
| 410 | 26 | Q551 Coupe | 2 | 36 | 0.00240 | 53 | $42,500 |
| 411 | | | 5 | 48 | 0.00240 | 45 | $42,500 |
| 412 | | | 8 | 60 | 0.00240 | 38 | $42,500 |
| 413 | 976 | Q551 Sedan | 2 | 36 | 0.00240 | 51 | $41,300 |
| 414 | | | 5 | 48 | 0.00240 | 43 | $41,300 |
| 415 | | | 8 | 60 | 0.00240 | 37 | $41,300 |
| 416 | 52 | QL459 Sport Sedan | 2 | 36 | 0.00240 | 59 | $57,900 |
| 417 | | | 5 | 48 | 0.00240 | 50 | $57,900 |
| 418 | | | 8 | 60 | 0.00240 | 44 | $57,900 |

FIG. 21

2102
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autodealer/report/entry/ContactListBySalesAssociate.asp
Contact Mailing List by Sales Associate
Sales Associate
Active Sales Associate
John Williams
Jennifer Johnson
Filter
Category Lease Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Show Columns First Name Middle Name Last Name Organization Address Address 2 City State Zip Work Phone Home Phone
2116

2202

Joe's Dealership, Inc.
AutoAlert
Contact Mailing List by Sales Associate
Wednesday, July 30, 2003 7:50:50 PM

Category: Alert, Lease E
Stage: New, Call, Appointment, Sold, Nc

| First Name | Middle Name | Last Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jeff | | Customer | 1111 22nd ST | | Smallville | CA | 92715 |
| Jennifer | | Brown | 3333 44th ST | | Big City | CA | 92630- |
| John | | Buyer | 2222 11th ST | | Smallville ST | CA | 92630- |
| Joseph | | Sales | 4444 55th AVE | | Big City | CA | 92606- |

Done
Local intranet

FIG. 22



FIG. 23
2302
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/SalesAssociateActive.asp
Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Show Columns
Associate ID
User Name
Password
Email Address
2316



Joe's Dealership, Inc.
AutoAlert
Sales Associate
Wednesday, July 30, 2003 7:52:26 PM

| Associate ID | Sales Associate | User Name | Password | Email Address |
|---|---|---|---|---|
| 926 | Jeff Cotton | jcott | 12345 | |
| 149 | Jennifer Johnson | jjohnson | 54231 | |
| 169 | John Williams | jwill | abcde | |

2402

FIG. 24

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/SubsidyBySeries.asp
Subsidy by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
2502
2508
2516

FIG. 25

FIG. 26

http://autoalert/report/SubsidyBySeries.asp - Microsoft Inte...

File Edit View Favorites Tools Help

Back Search Favorites Med

Address http://autoalert/report/SubsidyBySeries.asp

2602

Joe's Dealership, Inc.
AutoAlert
Subsidy by Series
Wednesday, July 30, 2003 7:53:10 PM

| Subsidy ID | Series ID | Series | Subsidy |
|---|---|---|---|
| 5 | 47 | Q111 Sedan | $3,000 |
| 6 | 1 | Q111 Coupe | $3,000 |
| 7 | 26 | Q551 Coupe | $3,000 |
| 8 | 976 | Q551 Sedan | - |
| 9 | 52 | QL459 Sport Sedan | $3,000 |



File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/TaskStageByTaskOwner.asp
Task Stage by Task Owner
Task Owner
Active Task Owner
Jeff Cotton
John Williams
Jennifer Johnson
Start
7/27/2003
Finish
7/30/2003
Categories
Lease
Alert
Expired Alert
Lease Ending
Show Columns
Owner ID
New
Cal
Appointment
Sold
No Sale
2702
2716

FIG. 27

2802

http://autoalert/report/TaskStageByTaskOwner...

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/report/TaskStageByTaskOwner.asp

Joe's Dealership, Inc.
AutoAlert
Task Stage by Task Owner
Wednesday, July 30, 2003 7:54:30 PM

**Period:** 7/27/2003 to 7/30/2003
**Category:** Alert, Lease Ending

| | | | New | | Call | | Appointment | | Sold | | No Sale | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Owner** | **Date** | **Total** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** | **Qty** | **%** |
| Jeff Cotton | 6/12/2003 | 18 | - | | 18 | | - | | - | | - | |
| | | **18** | 0 | 0.0% | 18 | 100% | 0 | 0% | 0 | 0% | 0 | 0% |
| Jennifer Johnson | 6/12/2003 | 10 | 2 | | 7 | | 1 | | - | | - | |
| | | **10** | 2 | 20.0% | 7 | 70% | 1 | 10% | 0 | 0% | 0 | 0% |
| John Williams | 6/12/2003 | 6 | 6 | | - | | - | | - | | - | |
| | | **6** | 6 | 100.0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |

FIG. 28

FIG. 29
Trade-in History by Model
Trade-in Date
6/27/2003
6/20/2003
6/13/2003
6/6/2003
5/30/2003
5/23/2003
5/16/2003
5/9/2003
5/2/2003
7/4/2003
Active Trade-in Date
7/25/2003
7/18/2003
7/11/2003
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
Show Columns
VIN
Trade-in Amount
Auction Price
Dealer Adjustment
2902
2916
2908
2924

3002

Joe's Dealership, Inc.
AutoAlert
Trade-in History by Model
Wednesday, July 30, 2003 7:55:02 PM

| | | | 7/25/2003 | | | 7/18/2003 | | | 7/11/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIN | Series | Year | Trade-in | Adjust | % | Trade-in | Adjust | % | Trade-in | Adjust | % |
| LMNO654 | Q111 Sedan | 1993 | $4,296 | - | 6.4% | $4,038 | - | 0.0% | $4,038 | - | 100.0% |
| ABCDE987 | Q111 Coupe | 1995 | $10,828 | ($1,000) | -21.7% | $13,825 | ($1,000) | 0.0% | $13,825 | ($1,000) | 100.0% |
| ZYX12345 | Q551 Coupe | 1994 | $11,365 | - | 28.1% | $8,875 | - | 0.0% | $8,875 | - | 100.0% |
| 23FGHI34 | Q551 Sedan | 1993 | $7,294 | - | -2.7% | $7,494 | - | 0.0% | $7,494 | - | 100.0% |
| WDBJF20F V | Q111 Sedan | 1997 | $17,330 | - | -1.1% | $17,521 | - | 0.0% | $17,521 | - | 100.0% |
| STR45XYZ | Q111 Coupe | 1993 | $5,447 | - | 9.6% | $4,970 | - | 0.0% | $4,970 | - | 100.0% |
| ZYX12390 | Q551 Coupe | 1995 | $9,902 | - | -2.0% | $10,100 | - | 0.0% | $10,100 | - | 100.0% |
| IJKLM987 | Q551 Sedan | 1994 | $8,231 | - | -8.0% | $8,948 | - | 0.0% | $8,948 | - | 100.0% |
| GHIJ897 | QL459 Sport Sedan | 1993 | $6,887 | - | -29.5% | $9,770 | - | 0.0% | $9,770 | - | 100.0% |

FIG. 30

Joe's Dealership, Inc.
AutoAlert
Bank Rate
Monday, November 17, 2003 3:38:33 PM

**Bank:** Big Bank
**Bank Region:** California/Florida
**Sale Type:** Lease
**Model Year:** 2004

| Series ID | Series | Term | Money Factor | Residual % | Effective Date |
|---|---|---|---|---|---|
| 47 | Q111 Sedan | 36 | 0.00235 | 47 | 10/01/2003 |
| | | 48 | 0.00235 | 41 | 10/01/2003 |
| | | 60 | 0.00235 | 35 | 10/01/2003 |
| 1 | Q111 Coupe | 36 | 0.00235 | 59 | 10/01/2003 |
| | | 48 | 0.00235 | 50 | 10/01/2003 |
| | | 60 | 0.00235 | 43 | 10/01/2003 |
| 26 | Q551 Coupe | 36 | 0.00235 | 56 | 10/01/2003 |
| | | 48 | 0.00235 | 48 | 10/01/2003 |
| | | 60 | 0.00235 | 41 | 10/01/2003 |
| 976 | Q551 Sedan | 36 | 0.00235 | 53 | 10/01/2003 |
| | | 48 | 0.00235 | 45 | 10/01/2003 |
| | | 60 | 0.00235 | 39 | 10/01/2003 |

FIG. 31

File Edit View Favorites Tools Help
Back
Search
Address http://autoalert/data/SubsidyBySeries.asp
Joe's Dealership, Inc.
AutoAlert
Subsidy
Monday, November 17, 2003 3:48:48 PM
Model Year: 2003
Series
Subsidy
Q111 Sedan
3000
Q111 Coupe
3000
Q551 Coupe
3000
Q551 Sedan
0
QL459 Sport Sedan
3000
Done

FIG. 32

Joe's Dealership, Inc.
AutoAlert
Associate Performance (Stage)
Monday, November 17, 2003 3:55:02 PM

| Associate/Month | New | Call | Apt | Sold | No Sale | Total |
|---|---|---|---|---|---|---|
| Joe's Dealership, Inc. | 4090 | 652 | 257 | 103 | 67 | 5169 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 3699 | 3 | 20 | 10 | 0 | 3732 |
| April | 1 | 1 | 60 | 18 | 0 | 80 |
| May | 197 | 42 | 56 | 30 | 25 | 350 |
| June | 31 | 15 | 33 | 7 | 4 | 90 |
| July | 19 | 58 | 9 | 3 | 5 | 94 |
| August | 15 | 95 | 23 | 6 | 13 | 152 |
| September | 80 | 113 | 17 | 7 | 3 | 220 |
| October | 33 | 242 | 30 | 18 | 13 | 336 |
| November | 15 | 83 | 9 | 4 | 4 | 115 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| House | 2371 | 36 | 86 | 5 | 7 | 2505 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 2107 | 0 | 1 | 1 | 0 | 2109 |
| April | 1 | 0 | 23 | 0 | 0 | 24 |
| May | 136 | 22 | 37 | 3 | 1 | 199 |
| June | 22 | 2 | 22 | 0 | 0 | 46 |
| July | 12 | 0 | 1 | 0 | 1 | 14 |
| August | 12 | 0 | 0 | 0 | 0 | 12 |
| September | 51 | 0 | 0 | 0 | 0 | 51 |
| October | 20 | 12 | 2 | 1 | 5 | 40 |
| November | 10 | 0 | 0 | 0 | 0 | 10 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| Jeff Cotton | 2 | 0 | 0 | 1 | 0 | 3 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 1 | 0 | 0 | 0 | 0 | 1 |
| April | 0 | 0 | 0 | 1 | 0 | 1 |
| May | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 1 | 0 | 0 | 0 | 0 | 1 |
| October | 0 | 0 | 0 | 0 | 0 | 0 |

Done

FIG. 33



Rebates and Adjustments
Trade-in
Average Selling Price
Internal Data
External Data
Payoff
Sales Effort Results Data
Money Factor & Residual
Historical Sales Data
Management Reports
Alerts
Sales Associate Desktop Interface
Alert Lists
Deal Sheets
Sales/Management Desktop Interface

FIG. 34

| Joe's Dealership, Inc. | | 11/03/2003 | Manager Lease |
|---|---|---|---|
| JOSEPH JOHNSON | | | Jeff Cotton |

| Client Information | | Existing Vehicle | |
|---|---|---|---|
| Alert # | 161742 | Class Description | Q-Class |
| Client | JOSEPH JOHNSON | Series Description | Q155 Wagon |
| Address | 9999 1ST AVE | Year | 1996 |
| Address 2 | | VIN | 1234QRS1111 |
| City | BIG CITY | [illegible] | |
| State | CA | Contract Start | 2/12/2002 |
| Zip | 99999 | Contract End | 2/12/2006 |
| Phone Work | (555) 555-0909 | Capitalized Cost | $25 862 |
| Phone Mobile | (555) 555-4321 | Residual Amount | $12,590 |
| Phone Home | | Contract Term | 48 |
| New Vehicle | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] |
| [illegible] | | Payoff Amount | $21 531 |
| [illegible] | | Payoff Good Through | 11/13/2003 |
| | | Trade-in Amount | $11,277 |
| Average Selling Price | $49,875 | Trade Equity | ($10,224) |
| Trade Equity | ($10,224) | Security Deposit | $0 |
| Subsidy Amount | $2,000 | Balance To Maturity | |
| [illegible] | [illegible] | [illegible] | 22 |
| Sales Tax 7.75% | $4,503 | [illegible] | 26 |
| [illegible] | [illegible] | Payment History | 30 - 0, 60 - 0, 90 - 0 |
| | | Balance To Maturity | ($12,900) |

| DEALERSHIP CREDIT | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $29,925 | $25,935 | $22,444 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.0029 | 0.0029 | 0.0036 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $590 | $466 | $436 |
| Balloon | | | |
| Deferred Payment | $37,561 | $32,553 | $28,171 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.04% | 7.04% | 7.04% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $511 | $428 | $365 |
| Retail | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 3.05% | 3.05% | 3.05% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $1,339 | $904 | $644 |

| BIG BANK INC | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Lease | | | |
| Residual Amount | $26,933 | $23,441 | $19,950 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $618 | $466 | $371 |
| Balloon | | | |
| Deferred Payment | $33,805 | $29,423 | $29,423 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.24% | 7.24% | 7.24% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $614 | $493 | $356 |
| Retail | | | |
| Amount Financed | $62,602 | $62,502 | $62,602 |
| Interest Rate | 4.24% | 4.24% | 4.24% |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Difference | $1,372 | $938 | $677 |

FIG. 35

3600
3610
Retrieve Financing, Customer and Product Information
3620
Compare Current Financial Terms to Potential Terms
3630
Generate Alerts
3640
Transmit Alerts

FIG. 36

3700
3710
Receive Modified Financial Variable
3720
Compare Current Financial Terms to Potential Terms
3730
Generate Alerts
3740
Transmit Alerts

FIG. 37

3800

3810 Receive Potential Customer Information

3820 Retrieve Potential Customers Finoncial Information in Real-Time

3830 Compare Current Financial Terms to Potential Terms

3840 Generate Alerts

3850 Transmit Alerts

3860 Present Deal to Customer

FIG. 38



3900
3905
Financial Terms Alert Generation System
Financing Information
3910
Customer Information
3915
Product Information
3920
Data Entry Module
3925
Information Retrieval Module
3930
Financial Terms Comparison Module
3935
Alert and Transmission Module
3940
Network
3945
Financing Information
3950
Customer Information
3955
Product Information
3960
Dealer Terminal
3965

FIG. 39

New Sale
Vehicle Information
Manufacturer
MERCEDES-BENZ
Class
E CLASS
Series
Year
C CLASS
CL CLASS
CLK CLASS
G CLASS
M CLASS
S CLASS
SL CLASS
SLK CLASS
Calculated Payment
Average Selling Price
Trade Equity
Subsidy Amount
Capitalized Cost
Sales Tax
8.25
Amount Financed
$62,719

FIG. 40

# SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS

## REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 12/911,552 filed Oct. 25, 2010, which is continuation of U.S. patent application Ser. No. 10/996,122, filed Nov. 23, 2004, which claims priority to U.S. Provisional Patent Application No. 60/525,233, which was filed Nov. 25, 2003 and is entitled "SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS." The foregoing applications are hereby incorporated by reference in their entirety into this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the system and method described herein relate to alerting dealers when favorable financial terms are available to customers.

2. Description of the Related Art

Rather than paying cash for a product, a person may enter a financial agreement (e.g., a purchase agreement, a lease agreement, deferred or balloon payment agreement, or the like) in which the person makes a series of payments for a specified term. Often, these payments are periodic, such as weekly, monthly, quarterly, yearly, or the like. For example, if a person purchases an automobile, the person may expect to pay a series of substantially similar monthly payments for one or more years.

During the term of the financial agreement (the "current agreement") covering the first product ("the current product"), a person may desire to use a second product (a "replacement product") in lieu of the current product. In such an instance, to obtain the replacement product, a person may be willing to return the current product and enter a second financial agreement (a "replacement agreement") that satisfies the first financial agreement. For example, a person having two years of payments remaining on his automobile lease may be willing to return the automobile to a dealership and enter a new lease for a latest model. The replacement agreement may be any suitable type of financial agreement (e.g., a purchase contract, a lease, deferred payment, or the like), including the same type as the current agreement or a different type. In some instances, a person will agree to enter a replacement agreement if the replacement product and payments are acceptable. For example, a person may find the replacement product and the payments under the terms of the replacement agreement acceptable if they are sufficiently similar to the current product and payments under the current agreement.

If a seller of products, such as an automobile dealership, knows when a customer is able to enter into a new financial arrangement under terms favorable to the customer, the seller can take advantage of this knowledge by offering a deal to the customer that includes the favorable terms. Accordingly, such knowledge, if possessed by the dealer, can drive increased sales. Nevertheless, no system or method has existed for alerting a seller when a customer is able to enter a new financial arrangement under terms favorable to the customer.

## SUMMARY OF THE INVENTION

Embodiments of the system and method described herein systematically generate and send alerts to dealers when customers are able to enter new financial arrangements under terms favorable to the customer. Advantageously, the knowledge that embodiments of the system and method make available to dealers can significantly increase the dealers' sales.

In one embodiment, a financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. Such information can be retrieved, for example, from websites located on the World Wide Web. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. In one embodiment, the financial terms comparison module performed at least one calculation based on the retrieved information in order to make this comparison. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify to the dealer the customer that is able to enter into a new financial arrangement on terms favorable to the customer and identify to the dealer the terms of the new financial arrangement.

Embodiments of the system disclosed herein perform a number of processes for alerting a dealer when a customer can enter into a new financial arrangement with terms favorable to the customer. For example, one such process includes (1) retrieving financing, customer, and product information, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Another process that can be performed by an embodiment of the system includes (1) receiving a modified financial variable, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement, taking into account the modified financial variable, in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Advantageously, by performing the foregoing process, embodiments of the system are able to determine how changed financial variables affect whether customers can enter new financial arrangements with favorable terms. For example, this process can be used to generate alerts when a new financial incentive, such as a manufacturer rebate or a

dealership incentive, allows customers to enter new financial arrangements with favorable terms.

Advantageously, embodiments of the system are able to generate alerts related to a particular customer in real-time. This advantageous capability can be used to generate an alert when a customer enters a dealership, such as when a customer has taken his car to a dealership for service. Advantageously, in this embodiment, the alerts are generated in real-time, such that if favorable financial terms are available to the customer, the dealer can attempt to sell a new product to the customer while the customer is still at the dealership. Accordingly, this embodiment can be used to drive increased sales. In accordance with the foregoing embodiment, the system performs a process including (1) receiving an identification of a customer, (2) retrieving, in real-time, financial information regarding a current financial arrangement of the customer identified by the identification, wherein the current financial arrangement relates to a first product currently owned or leased by the identified customer, (3) comparing current financial terms of the current financial arrangement with potential financial terms related to a second product comparable to the first product that would be available to the identified customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the identified customer, (4) generating an alert comprising information identifying terms favorable to the identified customer under the new financial arrangement if the comparing shows that the new financial arrangement has terms favorable to the identified customer, and (5) transmitting the alert in real-time to at least one dealer.

Accordingly, the foregoing embodiments timely alert dealers regarding opportunities to sell new products to customers by identifying circumstances under which a customer can enter a new financial arrangement with terms favorable to the customer. This and other advantages of the foregoing embodiments will be apparent to a skilled artisan in light of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1A-1G** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **1H-1J** illustrate formulae for calculating certain terms of financial arrangements, as used by one embodiment of a financial terms alert generation system.

FIGS. **1K-8** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIGS. **9** and **10** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **11-33** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIG. **34** is a block diagram illustrating how, in one embodiment of a financial alert generation system, internal data, external data, and historical data are used to generate one or more alerts.

FIG. **35** illustrates an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIG. **36** is a flowchart that illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **37** is a flowchart that illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **38** is a flowchart that illustrates process for detecting and presenting a deal to a customer in real-time, as performed by one embodiment of a financial terms alert generation system.

FIG. **39** is a block diagram that illustrates one embodiment of a financial terms alert generation system attached to a computer network.

FIG. **40** is an example screen shot that illustrates a class selection feature of one embodiment of a financial terms alert generation system.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Embodiments of the system described herein may be used to assess the desirability of a new financial arrangement such as a replacement agreement. For example, in response to a customer's inquiry, a salesperson may use certain embodiments of the system to generate a deal sheet to determine whether replacement product and payments are acceptable to the client. In another example, certain embodiments of the system may generate notifications or alerts, which may advantageously indicate a potential replacement agreement satisfies certain parameters that indicate that the potential replacement agreement has terms favorable to the customer. Using these alerts, a person (such as a salesperson) may proactively contact a customer to offer the potential replacement agreement. To help manage client-contact-related tasks, certain embodiments may advantageously include contact management features.

Details regarding several illustrative preferred embodiments for implementing the system and method described herein are described below with reference to the figures. At times, features of certain embodiments are described below in accordance with that which will be understood or appreciated by a person of ordinary skill in the art to which the system and method described herein pertain. For conciseness and readability, such a "person of ordinary skill in the art" is often referred to as a "skilled artisan."

It will be apparent to a skilled artisan, in light of this disclosure, that the system and method described herein can advantageously be implemented using computer software, hardware, firmware, or any combination of software, hardware, and firmware. In one embodiment, the system is implemented as a number of software modules that comprise computer executable code for performing the functions described herein. In one embodiment, the computer-executable code is executed on one or more general purpose computers. However, a skilled artisan will appreciate, in light of this disclosure, that any module that can be implemented using software to be executed on a general purpose computer can also be implemented using a different combination of hardware, software, or firmware. For example, such a module can be implemented completely in hardware using a combination of integrated circuits. Alternatively or additionally, such a module can be implemented completely or partially using specialized computers designed to perform the particular functions described herein rather than by general purpose computers.

It will also be apparent to a skilled artisan, in light of this disclosure, that the modules described herein can be combined or divided. For example, a skilled artisan will appreciate, in light of this disclosure, that any two or more modules can be combined into one module. Thus, referring to FIG. **39**, the information retrieval module **3930** and the financial terms

comparison module **3935** can be combined into a single module that performs the functions of both modules. Conversely, any one module can be divided into multiple modules. For example, the information retrieval module **3930** can be divided into multiple modules such that each individual module performs part of the functions of the information retrieval module **3930** and all of the modules collectively perform all such functions.

Similarly, a number of databases are described herein. A skilled artisan will appreciate, in light of this disclosure, that any two or more databases can be combined into one database and that any one database can be divided into multiple databases.

A skilled artisan will also appreciate, in light of this disclosure, that multiple distributed computing devices can be substituted for any one computing device illustrated herein. In such distributed embodiments, the functions of the one computing device are distributed such that some functions are performed on each of the distributed computing devices.

The foregoing and other variations understood by a skilled artisan can be made to the embodiments described herein without departing from the invention. With the understanding therefore, that the described embodiments are illustrative and that the invention is not limited to the described embodiments, certain embodiments are described below with reference to the drawings.

FIG. **1A** illustrates an embodiment of a deal sheet **102**, which may advantageously include a description of a client's current agreement (FIG. **1B**), the client's contact information and a description of the replacement product (FIG. **1C**), and a comparison between the client's current agreement and one or more replacement agreements (FIG. **1D**). Any suitable number of replacement agreements may be displayed, including but not limited to one, two, three, four, five, six, or more replacement agreements. Any suitable number of lenders for replacement agreements may be displayed, including but not limited to one, two, or more lenders. The replacement agreements may be for any suitable term, including but not limited to 36 months, 48 months, 60 months, or any other period. As illustrated, a replacement agreement's payment is advantageously shown along with the difference between the client's current financial agreement's payment and the replacement agreement's payment. Thus, using the deal sheet, a salesperson may advantageously review a plurality of replacement agreements from a plurality of lenders.

FIGS. **1E**, **1F**, and **1G** illustrate portions of an embodiment of a deal sheet. As illustrated in FIG. **1E**, the text **104** indicates that the deal sheet is associated with an alert. Text **106** advantageously identifies information about the deal sheet. As illustrated, text **106** illustrates that it is a manager-level view of a lease. In one embodiment, varying levels of detail from the detail sheet are shown to different persons accessing the system. Accordingly, the system may be advantageously used to customize varying views for the persons accessing the system to an appropriate level of detail. For example, a salesperson may need less detail than a manager. In one embodiment, the system determines the identity, the employment position, or both to ascertain the level of detail to display to a user of the system. Although a lease is illustrated, the information displayed may be use for other agreements, such as a purchase agreement. Text **108** may indicate that the alert is associated with a particular person (e.g., a salesperson) or a group of persons (e.g., a "house account" for some or all salespersons).

As illustrated in FIG. **1E**, section **110** of the deal sheet includes information about the current product. The information about the current product may include any suitable information, including but not limited to a product identifier that preferably uniquely identifies the product (e.g., a vehicle identification number or VIN or the like), a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, or the like. The information about the current product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current product in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current agreement in a website from which the information may be obtained.

As illustrated in FIG. **1E**, section **112** includes information about the current agreement, which may include any suitable information, including but not limited to the date the agreement started, the date the agreement ends, the original capitalized cost (or amount financed), the end of term residual (or deferred) payment, the term of the agreement, a base periodic payment (which may be pre tax in certain states), an actual periodic payment (which may be post-tax in certain states), the payoff amount (e.g., the amount owed to the lender to satisfy the agreement), a date until which the lender will accept the payoff amount in satisfaction of the agreement (e.g., a date representing the end of a ten-day period or other suitable period), a trade-in value associated with the product under the agreement, a trade equity (e.g., the trade-in value less the payoff amount), and a security deposit (if any) held by the lender. In one embodiment, the trade-in value is an average of trade-in values over a suitable period, which values may be obtained from one or more suitable sources. In one embodiment, values over a ten-year period are obtained from an online auction website and grouped by a suitable geographic region. In one embodiment, the trade-in value is manually adjustable. Trade-in values may be selected from any suitable location, including but not limited to one or more car dealerships. In one embodiment, trade-in values may have associated assumptions (e.g., mileage, condition, or the like). Of course, any suitable method for calculating a trade-in value may be used. The term "trade-in value" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. As illustrated in FIG. **1E**, section **114** includes additional information concerning the current agreement, including the number of payments the client has made under the agreement, the number of payments remaining under the agreement, the number of times (if any) the client has made late payments (including payments 30 days late, 60 days late, 90 days late, or the like), and the total of remaining payments and any additional fees to conclude the agreement as scheduled under the agreement.

The information about the current agreement (e.g., FIG. **1E**) may be obtained from any suitable resource, including but not limited to the lender that financed the current agreement, a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership

that sold the current product or the like), an online database of transactions, or the like. The information about the current agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current agreement in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current product in a website from which the information may be obtained.

As illustrated in FIG. 1F, the text **120** indicates that the deal sheet is provided by a particular car dealership. Text **122** indicates the client for whom the deal sheet was created. Section **124** includes information contact information for the client, such as the client's name, address, and telephone numbers. The information about the client may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the client may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the client in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the client in a website from which the information may be obtained.

As illustrated in FIG. 1F, section **126** may include any suitable information about the replacement product, including but not limited to a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, a selling price associated with the product (e.g., an average selling price), the trade equity value illustrated in section **112** (FIG. 1E), a subsidy amount (if any) the seller of the replacement product would be willing to accept below the selling price associated with the product, the total selling price (or capitalized cost) on the replacement product including any equity and including sales tax (if any), sales tax (if any), and the total amount financed including trade equity and sales tax. The information about the replacement product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), to the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement product in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement product in a website from which the information may be obtained.

As illustrated in FIG. 1G, the section headings **130** indicate the names of the lenders associated with the replacement agreements shown under the section headings **130**. Any suitable information about the replacement agreements may be displayed, including but not limited to a contract term (e.g., 36 months, 48 months, 60 months, or the like), the type of agreement (e.g., lease, purchase, deferred payment), a residual or deferred payment amount, a capitalized cost or amount financed, a money factor or interest rate charged on the replacement agreement, a periodic payment associated with the replacement agreement, and difference (e.g., text **134**) between the client's periodic payment under the current agreement (e.g., text **116** in FIG. 1E) and the payment under the replacement agreement (e.g., text **132**). For one of the illustrated replacements agreements, text **134** indicates that the replacement agreement's payment is twelve dollars less than the current agreement's payment. In one embodiment, the actual replacement agreement that the client enters may differ from those displayed in the FIG. 1G; for example, upon review of the current product, particular values (e.g., a trade-in value or selling price) may be adjusted higher or lower for any suitable reason. Accordingly, a deal sheet may advantageously display an indication that the values on the deal sheet are estimates.

The information about the replacement agreements (FIG. 1G) may be obtained from any suitable resource, including but not limited to the lenders offering financing for the replacement agreement, the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement agreement in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement agreement in a website from which the information may be obtained.

In the example illustrated in FIG. 1G, the replacement agreements are leases; however, replacement agreements may be any suitable type of agreement, including but not limited to a lease agreement, a deferred or balloon agreement, a purchase agreement, or the like. The term "agreement" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1H illustrates one embodiment of a lease payment formula; however, any suitable lease payment formula may be used. The term "lease" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1I illustrates one embodiment of a deferred or balloon payment formula; however, any suitable deferred or balloon payment formula may be used. The term "deferred" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. The term "balloon" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1J illustrates one embodiment of a purchase payment formula; however, any suitable purchase payment formula may be used. The term "purchase" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein.

A general architecture that implements the various features of embodiments of the invention will now be described with reference to drawings. The drawings and the associated descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention.

Certain figures illustrate various views of a system, which may be displayed to a user of the system and which the user may access, review, use, or any suitable combination thereof. Some or all of these views may be used with any other suitable views. In one embodiment, the system uses a hypertext interface, such as HTML, MICROSOFT™ Active Server Pages, or the like. In one embodiment, the system is accessed via a secure system, such as a local area network or the like. For example, the system may be hosted using an in-house server with one or more local computers. However, any network may be used, including wide area networks, the Internet, or the like. Further, the system may be implemented using one or more computers.

As described with respect to some embodiments herein, persons employed at an automobile dealership use the system; however, other suitable uses are contemplated outside of the automobile context. Further, although in some embodiments particular features are described with reference to a salesperson and a management person, any persons may use some or all aspects of the embodiments of the system.

FIG. **1K** illustrates an internet browser that has buttons **101** advantageously used to access functions of various embodiments.

FIG. **2** illustrates an initial log in screen in which a user enters a username and password into fields **201** to gain authorized access to the system.

When the user accesses the system, an initial view screen is advantageously displayed as illustrated in FIG. **3**. The screen advantageously displays the name **302** of the person associated with the username and password. In the instance illustrated in FIG. **3**, the person is a salesperson. The system may advantageously associate the salesperson with clients. Any suitable association with clients may be used. For example, the clients may include but are not limited to persons to whom the salesperson may have sold an automobile, persons to whom the salesperson has been assigned by a supervisor, other persons, or any suitable combination thereof. Thus, by managing the salesperson-client associations, the system may advantageously be used to limit the client data that a salesperson may view to the associated clients.

FIG. **3** illustrates contact management entries **300**, which advantageously may include client information, transaction information, or any other suitable information associated with clients. A client may have an entry associated with the client's current automobile transaction, as illustrated by hyperlinks **304** that display the client name and one or more associated automobile identifiers (e.g., make, model, year, or the like). In response to selecting one of the hyperlinks **304**, a contact management view associated with the client is displayed, as described below. In one embodiment, contact management entries may advantageously be associated with a particular date. Contract management entries may advantageously be displayed and grouped according to one or more dates. In another embodiment, new contact management entries are displayed. The displayed entries may display any suitable parameter in the system, including but not limited to a stage in the contact management process, items associated with a particular date, tasks associated with a particular date, actions taken during the contact management process, or the like. In one embodiment, the contact management entries may be used to schedule and track tasks associated with contact management. The user may advantageously scroll down through this area and view tasks that have scheduled for future follow up. In one embodiment, a contact management entry is associated with a deal sheet. In one embodiment, when a new deal sheet is generated, an associated contact management entry is also created. The system may generate deal sheets or contact management entries at any suitable time. In one embodiment, the system generates a deal sheet and an associated contact management entry when the system receives an update of information used to calculate replacement agreements that are advantageously displayed in deal sheets. In one embodiment, deal sheets are generated periodically (e.g., weekly). In one embodiment, deal sheets are generated dynamically. In one embodiment, deal sheets are generated substantially continuously. In one embodiment, when a new deal sheet is calculated, the prior deal sheet is retained and accessible through the client's history accessible through a contact management entry or the like. In one embodiment, deal sheets are generated in response to a user request. In an embodiment wherein one or more deal sheet parameters are customizable (e.g., a rebate amount or the like), a person may alter the one or more parameters and review the number and types of deal sheets generated (e.g., how many alerts). Categories of deal sheets include, but are not limited to, an "alert," a "sale," an "expired alert," and a "lease ending."

As illustrated in FIG. **3**, a user may choose to customize the display of the contact management entries by filtering entries, sorting entries, ordering entries, ranking entries, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **3**, any suitable parameter in the system may be used as a reference for customization. Selecting one or more of checkboxes **306** may be used to limit the displayed contact management entries to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. For example, a client may have an existing lease of an automobile or may have purchased an automobile and is currently making payments. Selecting one or more of checkboxes **308** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. In one embodiment, an alert comprises a deal sheet that fits into one or more parameters. For example, in one embodiment, an alert comprises a deal sheet in which a replacement agreement for an associated replacement product has an associated payment within 10% of a payment associated with the client's current agreement. Any suitable range may be used. For example, the range could be set from at any value from 1% to 200% or more than 200%. In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose current agreement is a lease and that lease will end within a specified time (e.g., near the end of the lease). In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose lease will end in 6 months, 180 days, or the like. Any suitable time prior to the end of the client's lease may be used to identify a lease ending deal sheet. Accordingly, the contact management entries may be queried for leases ending within a specific period. In one embodiment, the display of entries may be ordered to view contact management entries associated with lease ending deal sheets beginning with those furthest from maturity or beginning with the leases which will end soonest. In one embodiment, an "expired alert" deal sheet comprises a deal sheet that was previously within one or more parameters associated with an alert, but no longer is because one or more parameter values changed. The expired alert deal sheet advantageously provides a reference point as sales associates continue to communicate with their clients. In one embodiment, a "sale" deal sheet comprises a deal sheet that is a

default category that is not an alert, a lease ending, or an expired alert. Selecting one or more of checkboxes **310** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. Entering one or more words into field **312** may be used to limit the displayed contact management entries to those including those words. For example, if the user wanted to see only entries associated with a particular model of car, the user could enter the particular model of car into field **312**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **312**. In one embodiment, to view the customized display of contact management entries, button **314** is selected. In one embodiment, radio buttons or other suitable graphical user interface elements (not shown) associated with data fields in the system may be used to sort the contact management entries.

FIG. **4** illustrates an embodiment of the display shown in FIG. **3** in which the hyperlink **402** is selected. In response to the selection of hyperlink **402**, a contact management view **500** is displayed as illustrated in FIG. **5**. Text **501** identifies the name of client associated with hyperlink **402**. The client name and vehicle descriptor is also shown in text **502**. Listbox **503** displays the owner of the entry (e.g., a salesperson assigned to the client). Listbox **504** indicates the current stage in the contact management process. In one embodiment, a user may select a stage and save the newly selected stage in the system. Listbox **505** indicates a priority associated with the contact management process. In one embodiment, a user may select a priority and save the newly selected priority in the system. Priorities may advantageously indicate whether specific contact must take place, should take place, or is not needed. In one embodiment, an icon, text, or the like (not shown) is advantageously displayed adjacent entries **304** (FIG. **3**) to indicate an associated priority. Any suitable icon, color, or text may be used to indicate different priorities. In one embodiment, a different colored icon is associated with each priority. Listbox **506** indicates a status associated with the contact management process. For example, the user may record contact management-related actions taken for the client by selecting a particular status from the list box **506**, which displays a list of selectable statuses **601** (FIG. **6**). In one embodiment, a user may select a status and save the newly selected status in the system. A status may indicate, for example, that the salesperson called the client and left a message, called the client and set an appointment, or the like. Field **507** allows text to be entered and subsequently stored for display in history list **508**. Selection of listbox **510** allows a user to select a time from list **702** (FIG. **7**A). Selection button **512** allows a user to select a date displayed in a calendar view **708** (FIG. **7**B), where selection of a date from the calendar view **708** causes the date to appear in field **514**. The user may also enter a date directly into field **514**. The dates and times may be advantageously used to schedule future activities such as a future call, or an appointment set. The history log may advantageously record a user's use of the contact management screen, list what deal sheet calculations and generations the system has performed, and show any saved remarks. In one embodiment, newly generated contact management entries are associated with a "new" stage indication. A salesperson may advantageously use view **500** to track contact with the client through various contact stages, to document appointments made, and schedule future contacts. In one embodiment, a status change will advantageously be recorded in history section **508**. In one embodiment, when the save button is selected, the information from view **500** is logged into the history section as a separate line showing the date the entries were made along with the information entered.

FIG. **8** illustrates an embodiment of the contact management view from FIG. **5** in which remarks are entered the field **507** and then stored in the history view. When a view button **802** is selected, a deal sheet view **902** (FIG. **9**) is displayed. When a print button **803** is selected, a deal sheet formatted for printing is displayed.

FIG. **9** illustrates the deal sheet **902**. A deal sheet may include some or all of the data displayed in deal sheet or any other suitable data. Thus, a deal sheet showing a different set of data is shown in FIG. **9**. For example, FIG. **10** illustrates a view of a deal sheet highlighting the client's current transaction. Although a particular presentation is illustrated in FIG. **9**, a deal sheet may use any suitable presentation and, thus, may be configured to show the data in a variety of ways, whether similar to or not similar to that shown in FIG. **9**. A user may browse from a displayed deal sheet to the contact management view (FIG. **11**). For example, after calling a client and discussing the displayed deal sheet, a salesperson may wish to access the contract management view to update the current status of the contact management process.

FIG. **12** illustrates an internet browser that has buttons **1201** advantageously used to access functions in various embodiments. FIG. **13** illustrates an initial log in screen in which a user enters a username and password into fields **1201** to gain authorized access to the system. When the user accesses the system, an initial view **1400** is advantageously displayed as illustrated in FIG. **14**. The view **1400** advantageously displays the name of the person associated with the username and password. In the instance illustrated in FIG. **14**, the person is a manager.

Using the view **1400**, the manager may customize the data displayed in view by filtering data, sorting data, ordering data, ranking data, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **14**, any suitable parameter in the system may be used as a reference for customization. Entering one or more words into field **1401** may be used to limit the displayed data to those including those words. For example, if the user wanted to see only entries associated with a particular car name, model, make, or year, the user could enter some or all of those into field **1401**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **1401**. Selecting one or more of checkboxes **1402** may be used to limit the displayed data to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. Selecting one or more of checkboxes **1403** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more of checkboxes **1404** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. For example, the user can see all of the new deal sheets calculated, those that are scheduled to receive a call, appointments set, and so on. Selecting the sort radio buttons **1405** may be used to sort the data in a variety of ways such as follow up date, by prospect or client, by maturity date as in when the term of the purchase or lease will expire, and by series of vehicle. Select-

ing radio buttons **1406** may be used to view the data in ascending or descending order. After configuring the filtering, sorting, and ordering functions, the search button **1407** may be selected to see data associated with the selected the parameters. For example, FIG. **15**A illustrates an example of search criteria, including a particular client name, and FIG. **15**B illustrates the results of that search. In one embodiment, to view data associated with a particular salesperson, a hyperlink (e.g., hyperlink **1408**) is selected. The hyperlink may advantageously display the name of the salesperson.

Any screens suitable for performing administrative functions may be used in connection with the system. These screens may be used to maintain and manage information used to perform the calculations within the system. For example, FIG. **16** illustrates a reports generator screen. Selecting hyperlink **1602** opens an average selling price screen **1701**.

Using screen **1702**, the user may view a display of costs associated with some or all of a set of car models. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1706**). The "active series" designation indicates the series which may be displayed in the display of costs. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. Checkboxes **1710** may be used to select the data to be displayed, including but not limited to a series or model identifier, a replacement series identifier, a base price, a delivery charge, a sunroof package, automatic transmission, metallic paint, other costs associated with the financing or price of automotive-related features, or any other suitable costs. A submit button **1714** is selected to display the data in a report **1802** (FIG. **18**), which may advantageously be used to evaluate the average selling price information the system uses to calculate the deal sheets. In one embodiment, the average selling price information the system uses to calculate the deal sheets may be edited or entered manually. Accordingly, the report **1802** advantageously allows a person to review the average selling price information used by the system determine whether to edit that information.

Referring to FIG. **16**, selecting hyperlink **1604** opens a bank rate screen **1902** (FIG. **19**). Using screen **1902**, the user may view a display of financing rates associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1908**). In one embodiment, the user may limit the financing rates displayed to those rates offered by one or more financial institutions. For example, listbox **1912** may be used to select a financial institution. In response to selecting button **1916** A submit button **1912** is selected to display the data in a report **2002** (FIG. **20**), which may advantageously evaluate the financing rates used in the system. The report **2002** advantageously may include financing rate information, including a model identifier, the duration of the term, a money factor, a residual percentage, and MRM. A model identifier may be advantageously used to associate a rate residual with a particular model because rates and residuals may vary by model. The duration of the term is the length of the agreement. The money factor comprises a leasing interest rate or APR of the lease. The residual percentage comprises the portion of the original selling price that the financing company expects the product to be worth at the end of the lease or purchase. MRM is a maximum residual amount used that may be used for calculating payoffs.

Referring to FIG. **16**, selecting hyperlink **1606** opens a mailing list screen **2102** (FIG. **21**). Using screen **2102**, the user may view a display of client-related, contact information associated with some or all of a set of clients. In an embodiment where sets of clients are associated with one or more salespersons, the display of the client-related, contact information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the column-displayed, client-related, contact information to particular parameters, including but not limited to names, organization name, addresses, city, state, zip, home telephone, work telephone, mobile telephone, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. A submit button **2116** is selected to display the data in a report **2202** (FIG. **22**), which may advantageously to view list of the client-related, contact information.

Referring to FIG. **16**, selecting hyperlink **1608** opens a salesperson screen **2302** (FIG. **23**). Using screen **2302**, the user may view a display of information associated with some or all of a set of salespersons. Selecting one or more checkboxes may limit the column-displayed salesperson information, which may include but is not limited to a salesperson identifier, a username, a password, an email address, or the like. A submit button **2316** is selected to display the data in a report **2402** (FIG. **24**), which may advantageously to review a display of the salesperson information.

Referring to FIG. **16**, selecting hyperlink **1610** opens a subsidy screen **2502** (FIG. **25**). Using screen **2502**, the user may view a display of information associated with subsidies (e.g., rebates, discounts, promotions, or the like) associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **2508**). A submit button **2516** is selected to display the data in a report **2602** (FIG. **26**), which may advantageously to assess one or more models and any associated subsidies. In one embodiment, the system uses the subsidies to create deal sheets.

Referring to FIG. **16**, selecting hyperlink **1612** opens a task stage by task owner screen **2702** (FIG. **27**). Using screen **2702**, the user may view a display of contact management task information associated with some or all of a set of task

owners (e.g., a salesperson). In an embodiment where set tasks are associated with one or more salespersons, the display of the task information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the task information to a category of deal sheets, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the task information columns displayed to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. In an embodiment where the task information is associated with a particular date, a range of one or more dates may be entered into one or more of the start field and finish field using any suitable method, including but not limited to manual entry or using calendar buttons in a manner substantially similar to that described above with respect to calendar view **708** (FIG. 7B) and field **514** (FIG. 5). A submit button **2716** is selected to display the task information in a report **2802** (FIG. 28). As illustrated in FIG. **28**, report **2802** advantageously displays each selected salesperson with a total number of tasks for the sales person, a subtotal of tasks at each particular stage for the sales person, and an associated percentage relative to the total number of tasks for the particular stage and sales person. In one embodiment, report **2802** may include totals by any suitable group, including by division, type of sales, organization, or the like.

Referring to FIG. **16**, selecting hyperlink **1616** opens a trade-in history screen **2902** (FIG. 29). Using screen **2902**, the user may view a history of trade-in values associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set of car models comprises a set of car models accepted as a trade-in by a particular car dealership (e.g., list **2908**). The user may view a history of trade-in values associated with some or all of a set of dates. The "active trade-in date" designation indicate the trade-in dates which may be displayed in the display of financing rates. To move one or more trade-in dates from one trade-in dates box to the other, the trade-in dates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one trade-in dates box to the other. In one embodiment, the set of dates comprises a set of dates on which a particular car dealership accepted particular models accepted as a trade-in (e.g., list **2916**). Selecting one or more checkboxes may limit the column-displayed trade-in information, which may include but is not limited to a vehicle identification number, the trade-in amount, an auction price, and a dealer adjustment. The dealer adjustments are those figures where the dealer can actually make changes to the average trade in value. These values are subsequently put into and become part of the calculations. A submit button **2924** is selected to display the + information in a report **3002** (FIG. **30**), which may be used to evaluate the trade-in values used by the system. In one embodiment, a trade-in value, adjustment, or other parameter value associated with a particular current product may be manually altered (e.g., receive user input) to customize that parameter value. In one embodiment, any parameter value associated with a particular replacement product may be manually altered (e.g., receive user input) to customize that parameter value.

FIG. **31** illustrates an embodiment wherein money factor, residual percentage, or both may be altered for one or more replacement products and for one or more suitable replacement agreement terms (e.g., 36 months, 48 months, 60 months, or the like). Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2002** (FIG. **20**).

FIG. **32** illustrates an embodiment wherein money factor, residual percentage, both may be altered for one or more replacement products. Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2602** (FIG. **26**).

FIG. **33** illustrates a display of contact management related activities for one or more accounts (e.g., a house account, a salesperson account, or the like), a group of one or more accounts, or both.

FIG. **34** illustrates one embodiment in which internal data, external data, and historical data are used to generate one or more alerts. The external data comprises trade-in data, payoff amount data, money factor data, and residual data. The internal data comprises rebates and adjustments, average selling price data, and sales effort results data. Management reports, alert lists, and deal sheets are advantageously provided. Further, a sales associate may access the system via a sales associate interface and a manager may access the system from an interface.

FIG. **35** illustrates an embodiment of a deal sheet. As illustrated in FIG. **35**, deal sheet may have one, two, three, or more types of agreements (e.g., lease, balloon, retail purchase, or the like). Further, different types of agreements may have the same or different sets of parameters displayed in the deal sheet.

In one embodiment, a server computer collects information advantageously used to assess the potential replacement agreement, including but not limited to automobile trade-in values. The server computer may reside in any suitable location, including but not limited to a location remote from a dealership.

In one embodiment, when a client with a current agreement visits a dealership, information sufficient to identify the client is provided to the system. For example, in one embodiment, the current product's vehicle identification number is entered into the system. In response, a deal sheet or an alert sheet associated with the client's current agreement may advantageously be created. In one embodiment, a notification is automatically sent to one or more persons at the dealership. Thus, persons at a dealership may proactively offer the client with potential replacement agreements. For example, in one embodiment, when a client visits a dealership for car maintenance, a car maintenance system may automatically communicate with the system to generate a notification to a salesperson.

In some embodiments, a replacement product may comprise one or more automobiles among the dealership's new or pre owned inventory, a new car offered by a manufacturer, or an automobile from any other suitable provider.

In some instances, the lease or contract-ending customers may advantageously be directed to a contract-ending specialist who can adjust the parameters on the remaining months left.

In one embodiment, a manager or sales representative may advantageously adjust the rebates and finance parameters to change when a deal sheet is considered an alert. Thus, a person may try various scenarios and view the results. For example, if an automobile dealership is considering a $1,000 rebate for a certain model of automobile, a manager could enter the $1,000 rebate into the system and then evaluate the number of new alerts generated by this rebate. Similarly, the manager could view the results from altering the interest rate, money factor, or any other suitable parameter associated with an alert.

In one embodiment, the alerts will be integrated into an enterprise software system that tracks client-customer contact, facilitates outreach, facilitates follow through, or the like. For example, in one embodiment, the alerts are integrated into a Customer Relationship Manager system that will function with one or more aspects of the daily working of an automotive dealership to include sales representatives, business development centers, call centers, lease termination departments, managers, finance departments and service departments. Thus, interaction with various aspects of these systems may advantageously trigger a notification of a potential replacement contract. For example, when a call center receives a call from the client, the call center's system would preferably access the alert aspects of the system and, if an alert was associated with the client, the call center's system would be automatically notified. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a pop-up screen, an email, or the like. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a wireless transmitter (e.g., PDA, cellular phone), a wired transmission (e.g., telephone), or any suitable method. Any suitable person may receive such notifications.

In some embodiments, the system uses internal data, external data, or both. In one embodiment, the internal data comprises rebates, adjustments, average selling prices, historical sales data. In one embodiment, the external data comprises trade-in values, payoff values, money factors, and residual. In one embodiment, alerts are provided to any suitable person, including but not limited to outbound marketers (e.g., telephone or the like), salespersons, managers, or the like.

In some embodiments, additional fees (e.g., license fee, bank acquisition fee, or the like) may be required in addition to the replacement product payments. In some embodiments, the payments calculated for a replacement product includes fees (e.g., delivery charge, fuel-economy tax) related to the replacement agreement. The replacement product may have any suitable combination of features financed in its payment. In one embodiment, the replacement product includes a set of predetermined features. In one embodiment, a set of predetermined features includes automatic transmission, sunroof package, and metallic paint.

In one embodiment, a current product is associated in the system with one or more replacement products. Accordingly, when the system executes a process to generate a deal sheet, the system determines the one or more replacement products associated with the current product and displays a deal sheet for those one or more replacement products. Associations may be made in any suitable manner, including but not limited to a database, a data file, or the like. In one embodiment, a particular make, model, and year of an automobile may be associated with one or more other combinations of make, model, and year. In this embodiment, when the system executes a process to generate a deal sheet, the system identifies the make, model, and year of the current product and display a deal sheet with associated combinations of make, model, and year. In one embodiment, these associations are entered manually into the system for general use (e.g., a manager determines that customers generally would accept particular types of replacement products for certain types of current products). Any suitable way of determining what replacement products to display may be used. For example, where a client requests a particular make, model, and year, the system may advantageously receive that particular make, model, and year and display a corresponding deal sheet. Although automobiles may be categorized using make, model, series, class, year, or the like, any suitable category, classification, or grouping of automobile may be used to create associations for a client's current automobile and a replacement automobile. Further, for current products or replacement products, any category, classification, or grouping may be used to association current products with replacement products.

In one embodiment, when the system executes a process to generate a deal sheet (e.g., for an alert), the system identifies one or more replacement products associated with the current product and determines whether a payment associated with the replacement agreements is less than or equal to a certain threshold percentage value relative to a payment associated with the current agreement. For example, in one embodiment where the threshold percentage value is 10 percent, if a client leases a first automobile at $500 a month and a second associated automobile is available for lease at $550 a month, the system would generate an alert because the second automobile's payment is within 10%. Any suitable threshold percentage value may be used. In one embodiment, the threshold value is 5%. The threshold percentage value may be between and including 3% and 10%. Of course, the threshold percentage value may be at or about any suitable value. Further, this comparison of payments may be used to generate an alert alone, in combination with associations among products within the system, or in combination with any other suitable parameters. Further, alerts may be generated without reference to a comparison of payments.

In one embodiment, a local distributor tracks the identity of a person that sold the client the current product, and the system uses that information to route one or more alerts related to that client's current product to the person. In one embodiment, any suitable person may receive an alert.

As will be apparent to a skilled artisan in light of the foregoing disclosure, the system disclosed herein perform a number of useful processes for alerting a dealership when a customer can be offered a new and advantageous lease or other financial arrangement. Advantageously, providing such information to a dealership in a timely fashion can drive a significant number of sales and leasing arrangements for a dealership. Accordingly, embodiments as described herein allow for the automated performance of a number of processes that can significantly increase dealership profits. Embodiments of such processes are described below with regard to FIGS. **36** through **38**.

FIG. **36** illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. Such a process **3600** commences with a block **3610**. In the block **3610**, the process **3600** retrieves customer information, financing information, and product information. Preferably, such customer information and financing information includes information about any leases or other financial arrangements that each customer is already involved in, along with information about financial arrangements cur-

rently available from financial institutions. Accordingly, such information provides a basis for allowing the process **3600** to compare current financial arrangements with potential financial arrangements to determine whether a customer can switch to an advantageous financial arrangement. In one embodiment, an automated information retrieval module, such as the information retrieval module **3930** of FIG. **39**, automatically retrieves the customer and financial information from various electronic sources, such as, for example, public and private web pages, databases maintained by a dealership, external databases, and the like. A number of techniques for automatically retrieving such information are known to skilled artisans and can be employed to implement the information retrieval module **3930**.

In a block **3620**, the process **3600** compares each customer's current financial terms with potential financial terms being offered by financial institutions. Preferably, the comparison block **3620** takes into account all available financial variables that affect whether a customer can advantageously switch financial arrangements, including, for example, interest rates, payoff periods, amount due on the current financial arrangement, any dealer or manufacturer incentives currently available, and the like. The foregoing list of financial variables is exemplary and non-exhaustive; a skilled artisan will appreciate, in light of this disclosure, other financial variables that are relevant, under some circumstances, for determining whether a customer can advantageously switch financial arrangements. In one embodiment, a financial terms comparison module, such as the financial terms comparison module **3935** of FIG. **39**, performs the processing of the block **3620**.

In a block **3630**, the process **3600** generates, based on the comparison of the block **3620**, a number of alerts to inform a dealership that a customer can advantageously switch financial arrangements. In one embodiment, the process **3600** generates an alert whenever the difference between the amount that a customer will pay for a new but comparable financial arrangement as compared to the customer's current financial arrangement is below a threshold value. For example, in one embodiment, the process **3600** generates an alert whenever the difference in payment amount is less 10%, such that, for example, an alert is generated when a new payment amount would be $540 and a current payment amount is $500. Alternatively, the process **3600** can be configured to generate an alert only when the difference between a new payment amount and a current payment amount is negative: that is, when the new payment amount is less than the current payment amount. A skilled artisan will appreciate, in light of this disclosure, that a wide variety of thresholds can be set depending on the particular types of sales opportunities that a dealer wants to know about. In one embodiment, the processing of the block **3630** is performed by the financial terms comparison module **3935**. Alternatively, as will be apparent to a skilled artisan, the processing of the block **3630** can be performed by a separate module, such as, for example, an alert generation module.

In a block **3640**, the process **3600** transmits the generated alerts to a dealership. Advantageously, the transmission of alerts informs the dealership of sales opportunities that may provide to the dealership a significant opportunity to boost profits. As will be apparent from the description of the system provided above, the alerts can be transmitted by email, pager, web page, database record, fax, or any other known method of transmitting electronic data. In one embodiment, the processing of the block **3640** is performed by an alert transmission module, such as, for example, the alert transmission module **3940** of FIG. **39**.

Though additional blocks are not illustrated by FIG. **36**, it will be apparent to a skilled artisan in light of this disclosure that the dealer can invoke additional processing of the alerts once the dealer has received the alerts. For example, the dealer can invoke the contact management and task management functions as have been described herein. Accordingly, in addition to alerting the dealer, embodiments of the system can perform a number of processes for managing alerts. Advantageously, such alert management provides dealers an effective way to follow up with each alert in a way that maximized the dealer's chances to convert an alert of a potential sale into an actual sale.

FIG. **37** illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. In this embodiment, in a block **3710**, the process **3700** receives at least one modified financial variable. For example, in one embodiment, the process **3700** may receive a financial variable that indicates that a dealer rebate has increased from $500 to $1,000.

Based on the new information, the process **3700** executes much of the same processing that was explained with regard to FIG. **36** in order to generate alerts that take into account the newly entered information. Advantageously, therefore, the process **3700** can be used by a dealer to answer questions such as "How many customers could be switched to a new financial arrangement if we increase the dealer incentive to $1,000?" In one embodiment, the modified financial variables received in the block **3710** are received by an automated process such as the information retrieval module **3930**. In another embodiment, the modified variables are entered manually using a data entry module, such as, for example, the data entry module **3925** of FIG. **39**. Advantageously, allowing for manual entry allows for great flexibility in allowing a dealership to change variables over which the dealership has control in order to determine whether new sales opportunities can be generated.

As indicated, the process **3700** performs much of the same processing that is performed by the process **3600**. In a block **3720**, the process **3700** compares current financial terms to potential financial terms, substantially as explained with respect to the block **3620**. In a block **3730**, the process **3700** generates alerts, substantially as explained with respect to the block **3630**. In a block **3740**, the process **3700** transmits the alerts, substantially as explained with respect to the block **3640**.

Advantageously, one embodiment of the system can be used to determine, in real time, whether a deal can be presented to a customer, while the customer is, for example, in a dealership showroom. FIG. **38** illustrates such a process for detecting and presenting a deal to a customer in real-time. The process **3800** commences, in a block **3810**, to receive a potential customer identification. In one embodiment, a potential customer identification, such as, for example, a customer number, can be entered manually into the system using the data entry module **3925**. In a block **3820**, the process **3800** retrieves the potential customer's financial information in real-time. In a block **3830**, the process **3800** compares the current financial terms of the financial arrangements associated with the identified potential customer with potential financial terms for comparable financial arrangements, substantially as explained with regard to the block **3620**. In a block **3840**, the process **3800** generates alerts, substantially as explained with regard to the block **3630**. In a block **3850**, the process **3800** transmits the alerts, substantially as explained with regard to the block **3640**. In a block **3860**, the dealership uses the transmitted alert to present a deal to the potential customer. Advantageously, the entire process **3800** occurs

while the potential customer is still in the presence of the dealer, giving the dealer a higher probability to derive increased sales based on the alerts.

FIG. **39** illustrates a financial terms alert generation system attached to a computer network, according to one embodiment of the system described herein. A financial terms alert generation system **3905** comprises financing information **3910**, customer information **3915**, product information **3920**, a data entry module **3925**, an information retrieval module **3930**, a financial terms comparison module **3935**, and an alert transmission module **3940**. The financial terms alert generation system **3905** is preferably connected, via a computer network **3945**, to external financing information **3950**, external customer information **3955**, external product information **3960**, and at least one dealer terminal **3965**. In some embodiments, the financing information **3910**, customer information **3915**, and product information **3920** does not exist permanently within the financial terms alert generation system, but is retrieved from external sources **3950**, **3955**, and **3960**, as needed. In other embodiments, at least portions of the financing information **3910**, the customer information **3915**, and product information **3920** is stored permanently within the financial terms alert generation system **3905** to provide local storage and caching of data. A skilled artisan will appreciate, in light of this disclosure, that the illustrated storage and modules can be distributed across multiple network hosts rather than being centralized in one location.

In one embodiment, the data entry module **3925** is configured to receive input from a user to enter or modify data stored in the financing information **3910**, the customer information **3915**, the product information **3920**, the external financing information **3950**, the external customer information **3955**, or the external product information **3960**. In general, the data entry module **3925** is not used for a large percentage of data entry, because the information retrieval module **3930** generally automatically retrieves information from sources available on the network **3945**. However, advantageously the data entry module **3925** provides a manual tool for entering data for cases in which a user desires to fine tune the information stored in the databases. For example, in certain cases, a dealership may have special incentive programs that are not captured in sources available on the network **3945**, and a dealer may want to manually enter data that takes such special incentive programs into account.

In one embodiment, the information retrieval module **3930** is configured to automatically retrieve information about products, customers, and financing from sources available on the network **3945**, such as, for example, from the external financing information **3950**, the external customer information **3955**, and the external product information **3960**. Upon retrieving such information from sources available on the network **3945**, the information retrieval module **3930** makes the information available to the financial terms alert generation system **3905**, such that the system **3905** can use the information in order to perform the calculations necessary to determine whether a customer can advantageously enter a new lease or purchase transaction. For example, in one embodiment, the information retrieval module **3930** stores the retrieved information in local storage accessible to the financial terms alert generation system **3905**, such as by storing the information in the financing information **3910**, the customer information **3915**, and the product information **3920**. Alternatively or additionally, the information retrieval module **3930** can store the information in memory rather than in local storage. A skilled artisan will appreciate, in light of this disclosure, a variety of techniques for retrieving information from sources available on the network **3945**, including, for example, by scraping public websites. In light of these known techniques, a skilled artisan will readily understand, in light of this disclosure, how to implement the information retrieval module **3930**.

As previously described, embodiments of the system and method described herein determine when a customer is able to enter into a new financial arrangement under financial terms that are favorable to the customer. In many cases, financial terms that are favorable to a customer are those in which the customer will pay less under a new arrangement than under an old arrangement. However, in certain cases, a customer may find terms favorable to the customer even when the customer will pay more under the new arrangement. For example, in certain cases, a customer may want to "buy up," or purchase a product with a higher level of quality of luxury. Accordingly, embodiments of the system and method described herein allow a dealer to determine financial arrangements that are available to a customer in such a "buy up" situation. In certain embodiments, for example, a dealer selects, using, for example, a pull-down menu, a class of products that a customer potentially desires to buy. For example, with respect to cars, a dealer may select a model of car, such as a Mercedes-Benz C class, or a Mercedes-Benz E class. FIG. **40** illustrates an example screen shot in which a dealer may make such a selection. Upon receiving such a selection, embodiments of the system determine new financial arrangements that are available to the customer for that class of product. Advantageously, the dealer can use such information to present the customer with an offer to "buy up" to a higher quality product.

Similarly, embodiments of the system and method allow a dealer to select a lower class of product to find out about opportunities for the customer to "buy down," or purchase a lower class product in order to save money. In certain embodiments, such "buy up" or "buy down" inquiries are limited to products from the same manufacturer as a product that the customer currently owns or is leasing. In other embodiments, such "buy up" or "buy down" inquiries can include manufacturers that are different from the manufacturer of a product that the customer currently owns or is leasing.

Advantageously, by automatically retrieving a large amount of information relating to products, customers, and financing, the information retrieval module **3930** contributes to the ability of the financial terms alert generation system **3905** to generate a large amount of alerts regarding financing opportunities in a timely fashion such that dealers can be informed of such opportunities in time to convert many such opportunities into sales. Advantageously, the automation provided by the information retrieval module **3930** also allows for periodic alert generation based on up-to-date information. Accordingly, the financial terms alert generation system **3905** can generate alerts whenever new information is retrieved by the information retrieval module **3930** that affects whether customers are able to advantageously enter a new lease or purchase transaction.

In one embodiment, the financial terms comparison module **3935** performs comparisons and calculations necessary to determine whether a customer is able to advantageously enter a new lease or purchase transaction. In one mode of operation, the financial terms comparison module **3935** performs batch comparisons periodically. In another mode of operation, the financial terms comparison module **3935** performs batch comparisons whenever new information is added to any one or more of the financing information **3910**, the customer information **3915**, or the product information **3920**. In another mode of operation, the financial terms comparison module **3935** performs a comparison for a particular identi-

fied customer and returns results of such a comparison in real time. When operating in this mode, the financial terms comparison module **3935** can advantageously lead to the generation of an alert in real time while, for example, a customer is in a dealership showroom. Advantageously, the financial terms comparison module **3935**, in one embodiment, is configured to be able to perform comparisons and calculations in any one or more of the above-described modes of operation, such that the most advantageous mode of operation under the circumstances can be chosen.

Preferably, the financial terms comparison module **3935** compares each customer's current financial arrangements with potential financial arrangements for similar products in order to determine whether a replacement arrangement can be entered into on more favorable or almost as favorable terms. To perform such calculations and comparisons, the financial terms comparison module **3935** employs the comparison method steps and calculation formulas as are described herein above. Upon performing the calculations and comparisons, the financial terms comparison module **3935** generates information for an alert to a customer whenever a favorable replacement financial arrangement can be had.

In one embodiment, the alert transmission module **3940** receives alert information generated by the financial terms comparison module **3935** and transmits the alerts to a dealer. In one embodiment, the alert transmission module **3940** transmits the alerts to a dealer terminal **3965** via email. Alternatively or additionally, the alert transmission module **3940** can be configured to transmit alerts via pager, telephone, fax transmission, a webpage accessible to the dealer terminal **3965**, or any other known mechanism for communicating information using electronic devices. In one embodiment, the alert transmission module **3965** is configured to transmit an alert to the dealer terminal **3965** in real time, such that the dealer receives the alert, for example, while a customer is still in a dealership showroom. Such real time alert generation and transmission can be advantageously employed to generate an alert for each customer that comes into a dealership's service department. That is, whenever, the customer brings a product to be serviced, the dealership can quickly run a comparison and generate any alerts, as applicable, to determine whether the customer can advantageously enter into a new lease or purchase transaction. If the customer can enter into such a transaction under favorable terms, the dealer can use the information from the alert to make an offer to the customer while the customer is in the service department. Advantageously, this usage of the financial terms alert generation system **3905** can lead to a substantial increase in sales, as it has been found that at any given time, approximately eight percent of customers can enter new loans or leases on favorable terms. Advantageously, the financial terms alert generation system **3905** identifies a large percentage of those customers that can enter new loans or leases on favorable terms.

Although the system is disclosed with reference to preferred embodiments, the invention is not limited to the preferred embodiments only. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the system. Unless indicated otherwise, it may be assumed that the process steps described herein are implemented within one or more modules, including logic embodied in hardware or firmware, or a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example C++. A software module may be compiled and linked into an executable program, installed in a dynamic link library, or may be written in an interpretive language such as BASIC. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, such as an EPROM or EEPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software modules, but may be represented in hardware or firmware. The software modules may be executed by one or more general purpose computers. The software modules may be stored on or within any suitable computer-readable medium. The data described herein may be stored in one or more suitable mediums, including but not limited to a computer-readable medium. The data described herein may be stored in one or more suitable formats, including but not limited to a data file, a database, an expert system, or the like.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, although described in the context of automobiles, any good or service associated with a series of one or more payments may be used with embodiments of the invention. Thus, any good or service, whether related to automobiles or unrelated to automobiles, is contemplated. Accordingly, the concepts represented herein may apply to any consumer or commercial good that is financed or leased over time, such as aircraft, heavy equipment, high tech equipment, or the like. Further, although particular make, models, and other automobile-specific information is described, any make, model, or other information may be used. Also, any use related to vehicles or unrelated to vehicles may be used. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not limited to the preferred embodiments. Rather, the claims that follow define the invention.

What is claimed is:

1. A method comprising:

by a computer system comprising computer hardware:

automatically retrieving at least a portion of customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

automatically retrieving at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;

receiving a configuration request for replacing the first vehicle of the customer with a different vehicle;

in response to the configuration request, retrieving in real-time changed information since past changed information associated with at least one of the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;

determining, by the computer system, whether the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least:

automatically calculating one or more new payments based on an estimated equity value of the first vehicle derived from the first financial terms, and, based on the second financial terms; and

automatically determining if the one or more new payments satisfy at least a condition based at least in part on the first financial terms and the second financial terms,

wherein the determination comprises calculating a difference between the one or more new payments and an existing periodic payment for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

automatically generating a message if it is determined that the changed retrieved information may affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms, and not generating the message if it is determined that the changed retrieved information may not affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

transmitting the message to a dealer.

**2**. The method of claim **1**, wherein the condition comprises determining if the customer, under the second financial terns, would pay no more than ten percent per periodic payment over what the customer pays under the first financial terms.

**3**. The method of claim **1**, wherein the condition comprises determining if the customer would pay no more per periodic payment under the second financial terms than under the first financial terms.

**4**. The method of claim **1**, wherein the message is configured to be read by a dealer terminal configured for managing the message, wherein managing the message includes at least one of assigning the message to a user for handling, associating a task with the message, and assigning a status to the message.

**5**. The method of claim **1**, wherein the one or more new payments comprise payments for different respective time periods.

**6**. The method of claim **1**, wherein elements or functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved.

**7**. A computing system comprising:

a processor; and

a computer readable medium storing machine-executable instructions including one or more modules configured for execution by the processor in order to cause the computing system to:

electronically retrieve at least a portion of customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

electronically retrieve at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;

receive a configuration request for replacing the first vehicle of the customer with a different vehicle;

in response to the configuration request, retrieve in real-time changed information associated with at least a portion of the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;

determine whether the changed retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least causing the computing system to:

automatically calculate one or more new payments based on an estimated equity value of the first vehicle derived from the first financial terms, and derived from the second financial terms; and

automatically determine if the one or more new payments satisfy at least a condition based at least in part on the first financial terms and the second financial terms, wherein the determination comprises calculating a difference between the one or more new payments and an existing periodic payment for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

automatically generate a message if it is determined that the changed retrieved information may affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms, and not generating the message if it is determined that the changed retrieved information may not affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

transmit the message to a client.

**8**. The computing system of claim **7**, wherein the computing system is configured to retrieve the changed information with respect to a single specific customer.

**9**. The computing system of claim **7**, wherein the computing system is configured to retrieve the changed information with respect to a plurality of customers.

**10**. The computing system of claim **7**, wherein the computing system is configured to retrieve the changed information as a batch process.

**11**. The computing system of claim **7**, wherein the client is a dealer.

**12**. The computing system of claim **7**, wherein the configuration request is received before the customer enters a dealership.

**13**. The computing system of claim **7**, wherein the configuration request is received when the customer enters a dealership.

**14**. The computing system of claim **7**, wherein the message comprises a report.

**15**. The computing system of claim **7**, wherein the message comprises an alert.

**16**. The computing system of claim **7**, wherein the second vehicle is comparable in value to the first vehicle.

**17**. The computing system of claim **16**, wherein the computing system determines the second vehicle.

**18**. The computing system of claim **7**, wherein the configuration request is received from a requesting user.

**19**. The computing system of claim **7**, wherein the configuration request is received in response to a customer inquiry.

**20**. The computing system of claim **7**, wherein elements or functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved.

* * * * *

# EXHIBIT E



US008396791B2

(12) **United States Patent**
**Cotton**

(10) **Patent No.: US 8,396,791 B2**
(45) **Date of Patent: *Mar. 12, 2013**

(54) **SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS**

(75) Inventor: **Jeffrey S. Cotton**, Laguna Hils, CA (US)

(73) Assignee: **Autoalert, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/299,293**

(22) Filed: **Nov. 17, 2011**

(65) **Prior Publication Data**

US 2012/0136775 A1 May 31, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/076,203, filed on Mar. 30, 2011, now Pat. No. 8,095,461, which is a continuation of application No. 12/911,552, filed on Oct. 25, 2010, now Pat. No. 8,005,752, which is a continuation of application No. 10/996,122, filed on Nov. 23, 2004, now Pat. No. 7,827,099.

(60) Provisional application No. 60/525,233, filed on Nov. 25, 2003.

(51) **Int. Cl.**
***G06Q 40/00*** (2012.01)

(52) **U.S. Cl.** .......... **705/38**

(58) **Field of Classification Search** .......... 705/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,554,418 A 11/1985 Toy
4,736,294 A 4/1988 Gill et al.
4,774,664 A 9/1988 Campbell et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 1 146 459 A1 10/2001
EP 1220131 7/2002
(Continued)

OTHER PUBLICATIONS

Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System. Catalina Danis et al., Proceedings of the 32nd Hawaii International Conference on System Sciences 1999.*

(Continued)

*Primary Examiner* — Daniel Felten
*Assistant Examiner* — Clifford Madamba
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **ABSTRACT**

A financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify the customer and the favorable financial terms.

**11 Claims, 48 Drawing Sheets**




U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,414,621 | A | 5/1995 | Hough | |
| 5,774,883 | A | 6/1998 | Andersen et al. | |
| 5,940,812 | A | 8/1999 | Tengel et al. | |
| 5,987,434 | A | 11/1999 | Libman et al. | |
| 6,073,112 | A | 6/2000 | Geerlings | |
| 6,502,080 | B1 | 12/2002 | Eichorst et al. | |
| 6,658,390 | B1 | 12/2003 | Walker | |
| 6,950,807 | B2 | 9/2005 | Brock | |
| 7,249,322 | B2 | 7/2007 | Jones et al. | |
| 7,305,364 | B2 | 12/2007 | Nabe et al. | |
| 7,343,406 | B1 | 3/2008 | Buonanno et al. | |
| 7,392,221 | B2 | 6/2008 | Nabe et al. | |
| 7,444,304 | B2 | 10/2008 | Mellinger et al. | |
| 7,546,273 | B2 | 6/2009 | Blanchard et al. | |
| 7,571,128 | B1 | 8/2009 | Brown | |
| 7,827,099 | B1 | 11/2010 | Cotton | |
| 8,315,911 | B2 | 11/2012 | Callow et al. | |
| 2001/0049653 | A1 | 12/2001 | Sheets | |
| 2002/0013711 | A1 * | 1/2002 | Ahuja et al. | 705/1 |
| 2002/0023051 | A1 | 2/2002 | Kunzle et al. | |
| 2002/0035520 | A1 | 3/2002 | Weiss | |
| 2002/0082860 | A1 | 6/2002 | Johnson | |
| 2002/0212628 | | 11/2003 | Kuttan et al. | |
| 2003/0212628 | A1 | 11/2003 | Kuttan et al. | |
| 2003/0216995 | A1 | 11/2003 | DePauw | |
| 2004/0039690 | A1 * | 2/2004 | Brown et al. | 705/38 |
| 2004/0181480 | A1 | 9/2004 | Greenberg et al. | |
| 2004/0254819 | A1 | 12/2004 | Halim et al. | |
| 2005/0171896 | A1 | 8/2005 | Seretti et al. | |
| 2006/0020477 | A1 | 1/2006 | Retzbach et al. | |
| 2006/0129423 | A1 | 6/2006 | Sheinson et al. | |
| 2006/0143112 | A1 | 6/2006 | Donarski et al. | |
| 2007/0136163 | A1 | 6/2007 | Bell | |
| 2007/0179798 | A1 | 8/2007 | Inbarajan | |
| 2008/0201163 | A1 | 8/2008 | Barker et al. | |
| 2010/0217616 | A1 | 8/2010 | Colson et al. | |
| 2010/0274571 | A1 | 10/2010 | McFall et al. | |
| 2010/0274631 | A1 | 10/2010 | McFall et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1 278 140 | A1 | 1/2003 |
| EP | 1288822 | A1 | 3/2003 |
| EP | 1 298 561 | A1 | 4/2003 |
| JP | 10143564 | | 5/1998 |
| JP | 2002041876 | | 2/2002 |
| JP | 2003242338 | | 8/2003 |
| JP | 2004094702 | | 3/2004 |
| WO | WO 92/12488 | | 7/1992 |
| WO | WO 97/15023 | | 4/1997 |
| WO | WO 01/18704 | A2 | 3/2001 |
| WO | WO 01/18728 | A2 | 3/2001 |
| WO | WO 01/17458 | | 9/2001 |
| WO | WO 01/67210 | | 9/2001 |
| WO | WO 02/057967 | | 7/2002 |
| WO | WO 03/083603 | A2 | 10/2003 |
| WO | WO 2004/008367 | A1 | 1/2004 |
| WO | WO 2008/110939 | A2 | 9/2008 |

OTHER PUBLICATIONS

Catalina Danis et al., Issues and Concerns in Internet Based Financial Applications: An Example from an Auto Finance System., Proceedings of the 32nd Hawaii International Conference on System Sciences, 1999.

Screen shots of 1992 Lotus 1-2-3 spreadsheet program in 4 pages.

"Replace Vehicle on Existing Policy," Web page printout from https://www.weimerover.com/auto-replace-vehicle.php, printed on Sep. 1, 2011.

"Leasing versus Buying That New Car," Web page printout from http://www.infoplease.com/ipa/A0193143.html, printed on Sep. 1, 2011.

Vehicle purchases, leasing, and replacement demand: evidence from the Federal Reserve's Survey of Consumer Finances; Apr. 1, 2004.

Alvarez et al., "The Development of an Expert System for Credit Control, Integrated with a Transactional Accounting System", AICA Annual Conference Proceedings, vol. 2, 1990, pp. 865-870.

Clarke, Jim, Move Over ATM, Automated Loan Officer Arrives, Associated Press, Times Advocate, Feb. 19, 1995.

Eisemann et al., "Sharp Dealer Practices Could Menance Bank Lenders", Journal of Retail Banking, vol. 15, No. 2, pp. 21-23. Summer 1993.

Gazis, "Real Estate Investment Analysis System," IBM Technical Disclosure Bulletin, 04-71, Apr. 1, 1971, pp. 3274-3275.

Hart, Peter E., "Syntel: An Architecture for Financial Applications," Innovative Applications of Artificial Intelligence, pp. 63-70 1989.

Hutson, "Analyst: An Advisor for Financial Analysis of Automobile Dealerships," Innovative Applications of Artificial Intelligence, Mar. 1989, pp. 27-42.

Kindle et al., "PFPS: Personal Financial Planning System," Innovative Applications of Artificial Intelligence, 1989, pp. 51-61.

Power, Richard, "A System for Assessing Credit-Worthiness", 8th International Workshop of Expert Systems & Their Applications, vol. 3, 1988, pp. 619.

Mortgageware Resource Guide, Release 5.4d, 1992, Chapter Get, QUA, Pro.

Redacted and Unfiled Petition for Inter Partes Review of U.S. Patent No. 8,005,752 (which was issued Aug. 23, 2011), unfiled as of Feb. 1, 2013.

Redacted and Unfiled Petition for Inter Partes Review of U.S. Patent No. 8,086,529 (which was issued Dec. 27, 2011), unfiled as of Feb. 1, 2013.

Redacted and Unfiled Petition for Inter Partes Review of U.S. Patent No. 8,095,461 (which was issued Dec. 27, 2011), unfiled as of Feb. 1, 2013.

Redacted and Unfiled Petition for Inter Partes Review of U.S. Patent No. 7,827,099 (which was issued Nov. 2, 2010), unfiled as of Feb. 1, 2013.

Rusnak, Raymond, "Consumer Credit-Scoring: Are There Lessons for Commercial Lenders?", Journal of Commercial Lending, vol. 76, No. 11, pp. 37-42, Jul. 1994.

Sivasankaran et al., "An Expert System for Analysis of Credit Profiles," The Journal of Computer Information Systems, vol. XXX, No. 4, pp. 31-38, Summer 1990.

Tyson, David, "Interlinq Mortgage Software Hits Big Time: With Prudential Real Estate Subsidiary Deal", The American Banker, vol. 152, No. 226, Nov. 18, 1987.

Vu, Hao, "Potential Applications of Artificial Intelligence and Expert Systems in Financial and Banking Institutions," Proceedings of the 2nd Annual Artificial Intelligence & Advanced Computer Technology Conference, pp. 28-33, May 1986.

Complaint for Patent Infringement, *AutoAlert v. Dominion Dealer Solutions*, filed Oct. 1, 2012.

Arend, M., "New Automated" Experts Ready for Lenders, ABA Bank Journal, Jan. 1992.

* cited by examiner

102

Joe's Dealership, Inc. 05/12/2003 Alert Sheet

John Smith Demo Sales Associate

**Client Information**

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

**Existing Vehicle**

| | |
|---|---|
| **Class Description** | Q-Class |
| **Series Description** | Q155 Wagon 4D |
| **Year** | 2000 |
| **VIN** | ABC345 |

**Deal Recap**

| | |
|---|---|
| **Contract Start Date** | 6/10/2000 |
| **Capitalized Cost** | $53,258 |
| **Residual Amount** | $34,160 |
| **Contract Term** | 39 |
| Base Payment | $856 |
| Total Payment | $920 |
| **Payoff Amount** | $37,136 |
| **Trade-in Amount** | $30,050 |
| Trade Equity | **$7,086-** |
| **Security Deposit** | $0 |

**New Vehicle**

| | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cast | **$56,214** |

**Balance To Maturity**

| | |
|---|---|
| Payments Made | 35 |
| Payments Remaining | 4 |
| **Payment History** | 30 - 0, 60-0, 90-0 |
| **Balance To Maturity** | **$4,039-** |

**Preferred Equity**

| | |
|---|---|
| Equity | **$4,039-** |

**Dealer Credit**

| | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $27,131 | $23,479 | $19,305 |
| Money Factor | 0.00275 | 0.00275 | 0.00275 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $229 | $219 | $208 |
| Depreciation | $808 | $682 | $615 |
| **Payment** | $1,037 | $901 | $823 |
| **Difference** | $181 | $45 | $33- |

**Big Bank, Inc.**

| | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $29,740 | $26,209 | $23,479 |
| Money Factor | 0.002 | 0.002 | 0.002 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $172 | $166 | $159 |
| Depreciation | $735 | $617 | $546 |
| **Payment** | $907 | $783 | $705 |
| **Difference** | $51 | $73- | $151- |

AutoAlert

*FIG. 1A*

| Existing Vehicle | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q155 Wagon 4D |
| Year | 2000 |
| VIN | ABC345 |
| **Deal Recap** | |
| Contract Start Date | 6/10/2000 |
| Capitalized Cost | $53,258 |
| Residual Amount | $34,160 |
| Contract Term | 39 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| Payoff Amount | $37,136 |
| Trade-in Amount | $30,050 |
| Trade Equity | $7,086– |
| Security Deposit | $0 |
| **Balance To Maturity** | |
| Payments Made | 35 |
| Payments Remaining | 4 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | $4,039– |
| **Preferred Equity** | |
| Equity | $4,039– |

*FIG. 1B*

**Client Information**

| | |
|---|---|
| **Alert #** | 177037 |
| **Client** | John Smith |
| **Address** | 1111 First Street |
| **Address 2** | |
| **City** | Big City |
| **State** | CA |
| **Zip** | 90803 |
| **Phone Work** | (555) 555-5959 |
| **Phone Mobile** | |
| **Phone Home** | (555) 555-7878 |

**New Vehicle**

| | |
|---|---|
| Class Description | Q Class |
| Series Description | Q[illegible]55 Wagon 4C |
| **Average Selling Price** | $52,175 |
| **Subsidy Amount** | $0 |
| New Cap Cost | **$56,214** |

*FIG. 1C*

| Dealer Credit | | | |
|---|---|---|---|
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $27,131 | $23,479 | $19,305 |
| Money Factor | 0.00275 | 0.00275 | 0.00275 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $229 | $219 | $208 |
| Depreciation | $808 | $682 | $615 |
| **Payment** | $1,037 | $901 | $823 |
| **Difference** | $181 | $45 | $33- |
| **Big Bank, Inc.** | | | |
| Contract Term | 36 | 48 | 60 |
| Residual Amount | $29,740 | $26,209 | $23,479 |
| Money Factor | 0.002 | 0.002 | 0.002 |
| Capitalized Cost | $56,214 | $56,214 | $56,214 |
| Rental | $172 | $166 | $159 |
| Depreciation | $735 | $617 | $546 |
| **Payment** | $907 | $783 | $705 |
| **Difference** | $51 | $73- | $151- |

*FIG. 1D*



104
106
11/17/2003
Manager Lease
Jeff Cotton
108
Existing Vehicle
110
Class Description V-Class
Series Description V123 Coupe 2D
Year 2002
VIN WDBRN12345J02A
112
Deal Recap
Contract Start 8/18/2001
Contract End 8/18/2004
Capitalized Cost $33,133
Residual Amount $20,303
Contract Term 36
116
Payoff Amount $23,565
Payoff Good Through 11/27/2003
Trade-in Amount $16,580
Trade Equity ($6,985)
Security Deposit $6,000
Balance To Maturity
114
28
8
Payment History 30 - 0, 60 - 0, 90 - 0
Balance To Maturity ($4,896)

FIG. 1E



120
Joe's Dealership, Inc.
124
MARY DOE
122
Client Information
Alert # 180082
Client MARY DOE
Address 1234 MAIN ST
Address 2
City BIG CITY
State CA
Zip 90248
Phone Work (555) 555-9809
Phone Mobile
Phone Home (555) 555-4321
126
New Vehicle
Average Selling Price $28,865
Trade Equity ($4,896)
Subsidy Amount $3,000
Sales Tax 7.75% $2,384

FIG. 1F



Dealer Credit
Contract Term 36 48 60
Lease
Residual Amount $15,010 $12,701 $9,814
Capitalized Cost $30,761 $30,761 $30,761
Money Factor 0.00254 0.00254 0.0037
Difference $27 ($41) ($28)
Big Bank, Inc.
Contract Term 36 48 60
Lease
Residual Amount $12,412 $10,680 $9,237
Capitalized Cost $30,761 $30,761 $30,761
Money Factor 0.00235 0.00235 0.00235
Difference $84 ($12) ($74)
130
132
134
AutoAlert

FIG. 1G

Lease Payment

CAPITALIZED COST CALCULATION

| | | | |
|---|---|---|---|
| 1 | Agreed upon value of the vehicle | | $ |
| 2 | Sales/Use Tax (if capitalized) | + | $ |
| 3 | Luxury Tax (calculation A) | + | $ |
| 4 | Other (explain) | + | $ |
| 5 | Prior credit or lease balance (negative equity) | + | $ |
| 6 | Subtotal | = | $ |
| 7 | Acquisition fee (if capitalized) | + | $ |
| 8 | Scheduled Maintenance Cost | + | $ |
| 9 | Additional Wear & Usage | + | $ |
| 10 | Other (explain) | + | $ |
| 11 | Gross Capitalized Cost | = | $ |
| 12 | Gross Capitalized Cost Reduction Trade $ Cash $ | − | $ |
| 13 | Adjusted Capitalized Cost | − | $ |
| | | | |

LEASE PAYMENT CALCULATION

| | | |
|---|---|---|
| 14 | Residual Value (calculation C) | $ |
| 15 | Depreciation (lines 13−14) | $ |
| 16 | Money Factor | .0 |
| 17 | Add Lines 13+14 | $ |
| 18 | Rent Charge (lines 16x17) x Term ____ | $ |
| 19 | Total Base Single Payment (lines 15+18) | $ |
| 20 | Base Monthly Payment/Base Single Pymnt (19/# of payments) | $ |
| 21 | Sales/Use Tax ____ % x line 20 | $ |
| 22 | Total Monthly Payment (or total single payment) | $ |

FIG. 1H

B. Residual Value Calculation

| | | |
|---|---|---|
| TSRP | | ____ |
| Residualized Options | + | ____ |
| Subtotal | = | ____ |
| Gas Guzzler Tax | − | ____ |
| Basis for Residual Value | = | ____ % |
| Residual Value % | X | ____ |
| Residual Value | = | ____ |
| Prepaid Mileage (15¢ per mile) | − | ____ |
| Adjusted Residual Value (line 14) | = | ____ |

Deferred Payment

$$A=((P*(1+i)^{n} - B)*i)/((1+i)^{n-1})$$

A=Payment
P=Principle
i=Interest rate
B=Differed Amount or Balloon

FIG. 1I

Purchase Payment

$$A=p+i/n$$

A=Payment
P=Principle
i=Interest amount
n=number

FIG. 1J



File Edit View Favorites Tools Help
Search
Favorites
Media
101
Address
http://www.autoalert.net/
Links
AutoAlert
Reports
Data Entry

FIG. 1K



File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/login.asp?UserName=house
Links AutoAlert Reports Data Entry
User Name
Password
Login
201
201

FIG. 2



FIG. 3
File Edit View Favorites Tools Help Send
Back Search Favorites Media
Address http://hyacinth/TaskActive.asp?Filter=
Jeff Cotton ( Sales Associate)
Filter
Sale Type Lease Balloon Retail
Category Sale Alert Expired Alert Lease Ending
Stage New Call Appointment Sold No Sale
Search
Thursday, October 09, 2003
New
Alert New Not Started Nathan Client, 2000 Q111 Sedan
Alert New Not Started Mary Johnson, 2002 Q155 Wagon
Alert New Not Started John Smith, 1999 Q551 Sedan
Alert New Not Started John E. Apple, 2000 V123 Coupe
Today
06/24/2003 10:30AM Alert Call Left Message Fred N. Barney, 2001 Q111 Coupe
08/26/2003 4:00PM Alert Call Left Message with Person Joe Customer, 2000 Q155 Wagon
09/22/2003 12:00PM Alert Call Return Call Ben N. Jerry, 1999 QL459 Sport Sedan
300
302
304
306
308
310
312
314

File Edit View Favorites Tools Help Send

Back Search Favorites Media

Address http://hyacinth/TaskActive.asp?Filter=

Jeff Cotton ( Sales Associate)

Filter

Sale Type ☑ Lease ☑ Balloon ☑ Retail

Category ☐ Sale ☑ Alert ☐ Expired Alert ☐ Lease Ending

Stage ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Search

Thursday, October 09, 2003

New

| | | | | |
|---|---|---|---|---|
| | Alert | New | Not Started | Nathan Client, 2000 Q111 Sedan |
| | Alert | New | Not Started | Mary Johnson, 2002 Q155 Wagon |
| | Alert | New | Not Started | John Smith, 1999 Q551 Sedan |
| | Alert | New | Not Started | John E. Apple, 2000 V123 Coupe |

Today

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2003 | 10:30AM | Alert | Call | Left Message | Fred N. Barney, 2001 Q111 Coupe |
| 08/26/2003 | 4:00PM | Alert | Call | Left Message with Person | Joe Customer, 2000 Q155 Wagon |
| 09/22/2003 | 12:00PM | Alert | Call | Return Call | Ben N. Jerry, 1999 QL459 Sport Sedan |

402

FIG. 4

FIG. 5
500
501
502
506
510
512
503
504
505
514
507
508
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/TaskAction.asp?TaskID=5073
Links AutoAlert Reports Data Entry
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Jeff Cotton
Stage New
Priority Normal
Status Call - Follow-up Call
Date & Time 08/08/2003 10:00 AM
Remark
History 10/06/2003 12:30AM house Deal Calculated
09/29/2003 12:30AM house Deal Calculated
09/22/2003 12:30AM house Deal Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated



500
601
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time
Remark
History
Call - Left Message on Machine
Call - Left Message with Person
Call - Left Message at Home
Call - Left Message at Work
Call - No Answer
Call - Not Available
Call - Bad Phone #'s
Call - Follow-up Call
Call - Return Call
Call - Not Interested
Call - Waiting for Specific Car
Call - Waiting for Bank Approval
Call - Credit Declined
Call - Deposit Taken
Call - Already Sold/Placed Deposit
Call - Bought an Extra Car
Call - Out of State
Call - Turn Over
Call - Email Sent
Call - Email Received
Call - Promoted to Appointment
Call - Promoted to Sold
Call - Client Wants to Return Vehicle
Appointment - Waiting for Meeting
Appointment - Kept
Appointment - Missed
Appointment - Rescheduled
Appointment - Bought an Extra Car
Appointment - Promoted to Sold
"03/19/2003" changed to ""
ning to an end may wait for new model Wagon
Progress" changed to "Left Message"
Date "03/20/2003" changed to "03/19/2003"
t Started" changed to "In Progress"

FIG. 6



FIG. 7A
http://autosales/TaskAction.asp?TaskID=12240
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time
Remark
Save
History
05/12/2003 1:10AM
05/13/2003 9:38AM
04/28/2003 2:11AM
04/26/2003 10:56AM
04/26/2003 10:56AM
04/21/2003 1:33AM
04/17/2003 11:33PM
04/14/2003 12:17AM
04/08/2003 5:25AM
03/24/2003 6:22PM
03/19/2003 9:39AM
03/19/2003 9:39AM
03/19/2003 9:39AM
03/19/2003 4:01AM
03/17/2003 2:40PM
03/09/2003 7:02PM
9:15 AM
9:30 AM
9:45 AM
10:00 AM
10:15 AM
10:30 AM
10:45 AM
11:00 AM
11:15 AM
11:30 AM
11:45 AM
12:00 PM
12:15 PM
12:30 PM
12:45 PM
1:00 PM
1:15 PM
1:30 PM
1:45 PM
2:00 PM
"03/19/2003" changed to ""
Progress" changed to "Left Message"
to call
Date "03/20/2003" changed to "03/19/2003"
t Started" changed to "In Progress"
702



FIG. 7B
708
JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Demo Sales Associate
Stage Appointment
Priority Normal
Status Call - Left Message
Date & Time



JANE M. CLIENT
Description Jane M. Client, 1998 V123 Coupe
Owner Jeff Cotton
Stage
Priority Normal
Status New - Not Started
Date & Time
Remark
History
10/06/2003 12:30AM house Alert Calculated
09/29/2003 12:30AM house Alert Calculated
09/22/2003 12:30AM house Alert Calculated
09/15/2003 12:30AM house Deal Calculated
09/10/2003 3:19AM house Deal Calculated
09/01/2003 1:00AM house Deal Calculated
08/25/2003 1:00AM house Deal Calculated
08/18/2003 1:00AM house Deal Calculated
08/11/2003 1:00AM house Deal Calculated
08/04/2003 1:00AM house Deal Calculated
801
802
803

FIG. 8





902
Mercedes-Benz Credit
Payment Difference
Chase
Payment Difference
AutoAlert

FIG. 9

Joe's Dealership, Inc. 05/12/2003 Alert **Associate Sheet**

JOHN CLIENT **Jeff Cotton**

Alert # 177443

**Client Information**

| | |
|---|---|
| **Client** | JOHN CLIENT |
| **Address** | 1234 55TH ST |
| **Address 2** | |
| **City** | BIG CITY |
| **State** | CA |
| **Zip** | 02882 |
| **PhoneWork** | (555) 555-9087 |
| **PhoneMobile** | |
| **PhoneHome** | (555) 555-4353 |
| **EmailAddress** | |

**Existing Vehicle**

| | |
|---|---|
| **Class** | C-Class |
| **Series** | CL459 Sport Sedan |
| **Year** | 2000 |
| **VIN** | JKL999999 |

**Contract Detail**

| | |
|---|---|
| **Contract Term** | 48 |
| **Payments Remaining** | 16 |
| **Payment Hstory** | 30 - 0, 60 - 0, 90 - 0 |
| **Total Payment** | $607 |
| **Balance To Maturity** | ($10,000) |

**New Vehicle**

| | |
|---|---|
| **Class** | Q Class |
| **Series** | QL459 Sport Sedan |

**Follow-up Detail**

Assigned to:

| | Yes | No | Comments |
|---|---|---|---|
| **Call:** | | | |
| **Appointment:** | | | |
| **Sold:** | | | |

FIG. 10

EXHIBIT E
-283-

JANE M. CLIENT

Description Jane M. Client, 1998 V123 Coupe

Owner Jeff Cotton

Stage

Priority Normal

Status New - Not Started

Date & Time

Remark

| History | | | |
|---|---|---|---|
| 10/06/2003 12:30AM | house | Alert Calculated | |
| 09/29/2003 12:30AM | house | Alert Calculated | |
| 09/22/2003 12:30AM | house | Alert Calculated | |
| 09/15/2003 12:30AM | house | Deal Calculated | |
| 09/10/2003 3:19AM | house | Deal Calculated | |
| 09/01/2003 1:00AM | house | Deal Calculated | |
| 08/25/2003 1:00AM | house | Deal Calculated | |
| 08/18/2003 1:00AM | house | Deal Calculated | |
| 08/11/2003 1:00AM | house | Deal Calculated | |
| 08/04/2003 1:00AM | house | Deal Calculated | |

FIG. 11

1201

File Edit View Favorites Tools Help

Search Favorites Media

Address http://www.autoalert.net/

Links AutoAlert Reports Data Entry

FIG. 12

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://autoalert/login.asp?UserName=house

Links AutoAlert Reports Data Entry

User Name

Password

Login

FIG. 13

FIG. 14
askSalesAssociate.asp
orts
Data Entry
1400
House (Manager)
Filter
1401
1402
Sale Type
Lease
Balloon
Retail
1403
Category
Sale
Alert
Expired Alert
Lease Ending
1404
Stage
New
Call
Appointment
Sold
No Sale
Sort
Follow-up Date
Prospect
Maturity Date
Series
Sort Order
Ascending
Descending
1405
1406
1407
Active Sales Associates
Jeff Cotton
Jennifer Johnson
John Williams
1408

**House (Manager)**

Filter: WARNER

Sale Type: ☑ Lease ☑ Balloon ☑ Retail

Category: ☐ Sale ☑ Alert ☐ Expired Alert ☑ Lease Ending

Stage: ☑ New ☑ Call ☑ Appointment ☐ Sold ☐ No Sale

Sort: ◉ Follow-up Date ○ Prospect ○ Maturity Date ○ Series

Sort Order: ◉ Ascending ○ Descending

FIG. 15A

FIG. 15B

File Edit View Favorites Tools Help

Search Favorites Media

Address http://autoalert/report/entry/

AutoAlert Report Generator

Available Reports

Average Selling Price by Series — 1602
Bank Rate by Series — 1604
Contact Mailing List by Sales Associate — 1606
Sales Associate — 1608
Subsidy by Series — 1610
Task Stage By Task Owner — 1612
Task Stage By Task Owner Summary
Trade-in History by Model — 1616

FIG. 16

FIG. 17

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/SeriesAverageSellingPrice.asp
Average Selling Price by Series
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
Y123 Coupe
Show Columns
Series ID
Replacement Series ID
Base Price
Delivery Charge
Sunroof Package
Automatic Transmission
Metallic Paint
1702
1706
1710
1714



FIG. 18

1802

Joe's Dealership, Inc.
AutoAlert
Average Selling Price by Series
Wednesday, July 30, 2003 7:42:54 PM

| Series ID | Series Description | Average Selling Price | Base Price | Delivery Charge | Sunroof Package | Automatic Transmission | Metallic Paint |
|---|---|---|---|---|---|---|---|
| 47 | Q111 Sedan | $28,865 | $24,950 | $720 | $1,215 | $1,325 | $655 |
| 1 | Q111 Coupe | $32,290 | $27,990 | $720 | $1,600 | $1,325 | $655 |
| 26 | Q551 Coupe | $33,700 | $29,400 | $720 | $1,600 | $1,325 | $655 |
| 976 | Q551 Sedan | $35,575 | $31,400 | $720 | $1,475 | $1,325 | $655 |
| 52 | QL459 Sport Sedan | $51,775 | $50,400 | $720 | - | - | $655 |



FIG. 19
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/entry/BankRateSeries.asp
Bank Rate by Series
Bank
Big Bank, Inc.
Series
Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe
1902
1908
1912
1916

FIG. 20

2002

Joe's Dealership, Inc.
AutoAlert
Bank Rate by Series
Wednesday, July 30, 2003 7:45:13 PM

**Bank:** Big Bank

| Bank Rate ID | Series ID | Series | Term ID | Term | Money Factor | Residual % | MRM |
|---|---|---|---|---|---|---|---|
| 404 | 47 | Q111 Sedan | 2 | 36 | 0.00240 | 47 | $36,500 |
| 405 | | | 5 | 48 | 0.00240 | 40 | $36,500 |
| 406 | | | 8 | 60 | 0.00240 | 34 | $36,500 |
| 407 | 1 | Q111 Coupe | 2 | 36 | 0.00240 | 56 | $40,800 |
| 408 | | | 5 | 48 | 0.00240 | 47 | $40,800 |
| 409 | | | 8 | 60 | 0.00240 | 40 | $40,800 |
| 410 | 26 | Q551 Coupe | 2 | 36 | 0.00240 | 53 | $42,500 |
| 411 | | | 5 | 48 | 0.00240 | 45 | $42,500 |
| 412 | | | 8 | 60 | 0.00240 | 38 | $42,500 |
| 413 | 976 | Q551 Sedan | 2 | 36 | 0.00240 | 51 | $41,300 |
| 414 | | | 5 | 48 | 0.00240 | 43 | $41,300 |
| 415 | | | 8 | 60 | 0.00240 | 37 | $41,300 |
| 416 | 52 | QL459 Sport Sedan | 2 | 36 | 0.00240 | 59 | $57,900 |
| 417 | | | 5 | 48 | 0.00240 | 50 | $57,900 |
| 418 | | | 8 | 60 | 0.00240 | 44 | $57,900 |

2102
Contact Mailing List by Sales Associate
Sales Associate
Active Sales Associate
John Williams
Jennifer Johnson
Filter
Category
Stage
Show Columns
2116

FIG. 21





2202

Joe's Dealership, Inc.
AutoAlert
Contact Mailing List by Sales Associate
Wednesday, July 30, 2003 7:50:50 PM

**Category:** Alert, Lease E
**Stage:** New, Call, Appointment, Sold, Nc

| First Name | Middle Name | Last Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Jeff | | Customer | 1111 22nd ST | | Smallville | CA | 92715 |
| Jennifer | | Brown | 3333 44th ST | | Big City | CA | 92630- |
| John | | Buyer | 2222 11th ST | | Smallville ST | CA | 92630- |
| Joseph | | Sales | 4444 55th AVE | | Big City | CA | 92606- |

Done
Local intranet

FIG. 22



FIG. 23
2302
File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address
http://autoalert/report/entry/SalesAssociateActive.asp
Sales Associate
Sales Associate
Active Sales Associate
Jeff Cotton
John Williams
Jennifer Johnson
Show Columns
Associate ID
User Name
Password
Email Address
2316

FIG. 24

2402

Joe's Dealership, Inc.
AutoAlert
Sales Associate
Wednesday, July 30, 2003 7:52:26 PM

| Associate ID | Sales Associate | User Name | Password | Email Address |
|---|---|---|---|---|
| 926 | Jeff Cotton | jcott | 12345 | |
| 149 | Jennifer Johnson | jjohnson | 54231 | |
| 169 | John Williams | jwill | abcde | |



File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/SubsidyBySeries.asp
Subsidy by Series
Series
Active Series
QI111 Sedan
QI111 Coupe
QI551 Coupe
QI551 Sedan
QIL459 Sport Sedan
QI155 Wagon
V123 Coupe
2502
2508
2516

FIG. 25

http://autoalert/report/SubsidyBySeries.asp

File Edit View Favorites Tools Help

Back Search Favorites Med

Address http://autoalert/report/SubsidyBySeries.asp

2602

Joe's Dealership, Inc.
AutoAlert
Subsidy by Series
Wednesday, July 30, 2003 7:53:10 PM

| Subsidy ID | Series ID | Series | Subsidy |
|---|---|---|---|
| 5 | 47 | Q111 Sedan | $3,000 |
| 6 | 1 | Q111 Coupe | $3,000 |
| 7 | 26 | Q551 Coupe | $3,000 |
| 8 | 976 | Q551 Sedan | |
| 9 | 52 | QL459 Sport Sedan | $3,000 |

FIG. 26



File Edit View Favorites Tools Help
Back
Search
Favorites
Media
Address http://autoalert/report/entry/TaskStageByTaskOwner.asp
Task Stage by Task Owner
Task Owner
Active Task Owner
Jeff Cotton
John Williams
Jennifer Johnson
2702
Start 7/27/2003
Finish 7/30/2003
Categories Lease Alert Expired Alert Lease Ending
Show Columns Owner ID New Call Appointment Sold No Sale
2716

FIG. 27



U.S. Patent Mar. 12, 2013 Sheet 37 of 48 US 8,396,791 B2

2802
http://autoalert/report/TaskStageByTaskOwner.asp
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://autoalert/report/TaskStageByTaskOwner.asp
Joe's Dealership, Inc.
AutoAlert
Task Stage by Task Owner
Wednesday, July 30, 2003 7:54:30 PM
Period: 7/27/2003 to 7/30/2003
Category: Alert, Lease Ending

| Owner | Date | Total | New Qty | New % | Call Qty | Call % | Appointment Qty | Appointment % | Sold Qty | Sold % | No Sale Qty | No Sale % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff Cotton | 6/12/2003 | 18 | - | | 18 | | - | | - | | - | |
| | | **18** | 0 | 0.0% | 18 | 100% | 0 | 0% | 0 | 0% | 0 | 0% |
| Jennifer Johnson | 6/12/2003 | 10 | 2 | | 7 | | 1 | | - | | - | |
| | | **10** | 2 | 20.0% | 7 | 70% | 1 | 10% | 0 | 0% | 0 | 0% |
| John Williams | 6/12/2003 | 6 | 6 | | - | | - | | - | | - | |
| | | **6** | 6 | 100.0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |

FIG. 28

EXHIBIT E
-300-

FIG. 29

Trade-in History by Model

Trade-in Date
6/27/2003
6/20/2003
6/13/2003
6/6/2003
5/30/2003
5/23/2003
5/16/2003
5/9/2003
5/2/2003
7/4/2003

Active Trade-in Date
7/25/2003
7/18/2003
7/11/2003

2902

2916

Series

Active Series
Q111 Sedan
Q111 Coupe
Q551 Coupe
Q551 Sedan
QL459 Sport Sedan
Q155 Wagon
V123 Coupe

2908

Show Columns ☑ VIN ☑ Trade-in Amount ☐ Auction Price ☑ Dealer Adjustment

2924

3002

**Joe's Dealership, Inc.**
**AutoAlert**
**Trade-in History by Model**
**Wednesday, July 30, 2003 7:55:02 PM**

| | | | 7/25/2003 | | | 7/18/2003 | | | 7/11/2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VIN | Series | Year | Trade-in | Adjust | % | Trade-in | Adjust | % | Trade-in | Adjust | % |
| LMNO654 | Q111 Sedan | 1993 | $4,296 | - | 6.4% | $4,038 | - | 0.0% | $4,038 | - | 100.0% |
| ABCDE987 | Q111 Coupe | 1995 | $10,828 | ($1,000) | -21.7% | $13,825 | ($1,000) | 0.0% | $13,825 | ($1,000) | 100.0% |
| ZYX12345 | Q551 Coupe | 1994 | $11,365 | - | 28.1% | $8,875 | - | 0.0% | $8,875 | - | 100.0% |
| 23FGHI34 | Q551 Sedan | 1993 | $7,294 | - | -2.7% | $7,494 | - | 0.0% | $7,494 | - | 100.0% |
| WDBJF20F V | Q111 Sedan | 1997 | $17,330 | - | -1.1% | $17,521 | - | 0.0% | $17,521 | - | 100.0% |
| STR45XYZ | Q111 Coupe | 1993 | $5,447 | - | 9.6% | $4,970 | - | 0.0% | $4,970 | - | 100.0% |
| ZYX12390 | Q551 Coupe | 1995 | $9,902 | - | -2.0% | $10,100 | - | 0.0% | $10,100 | - | 100.0% |
| IJKLM987 | Q551 Sedan | 1994 | $8,231 | - | -8.0% | $8,948 | - | 0.0% | $8,948 | - | 100.0% |
| GHIJ897 | QL459 Sport Sedan | 1993 | $6,887 | - | -29.5% | $9,770 | - | 0.0% | $9,770 | - | 100.0% |

*FIG. 30*

Joe's Dealership, Inc.
AutoAlert
Bank Rate
Monday, November 17, 2003 3:38:33 PM

**Bank:** Big Bank
**Bank Region:** California/Florida
**Sale Type:** Lease
**Model Year:** 2004

| Series ID | Series | Term | Money Factor | Residual % | Effective Date |
|---|---|---|---|---|---|
| 47 | Q111 Sedan | 36 | 0.00235 | 47 | 10/01/2003 |
| | | 48 | 0.00235 | 41 | 10/01/2003 |
| | | 60 | 0.00235 | 35 | 10/01/2003 |
| 1 | Q111 Coupe | 36 | 0.00235 | 59 | 10/01/2003 |
| | | 48 | 0.00235 | 50 | 10/01/2003 |
| | | 60 | 0.00235 | 43 | 10/01/2003 |
| 26 | Q551 Coupe | 36 | 0.00235 | 56 | 10/01/2003 |
| | | 48 | 0.00235 | 48 | 10/01/2003 |
| | | 60 | 0.00235 | 41 | 10/01/2003 |
| 976 | Q551 Sedan | 36 | 0.00235 | 53 | 10/01/2003 |
| | | 48 | 0.00235 | 45 | 10/01/2003 |
| | | 60 | 0.00235 | 39 | 10/01/2003 |

FIG. 31



File Edit View Favorites Tools Help
Back
Search
Address http://autoalert/data/SubsidyBySeries.asp
Joe's Dealership, Inc.
AutoAlert
Subsidy
Monday, November 17, 2003 3:48:48 PM
Model Year: 2003
Series
Subsidy
Q111 Sedan
3000
Q111 Coupe
3000
Q551 Coupe
3000
Q551 Sedan
0
QL459 Sport Sedan
3000
Done

FIG. 32

Joe's Dealership, Inc.
AutoAlert
Associate Performance (Stage)
Monday, November 17, 2003 3:55:02 PM

| Associate/Month | New | Call | Apt | Sold | No Sale | Total |
|---|---|---|---|---|---|---|
| Joe's Dealership, Inc. | 4090 | 652 | 257 | 103 | 67 | 5169 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 3699 | 3 | 20 | 10 | 0 | 3732 |
| April | 1 | 1 | 60 | 18 | 0 | 80 |
| May | 197 | 42 | 56 | 30 | 25 | 350 |
| June | 31 | 15 | 33 | 7 | 4 | 90 |
| July | 19 | 58 | 9 | 3 | 5 | 94 |
| August | 15 | 95 | 23 | 6 | 13 | 152 |
| September | 80 | 113 | 17 | 7 | 3 | 220 |
| October | 33 | 242 | 30 | 18 | 13 | 336 |
| November | 15 | 83 | 9 | 4 | 4 | 115 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| House | 2371 | 36 | 86 | 5 | 7 | 2505 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 2107 | 0 | 1 | 1 | 0 | 2109 |
| April | 1 | 0 | 23 | 0 | 0 | 24 |
| May | 136 | 22 | 37 | 3 | 1 | 199 |
| June | 22 | 2 | 22 | 0 | 0 | 46 |
| July | 12 | 0 | 1 | 0 | 1 | 14 |
| August | 12 | 0 | 0 | 0 | 0 | 12 |
| September | 51 | 0 | 0 | 0 | 0 | 51 |
| October | 20 | 12 | 2 | 1 | 5 | 40 |
| November | 10 | 0 | 0 | 0 | 0 | 10 |
| December | 0 | 0 | 0 | 0 | 0 | 0 |
| Jeff Cotton | 2 | 0 | 0 | 1 | 0 | 3 |
| January | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 1 | 0 | 0 | 0 | 0 | 1 |
| April | 0 | 0 | 0 | 1 | 0 | 1 |
| May | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 1 | 0 | 0 | 0 | 0 | 1 |
| October | 0 | 0 | 0 | 0 | 0 | 0 |

Done

FIG. 33



Rebates and Adjustments
Trade-in
Average Selling Price
Internal Data
External Data
Payoff
Sales Effort Results Data
Money Factor & Residual
Historical Sales Data
Management Reports
Alerts
Sales Associate Desktop Interface
Alert Lists
Deal Sheets
Sales/Management Desktop Interface

FIG. 34

Joe's Dealership, Inc. 11/03/2003 **Manager Lease**

JOSEPH JOHNSON Jeff Cotton

**Client Information**

| | |
|---|---|
| Alert # | 181742 |
| Client | JOSEPH JOHNSON |
| Address | 9999 1ST AVE |
| Address 2 | |
| City | BIG CITY |
| State | CA |
| Zip | 99999 |
| Phone Work | (555) 555-0909 |
| Phone Mobile | (555) 555-4321 |
| Phone Home | |

**New Vehicle**

| | |
|---|---|
| Average Selling Price | $49,875 |
| Trade Equity | ($10,224) |
| Subsidy Amount | $2,000 |
| Sales Tax 7.75% | $4,503 |

**Existing Vehicle**

| | |
|---|---|
| Class Description | Q-Class |
| Series Description | Q156 Wagon |
| Year | 1996 |
| VIN | 1234QRS1111 |

**Deal Recap**

| | |
|---|---|
| Contract Start | 2/12/2002 |
| Contract End | 2/12/2006 |
| Capitalized Cost | $25 862 |
| Residual Amount | $12 590 |
| Contract Term | 48 |
| Payoff Amount | $21 501 |
| Payoff Good Through | 11/13/2003 |
| Trade-in Amount | $11 277 |
| Trade Equity | ($10,224) |
| Security Deposit | $0 |

**Balance To Maturity**

| | |
|---|---|
| | 22 |
| | 26 |
| Payment History | 30 - 0, 60 - 0, 90 - 0 |
| Balance To Maturity | ($12,900) |

**DEALERSHIP CREDIT**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $29,925 | $26,935 | $22,444 |
| Capitalized Cost | $58,099 | $58,099 | $58 099 |
| Money Factor | 0.0029 | 0.0029 | 0.0036 |
| Difference | $590 | $466 | $436 |
| **Balloon** | | | |
| Deferred Payment | $37,561 | $32,553 | $28,171 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.04% | 7.04% | 7.04% |
| Difference | $511 | $428 | $365 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 3.05% | 3.05% | 3.05% |
| Difference | $1,339 | $904 | $644 |

**BIG BANK INC**

| Contract Term | 36 | 48 | 60 |
|---|---|---|---|
| **Lease** | | | |
| Residual Amount | $26,933 | $23,441 | $19,950 |
| Capitalized Cost | $58,099 | $58,099 | $58,099 |
| Money Factor | 0.00235 | 0.00235 | 0.00235 |
| Difference | $618 | $466 | $371 |
| **Balloon** | | | |
| Deferred Payment | $33,805 | $29,423 | $29,423 |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 7.24% | 7.24% | 7.24% |
| Difference | $614 | $493 | $356 |
| **Retail** | | | |
| Amount Financed | $62,602 | $62,602 | $62,602 |
| Interest Rate | 4.24% | 4.24% | 4.24% |
| Difference | $1,372 | $938 | $677 |

*FIG. 35*



U.S. Patent Mar. 12, 2013 Sheet 45 of 48 US 8,396,791 B2

3600
3610
Retrieve Financing, Customer and Product Information
3620
Compare Current Financial Terms to Potential Terms
3630
Generate Alerts
3640
Transmit Alerts

FIG. 36

3700
3710
Receive Modified Financial Variable
3720
Compare Current Financial Terms to Potential Terms
3730
Generate Alerts
3740
Transmit Alerts

FIG. 37

EXHIBIT E
-308-



3800
3810
Receive Potential Customer Information
3820
Retrieve Potential Customers Financial Information in Real-Time
3830
Compare Current Financial Terms to Potential Terms
3840
Generate Alerts
3850
Transmit Alerts
3860
Present Deal to Customer

FIG. 38



3900
3905
Financial Terms Alert Generation System
Financing Information
3910
Customer Information
3915
Product Information
3920
Data Entry Module
3925
Information Retrieval Module
3930
Financial Terms Comparison Module
3935
Alert and Transmission Module
3940
Network
3945
Financing Information
3950
Customer Information
3955
Product Information
3960
Dealer Terminal
3965

FIG. 39

New Sale
Vehicle Information
Manufacturer
MERCEDES-BENZ
Class
E CLASS
Series
Year
C CLASS
CL CLASS
CLK CLASS
G CLASS
M CLASS
S CLASS
SL CLASS
SLK CLASS
Calculated Payment
Average Selling Price
Trade Equity
Subsidy Amount
Capitalized Cost
Sales Tax
8.25
Amount Financed
$62,719

*FIG. 40*

# SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS

## REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 13/076.203, filed Mar. 30, 2011 which is a continuation of U.S. patent application Ser. No. 12/911,552 filed Oct. 25, 2010, now U.S. Pat. No. 8,005,752, which is continuation of U.S. patent application Ser. No. 10/996,122, filed Nov. 23, 2004, now U.S. Pat. No. 7,827,009, which claims priority to U.S. Provisional Patent Application No. 60/525,233, which was filed Nov. 25, 2003 and is entitled "SYSTEM AND METHOD FOR ASSESSING AND MANAGING FINANCIAL TRANSACTIONS." The foregoing applications are hereby incorporated by reference in their entirety into this application.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the system and method described herein relate to alerting dealers when favorable financial terms are available to customers.

2. Description of the Related Art

Rather than paying cash for a product, a person may enter a financial agreement (e.g., a purchase agreement, a lease agreement, deferred or balloon payment agreement, or the like) in which the person makes a series of payments for a specified term. Often, these payments are periodic, such as weekly, monthly, quarterly, yearly, or the like. For example, if a person purchases an automobile, the person may expect to pay a series of substantially similar monthly payments for one or more years.

During the term of the financial agreement (the "current agreement") covering the first product ("the current product"), a person may desire to use a second product (a "replacement product") in lieu of the current product. In such an instance, to obtain the replacement product, a person may be willing to return the current product and enter a second financial agreement (a "replacement agreement") that satisfies the first financial agreement. For example, a person having two years of payments remaining on his automobile lease may be willing to return the automobile to a dealership and enter a new lease for a latest model. The replacement agreement may be any suitable type of financial agreement (e.g., a purchase contract, a lease, deferred payment, or the like), including the same type as the current agreement or a different type. In some instances, a person will agree to enter a replacement agreement if the replacement product and payments are acceptable. For example, a person may find the replacement product and the payments under the terms of the replacement agreement acceptable if they are sufficiently similar to the current product and payments under the current agreement.

If a seller of products, such as an automobile dealership, knows when a customer is able to enter into a new financial arrangement under terms favorable to the customer, the seller can take advantage of this knowledge by offering a deal to the customer that includes the favorable terms. Accordingly, such knowledge, if possessed by the dealer, can drive increased sales. Nevertheless, no system or method has existed for alerting a seller when a customer is able to enter a new financial arrangement under terms favorable to the customer.

## SUMMARY OF THE INVENTION

Embodiments of the system and method described herein systematically generate and send alerts to dealers when customers are able to enter new financial arrangements under terms favorable to the customer. Advantageously, the knowledge that embodiments of the system and method make available to dealers can significantly increase the dealers' sales.

In one embodiment, a financial terms alert generation system comprises an information retrieval module, a financial terms comparison module, and an alert transmission module. The information retrieval module is configured to retrieve financing information, customer information, and product information from one or more sources accessible on a network. Such information can be retrieved, for example, from websites located on the World Wide Web. The financial terms comparison module is configured to compare a customer's current financial arrangement to a potential new financial arrangement to determine whether the customer is able to enter into a new financial arrangement on terms favorable to the customer. In one embodiment, the financial terms comparison module performed at least one calculation based on the retrieved information in order to make this comparison. The alert transmission module is configured to transmit an alert to a dealer in cases in which the financial terms comparison module determines that a customer is able to enter into a new financial arrangement on terms favorable to the customer. Such alerts identify to the dealer the customer that is able to enter into a new financial arrangement on terms favorable to the customer and identify to the dealer the terms of the new financial arrangement.

Embodiments of the system disclosed herein perform a number of processes for alerting a dealer when a customer can enter into a new financial arrangement with terms favorable to the customer. For example, one such process includes (1) retrieving financing, customer, and product information, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Another process that can be performed by an embodiment of the system includes (1) receiving a modified financial variable, (2) comparing, for each of a plurality of customers, the customer's current financial terms for a financial arrangement related to a first product currently owned or leased by the customer with potential financial terms related to a second product comparable to the first product that would be available to the customer under a new financial arrangement, taking into account the modified financial variable, in order to determine whether the new financial arrangement has terms favorable to the customer, (3) generating, for each customer for which the comparing shows that the new financial arrangement has terms favorable to the customer, an alert comprising information identifying the customer and indicating the terms favorable to the customer under the new arrangement, and (4) transmitting the alerts to at least one dealer.

Advantageously, by performing the foregoing process, embodiments of the system are able to determine how changed financial variables affect whether customers can enter new financial arrangements with favorable terms. For example, this process can be used to generate alerts when a

new financial incentive, such as a manufacturer rebate or a dealership incentive, allows customers to enter new financial arrangements with favorable terms.

Advantageously, embodiments of the system are able to generate alerts related to a particular customer in real-time. This advantageous capability can be used to generate an alert when a customer enters a dealership, such as when a customer has taken his car to a dealership for service. Advantageously, in this embodiment, the alerts are generated in real-time, such that if favorable financial terms are available to the customer, the dealer can attempt to sell a new product to the customer while the customer is still at the dealership. Accordingly, this embodiment can be used to drive increased sales. In accordance with the foregoing embodiment, the system performs a process including (1) receiving an identification of a customer, (2) retrieving, in real-time, financial information regarding a current financial arrangement of the customer identified by the identification, wherein the current financial arrangement relates to a first product currently owned or leased by the identified customer, (3) comparing current financial terms of the current financial arrangement with potential financial terms related to a second product comparable to the first product that would be available to the identified customer under a new financial arrangement in order to determine whether the new financial arrangement has terms favorable to the identified customer, (4) generating an alert comprising information identifying terms favorable to the identified customer under the new financial arrangement if the comparing shows that the new financial arrangement has terms favorable to the identified customer, and (5) transmitting the alert in real-time to at least one dealer.

Accordingly, the foregoing embodiments timely alert dealers regarding opportunities to sell new products to customers by identifying circumstances under which a customer can enter a new financial arrangement with terms favorable to the customer. This and other advantages of the foregoing embodiments will be apparent to a skilled artisan in light of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1A-1G** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **1H-1J** illustrate formulae for calculating certain terms of financial arrangements, as used by one embodiment of a financial terms alert generation system.

FIGS. **1K-8** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIGS. **9** and **10** illustrate an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIGS. **11-33** are example screen shots illustrating functionality of various embodiments of a financial terms alert generation system.

FIG. **34** is a block diagram illustrating how, in one embodiment of a financial alert generation system, internal data, external data, and historical data are used to generate one or more alerts.

FIG. **35** illustrates an example deal sheet generated by one embodiment of a financial terms alert generation system.

FIG. **36** is a flowchart that illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **37** is a flowchart that illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement, as performed by one embodiment of a financial terms alert generation system.

FIG. **38** is a flowchart that illustrates process for detecting and presenting a deal to a customer in real-time, as performed by one embodiment of a financial terms alert generation system.

FIG. **39** is a block diagram that illustrates one embodiment of a financial terms alert generation system attached to a computer network.

FIG. **40** is an example screen shot that illustrates a class selection feature of one embodiment of a financial terms alert generation system.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Embodiments of the system described herein may be used to assess the desirability of a new financial arrangement such as a replacement agreement. For example, in response to a customer's inquiry, a salesperson may use certain embodiments of the system to generate a deal sheet to determine whether replacement product and payments are acceptable to the client. In another example, certain embodiments of the system may generate notifications or alerts, which may advantageously indicate a potential replacement agreement satisfies certain parameters that indicate that the potential replacement agreement has terms favorable to the customer. Using these alerts, a person (such as a salesperson) may proactively contact a customer to offer the potential replacement agreement. To help manage client-contact-related tasks, certain embodiments may advantageously include contact management features.

Details regarding several illustrative preferred embodiments for implementing the system and method described herein are described below with reference to the figures. At times, features of certain embodiments are described below in accordance with that which will be understood or appreciated by a person of ordinary skill in the art to which the system and method described herein pertain. For conciseness and readability, such a "person of ordinary skill in the art" is often referred to as a "skilled artisan."

It will be apparent to a skilled artisan, in light of this disclosure, that the system and method described herein can advantageously be implemented using computer software, hardware, firmware, or any combination of software, hardware, and firmware. In one embodiment, the system is implemented as a number of software modules that comprise computer executable code for performing the functions described herein. In one embodiment, the computer-executable code is executed on one or more general purpose computers. However, a skilled artisan will appreciate, in light of this disclosure, that any module that can be implemented using software to be executed on a general purpose computer can also be implemented using a different combination of hardware, software, or firmware. For example, such a module can be implemented completely in hardware using a combination of integrated circuits. Alternatively or additionally, such a module can be implemented completely or partially using specialized computers designed to perform the particular functions described herein rather than by general purpose computers.

It will also be apparent to a skilled artisan, in light of this disclosure, that the modules described herein can be combined or divided. For example, a skilled artisan will appreciate, in light of this disclosure, that any two or more modules can be combined into one module. Thus, referring to FIG. **39**, the information retrieval module **3930** and the financial terms

comparison module **3935** can be combined into a single module that performs the functions of both modules. Conversely, any one module can be divided into multiple modules. For example, the information retrieval module **3930** can be divided into multiple modules such that each individual module performs part of the functions of the information retrieval module **3930** and all of the modules collectively perform all such functions.

Similarly, a number of databases are described herein. A skilled artisan will appreciate, in light of this disclosure, that any two or more databases can be combined into one database and that any one database can be divided into multiple databases.

A skilled artisan will also appreciate, in light of this disclosure, that multiple distributed computing devices can be substituted for any one computing device illustrated herein. In such distributed embodiments, the functions of the one computing device are distributed such that some functions are performed on each of the distributed computing devices.

The foregoing and other variations understood by a skilled artisan can be made to the embodiments described herein without departing from the invention. With the understanding therefore, that the described embodiments are illustrative and that the invention is not limited to the described embodiments, certain embodiments are described below with reference to the drawings.

FIG. 1A illustrates an embodiment of a deal sheet **102**, which may advantageously include a description of a client's current agreement (FIG. **1B**), the client's contact information and a description of the replacement product (FIG. **1C**), and a comparison between the client's current agreement and one or more replacement agreements (FIG. **1D**). Any suitable number of replacement agreement's may be displayed, including but not limited to one, two, three, four, five, six, or more replacement agreements. Any suitable number of lenders for replacement agreements may be displayed, including but not limited to one, two, or more lenders. The replacement agreements may be for any suitable term, including but not limited to 36 months, 48 months, 60 months, or any other period. As illustrated, a replacement agreement's payment is advantageously shown along with the difference between the client's current financial agreement's payment and the replacement agreement's payment. Thus, using the deal sheet, a salesperson may advantageously review a plurality of replacement agreements from a plurality of lenders.

FIGS. **1E**, **1F**, and **1G** illustrate portions of an embodiment of a deal sheet. As illustrated in FIG. 1E, the text **104** indicates that the deal sheet is associated with an alert. Text **106** advantageously identifies information about the deal sheet. As illustrated, text **106** illustrates that it is a manager-level view of a lease. In one embodiment, varying levels of detail from the detail sheet are shown to different persons accessing the system. Accordingly, the system may be advantageously used to customize varying views for the persons accessing the system to an appropriate level of detail. For example, a salesperson may need less detail than a manager. In one embodiment, the system determines the identity, the employment position, or both to ascertain the level of detail to display to a user of the system. Although a lease is illustrated, the information displayed may be use for other agreements, such as a purchase agreement. Text **108** may indicate that the alert is associated with a particular person (e.g., a salesperson) or a group of persons (e.g., a "house account" for some or all salespersons).

As illustrated in FIG. **1E**, section **110** of the deal sheet includes information about the current product. The information about the current product may include any suitable information, including but not limited to a product identifier that preferably uniquely identifies the product (e.g., a vehicle identification number or VIN or the like), a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, or the like. The information about the current product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the current product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current product in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current agreement in a website from which the information may be obtained.

As illustrated in FIG. **1E**, section **112** includes information about the current agreement, which may include any suitable information, including but not limited to the date the agreement started, the date the agreement ends, the original capitalized cost (or amount financed), the end of term residual (or deferred) payment, the term of the agreement, a base periodic payment (which may be pre tax in certain states), an actual periodic payment (which may be post-tax in certain states), the payoff amount (e.g., the amount owed to the lender to satisfy the agreement), a date until which the lender will accept the payoff amount in satisfaction of the agreement (e.g., a date representing the end of a ten-day period or other suitable period), a trade-in value associated with the product under the agreement, a trade equity (e.g., the trade-in value less the payoff amount), and a security deposit (if any) held by the lender. In one embodiment, the trade-in value is an average of trade-in values over a suitable period, which values may be obtained from one or more suitable sources. In one embodiment, values over a ten-year period are obtained from an online auction website and grouped by a suitable geographic region. In one embodiment, the trade-in value is manually adjustable. Trade-in values may be selected from any suitable location, including but not limited to one or more car dealerships. In one embodiment, trade-in values may have associated assumptions (e.g., mileage, condition, or the like). Of course, any suitable method for calculating a trade-in value may be used. The term "trade-in value" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. As illustrated in FIG. **1E**, section **114** includes additional information concerning the current agreement, including the number of payments the client has made under the agreement, the number of payments remaining under the agreement, the number of times (if any) the client has made late payments (including payments 30 days late, 60 days late, 90 days late, or the like), and the total of remaining payments and any additional fees to conclude the agreement as scheduled under the agreement.

The information about the current agreement (e.g., FIG. 1E) may be obtained from any suitable resource, including but not limited to the lender that financed the current agreement, a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership

that sold the current product or the like), an online database of transactions, or the like. The information about the current agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the current agreement in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the current product in a website from which the information may be obtained.

As illustrated in FIG. 1F, the text **120** indicates that the deal sheet is provided by a particular car dealership. Text **122** indicates the client for whom the deal sheet was created. Section **124** includes information contact information for the client, such as the client's name, address, and telephone numbers. The information about the client may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), the current product's manufacturer, a local distributor of the current product (e.g., the local car dealership that sold the current product or the like), an online database of transactions, or the like. The information about the client may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, the local car dealership that sold the current product may have some or all of the information about the client in a software system from which the information may be obtained. In some instances, the current product's manufacturer may have some or all of the information about the client in a website from which the information may be obtained.

As illustrated in FIG. 1F, section **126** may include any suitable information about the replacement product, including but not limited to a class identifier identifying a group of models, a series identifier identifying a particular model, a model year, a make, a model, a selling price associated with the product (e.g., an average selling price), the trade equity value illustrated in section **112** (FIG. 1E), a subsidy amount (if any) the seller of the replacement product would be willing to accept below the selling price associated with the product, the total selling price (or capitalized cost) on the replacement product including any equity and including sales tax (if any), sales tax (if any), and the total amount financed including trade equity and sales tax. The information about the replacement product may be obtained from any suitable resource, including but not limited to a governmental agency (e.g., a department of motor vehicles), to the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement product may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement product in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement product in a website from which the information may be obtained.

As illustrated in FIG. 1G, the section headings **130** indicate the names of the lenders associated with the replacement agreements shown under the section headings **130**. Any suitable information about the replacement agreements may be displayed, including but not limited to a contract term (e.g., 36 months, 48 months, 60 months, or the like), the type of agreement (e.g., lease, purchase, deferred payment), a residual or deferred payment amount, a capitalized cost or amount financed, a money factor or interest rate charged on the replacement agreement, a periodic payment associated with the replacement agreement, and difference (e.g., text **134**) between the client's periodic payment under the current agreement (e.g., text **116** in FIG. 1E) and the payment under the replacement agreement (e.g., text **132**). For one of the illustrated replacements agreements, text **134** indicates that the replacement agreement's payment is twelve dollars less than the current agreement's payment. In one embodiment, the actual replacement agreement that the client enters may differ from those displayed in the FIG. 1G; for example, upon review of the current product, particular values (e.g., a trade-in value or selling price) may be adjusted higher or lower for any suitable reason. Accordingly, a deal sheet may advantageously display an indication that the values on the deal sheet are estimates.

The information about the replacement agreements (FIG. 1G) may be obtained from any suitable resource, including but not limited to the lenders offering financing for the replacement agreement, the replacement product's manufacturer, a local distributor of the replacement product (e.g., a local dealership), an online database of transactions, or the like. The information about the replacement agreement may be added to the system in any suitable manner (e.g., including but not limited to manual entry, automated entry, manual importation, automatic importation, static addition, dynamic addition, or the like) and using any suitable form of data (e.g., database, flat file, or the like). In some instances, a local car dealership may have some or all of the information about the replacement agreement in a software system from which the information may be obtained. In some instances, the replacement product's manufacturer may have some or all of the information about the replacement agreement in a website from which the information may be obtained.

In the example illustrated in FIG. 1G, the replacement agreements are leases; however, replacement agreements may be any suitable type of agreement, including but not limited to a lease agreement, a deferred or balloon agreement, a purchase agreement, or the like. The term "agreement" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1H illustrates one embodiment of a lease payment formula; however, any suitable lease payment formula may be used. The term "lease" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1I illustrates one embodiment of a deferred or balloon payment formula; however, any suitable deferred or balloon payment formula may be used. The term "deferred" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. The term "balloon" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein. FIG. 1J illustrates one embodiment of a purchase payment formula; however, any suitable purchase payment formula may be used. The term "purchase" is a broad term and is used herein in its ordinary sense and further includes without limitation aspects of some embodiments disclosed herein.

A general architecture that implements the various features of embodiments of the invention will now be described with reference to drawings. The drawings and the associated descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention.

Certain figures illustrate various views of a system, which may be displayed to a user of the system and which the user may access, review, use, or any suitable combination thereof. Some or all of these views may be used with any other suitable views. In one embodiment, the system uses a hypertext interface, such as HTML, MICROSOFT™ Active Server Pages, or the like. In one embodiment, the system is accessed via a secure system, such as a local area network or the like. For example, the system may be hosted using an in-house server with one or more local computers. However, any network may be used, including wide area networks, the Internet, or the like. Further, the system may be implemented using one or more computers.

As described with respect to some embodiments herein, persons employed at an automobile dealership use the system; however, other suitable uses are contemplated outside of the automobile context. Further, although in some embodiments particular features are described with reference to a salesperson and a management person, any persons may use some or all aspects of the embodiments of the system.

FIG. 1K illustrates an internet browser that has buttons **101** advantageously used to access functions of various embodiments.

FIG. **2** illustrates an initial log in screen in which a user enters a username and password into fields **201** to gain authorized access to the system.

When the user accesses the system, an initial view screen is advantageously displayed as illustrated in FIG. **3**. The screen advantageously displays the name **302** of the person associated with the username and password. In the instance illustrated in FIG. **3**, the person is a salesperson. The system may advantageously associate the salesperson with clients. Any suitable association with clients may be used. For example, the clients may include but are not limited to persons to whom the salesperson may have sold an automobile, persons to whom the salesperson has been assigned by a supervisor, other persons, or any suitable combination thereof. Thus, by managing the salesperson-client associations, the system may advantageously be used to limit the client data that a salesperson may view to the associated clients.

FIG. **3** illustrates contact management entries **300**, which advantageously may include client information, transaction information, or any other suitable information associated with clients. A client may have an entry associated with the client's current automobile transaction, as illustrated by hyperlinks **304** that display the client name and one or more associated automobile identifiers (e.g., make, model, year, or the like). In response to selecting one of the hyperlinks **304**, a contact management view associated with the client is displayed, as described below. In one embodiment, contact management entries may advantageously be associated with a particular date. Contract management entries may advantageously be displayed and grouped according to one or more dates. In another embodiment, new contact management entries are displayed. The displayed entries may display any suitable parameter in the system, including but not limited to a stage in the contact management process, items associated with a particular date, tasks associated with a particular date, actions taken during the contact management process, or the like. In one embodiment, the contact management entries may be used to schedule and track tasks associated with contact management. The user may advantageously scroll down through this area and view tasks that have scheduled for future follow up. In one embodiment, a contact management entry is associated with a deal sheet. In one embodiment, when a new deal sheet is generated, an associated contact management entry is also created. The system may generate deal sheets or contact management entries at any suitable time. In one embodiment, the system generates a deal sheet and an associated contact management entry when the system receives an update of information used to calculate replacement agreements that are advantageously displayed in deal sheets. In one embodiment, deal sheets are generated periodically (e.g., weekly). In one embodiment, deal sheets are generated dynamically. In one embodiment, deal sheets are generated substantially continuously. In one embodiment, when a new deal sheet is calculated, the prior deal sheet is retained and accessible through the client's history accessible through a contact management entry or the like. In one embodiment, deal sheets are generated in response to a user request. In an embodiment wherein one or more deal sheet parameters are customizable (e.g., a rebate amount or the like), a person may alter the one or more parameters and review the number and types of deal sheets generated (e.g., how many alerts). Categories of deal sheets include, but are not limited to, an "alert," a "sale," an "expired alert," and a "lease ending."

As illustrated in FIG. **3**, a user may choose to customize the display of the contact management entries by filtering entries, sorting entries, ordering entries, ranking entries, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **3**, any suitable parameter in the system may be used as a reference for customization. Selecting one or more of checkboxes **306** may be used to limit the displayed contact management entries to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. For example, a client may have an existing lease of an automobile or may have purchased an automobile and is currently making payments. Selecting one or more of checkboxes **308** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. In one embodiment, an alert comprises a deal sheet that fits into one or more parameters. For example, in one embodiment, an alert comprises a deal sheet in which a replacement agreement for an associated replacement product has an associated payment within 10% of a payment associated with the client's current agreement. Any suitable range may be used. For example, the range could be set from at any value from 1% to 200% or more than 200%. In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose current agreement is a lease and that lease will end within a specified time (e.g., near the end of the lease). In one embodiment, a lease ending deal sheet comprises a deal sheet for a client whose lease will end in 6 months, 180 days, or the like. Any suitable time prior to the end of the client's lease may be used to identify a lease ending deal sheet. Accordingly, the contact management entries may be queried for leases ending within a specific period. In one embodiment, the display of entries may be ordered to view contact management entries associated with lease ending deal sheets beginning with those furthest from maturity or beginning with the leases which will end soonest. In one embodiment, an "expired alert" deal sheet comprises a deal sheet that was previously within one or more parameters associated with an alert, but no longer is because one or more parameter values changed. The expired alert deal sheet advantageously provides a reference point as sales associates continue to communicate with their clients. In one embodiment, a "sale" deal sheet comprises a deal sheet that is a

default category that is not an alert, a lease ending, or an expired alert. Selecting one or more of checkboxes **310** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. Entering one or more words into field **312** may be used to limit the displayed contact management entries to those including those words. For example, if the user wanted to see only entries associated with a particular model of car, the user could enter the particular model of car into field **312**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **312**. In one embodiment, to view the customized display of contact management entries, button **314** is selected. In one embodiment, radio buttons or other suitable graphical user interface elements (not shown) associated with data fields in the system may be used to sort the contact management entries.

FIG. **4** illustrates an embodiment of the display shown in FIG. **3** in which the hyperlink **402** is selected. In response to the selection of hyperlink **402**, a contact management view **500** is displayed as illustrated in FIG. **5**. Text **501** identifies the name of client associated with hyperlink **402**. The client name and vehicle descriptor is also shown in text **502**. Listbox **503** displays the owner of the entry (e.g., a salesperson assigned to the client). Listbox **504** indicates the current stage in the contact management process. In one embodiment, a user may select a stage and save the newly selected stage in the system. Listbox **505** indicates a priority associated with the contact management process. In one embodiment, a user may select a priority and save the newly selected priority in the system. Priorities may advantageously indicate whether specific contact must take place, should take place, or is not needed. In one embodiment, an icon, text, or the like (not shown) is advantageously displayed adjacent entries **304** (FIG. **3**) to indicate an associated priority. Any suitable icon, color, or text may be used to indicate different priorities. In one embodiment, a different colored icon is associated with each priority. Listbox **506** indicates a status associated with the contact management process. For example, the user may record contact management-related actions taken for the client by selecting a particular status from the list box **506**, which displays a list of selectable statuses **601** (FIG. **6**). In one embodiment, a user may select a status and save the newly selected status in the system. A status may indicate, for example, that the salesperson called the client and left a message, called the client and set an appointment, or the like. Field **507** allows text to be entered and subsequently stored for display in history list **508**. Selection of listbox **510** allows a user to select a time from list **702** (FIG. 7A). Selection button **512** allows a user to select a date displayed in a calendar view **708** (FIG. 7B), where selection of a date from the calendar view **708** causes the date to appear in field **514**. The user may also enter a date directly into field **514**. The dates and times may be advantageously used to schedule future activities such as a future call, or an appointment set. The history log may advantageously record a user's use of the contact management screen, list what deal sheet calculations and generations the system has performed, and show any saved remarks. In one embodiment, newly generated contact management entries are associated with a "new" stage indication. A salesperson may advantageously use view **500** to track contact with the client through various contact stages, to document appointments made, and schedule future contacts. In one embodiment, a status change will advantageously be recorded in history section **508**. In one embodiment, when the save button is selected, the information from view **500** is logged into the history section as a separate line showing the date the entries were made along with the information entered.

FIG. **8** illustrates an embodiment of the contact management view from FIG. **5** in which remarks are entered the field **507** and then stored in the history view. When a view button **802** is selected, a deal sheet view **902** (FIG. **9**) is displayed. When a print button **803** is selected, a deal sheet formatted for printing is displayed.

FIG. **9** illustrates the deal sheet **902**. A deal sheet may include some or all of the data displayed in deal sheet or any other suitable data. Thus, a deal sheet showing a different set of data is shown in FIG. **9**. For example, FIG. **10** illustrates a view of a deal sheet highlighting the client's current transaction. Although a particular presentation is illustrated in FIG. **9**, a deal sheet may use any suitable presentation and, thus, may be configured to show the data in a variety of ways, whether similar to or not similar to that shown in FIG. **9**. A user may browse from a displayed deal sheet to the contact management view (FIG. **11**). For example, after calling a client and discussing the displayed deal sheet, a salesperson may wish to access the contract management view to update the current status of the contact management process.

FIG. **12** illustrates an internet browser that has buttons **1201** advantageously used to access functions in various embodiments. FIG. **13** illustrates an initial log in screen in which a user enters a username and password into fields **1201** to gain authorized access to the system. When the user accesses the system, an initial view **1400** is advantageously displayed as illustrated in FIG. **14**. The view **1400** advantageously displays the name of the person associated with the username and password. In the instance illustrated in FIG. **14**, the person is a manager.

Using the view **1400**, the manager may customize the data displayed in view by filtering data, sorting data, ordering data, ranking data, or any suitable combination thereof. Although particular parameters are illustrated in FIG. **14**, any suitable parameter in the system may be used as a reference for customization. Entering one or more words into field **1401** may be used to limit the displayed data to those including those words. For example, if the user wanted to see only entries associated with a particular car name, model, make, or year, the user could enter some or all of those into field **1401**. Similarly, to view entries associated with a client having a particular name, the user could enter the name into field **1401**. Selecting one or more of checkboxes **1402** may be used to limit the displayed data to a particular combination of sale or transaction types associated with a client, such as a lease, a retail sale, a balloon, or the like. Selecting one or more of checkboxes **1403** may be used to limit the displayed contact management entries to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more of checkboxes **1404** may be used to limit the displayed contact management entries to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. For example, the user can see all of the new deal sheets calculated, those that are scheduled to receive a call, appointments set, and so on. Selecting the sort radio buttons **1405** may be used to sort the data in a variety of ways such as follow up date, by prospect or client, by maturity date as in when the term of the purchase or lease will expire, and by series of vehicle. Select-

ing radio buttons **1406** may be used to view the data in ascending or descending order. After configuring the filtering, sorting, and ordering functions, the search button **1407** may be selected to see data associated with the selected the parameters. For example, FIG. **15A** illustrates an example of search criteria, including a particular client name, and FIG. **15B** illustrates the results of that search. In one embodiment, to view data associated with a particular salesperson, a hyperlink (e.g., hyperlink **1408**) is selected. The hyperlink may advantageously display the name of the salesperson.

Any screens suitable for performing administrative functions may be used in connection with the system. These screens may be used to maintain and manage information used to perform the calculations within the system. For example, FIG. **16** illustrates a reports generator screen. Selecting hyperlink **1602** opens an average selling price screen **1701**.

Using screen **1702**, the user may view a display of costs associated with some or all of a set of car models. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1706**). The "active series" designation indicates the series which may be displayed in the display of costs. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. Checkboxes **1710** may be used to select the data to be displayed, including but not limited to a series or model identifier, a replacement series identifier, a base price, a delivery charge, a sunroof package, automatic transmission, metallic paint, other costs associated with the financing or price of automotive-related features, or any other suitable costs. A submit button **1714** is selected to display the data in a report **1802** (FIG. **18**), which may advantageously be used to evaluate the average selling price information the system uses to calculate the deal sheets. In one embodiment, the average selling price information the system uses to calculate the deal sheets may be edited or entered manually. Accordingly, the report **1802** advantageously allows a person to review the average selling price information used by the system determine whether to edit that information.

Referring to FIG. **16**, selecting hyperlink **1604** opens a bank rate screen **1902** (FIG. **19**). Using screen **1902**, the user may view a display of financing rates associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **1908**). In one embodiment, the user may limit the financing rates displayed to those rates offered by one or more financial institutions. For example, listbox **1912** may be used to select a financial institution. In response to selecting button **1916** A submit button **1912** is selected to display the data in a report **2002** (FIG. **20**), which may advantageously evaluate the financing rates used in the system. The report **2002** advantageously may include financing rate information, including a model identifier, the duration of the term, a money factor, a residual percentage, and MRM. A model identifier may be advantageously used to associate a rate residual with a particular model because rates and residuals may vary by model. The duration of the term is the length of the agreement. The money factor comprises a leasing interest rate or APR of the lease. The residual percentage comprises the portion of the original selling price that the financing company expects the product to be worth at the end of the lease or purchase. MRM is a maximum residual amount used that may be used for calculating payoffs.

Referring to FIG. **16**, selecting hyperlink **1606** opens a mailing list screen **2102** (FIG. **21**). Using screen **2102**, the user may view a display of client-related, contact information associated with some or all of a set of clients. In an embodiment where sets of clients are associated with one or more salespersons, the display of the client-related, contact information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the column-displayed, client-related, contact information to particular parameters, including but not limited to names, organization name, addresses, city, state, zip, home telephone, work telephone, mobile telephone, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to a category of deal sheets associated with a client, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the displayed client-related contact information to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. A submit button **2116** is selected to display the data in a report **2202** (FIG. **22**), which may advantageously to view list of the client-related, contact information.

Referring to FIG. **16**, selecting hyperlink **1608** opens a salesperson screen **2302** (FIG. **23**). Using screen **2302**, the user may view a display of information associated with some or all of a set of salespersons. Selecting one or more checkboxes may limit the column-displayed salesperson information, which may include but is not limited to a salesperson identifier, a username, a password, an email address, or the like. A submit button **2316** is selected to display the data in a report **2402** (FIG. **24**), which may advantageously to review a display of the salesperson information.

Referring to FIG. **16**, selecting hyperlink **1610** opens a subsidy screen **2502** (FIG. **25**). Using screen **2502**, the user may view a display of information associated with subsidies (e.g., rebates, discounts, promotions, or the like) associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set comprises a set of available car models offered by a particular car dealership (e.g., list **2508**). A submit button **2516** is selected to display the data in a report **2602** (FIG. **26**), which may advantageously to assess one or more models and any associated subsidies. In one embodiment, the system uses the subsidies to create deal sheets.

Referring to FIG. **16**, selecting hyperlink **1612** opens a task stage by task owner screen **2702** (FIG. **27**). Using screen **2702**, the user may view a display of contact management task information associated with some or all of a set of task

owners (e.g., a salesperson). In an embodiment where set tasks are associated with one or more salespersons, the display of the task information may be displayed for one or more selected salespersons. The "active sales associate" designation indicate the sales associates which may be displayed in the display of the client-related, contact information. To move one or more sales associates from one sales associates box to the other, the sales associates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one sales associates box to the other. Selecting one or more checkboxes may limit the task information to a category of deal sheets, such as a sale, an alert, an expired alert, a lease ending, or the like. Selecting one or more checkboxes may limit the task information columns displayed to those at one or more particular stages in the contact management process, such as where the entry is new, where a telephone call has been made, where an appointment has been made, where a sale occurred, where no sale occurred, or any other stage suitable for managing contacts with persons. In an embodiment where the task information is associated with a particular date, a range of one or more dates may be entered into one or more of the start field and finish field using any suitable method, including but not limited to manual entry or using calendar buttons in a manner substantially similar to that described above with respect to calendar view **708** (FIG. 7B) and field **514** (FIG. **5**). A submit button **2716** is selected to display the task information in a report **2802** (FIG. **28**). As illustrated in FIG. **28**, report **2802** advantageously displays each selected salesperson with a total number of tasks for the sales person, a subtotal of tasks at each particular stage for the sales person, and an associated percentage relative to the total number of tasks for the particular stage and sales person. In one embodiment, report **2802** may include totals by any suitable group, including by division, type of sales, organization, or the like.

Referring to FIG. **16**, selecting hyperlink **1616** opens a trade-in history screen **2902** (FIG. **29**). Using screen **2902**, the user may view a history of trade-in values associated with some or all of a set of car models. The "active series" designation indicate the series which may be displayed in the display of financing rates. To move one or more series from one series box to the other, the series may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one series box to the other. In one embodiment, the set of car models comprises a set of car models accepted as a trade-in by a particular car dealership (e.g., list **2908**). The user may view a history of trade-in values associated with some or all of a set of dates. The "active trade-in date" designation indicate the trade-in dates which may be displayed in the display of financing rates. To move one or more trade-in dates from one trade-in dates box to the other, the trade-in dates may be selected and the appropriate single-arrow button pressed. The double-arrows buttons are for selecting and moving all items from one trade-in dates box to the other. In one embodiment, the set of dates comprises a set of dates on which a particular car dealership accepted particular models accepted as a trade-in (e.g., list **2916**). Selecting one or more checkboxes may limit the column-displayed trade-in information, which may include but is not limited to a vehicle identification number, the trade-in amount, an auction price, and a dealer adjustment. The dealer adjustments are those figures where the dealer can actually make changes to the average trade in value. These values are subsequently put into and become part of the calculations. A submit button **2924** is selected to display the + information in a report **3002** (FIG. **30**), which may be used to evaluate the trade-in values used by the system. In one embodiment, a trade-in value, adjustment, or other parameter value associated with a particular current product may be manually altered (e.g., receive user input) to customize that parameter value. In one embodiment, any parameter value associated with a particular replacement product may be manually altered (e.g., receive user input) to customize that parameter value.

FIG. **31** illustrates an embodiment wherein money factor, residual percentage, or both may be altered for one or more replacement products and for one or more suitable replacement agreement terms (e.g., 36 months, 48 months, 60 months, or the like). Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2002** (FIG. **20**).

FIG. **32** illustrates an embodiment wherein money factor, residual percentage, both may be altered for one or more replacement products. Accordingly, a person may enter suitable values to update such values in the system. In one embodiment, these changes are advantageously reflected in view **2602** (FIG. **26**).

FIG. **33** illustrates a display of contact management related activities for one or more accounts (e.g., a house account, a salesperson account, or the like), a group of one or more accounts, or both.

FIG. **34** illustrates one embodiment in which internal data, external data, and historical data are used to generate one or more alerts. The external data comprises trade-in data, payoff amount data, money factor data, and residual data. The internal data comprises rebates and adjustments, average selling price data, and sales effort results data. Management reports, alert lists, and deal sheets are advantageously provided. Further, a sales associate may access the system via a sales associate interface and a manager may access the system from an interface.

FIG. **35** illustrates an embodiment of a deal sheet. As illustrated in FIG. **35**, deal sheet may have one, two, three, or more types of agreements (e.g., lease, balloon, retail purchase, or the like). Further, different types of agreements may have the same or different sets of parameters displayed in the deal sheet.

In one embodiment, a server computer collects information advantageously used to assess the potential replacement agreement, including but not limited to automobile trade-in values. The server computer may reside in any suitable location, including but not limited to a location remote from a dealership.

In one embodiment, when a client with a current agreement visits a dealership, information sufficient to identify the client is provided to the system. For example, in one embodiment, the current product's vehicle identification number is entered into the system. In response, a deal sheet or an alert sheet associated with the client's current agreement may advantageously be created. In one embodiment, a notification is automatically sent to one or more persons at the dealership. Thus, persons at a dealership may proactively offer the client with potential replacement agreements. For example, in one embodiment, when a client visits a dealership for car maintenance, a car maintenance system may automatically communicate with the system to generate a notification to a salesperson.

In some embodiments, a replacement product may comprise one or more automobiles among the dealership's new or pre owned inventory, a new car offered by a manufacturer, or an automobile from any other suitable provider.

In some instances, the lease or contract-ending customers may advantageously be directed to a contract-ending specialist who can adjust the parameters on the remaining months left.

In one embodiment, a manager or sales representative may advantageously adjust the rebates and finance parameters to change when a deal sheet is considered an alert. Thus, a person may try various scenarios and view the results. For example, if an automobile dealership is considering a $1,000 rebate for a certain model of automobile, a manager could enter the $1,000 rebate into the system and then evaluate the number of new alerts generated by this rebate. Similarly, the manager could view the results from altering the interest rate, money factor, or any other suitable parameter associated with an alert.

In one embodiment, the alerts will be integrated into an enterprise software system that tracks client-customer contact, facilitates outreach, facilitates follow through, or the like. For example, in one embodiment, the alerts are integrated into a Customer Relationship Manager system that will function with one or more aspects of the daily working of an automotive dealership to include sales representatives, business development centers, call centers, lease termination departments, managers, finance departments and service departments. Thus, interaction with various aspects of these systems may advantageously trigger a notification of a potential replacement contract. For example, when a call center receives a call from the client, the call center's system would preferably access the alert aspects of the system and, if an alert was associated with the client, the call center's system would be automatically notified. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a pop-up screen, an email, or the like. In one embodiment, a person may be notified of new alerts, lease endings, or the like via a wireless transmitter (e.g., PDA, cellular phone), a wired transmission (e.g., telephone), or any suitable method. Any suitable person may receive such notifications.

In some embodiments, the system uses internal data, external data, or both. In one embodiment, the internal data comprises rebates, adjustments, average selling prices, historical sales data. In one embodiment, the external data comprises trade-in values, payoff values, money factors, and residual. In one embodiment, alerts are provided to any suitable person, including but not limited to outbound marketers (e.g., telephone or the like), salespersons, managers, or the like.

In some embodiments, additional fees (e.g., license fee, bank acquisition fee, or the like) may be required in addition to the replacement product payments. In some embodiments, the payments calculated for a replacement product includes fees (e.g., delivery charge, fuel-economy tax) related to the replacement agreement. The replacement product may have any suitable combination of features financed in its payment. In one embodiment, the replacement product includes a set of predetermined features. In one embodiment, a set of predetermined features includes automatic transmission, sunroof package, and metallic paint.

In one embodiment, a current product is associated in the system with one or more replacement products. Accordingly, when the system executes a process to generate a deal sheet, the system determines the one or more replacement products associated with the current product and displays a deal sheet for those one or more replacement products. Associations may be made in any suitable manner, including but not limited to a database, a data file, or the like. In one embodiment, a particular make, model, and year of an automobile may be associated with one or more other combinations of make, model, and year. In this embodiment, when the system executes a process to generate a deal sheet, the system identifies the make, model, and year of the current product and display a deal sheet with associated combinations of make, model, and year. In one embodiment, these associations are entered manually into the system for general use (e.g., a manager determines that customers generally would accept particular types of replacement products for certain types of current products). Any suitable way of determining what replacement products to display may be used. For example, where a client requests a particular make, model, and year, the system may advantageously receive that particular make, model, and year and display a corresponding deal sheet. Although automobiles may be categorized using make, model, series, class, year, or the like, any suitable category, classification, or grouping of automobile may be used to create associations for a client's current automobile and a replacement automobile. Further, for current products or replacement products, any category, classification, or grouping may be used to association current products with replacement products.

In one embodiment, when the system executes a process to generate a deal sheet (e.g., for an alert), the system identifies one or more replacement products associated with the current product and determines whether a payment associated with the replacement agreements is less than or equal to a certain threshold percentage value relative to a payment associated with the current agreement. For example, in one embodiment where the threshold percentage value is 10 percent, if a client leases a first automobile at $500 a month and a second associated automobile is available for lease at $550 a month, the system would generate an alert because the second automobile's payment is within 10%. Any suitable threshold percentage value may be used. In one embodiment, the threshold value is 5%. The threshold percentage value may be between and including 3% and 10%. Of course, the threshold percentage value may be at or about any suitable value. Further, this comparison of payments may be used to generate an alert alone, in combination with associations among products within the system, or in combination with any other suitable parameters. Further, alerts may be generated without reference to a comparison of payments.

In one embodiment, a local distributor tracks the identity of a person that sold the client the current product, and the system uses that information to route one or more alerts related to that client's current product to the person. In one embodiment, any suitable person may receive an alert.

As will be apparent to a skilled artisan in light of the foregoing disclosure, the system disclosed herein perform a number of useful processes for alerting a dealership when a customer can be offered a new and advantageous lease or other financial arrangement. Advantageously, providing such information to a dealership in a timely fashion can drive a significant number of sales and leasing arrangements for a dealership. Accordingly, embodiments as described herein allow for the automated performance of a number of processes that can significantly increase dealership profits. Embodiments of such processes are described below with regard to FIGS. **36** through **38**.

FIG. **36** illustrates a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. Such a process **3600** commences with a block **3610**. In the block **3610**, the process **3600** retrieves customer information, financing information, and product information. Preferably, such customer information and financing information includes information about any leases or other financial arrangements that each customer is already involved in, along with information about financial arrangements cur-

rently available from financial institutions. Accordingly, such information provides a basis for allowing the process **3600** to compare current financial arrangements with potential financial arrangements to determine whether a customer can switch to an advantageous financial arrangement. In one embodiment, an automated information retrieval module, such as the information retrieval module **3930** of FIG. **39**, automatically retrieves the customer and financial information from various electronic sources, such as, for example, public and private web pages, databases maintained by a dealership, external databases, and the like. A number of techniques for automatically retrieving such information are known to skilled artisans and can be employed to implement the information retrieval module **3930**.

In a block **3620**, the process **3600** compares each customer's current financial terms with potential financial terms being offered by financial institutions. Preferably, the comparison block **3620** takes into account all available financial variables that affect whether a customer can advantageously switch financial arrangements, including, for example, interest rates, payoff periods, amount due on the current financial arrangement, any dealer or manufacturer incentives currently available, and the like. The foregoing list of financial variables is exemplary and non-exhaustive; a skilled artisan will appreciate, in light of this disclosure, other financial variables that are relevant, under some circumstances, for determining whether a customer can advantageously switch financial arrangements. In one embodiment, a financial terms comparison module, such as the financial terms comparison module **3935** of FIG. **39**, performs the processing of the block **3620**.

In a block **3630**, the process **3600** generates, based on the comparison of the block **3620**, a number of alerts to inform a dealership that a customer can advantageously switch financial arrangements. In one embodiment, the process **3600** generates an alert whenever the difference between the amount that a customer will pay for a new but comparable financial arrangement as compared to the customer's current financial arrangement is below a threshold value. For example, in one embodiment, the process **3600** generates an alert whenever the difference in payment amount is less 10%, such that, for example, an alert is generated when a new payment amount would be $540 and a current payment amount is $500. Alternatively, the process **3600** can be configured to generate an alert only when the difference between a new payment amount and a current payment amount is negative; that is, when the new payment amount is less than the current payment amount. A skilled artisan will appreciate, in light of this disclosure, that a wide variety of thresholds can be set depending on the particular types of sales opportunities that a dealer wants to know about. In one embodiment, the processing of the block **3630** is performed by the financial terms comparison module **3935**. Alternatively, as will be apparent to a skilled artisan, the processing of the block **3630** can be performed by a separate module, such as, for example, an alert generation module.

In a block **3640**, the process **3600** transmits the generated alerts to a dealership. Advantageously, the transmission of alerts informs the dealership of sales opportunities that may provide to the dealership a significant opportunity to boost profits. As will be apparent from the description of the system provided above, the alerts can be transmitted by email, pager, web page, database record, fax, or any other known method of transmitting electronic data. In one embodiment, the processing of the block **3640** is performed by an alert transmission module, such as, for example, the alert transmission module **3940** of FIG. **39**.

Though additional blocks are not illustrated by FIG. **36**, it will be apparent to a skilled artisan in light of this disclosure that the dealer can invoke additional processing of the alerts once the dealer has received the alerts. For example, the dealer can invoke the contact management and task management functions as have been described herein. Accordingly, in addition to alerting the dealer, embodiments of the system can perform a number of processes for managing alerts. Advantageously, such alert management provides dealers an effective way to follow up with each alert in a way that maximized the dealer's chances to convert an alert of a potential sale into an actual sale.

FIG. **37** illustrates another embodiment of a process of alerting a dealership when a customer can be offered a new lease or other financial arrangement. In this embodiment, in a block **3710**, the process **3700** receives at least one modified financial variable. For example, in one embodiment, the process **3700** may receive a financial variable that indicates that a dealer rebate has increased from $500 to $1,000.

Based on the new information, the process **3700** executes much of the same processing that was explained with regard to FIG. **36** in order to generate alerts that take into account the newly entered information. Advantageously, therefore, the process **3700** can be used by a dealer to answer questions such as "How many customers could be switched to a new financial arrangement if we increase the dealer incentive to $1,000?" In one embodiment, the modified financial variables received in the block **3710** are received by an automated process such as the information retrieval module **3930**. In another embodiment, the modified variables are entered manually using a data entry module, such as, for example, the data entry, module **3925** of FIG. **39**. Advantageously, allowing for manual entry allows for great flexibility in allowing a dealership to change variables over which the dealership has control in order to determine whether new sales opportunities can be generated.

As indicated, the process **3700** performs much of the same processing that is performed by the process **3600**. In a block **3720**, the process **3700** compares current financial terms to potential financial terms, substantially as explained with respect to the block **3620**. In a block **3730**, the process **3700** generates alerts, substantially as explained with respect to the block **3630**. In a block **3740**, the process **3700** transmits the alerts, substantially as explained with respect to the block **3640**.

Advantageously, one embodiment of the system can be used to determine, in real time, whether a deal can be presented to a customer, while the customer is, for example, in a dealership showroom. FIG. **38** illustrates such a process for detecting and presenting a deal to a customer in real-time. The process **3800** commences, in a block **3810**, to receive a potential customer identification. In one embodiment, a potential customer identification, such as, for example, a customer number, can be entered manually into the system using the data entry module **3925**. In a block **3820**, the process **3800** retrieves the potential customer's financial information in real-time. In a block **3830**, the process **3800** compares the current financial terms of the financial arrangements associated with the identified potential customer with potential financial terms for comparable financial arrangements, substantially as explained with regard to the block **3620**. In a block **3840**, the process **3800** generates alerts, substantially as explained with regard to the block **3630**. In a block **3850**, the process **3800** transmits the alerts, substantially as explained with regard to the block **3640**. In a block **3860**, the dealership uses the transmitted alert to present a deal to the potential customer. Advantageously, the entire process **3800** occurs

while the potential customer is still in the presence of the dealer, giving the dealer a higher probability to derive increased sales based on the alerts.

FIG. **39** illustrates a financial terms alert generation system attached to a computer network, according to one embodiment of the system described herein. A financial terms alert generation system **3905** comprises financing information **3910**, customer information **3915**, product information **3920**, a data entry module **3925**, an information retrieval module **3930**, a financial terms comparison module **3935**, and an alert transmission module **3940**. The financial terms alert generation system **3905** is preferably connected, via a computer network **3945**, to external financing information **3950**, external customer information **3955**, external product information **3960**, and at least one dealer terminal **3965**. In some embodiments, the financing information **3910**, customer information **3915**, and product information **3920** does not exist permanently within the financial terms alert generation system, but is retrieved from external sources **3950**, **3955**, and **3960**, as needed. In other embodiments, at least portions of the financing information **3910**, the customer information **3915**, and product information **3920** is stored permanently within the financial terms alert generation system **3905** to provide local storage and caching of data. A skilled artisan will appreciate, in light of this disclosure, that the illustrated storage and modules can be distributed across multiple network hosts rather than being centralized in one location.

In one embodiment, the data entry module **3925** is configured to receive input from a user to enter or modify data stored in the financing information **3910**, the customer information **3915**, the product information **3920**, the external financing information **3950**, the external customer information **3955**, or the external product information **3960**. In general, the data entry module **3925** is not used for a large percentage of data entry, because the information retrieval module **3930** generally automatically retrieves information from sources available on the network **3945**. However, advantageously the data entry module **3925** provides a manual tool for entering data for cases in which a user desires to fine tune the information stored in the databases. For example, in certain cases, a dealership may have special incentive programs that are not captured in sources available on the network **3945**, and a dealer may want to manually enter data that takes such special incentive programs into account.

In one embodiment, the information retrieval module **3930** is configured to automatically retrieve information about products, customers, and financing from sources available on the network **3945**, such as, for example, from the external financing information **3950**, the external customer information **3955**, and the external product information **3960**. Upon retrieving such information from sources available on the network **3945**, the information retrieval module **3930** makes the information available to the financial terms alert generation system **3905**, such that the system **3905** can use the information in order to perform the calculations necessary to determine whether a customer can advantageously enter a new lease or purchase transaction. For example, in one embodiment, the information retrieval module **3930** stores the retrieved information in local storage accessible to the financial terms alert generation system **3905**, such as by storing the information in the financing information **3910**, the customer information **3915**, and the product information **3920**. Alternatively or additionally, the information retrieval module **3930** can store the information in memory rather than in local storage. A skilled artisan will appreciate, in light of this disclosure, a variety of techniques for retrieving information from sources available on the network **3945**, including, for example, by scraping public websites. In light of these known techniques, a skilled artisan will readily understand, in light of this disclosure, how to implement the information retrieval module **3930**.

As previously described, embodiments of the system and method described herein determine when a customer is able to enter into a new financial arrangement under financial terms that are favorable to the customer. In many cases, financial terms that are favorable to a customer are those in which the customer will pay less under a new arrangement than under an old arrangement. However, in certain cases, a customer may find terms favorable to the customer even when the customer will pay more under the new arrangement. For example, in certain cases, a customer may want to "buy up," or purchase a product with a higher level of quality of luxury. Accordingly, embodiments of the system and method described herein allow a dealer to determine financial arrangements that are available to a customer in such a "buy up" situation. In certain embodiments, for example, a dealer selects, using, for example, a pull-down menu, a class of products that a customer potentially desires to buy. For example, with respect to cars, a dealer may select a model of car, such as a Mercedes-Benz C class, or a Mercedes-Benz E class. FIG. **40** illustrates an example screen shot in which a dealer may make such a selection. Upon receiving such a selection, embodiments of the system determine new financial arrangements that are available to the customer for that class of product. Advantageously, the dealer can use such information to present the customer with an offer to "buy up" to a higher quality product.

Similarly, embodiments of the system and method allow a dealer to select a lower class of product to find out about opportunities for the customer to "buy down," or purchase a lower class product in order to save money. In certain embodiments, such "buy up" or "buy down" inquiries are limited to products from the same manufacturer as a product that the customer currently owns or is leasing. In other embodiments, such "buy up" or "buy down" inquiries can include manufacturers that are different from the manufacturer of a product that the customer currently owns or is leasing.

Advantageously, by automatically retrieving a large amount of information relating to products, customers, and financing, the information retrieval module **3930** contributes to the ability of the financial terms alert generation system **3905** to generate a large amount of alerts regarding financing opportunities in a timely fashion such that dealers can be informed of such opportunities in time to convert many such opportunities into sales. Advantageously, the automation provided by the information retrieval module **3930** also allows for periodic alert generation based on up-to-date information. Accordingly, the financial terms alert generation system **3905** can generate alerts whenever new information is retrieved by the information retrieval module **3930** that affects whether customers are able to advantageously enter a new lease or purchase transaction.

In one embodiment, the financial terms comparison module **3935** performs comparisons and calculations necessary to determine whether a customer is able to advantageously enter a new lease or purchase transaction. In one mode of operation, the financial terms comparison module **3935** performs batch comparisons periodically. In another mode of operation, the financial terms comparison module **3935** performs batch comparisons whenever new information is added to any one or more of the financing information **3910**, the customer information **3915**, or the product information **3920**. In another mode of operation, the financial terms comparison module **3935** performs a comparison for a particular identi-

fied customer and returns results of such a comparison in real time. When operating in this mode, the financial terms comparison module **3935** can advantageously lead to the generation of an alert in real time while, for example, a customer is in a dealership showroom. Advantageously, the financial terms comparison module **3935**, in one embodiment, is configured to be able to perform comparisons and calculations in any one or more of the above-described modes of operation, such that the most advantageous mode of operation under the circumstances can be chosen.

Preferably, the financial terms comparison module **3935** compares each customer's current financial arrangements with potential financial arrangements for similar products in order to determine whether a replacement arrangement can be entered into on more favorable or almost as favorable terms. To perform such calculations and comparisons, the financial terms comparison module **3935** employs the comparison method steps and calculation formulas as are described herein above. Upon performing the calculations and comparisons, the financial terms comparison module **3935** generates information for an alert to a customer whenever a favorable replacement financial arrangement can be had.

In one embodiment, the alert transmission module **3940** receives alert information generated by the financial terms comparison module **3935** and transmits the alerts to a dealer. In one embodiment, the alert transmission module **3940** transmits the alerts to a dealer terminal **3965** via email. Alternatively or additionally, the alert transmission module **3940** can be configured to transmit alerts via pager, telephone, fax transmission, a webpage accessible to the dealer terminal **3965**, or any other known mechanism for communicating information using electronic devices. In one embodiment, the alert transmission module **3965** is configured to transmit an alert to the dealer terminal **3965** in real time, such that the dealer receives the alert, for example, while a customer is still in a dealership showroom. Such real time alert generation and transmission can be advantageously employed to generate an alert for each customer that comes into a dealership's service department. That is, whenever, the customer brings a product to be serviced, the dealership can quickly run a comparison and generate any alerts, as applicable, to determine whether the customer can advantageously enter into a new lease or purchase transaction. If the customer can enter into such a transaction under favorable terms, the dealer can use the information from the alert to make an offer to the customer while the customer is in the service department. Advantageously, this usage of the financial terms alert generation system **3905** can lead to a substantial increase in sales, as it has been found that at any given time, approximately eight percent of customers can enter new loans or leases on favorable terms. Advantageously, the financial terms alert generation system **3905** identifies a large percentage of those customers that can enter new loans or leases on favorable terms.

Although the system is disclosed with reference to preferred embodiments, the invention is not limited to the preferred embodiments only. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the system. Unless indicated otherwise, it may be assumed that the process steps described herein are implemented within one or more modules, including logic embodied in hardware or firmware, or a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example C++. A software module may be compiled and linked into an executable program, installed in a dynamic link library, or may be written in an interpretive language such as BASIC. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, such as an EPROM or EEPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software modules, but may be represented in hardware or firmware. The software modules may be executed by one or more general purpose computers. The software modules may be stored on or within any suitable computer-readable medium. The data described herein may be stored in one or more suitable mediums, including but not limited to a computer-readable medium. The data described herein may be stored in one or more suitable formats, including but not limited to a data file, a database, an expert system, or the like.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, although described in the context of automobiles, any good or service associated with a series of one or more payments may be used with embodiments of the invention. Thus, any good or service, whether related to automobiles or unrelated to automobiles, is contemplated. Accordingly, the concepts represented herein may apply to any consumer or commercial good that is financed or leased over time, such as aircraft, heavy equipment, high tech equipment, or the like. Further, although particular make, models, and other automobile-specific information is described, any make, model, or other information may be used. Also, any use related to vehicles or unrelated to vehicles may be used. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not limited to the preferred embodiments. Rather, the claims that follow define the invention.

What is claimed is:

**1**. A method comprising:

by a computer system comprising computer hardware:

- retrieving at least a portion of customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;
- retrieving at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;
- receiving a configuration request for replacing the first vehicle of the customer with a different vehicle;
- in response to the configuration request, retrieving current information associated with at least one of the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;
- determining, by the computer system, whether the current retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least:
  - calculating one or more new payments based on an estimated equity value of the first vehicle derived from the first financial terms, and, based on the second financial terms; and
  - determining if the one or more new payments satisfy at least a condition based at least in part on the first financial terms and the second financial terms,

wherein the determination comprises calculating a difference between the one or more new payments and an existing periodic payment for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

generating a message if it is determined that the retrieved information may affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

transmitting the message to a dealer.

2. The method of claim 1, wherein the condition comprises determining if the customer, under the second financial terms, would pay no more than ten percent per periodic payment over what the customer pays under the first financial terms.

3. The method of claim 1, wherein the condition comprises determining if the customer would pay no more per periodic payment under the second financial terms than under the first financial terms.

4. The method of claim 1, wherein the message is configured to be read by a dealer terminal configured for managing the message, wherein managing the message includes at least one of assigning the message to a user for handling, associating a task with the message, and assigning a status to the message.

5. The method of claim 1, wherein the one or more new payments comprise payments for different respective time periods.

6. A computing system comprising:

a processor; and

a computer readable medium storing machine-executable instructions including one or more modules configured for execution by the processor in order to cause the computing system to:

retrieve at least a portion of customer information, first financial terms that a customer has for a first vehicle, and first vehicle information;

retrieve at least a portion of second vehicle information for a second vehicle and second financial terms available to the customer for the second vehicle;

receive a configuration request for replacing the first vehicle of the customer with a different vehicle;

in response to the configuration request, retrieve current information associated with at least a portion of the customer information, the first financial terms that the customer has for the first vehicle, the first vehicle information, the second vehicle information, or the second financial terms available to the customer for the second vehicle;

determine whether the current retrieved information may affect whether it is favorable for the customer to replace a first vehicle and first financial terms with a second vehicle and second financial terms by at least causing the computing system to:

calculate one or more new payments based on an estimated equity value of the first vehicle derived from the first financial terms, and derived from the second financial terms; and

determine if the one or more new payments satisfy at least a condition based at least in part on the first financial terms and the second financial terms, wherein the determination comprises calculating a difference between the one or more new payments and an existing periodic payment for the first vehicle, and determining whether the difference is less than or equal to a preset acceptable threshold value;

generate a message if it is determined that the current retrieved information may affect whether it is favorable for the customer to replace the first vehicle and first financial terms with the second vehicle and second financial terms; and

transmit the message to a client.

7. The computing system of claim 6, wherein the computing system is configured to retrieve the changed information with respect to a plurality of customers.

8. The computing system of claim 6, wherein the configuration request is received when the customer enters a dealership.

9. The computing system of claim 6, wherein the configuration request is received from a requesting user.

10. The computing system of claim 6, wherein the configuration request is received in response to a customer inquiry.

11. The computing system of claim 6, wherein elements or functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved.

* * * * *

ORIGINAL

Craig S. Summers (SBN 108,688)
David G. Jankowski (SBN 205,634)
Cheryl T. Burgess (SBN 250,101)
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614 T: 949-760-0404 F: 949-760-9502

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUTOALERT, INC.<br><br>PLAINTIFF(S)<br>v.<br>DEALERSOCKET, INC.<br><br>DEFENDANT(S). | CASE NUMBER<br>SACV13-00657 AG (ANx)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Craig S. Summers, whose address is Knobbe, Martens, Olson & Bear LLP, 2040 Main Street, 14th Floor, Irvine, CA 91614. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 4-25-13

By: Lori Wagers
Deputy Clerk
LORI WAGERS
(Seal of the Court)

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

1225

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
AUTOALERT, INC.

**DEFENDANTS**
DEALERSOCKET, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing
Craig S. Summers (SBN 108,688); David G. Jankowski (SBN 205,634)
Cheryl T. Burgess (SBN 250,101)
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614 T: 949-760-0404 F: 949-760-9502

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No

☐ **MONEY DEMANDED IN COMPLAINT:** $ to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. Sec. 271 (Patent Infringement)

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: SACV13-00657 AG (ANx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): SACV12-01661 JST (JPRx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 4/25/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

**SACV13- 657 AG (ANx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[X] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.